1  DAVID S. STEUER, State Bar No. 127059
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: dsteuer@wsgr.com
5
   KARIN B. SWOPE, *pro hac vice pending*
6  701 Fifth Avenue
   Suite 5100
7  Seattle, WA 98102
   Telephone: (206) 883-2500
8  Facsimile: (206) 883 2699
   Email: kswope@wsgr.com
9
   Attorneys for Defendant
10 VEOH NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IO GROUP, INC., dba Titan Media, a California corporation, | CASE NO.: C 06 3926 HRL |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND EXTENSION OF DATE TO FILE ANSWER |
| v. | |
| VEOH NETWORKS, INC., a California corporation, | |
| Defendant. | |

**STIPULATION FOR SCHEDULING CASE MANAGEMENT
CONFERENCE AND FILING AN ANSWER**

The parties hereby stipulate to the following change in the case schedule based on Veoh Network, Inc.'s ("Veoh") request, and IO Group, Inc., dba Titan Media's ("Titan Media") agreement to said request:

(1)   Veoh will file a responsive pleading to Titan Media's complaint no later than Monday, September 25, 2006.

1  (2) The parties stipulate and request leave of court to schedule the Case Management
2  Conference in the above-referenced matter on Tuesday, October 17, 2006, at 1:30 pm, which is
3  in accordance with the Court's Standing Order on Initial Case Management.
4  (3) The parties further stipulate to file their Joint Case Management Statement and
5  Proposed Order on October 10, 2006.

6  Dated: August 10, 2006

7                                WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

9  By: ___/s/ David S. Steuer___
10        David S. Steuer

11  Attorneys for Defendant, Veoh Networks, Inc.

12
13  Dated: August 10, 2006

14  THE LAW OFFICE OF GIL SPERLEIN

16  By: ___/s/ Gill Sperlein___
      Gill Sperlein

17  Attorney for Plaintiff, IO Group, Inc.

# [Proposed] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Magistrate Judge Howard R. Lloyd
UNITED STATES DISTRICT COURT

Presented by:

DAVID S. STEUER, State Bar No. 127059
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dsteuer@wsgr.com

GILL SPERLEIN, State Bar No. 172887
THE LAW OFFICES OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, CA 94114
Telephone: (415) 378-2625
legal@titanmedia.com