DAVID S. STEUER, State Bar No. 127059
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dsteuer@wsgr.com

KARIN B. SWOPE, *pro hac vice pending*
701 Fifth Avenue
Suite 5100
Seattle, WA 98102
Telephone: (206) 883-2500
Facsimile: (206) 883 2699
Email: kswope@wsgr.com

Attorneys for Defendant
VEOH NETWORKS, INC.

*E-FILED ON 8/21/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC., dba Titan Media, a California corporation,

Plaintiff,

v.

VEOH NETWORKS, INC., a California corporation,

Defendant.

CASE NO.: C 06 3926 HRL

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND EXTENSION OF DATE TO FILE ANSWER

**STIPULATION FOR SCHEDULING CASE MANAGEMENT CONFERENCE AND FILING AN ANSWER**

The parties hereby stipulate to the following change in the case schedule based on Veoh Network, Inc.'s ("Veoh") request, and IO Group, Inc., dba Titan Media's ("Titan Media") agreement to said request:

(1) Veoh will file a responsive pleading to Titan Media's complaint no later than Monday, September 25, 2006.


Dockets.Justia.com

(2) The parties stipulate and request leave of court to schedule the Case Management Conference in the above-referenced matter on Tuesday, October 17, 2006, at 1:30 pm, which is in accordance with the Court's Standing Order on Initial Case Management.

(3) The parties further stipulate to file their Joint Case Management Statement and Proposed Order on October 10, 2006.

Dated: August 10, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David S. Steuer
David S. Steuer

Attorneys for Defendant, Veoh Networks, Inc.

Dated: August 10, 2006

THE LAW OFFICE OF GIL SPERLEIN

By: /s/ Gill Sperlein
Gill Sperlein

Attorney for Plaintiff, IO Group, Inc.

**[Proposed] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 21, 2006

Magistrate Judge Howard R. Lloyd
UNITED STATES DISTRICT COURT

Presented by:

DAVID S. STEUER, State Bar No. 127059
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dsteuer@wsgr.com

GILL SPERLEIN, State Bar No. 172887
THE LAW OFFICES OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, CA 94114
Telephone: (415) 378-2625
legal@titanmedia.com