GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC. v. VEOH NETWORKS, a California corporation | CASE NO. C-06-3926 (HRL) |
| IO GROUP, INC. v. DATA CONVERSIONS, INC. , a South Carolina corporation d/b/a AEBN and pornotube.com | CASE NO. C-06-5162 (HRL) |
| IO GROUP, INC. v.  WEBNOVAS TECHNOLOGIES, INC., a Canadian business entity type unknown, and GONETMARKET, INC., a Nevada Corporation | CASE NO. C-06-5334 (JSW) **[PROPOSED] ORDER RE PLAINTIFF'S NOTICE OF RELATED CASES (MOTION FOR ADMINISTRATIVE RELIEF)** |

This matter comes before the Court on Plaintiff's Notice of Related Cases in the form of a Motion for Administrative Relief pursuant to Civil Local Rules 3-12 and 7-11.

Having read and considered the filings and having determined that the matters involve similar parties, property rights and overlapping facts and issues of law and that hearing the cases before different judges could produce conflicting results and an unduly burdensome duplication of labor and expense, IT IS HEREBY ORDERED THAT:  IO GROUP, INC. v. VEOH NETWORKS, a California corporation (C-06-3926), IO GROUP, INC. v. DATA

CONVERSIONS, INC. , a South Carolina corporation d/b/a AEBN and pornotube.com (C-06-5162), and IO GROUP, INC. v. WEBNOVAS TECHNOLOGIES, INC., a Canadian business entity type unknown, and GONETMARKET, INC., a Nevada Corporation (C-06-5334) are related.

IT IS SO ORDERED.

Dated _____          _____
                                     MAGISTRATE JUDGE HOWARD R. LLOYD

## CERTIFICATE OF SERVICE

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94103.  I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with United Parcel Service and correspondence is deposited with United Parcel Service that same day in the ordinary course of business.

Today I served the attached:

- **PLAINTIFF IO GROUP, INC.'S NOTICE OF RELATED CASES (MOTION FOR ADMINISTRATIVE RELIEF)**
- **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF IO GROUP, INC.'S NOTICE OF RELATED CASES (MOTION FOR ADMINISTRATIVE RELIEF)**
- **PROPOSED ORDER**

by causing a true and correct copy of the above to be placed with United Parcel Service at San Francisco, California in sealed envelopes with postage prepaid, addressed as follows:

On Veoh Networks, Inc. by service on its attorneys

David S. Steuer
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050

**VIA UPS Ground (Signature Required)**
**(within overnight delivery zone)**
**Also via fax 650-565-5100**

Webnovas Technologies
184 Shorting Road
Toronto, Ontario M1S 3S7
CANADA

**VIA UPS Worlwide Express (Signature Required) (Overnight)**

Data Conversions, Inc.
c/o Larry McKinney, Registered Agent
5751 Augusta Road
Greenville, SC  29605

**VIA UPS Overnight (Signature Required)**

Gonetmarket, Inc.
c/o Eastbiz.com, Registered Agent
5348 Vegas Drive
Las Vegas, NV  89108

**VIA UPS Overnight (Signature Required)**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on *September 11, 2006*.

*/s/ Eric Burford*
Eric Burford

I hereby attest that this is the declaration of Eric Burford and the original with Eric Burford's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party.  Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *September 11, 2006*           */s/ Gill Sperlein*_____
                                       GILL SPERLEIN,
                                       Counsel for Plaintiff Io Group, Inc.

-2-