1  Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
   THELEN REID & PRIEST LLP
2  101 Second Street
   Suite 1800
3  San Francisco, CA 94105
   Telephone: (415) 371-1200
4  Facsimile: (415) 371-1211

5  Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
   Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
6  THELEN REID & PRIEST LLP
   875 Third Avenue
7  New York, New York 10022
   Telephone: (212) 603-2000
8  Facsimile: (212) 603-2001

9  Attorneys for Defendant
   VEOH NETWORKS, INC.
10

11
                    **UNITED STATES DISTRICT COURT**
12
                  **NORTHERN DISTRICT OF CALIFORNIA**
13
                          **SAN JOSE DIVISION**
14

15  IO GROUP, INC., a California corporation,     Case No.: C06-3926 HRL

16                      Plaintiff,               **NOTICE OF SUBSTITUTION OF**
                                                 **ATTORNEY FOR DEFENDANT VEOH**
17          vs.                                  **NETWORKS, INC.**

18  VEOH NETWORKS, INC., a California
    corporation,
19
                        Defendant.
20

21        TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR

22  COUNSEL OF RECORD:

23        Please take notice that Defendant VEOH Newtorks, Inc. substitutes its counsel of record in

24  this matter.

25                              Former Counsel

26        Wilson Sonsini Goodrich & Rosati, P.C., 650 Page Mill Road, Palo Alto, CA 94304-1050

27  Telephone:  (650) 493-9300, Including the following attorneys associated with that firm who have

28
                                          -1-

THELEN REID
& PRIEST LLP                                                      NOTICE OF SUBSTITUTION OF COUNSEL
ATTORNEYS AT LAW                                                 FOR DEFENDANT VEOH NETWORKS, INC.
                                                                              C 06-3926 (HRL)

1 appeared in this action: David S. Steuer (CA Bar No. 127059), and Karin B. Swope (*pro hac vice*

2 *pending*).

3                                                    New Counsel

4        Defendant VEOH Networks, Inc.'s new counsel in this matter, on whom all notices and

5 papers should be served, is the firm of: Thelen Reid & Priest LLP, 101 Second Street, Suite 1800,

6 San Francisco, CA 94105, Telephone: (415) 371-1200, Facsimile: (415) 371-1211, including the

7 following individual attorneys associated with that firm: Dean Morehous (CA Bar No. 111841),

8 Michael S. Elkin (*pro hac vice pending*), Paul M. Fakler (*pro hac vice pending*).

9        The undersigned consent to the substitution and certify that this substitution will not delay

10 the proceedings in this matter:

11 Dated:  September 11, 2006                 WILSON SONSINI GOODRICH & ROSATI

12

13                                             By /s/ *Karin B. Swope*
                                                  Karin B. Swope (*pro hac vice pending*)

14

15 Dated:  September 12, 2006                 THELEN REID & PRIEST LLP

16

17                                             By    */s/ Dean A. Morehous*
                                                     Dean A. Morehous (CA Bar No. 111841)

18

19 Dated:  September 12, 2006                 VEOH NETWORKS, INC.

20

21                                             By /s/ *Joshua Metzger*
                                                  Joshua Metzger

22

23 **IT IS SO ORDERED:**

24

25 Dated: _____                    _____

26                                             HONORABLE HOWARD R. LLOYD
                                               UNITED STATES MAGISTRATE JUDGE

27

28

-2-

NOTICE OF SUBSTITUTION OF COUNSEL
FOR DEFENDANT VEOH NETWORKS, INC.
C 06-3926 (HRL)