| | |
|---|---|
| 1 | Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com |
|   | THELEN REID & PRIEST LLP |
| 2 | 101 Second Street |
|   | Suite 1800 |
| 3 | San Francisco, CA 94105 |
| 4 | Telephone: (415) 371-1200 |
|   | Facsimile: (415) 371-1211 |
| 5 | |
|   | Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com |
| 6 | Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com |
|   | THELEN REID & PRIEST LLP |
| 7 | 875 Third Avenue |
|   | New York, New York 10022 |
| 8 | Telephone: (212) 603-2000 |
|   | Facsimile: (212) 603-2001 |
| 9 | |
|   | Attorneys for Defendant |
| 10 | VEOH NETWORKS, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| IO GROUP, INC., a California Corporation | | Case No.: C06-3926 (HRL) |
| Plaintiff, | | **STIPULATION AND [PROPOSED]** |
| v. | | **ORDER FOR EXTENSION OF TIME FOR DEFENDANT VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE** |
| VEOH NETWORKS, Inc., a California Corporation, | | |
| Defendant. | | |

Pursuant to Civil Local Rules 6-2 and 7-2, Plaintiff IO Group, Inc. ("Plaintiff") and Defendant VEOH Networks, Inc. ("Defendant"), hereby stipulate that Defendant shall have an extension of time, until Monday, September 25, 2006, to file its Response to Plaintiff's Motion to Consolidate.  This extension will have no effect on any of the other dates currently scheduled in this action.

-1-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT
VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE
C-06-3926 (HRL)

Dockets.Justia.com

1  This brief extension of time was necessitated by the very recent retention of Thelen Reid &
2  Priest by defendant and the subsequent substitution of counsel.  One previous extension has been
3  sought, stipulated to and ordered in this matter, extending defendant's time to answer plaintiff's
4  complaint until Monday, September 25, 2006.

5  **SO STIPULATED**.

6  Dated:  September 12, 2006          THELEN REID & PRIEST LLP

                                              */s/ Dean A. Morehous*
                                              Dean A. Morehous

                                              Michael S. Elkin (*pro hac vice pending*)
                                              Paul M. Fakler (*pro hac vice pending*)

                                              Attorneys for Defendant
                                              VEOH NETWORKS, INC.

14  Dated:  September 12, 2006          THE LAW FIRM OF GILL SPERLEIN
                                              Gill Sperlein

                                              */s/ Gill Sperlein*
                                              GILL SPERLEIN
                                              Attorneys for Plaintiff
                                              IO GROUP, INC.

19  I, Dean A. Morehous, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
20  concurrence to the filing of this document has been obtained from each signatory hereto.

                                              */s/ Dean A. Morehous*
                                              Dean A. Morehous

-2-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT
VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE
C-06-3926 (HRL)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                  HONORABLE HOWARD R. LLOYD
                                  UNITED STATES MAGISTRATE JUDGE

-3-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT
VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE
C-06-3926 (HRL)