Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
Telephone:  (212) 603-2000
Facsimile:  (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>VEOH NETWORKS, Inc., a California Corporation,<br><br>Defendant. | Case No.: C06-3926 (HRL)<br><br>**DECLARATION OF DEAN MOREHOUS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE** |

I, DEAN MOREHOUS, declare:

1.      I am a partner of the law firm of Thelen Reid & Priest LLP, attorneys of record for Defendant VEOH Networks, Inc. ("Defendant"), in the above-entitled action.  I am admitted to practice in the State of California.  The following matters are true of my own personal knowledge and if called upon to do so, I could and would competently testify thereto.

2.      Plaintiff filed an Administrative Motion to Consolidate on September 11, 2006. Based on that date, Plaintiff's response to that motion is due Thursday, September 14, 2006.

1

DECLARATION of D. MOREHOUS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
OF TIME FOR DEFENDANT VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE
C 06-3926 (HRL)

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

Dockets.Justia.com

1    3.    However, because of the very recent retention of Thelen Reid & Priest LLP by the

2   defendant and subsequent substitution of counsel, the parties have stipulated that Defendant may

3   file its response by September 25, 2006.  The parties have further stipulated that this agreement

4   will have no effect on any other date currently scheduled in this action.

5    4.    One previous extension has been sought, stipulated to and ordered in this matter,

6   extending defendant's time to answer plaintiff's complaint until Monday, September 25, 2006.

7    I declare under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed in San Francisco, California on the 12th of September,

9   2006.

10

11    */s/ Dean A. Morehous*
      Dean A. Morehous (CA Bar No. 111841)

12

13    THELEN REID & PRIEST LLP
      101 Second Street

14    Suite 1800
      San Francisco, CA 94105

15    Telephone: (415) 371-1200
      Facsimile: (415) 371-1211

16

17    Attorneys for Defendant
      VEOH NETWORKS, INC.

18

19

20

21

22

23

24

25

26

27

28

-2-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

DECLARATION of D. MOREHOUS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
OF TIME FOR DEFENDANT VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE
C 06-3926 (HRL)