*E-FILED ON 9/14/06*

Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>VEOH NETWORKS, INC., a California corporation,<br><br>        Defendant. | Case No.: C06-3926 HRL<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT VEOH NETWORKS, INC.** |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Defendant VEOH Newtorks, Inc. substitutes its counsel of record in this matter.

<u>Former Counsel</u>

Wilson Sonsini Goodrich & Rosati, P.C., 650 Page Mill Road, Palo Alto, CA 94304-1050 Telephone: (650) 493-9300, Including the following attorneys associated with that firm who have

-1-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

NOTICE OF SUBSTITUTION OF COUNSEL
FOR DEFENDANT VEOH NETWORKS, INC.
C 06-3926 (HRL)
Dockets.Justia.com

appeared in this action: David S. Steuer (CA Bar No. 127059), and Karin B. Swope (*pro hac vice pending*).

New Counsel

Defendant VEOH Networks, Inc.'s new counsel in this matter, on whom all notices and papers should be served, is the firm of: Thelen Reid & Priest LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105, Telephone: (415) 371-1200, Facsimile: (415) 371-1211, including the following individual attorneys associated with that firm: Dean Morehous (CA Bar No. 111841), Michael S. Elkin (*pro hac vice pending*), Paul M. Fakler (*pro hac vice pending*).

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: September 11, 2006       WILSON SONSINI GOODRICH & ROSATI

                                By /s/ *Karin B. Swope*
                                   Karin B. Swope (*pro hac vice pending*)

Dated: September 12, 2006       THELEN REID & PRIEST LLP

                                By  /s/ *Dean A. Morehous*
                                    Dean A. Morehous (CA Bar No. 111841)

Dated: September 12, 2006       VEOH NETWORKS, INC.

                                By /s/ *Joshua Metzger*
                                   Joshua Metzger

**IT IS SO ORDERED:**

Dated: September 14, 2006

                                HONORABLE HOWARD R. LLOYD
                                UNITED STATES MAGISTRATE JUDGE