Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

*E-FILED ON 9/14/06*

Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>VEOH NETWORKS, Inc., a California Corporation,<br><br>Defendant. | Case No.: C06-3926 (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE** |

Pursuant to Civil Local Rules 6-2 and 7-2, Plaintiff IO Group, Inc. ("Plaintiff") and Defendant VEOH Networks, Inc. ("Defendant"), hereby stipulate that Defendant shall have an extension of time, until Monday, September 25, 2006, to file its Response to Plaintiff's Motion to Consolidate.  This extension will have no effect on any of the other dates currently scheduled in this action.

-1-

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE
C-06-3926 (HRL)

Dockets.Justia.com

This brief extension of time was necessitated by the very recent retention of Thelen Reid & Priest by defendant and the subsequent substitution of counsel. One previous extension has been sought, stipulated to and ordered in this matter, extending defendant's time to answer plaintiff's complaint until Monday, September 25, 2006.

**SO STIPULATED**.

Dated: September 12, 2006     THELEN REID & PRIEST LLP

                              */s/ Dean A. Morehous*
                              Dean A. Morehous

                              Michael S. Elkin (*pro hac vice pending*)
                              Paul M. Fakler (*pro hac vice pending*)

                              Attorneys for Defendant
                              VEOH NETWORKS, INC.

Dated: September 12, 2006     THE LAW FIRM OF GILL SPERLEIN
                              Gill Sperlein

                              */s/ Gill Sperlein*
                              GILL SPERLEIN
                              Attorneys for Plaintiff
                              IO GROUP, INC.

I, Dean A. Morehous, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                              */s/ Dean A. Morehous*
                              Dean A. Morehous

-2-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT
VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE
C-06-3926 (HRL)

1 **[PROPOSED] ORDER**

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: September 14, 2006

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

-3-
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT
VEOH NETWORKS, INC. TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE
C-06-3926 (HRL)

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW