Fees Pd

Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

FILED
SEP 1 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>VEOH NETWORKS, Inc., a California Corporation,<br><br>Defendant. | Case No.: C06-3926 (HRL)<br><br>**APPLICATION FOR ADMISSION OF PAUL M. FAKLER *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, PAUL M. FAKLER, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant VEOH Networks, Inc. in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-1-

P. Fakler App. Pro Hac Vice
C 06-3926 (HRL)

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Dean Morehous (CA Bar No. 111841)
> THELEN REID & PRIEST LLP
>
> 101 Second Street
> Suite 1800
> San Francisco, CA 94105
>
> Telephone: (415) 371-1200
>
> Facsimile: (415) 371-1211

4.  Counsel for plaintiff has advised that plaintiff will not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2006

By _____
PAUL M. FAKLER
Attorney for Defendant
VEOH NETWORKS, INC.