1  Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
   THELEN REID & PRIEST LLP
2  101 Second Street
   Suite 1800
3  San Francisco, CA 94105
   Telephone: (415) 371-1200
4  Facsimile: (415) 371-1211
5
   Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
6  Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
   THELEN REID & PRIEST LLP
7  875 Third Avenue
   New York, New York 10022
8  Telephone: (212) 603-2000
   Facsimile: (212) 603-2001
9
   Attorneys for Defendant
10 VEOH NETWORKS, INC.

11                         UNITED STATES DISTRICT COURT
12                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                              SAN JOSE DIVISION
14

15 | IO GROUP, INC., a California Corporation | Case No.: C06-3926 (HRL)
16 | Plaintiff,
17 | v.                                       | **APPLICATION FOR ADMISSION OF MICHAEL S. ELKIN *PRO HAC VICE***
18 | VEOH NETWORKS, Inc., a California Corporation,
19 |
20 | Defendant.

21
22        Pursuant to Civil L.R. 11-3, MICHAEL S. ELKIN, an active member in good standing of
23 the bar of New York, hereby applies for admission to practice in the Northern District of
24 California on a *pro hac vice* basis representing defendant VEOH Networks, Inc. in the above-
25 entitled action. In support of this application, I certify on oath that:
26        1.     I am an active member in good standing of a United States Court or of the highest
27 court of another State or the District of Columbia, as indicated above;
28

-1-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

M. Elkin App. Pro Hac Vice
C 06-3926 (HRL)
Dockets.Justia.com

*Fees Pd*

**FILED**

SEP 14 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Dean Morehous (CA Bar No. 111841)
> THELEN REID & PRIEST LLP
> 101 Second Street
> Suite 1800
> San Francisco, CA 94105
> Telephone: (415) 371-1200
> Facsimile: (415) 371-1211

4. Counsel for plaintiff has advised that plaintiff will not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2006

By _____
MICHAEL S. ELKIN
Attorney for Defendant
VEOH NETWORKS, INC.

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-2-

M. Elkin App. Pro Hac Vice
C 06-3926 (HRL)