1  Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
   THELEN REID & PRIEST LLP
2  101 Second Street
   Suite 1800
3  San Francisco, CA 94105
   Telephone: (415) 371-1200
4  Facsimile: (415) 371-1211

5
   Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
6  Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
   THELEN REID & PRIEST LLP
7  875 Third Avenue
   New York, New York 10022
8  Telephone: (212) 603-2000
   Facsimile: (212) 603-2001

9  Attorneys for Defendant
10 VEOH NETWORKS, INC.

**FILED**
SEP 1 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11              UNITED STATES DISTRICT COURT
12          FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                    SAN JOSE DIVISION

14

15 | IO GROUP, INC., a California Corporation | Case No.: C06-3926 (HRL)
16 |                Plaintiff,
17 |                   v.                     | **PROOF OF SERVICE**
18 | VEOH NETWORKS, Inc., a California
   | Corporation,
19 |                Defendant.

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

## PROOF OF SERVICE BY MAIL

CASE NO. C 06-3926 (HRL)

I, Nadine Delich, declare:

I am over the age of 18 years and not a party to the within action. My business address is 101 Second Street, San Francisco, California 94105, in the County of San Francisco.

On September 14, 2006, I served a true copy of the attached

**APPLICATION FOR ADMISSION OF MICHAEL S. ELKIN *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING THE APPLICATION FOR ADMISSION OF MICHAEL S. ELKIN *PRO HAC VICE***

by placing for collection and deposit in the United States mail a copy of these documents at Thelen Reid & Priest, 101 Second Street, San Francisco, California 94105 in a sealed envelope, addressed to:

> Gill Sperlein
> THE LAW OFFICES OF GILL SPERLEIN
> 584 Castro Street, Suite 849
> San Francisco, California 94114

I am familiar with the practice of Thelen Reid & Priest LLP for the collection and the processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above-mentioned documents will be deposited with the United States Postal Service on the same day on which I placed the document in the internal mail system of Thelen Reid & Priest LLP for deposit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 14, 2006, at San Francisco, California.

*/s/ Nadine Delich*