1　Dean Morehous (CA Bar No. 111841) dam@thelenreid.com
　　THELEN REID & PRIEST LLP
2　101 Second Street
　　Suite 1800
3　San Francisco, CA 94105
4　Telephone: (415) 371-1200
　　Facsimile: (415) 371-1211

5

6　Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
　　Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
　　THELEN REID & PRIEST LLP
7　875 Third Avenue
　　New York, New York 10022
8　Telephone: (212) 603-2000
　　Facsimile: (212) 603-2001
9

　　Attorneys for Defendant
10　VEOH NETWORKS, INC.

FILED
SEP 1 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
SEP 1 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California Corporation,　　Plaintiff,　　v.　　VEOH NETWORKS, Inc., a California Corporation,　　Defendant. | Case No.: C06-3926 (HRL)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF PAUL M. FAKLER *PRO HAC VICE* |

　　PAUL M. FAKLER, an active member in good standing of the bar of New York, whose business address and telephone number is Thelen Reid & Priest LLP, 875 Third Avenue, New York, New York 10022, (212) 603-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant VEOH NETWORKS, INC.,

　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1 | *vice.* Service of papers upon and communication with co-counsel designated in the application
2 | shall constitute notice to the party. All future filings in this action are subject to the requirements
3 | contained in General Order No. 45, *Electronic Case Filing.*

Dated: 9/18/06

_____
Hon. Howard R. Lloyd
United States Magistrate Judge