1  Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
   THELEN REID & PRIEST LLP
2  101 Second Street
   Suite 1800
3  San Francisco, CA 94105
4  Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
5
6  Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
   Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
   THELEN REID & PRIEST LLP
7  875 Third Avenue
   New York, New York 10022
8  Telephone: (212) 603-2000
   Facsimile: (212) 603-2001
9
   Attorneys for Defendant
10 VEOH NETWORKS, INC.

11                        UNITED STATES DISTRICT COURT

12                FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15 IO GROUP, INC., a California Corporation     Case No.: C06-3926 (HRL)

16               Plaintiff,                 [PROPOSED] ORDER GRANTING
                                                   APPLICATION FOR ADMISSION OF
17                  v.                       MICHAEL S. ELKIN *PRO HAC VICE*

18 VEOH NETWORKS, Inc., a California
   Corporation,
19
              Defendant.
20

21       MICHAEL S. ELKIN, an active member in good standing of the bar of New York, whose

22 business address and telephone number is Thelen Reid & Priest LLP, 875 Third Avenue, New

23 York, New York 10022, (212) 603-2000, having applied in the above-entitled action for admission

24 to practice in the Northern District of California on a *pro hac vice* basis, representing defendant

25 VEOH NETWORKS, INC.,

26       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

27 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

28 *vice*. Service of papers upon and communication with co-counsel designated in the application

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-1-

[Proposed] Order Granting M. Elkin App. Pro Hac Vice
C 06-3926 (HRL)

Dockets.Justia.com

1 | shall constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/18/06

_____
Hon. Howard R. Lloyd
United States Magistrate Judge