1  GILL SPERLEIN (172887)
   THE LAW FIRM OF GILL SPERLEIN
2  584 Castro Street, Suite 849
3  San Francisco, California  94114
   Telephone: (415) 487-1211 X32
4  Facsimile: (415) 252-7747
   legal@titanmedia.com
5
6  Attorney for Plaintiff
   IO GROUP, INC.
7

8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                 SAN JOSE DIVISION

11                                          )
                                            )  CASE NO. C-06-3926 (HRL)
12                                          )
   IO GROUP, INC., a California corporation, )
13                                          )
                                            )  **STIPULATION AND [PROPOSED]**
14    Plaintiff,                            )  **ORDER FOR FURTHER EXTENSION**
                                            )  **OF TIME FOR DEFENDANTS TO**
15                 vs.                      )  **RESPOND TO PLAINTIFF'S NOTICE**
                                            )  **OF RELATED CASES; AND TO RESET**
16                                          )  **DATES RELATING TO CASE**
   VEOH NETWORKS, Inc, a California         )  **MANAGEMENT CONFERENCE.**
17 Corporation,                            )
                                            )
18                                          )
      Defendant.                            )
19                                          )
                                            )
20                                          )

21

22        Pursuant to Civil Local Rule 6-2, Plaintiff Io Group, Inc. and Defendant Veoh Network,

23 Inc., hereby stipulate that the Court will refrain from ruling as to whether or not *Io Group, Inc. v.*

   *Veoh, Networks, Inc.*, C-06-3926 (HRL), *Io Group, Inc. v. Data Conversions, Inc*, C-06-065162
24
   (HRL), and *Io Group, Inc. v. Webnovas Technologies, Inc. and Gonetmarket, Inc*, C-06-5334
25
   (JSW) are related until after October 19, 2006 when the defendants in the other actions have had
26
   sufficient opportunity to file an opposition or notice of non-opposition.

27        This stipulation will effect the date of the Case Management Conference and related

28 deadlines, taking them off calendar until the Court has made its ruling as to whether or not the

   case are related.

                                          -1-
                                                    STIPULATION AND PROPOSED ORDER
                                                                  C-06-3926 (HRL)

Dockets.Justia.com

1    The extension of time is necessary to ensure that defendants have an opportunity to be

2  heard on the issue relatedness and to ensure the efficient use of the Court's time.

3

4    **WHEREAS** Plaintiff Io Group, Inc. filed a Notice of Related Cases in this matter on

5  September 11, 2006, seeking to relate cases *Io Group, Inc. v. Veoh, Networks, Inc.*, C-06-3926

6  (HRL), *Io Group, Inc. v. Data Conversions, Inc*, C-06-065162 (HRL), and *Io Group, Inc. v.*

7  *Webnovas Technologies, Inc. and Gonetmarket, Inc*, C-06-5334 (JSW).

8
    **WHEREAS** under stipulation an answer or other response is not due from Webnovas

9  Technologies, Inc and Gonetmarket, Inc until October 10, 2006 and from Data Conversions, Inc.

10  until October 19, 2006.

11

12    **WHEREAS** defendants Webnovas Technologies, Inc., Gonetmarket, Inc., and Data

13  Conversions, Inc. should have an opportunity to respond to the Notice of Related Cases before this

14  Court issues its order; and

15

16    **WHEREAS** it would be an inefficient use of the time of the parties and the Court to

17  prepare and hold the Case Management Conference until after the Court has ruled as to whether or

    not *Io Group, Inc. v. Veoh, Networks, Inc.*, C-06-3926 (HRL), *Io Group, Inc. v. Data Conversions,*
18
    *Inc*, C-06-065162 (HRL), and *Io Group, Inc. v. Webnovas Technologies, Inc. and Gonetmarket,*
19
    *Inc*, C-06-5334 (JSW) are related.
20

21  The parties do therefore stipulate and agree as follows:

22

23    1.    The Court will rule whether or not *Io Group, Inc. v. Veoh, Networks, Inc.*, C-06-

24  3926 (HRL), *Io Group, Inc. v. Data Conversions, Inc*, C-06-065162 (HRL), and *Io Group, Inc. v.*

25  *Webnovas Technologies, Inc. and Gonetmarket, Inc*, C-06-5334 (JSW) are related after October

26  19, 2006 so that all defendants have sufficient time to file an opposition or notice of non-

    opposition.
27

28

-2-

STIPULATION AND PROPOSED ORDER
C-06-3926 (HRL)

2. The Case Management Conference currently calendared for October 10, 2006 will be taken off calendar and re-calendared after the Court has ruled as to whether or not *Io Group, Inc. v. Veoh, Networks, Inc.*, C-06-3926 (HRL), *Io Group, Inc. v. Data Conversions, Inc*, C-06-065162 (HRL), and *Io Group, Inc. v. Webnovas Technologies, Inc. and Gonetmarket, Inc*, C-06-5334 (JSW) are related.

3. The related deadlines (Deadline for ADR Selection, Deadline to Meet and Confer regarding Initial Disclosures and Deadline for filing Case Management Conference Statement) will be re-calendared once a date has been selected for the Case Management Conference.

**SO STIPULATED**.

Dated: *September 21, 2006*            */s/ Gill Sperlein*
                                       Gill Sperlein (CA Bar Number 172887)
                                       THE LAW FIRM OF GILL SPERLEIN
                                       Attorney's for Plaintiff

Dated: *September 21, 2006*            */s/ Paul M. Fakler*
                                       Paul M. Fakler (*pro hoc vice*)
                                       THELEN REID & PRIEST LLP
                                       Attorney's for Defendant

I hereby attest pursuant to Northern District of California General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: *September 21, 2006*            */s/ Gill Sperlein*
                                       GILL SPERLEIN,
                                       Counsel for Plaintiff Io Group, Inc.

-3-

1

2

3

**[PROPOSED] ORDER**

4

5    PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7

Dated: _____          _____

8                                          HONORABLE HOWARD R. LLOYD

9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1

2                                    **<u>CERTIFICATE OF SERVICE</u>**

3          I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse

4    Street, San Francisco, California, 94103.  I am readily familiar with the practice of this office for

5    collection and processing of correspondence for mailing with United Parcel Service and

6    correspondence is deposited with United Parcel Service that same day in the ordinary course of

7    business.

8          Today I served the attached:

9      • **STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF
         TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S NOTICE OF**
10       **RELATED CASES; AND TO RESET DATES RELATING TO CASE**
         **MANAGEMENT CONFERENCE.**
11     • **DECLARATION OF GILL SPERLEIN IN SUPPORT OF STIPULATION**

12

13   by causing a true and correct copy of the above to be placed with United Parcel Service, Second

14   Day Service at San Francisco, California in sealed envelopes with postage prepaid, addressed as

15   follows:

16     In the case of
       *Io Group, Inc. v. Webnovas Technologies, et al.*, C-06-5334 (JSW)
17     Attorney's for Webnovas Technologies, Inc. and Gonetmarket, Inc.
       With Courtesy Copy to Judge Ware
18

19     Richard F. Cauley
       Wang, Hartman, & Gibbs, PLC
20     1301 Dove Street, Suite 1050
       New Port Beach , CA  92660-2812
21

22     In the case of
       *Io Group, Inc. v. Data Conversions.*, C-06-5162 (HRL)
23     Attorney for Data Conversions Inc.
       With Courtesy Copy to Judge Lloyd
24

25     Lance Blundell, General Counsel
       Data Conversions, Inc.
26     5300 Old Pineville Road, Suite 158
       Charlotte, NC  28217
27

28

                                             -1-

-2-

1         I declare under penalty of perjury that the foregoing is true and correct and that this

2    declaration was executed on *September 21, 2006.*

3

4                                       */s/ Eric Burford*
                                   Eric Burford

5        I hereby attest that this is the declaration of Eric Burford and the original with Eric Burford's

6    holographic signature is on file for production for the Court if so ordered, or for inspection upon

7    request by any party.  Pursuant to the laws of the United States, I declare under penalty of perjury

8    the foregoing is true and correct.

9

10

    Dated: *September 21, 2006.*              */s/ Gill Sperlein*

11                                         GILL SPERLEIN,
                                     Counsel for Plaintiff Io Group, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28