GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

**\*ORDER E-FILED ON 9/22/06\***

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VEOH NETWORKS, Inc, a California Corporation,<br><br>Defendant. | CASE NO. C-06-3926 (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S NOTICE OF RELATED CASES; AND TO RESET DATES RELATING TO CASE MANAGEMENT CONFERENCE.** |

Pursuant to Civil Local Rule 6-2, Plaintiff Io Group, Inc. and Defendant Veoh Network, Inc., hereby stipulate that the Court will refrain from ruling as to whether or not *Io Group, Inc. v. Veoh, Networks, Inc.*, C-06-3926 (HRL), *Io Group, Inc. v. Data Conversions, Inc*, C-06-065162 (HRL), and *Io Group, Inc. v. Webnovas Technologies, Inc. and Gonetmarket, Inc*, C-06-5334 (JSW) are related until after October 19, 2006 when the defendants in the other actions have had sufficient opportunity to file an opposition or notice of non-opposition.

This stipulation will effect the date of the Case Management Conference and related deadlines, taking them off calendar until the Court has made its ruling as to whether or not the case are related.

-1-

STIPULATION AND PROPOSED ORDER
C-06-3926 (HRL)

Dockets.Justia.com

The extension of time is necessary to ensure that defendants have an opportunity to be heard on the issue relatedness and to ensure the efficient use of the Court's time.

**WHEREAS** Plaintiff Io Group, Inc. filed a Notice of Related Cases in this matter on September 11, 2006, seeking to relate cases *Io Group, Inc. v. Veoh, Networks, Inc.*, C-06-3926 (HRL), *Io Group, Inc. v. Data Conversions, Inc*, C-06-065162 (HRL), and *Io Group, Inc. v. Webnovas Technologies, Inc. and Gonetmarket, Inc*, C-06-5334 (JSW).

**WHEREAS** under stipulation an answer or other response is not due from Webnovas Technologies, Inc and Gonetmarket, Inc until October 10, 2006 and from Data Conversions, Inc. until October 19, 2006.

**WHEREAS** defendants Webnovas Technologies, Inc., Gonetmarket, Inc., and Data Conversions, Inc. should have an opportunity to respond to the Notice of Related Cases before this Court issues its order; and

**WHEREAS** it would be an inefficient use of the time of the parties and the Court to prepare and hold the Case Management Conference until after the Court has ruled as to whether or not *Io Group, Inc. v. Veoh, Networks, Inc.*, C-06-3926 (HRL), *Io Group, Inc. v. Data Conversions, Inc*, C-06-065162 (HRL), and *Io Group, Inc. v. Webnovas Technologies, Inc. and Gonetmarket, Inc*, C-06-5334 (JSW) are related.

The parties do therefore stipulate and agree as follows:

1. The Court will rule whether or not *Io Group, Inc. v. Veoh, Networks, Inc.*, C-06-3926 (HRL), *Io Group, Inc. v. Data Conversions, Inc*, C-06-065162 (HRL), and *Io Group, Inc. v. Webnovas Technologies, Inc. and Gonetmarket, Inc*, C-06-5334 (JSW) are related after October 19, 2006 so that all defendants have sufficient time to file an opposition or notice of non-opposition.

2.  The Case Management Conference currently calendared for October 10, 2006 will be taken off calendar and re-calendared after the Court has ruled as to whether or not *Io Group, Inc. v. Veoh, Networks, Inc.*, C-06-3926 (HRL), *Io Group, Inc. v. Data Conversions, Inc*, C-06-065162 (HRL), and *Io Group, Inc. v. Webnovas Technologies, Inc. and Gonetmarket, Inc*, C-06-5334 (JSW) are related.

3.  The related deadlines (Deadline for ADR Selection, Deadline to Meet and Confer regarding Initial Disclosures and Deadline for filing Case Management Conference Statement) will be re-calendared once a date has been selected for the Case Management Conference.

**SO STIPULATED**.

Dated: *September 21, 2006*            */s/ Gill Sperlein*
                                        Gill Sperlein (CA Bar Number 172887)
                                        THE LAW FIRM OF GILL SPERLEIN
                                        Attorney's for Plaintiff

Dated: *September 21, 2006*            */s/ Paul M. Fakler*
                                        Paul M. Fakler (*pro hoc vice*)
                                        THELEN REID & PRIEST LLP
                                        Attorney's for Defendant

I hereby attest pursuant to Northern District of California General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: *September 21, 2006*            */s/ Gill Sperlein*
                                        GILL SPERLEIN,
                                        Counsel for Plaintiff Io Group, Inc.

-3-

STIPULATION AND ~~PROPOSED~~ ORDER
C-06-3926 (HRL)

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff's administrative motion for a related case determination will be deemed submitted for decision as of October 20, 2006.

Dated: September 22, 2006

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE