Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Michael S. Elkin (*pro hac vice*) melkin@thelenreid.com
Paul M. Fakler (*pro hac vice*) pfakler@thelenreid.com
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>VEOH NETWORKS, Inc., a California Corporation,<br><br>Defendant. | Case No.: C06-3926 (HRL)<br><br>**DECLARATION OF PAUL M. FAKLER IN SUPPORT OF STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER SEAL** |

I, PAUL M. FAKLER, declare:

1. I am an associate of the law firm of Thelen Reid & Priest LLP, attorneys of record for Defendant VEOH Networks, Inc. ("Defendant"), in the above-entitled action. I am admitted to practice in the State of New York and have been admitted *pro hac vice* in this action. The following matters are true of my own personal knowledge and if called upon to do so, I could and would competently testify thereto.

-1-

DECLARATION OF P. FAKLER IN SUPPORT OF STIPULATED
ADMINISTRATIVE MOTION TO FILE CERTIFICATION UNDER SEAL
C 06-3926 (HRL)

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

Dockets.Justia.com

2. The required filing of Veoh's Certification of Interested Entities and Persons pursuant to Civil Local Rule 3-16 will necessarily include a list identifying the various shareholders of Veoh.

3. The identity of Veoh's shareholders is not publicly known or available information, and is considered sensitive and confidential by Veoh. This confidential information is the only information that will be contained in the Certification. Consequently, Veoh respectfully requests the Court's leave to file the entire Certification under seal.

4. On September 25, 2006, Counsel for Plaintiff stipulated to this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New York, New York on the 25th of September, 2006.

/s/ Paul M. Fakler
Paul M. Fakler (pro hac vice)

THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

-2-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

DECLARATION OF P. FAKLER IN SUPPORT OF STIPULATED
ADMINISTRATIVE MOTION TO FILE CERTIFICATION UNDER SEAL
C 06-3926 (HRL)