| | |
|---|---|
| 1 | DEAN A. MOREHOUS (CA Bar No. 111841), dam@thelenreid.com |
| | THELEN REID & PRIEST LLP |
| 2 | 101 Second Street |
| | Suite 1800 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 371-1200 |
| 4 | Facsimile: (415) 371-1211 |
| 5 | |
| 6 | MICHAEL S. ELKIN (*pro hac vice*), melkin@thelenreid.com |
| | PAUL M. FAKLER (*pro hac vice*), pfakler@thelenreid.com |
| 7 | THELEN REID & PRIEST LLP |
| | 875 Third Avenue |
| 8 | New York, New York 10022 |
| | Telephone: (212) 603-2000 |
| 9 | Facsimile: (212) 603-2001 |
| 10 | Attorneys for Defendant |
| | VEOH NETWORKS, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | Case No.: C06-3926 HRL |
| Plaintiff, | |
| vs. | **CERTIFICATE OF PERSONAL SERVICE BY MESSENGER** |
| VEOH NETWORKS, INC., a California corporation, | |
| Defendant. | |

# CERTIFICATE OF PERSONAL SERVICE BY MESSENGER

CASE NO. C06-3926 (HRL)

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Urgent Express. My business address is P.O. Box 26170, San Francisco, California 94126.

On September 25, 2006, I personally served a true and correct copy of the following entitled document:

**DEFENDANT VEOH NETWORKS, INC.'S CERTIFICATION
OF INTERESTED ENTITIES AND PERSONS
CONFIDENTIAL - FILED UNDER SEAL**

on the following person at the address indicated:

> Gill Sperlein
> The Law Offices of Gill Sperlein
> 584 Castro Street, Suite 849
> San Francisco, CA 94114

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2006, at San Francisco, California.

*/s/ J. Alan Constant*
J. Alan Constant

I, Dean A. Morehous, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Dean A. Morehous*
Dean A. Morehous