Dean A. Morehous (CA Bar No. 111841) dam@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Michael S. Elkin (*pro hac vice pending*) melkin@thelenreid.com
Paul M. Fakler (*pro hac vice pending*) pfakler@thelenreid.com
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

**ORDER E-FILED ON 9/26/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>VEOH NETWORKS, Inc., a California Corporation,<br><br>Defendant. | Case No.: C06-3926 (HRL)<br><br>**STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER SEAL** |

    Defendant, Veoh Networks, Inc., hereby requests, pursuant to Civil Local Rule 79-5, an Order granting leave to file Defendant's Certification of Interested Entities or Persons pursuant to Civil Local Rule 3-16 under seal.

    Defendant will lodge its Certification of Interested Entities or Persons under seal because the Certification identifies various stockholders of Defendant, which information is confidential and not publicly available. Plaintiff has agreed that the Certification may only be viewed by or disclosed

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

-1-

STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED]
ORDER TO FILE CERTIFICATION UNDER SEAL
C-06-3926 (HRL)

Dockets.Justia.com

to Plaintiff's counsel, including Plaintiff's General Counsel. Plaintiff retains the right to seek any information appearing within the Certification, to the extent such information is otherwise discoverable, subject to further protective orders as appropriate.

This request is narrowly tailored to seal only those materials containing confidential information. The only information disclosed in the Certification is the confidential identity of Defendant's stockholders. Consequently Defendant requests that the entire Certification be filed under seal. Such sealed filing will not result in the sealing of any information other than the confidential information Defendant seeks to protect.

**SO STIPULATED**.

Dated: September 25, 2006                THELEN REID & PRIEST LLP


                                         /s/ Paul M. Fakler
                                         Paul M. Fakler (*pro hac vice*)

                                         Michael S. Elkin (*pro hac vice*)
                                         Dean A. Morehous

                                         Attorneys for Defendant
                                         VEOH NETWORKS, INC.

Dated: September 25, 2006                THE LAW FIRM OF GILL SPERLEIN


                                         /s/ Gill Sperlein
                                         GILL SPERLEIN

                                         Attorneys for Plaintiff
                                         IO GROUP, INC.

I, Paul M. Fakler, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                         /s/ Paul M. Fakler
                                         Paul M. Fakler (*pro hac vice*)

1 **[PROPOSED] ORDER**

2

3     GOOD CAUSE APPEARING, ~~PURSUANT TO STIPULATION~~, IT IS SO ORDERED.

4

5 Dated: September 26, 2006

6                                   HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

-3-