# Exhibit A

Dockets.Justia.co

Online videos: From funny home videos to premium content | Veoh Video Network - Microsoft Internet Explorer
http://www.veoh.com/
Veoh BETA
Home
My Veoh
Channels
Friends
Upload
MENU
CLIVE OWEN
PAUSE
Browse By:
» Categories
» Most Popular
» Most Recent
» Recommended
» Most Discussed
» Tags
You have 1 friend request
NEW! Favorites Player
- Share all of your favorite videos in one player
- Embed your favorites into any web page or blog
- Automatically update your embedded videos
Click here to START SHARING NOW!
Devices
iPod compatible
psp compatible
Most Popular This Week
View All »
IvyGate: Worst Resume Ever
Views: 92402
this cop is cool
Views: 3198
Stripped
Views: 4593
Improper Incision
Views: 4115
Video: Apples from the Desert | Veoh Video Network - Microsoft Internet Explorer
Apples from the Desert
Download Video
Series Instructional video
Subscribe to Series
Published by nelliemuller
Subscribe to User
Series
Publisher
Instructional video
Similar Videos
Apples from the Desert
Rabin Collaboration Project
desert
Lost In the Desert
The Mighty Hercules - Search F...
Star Wars - Desert Duel
Rate It!
Favorite
Share it!
Post a Comment
Post Comment



# Exhibit B

Home | PornoTube.com - Fuck Around
http://www.pornotube.com/
Login · Register
Search
Advanced Search
PornoTube FUCK AROUND
Home Videos Audio Photos Add Media
My Account My Videos My Audio My Photos My Favorites Video On Demand
Browsing Filter: All Content Straight Content Gay Content
Welcome to Pornotube.com! If you already have an account click here to login. Otherwise, click here to register.
Click here to subscribe.
Featured Media
Classic porn
Three gay mu...
MILF rides t...
Smokin hot a...
Ninja
Brunette Fuc...
Recent Tags
No tags available.
Latest Videos
Foursome Fuc...
Nice Boy Gay
Latino Jerki...
Somos2safado...
Closeup Jerk...
Taxi Fucking
Videos | PornoTube.com - Fuck Around
http://www.pornotube.com/media.php?m=35230
Login · Register
Search
Advanced Search
PornoTube FUCK AROUND
Home Videos Audio Photos Add Media
Latest Videos Top Rated Videos Most Viewed Videos Video On Demand
Browsing Filter: All Content Straight Content Gay Content
Instantly Win $1,000,000
Viewing: Ninja
Hot Storm
ANIME
mute
0:00:2:38
Buffering...
Watch the ENTIRE Ninja Series NOW! No Waiting!
Media Actions
Report Media
LITEROTICA.com SexStories
75,000 free stories + live cams + adult movies + forums + pics + chat
Napster Of Porn
Get Free Access to the Hottest Sites Out There!
HORNY? GET LAID TONITE!!!
OVER 6 MILLION FUCK BUDDIES TO CHOOSE FROM. FEATURED ON HOWARD STERN.
Your Ad Here
Media Information
Share Media