# Exhibit C

Dockets.Justia.com





# Exhibit D

