DEAN A. MOREHOUS (CA Bar No. 111841) dam@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

MICHAEL S. ELKIN (*pro hac vice*) melkin@thelenreid.com
PAUL M. FAKLER (*pro hac vice*) pfakler@thelenreid.com
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VEOH NETWORKS, INC., a California corporation,<br><br>　　　　　Defendant. | Case No.: C06-3926 HRL |
| IO GROUP, INC. ,<br>　　　　　Plaintiff,<br>　vs.<br>DATA CONVERSIONS, INC., a South Carolina corporation d/b/a/ AEBN and pornotube.com,<br>　　　　　Defendant. | Case No.: C06-5162 HRL |
| IO GROUP, Inc.,<br>　　　　　Plaintiff,<br>　vs.<br>WEBNOVAS TECHONOGIES, INC., a Canadian business entity type unknown, and GONETMARKET, INC., a Nevada corporation,<br>　　　　　Defendants. | Case No.: C06-5334 JSW<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER RE ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES ARE RELATED
C 06-3926 HRL

Dockets.Justia.com

This matter comes before the Court on Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related, and Defendant Veoh Networks, Inc.'s opposition to said motion, pursuant to Local Rules 3-12 and 7-11.

Having read and considered the parties' motion papers and having determined that the cases do not concern substantially the same parties, property, transaction or event, and that there will not likely be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted separately, Plaintiff's Administrative Motion is hereby DENIED.

IT IS SO ORDERED.

Dated: _____          _____
                                        HONORABLE HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE