DEAN MOREHOUS (CA BAR NO. 111841) DAM@THELENREID.COM
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone : (415) 371-1200
Facsimile: (415) 371-1211

MICHAEL S. ELKIN (*pro hac vice*) melkin@thelenreid.com
PAUL M. FAKLER (*pro hac vice*), pfakler@thelenreid.com
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br>            Plaintiff,<br>vs.<br>VEOH NETWORKS, INC., a California corporation,<br>            Defendant. | Case No.: C06-3926 HRL |
| IO Group, INC.,<br>            Plaintiff,<br>vs.<br>DATA CONVERSIONS, INC., a South Carolina corporation d/b/a AEBN and pornotube.com,<br>            Defendants, | Case No.: C06-5162 HRL |
| IO GROUP, Inc.,<br>            Plaintiff,<br>vs.<br>WEBNOVAS TECHONOGIES, INC., a Canadian business entity type unknown, and GONETMARKET, INC., a Nevada Corporation, | Case No.: C06-5334 JSW<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**
CASE NOS. C06-3926 HRL, C06-5162 and C06-5334 JSW

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Priest LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606.

On October 19, 2006, I served the following entitled documents:

1. Defendant Veoh Networks, Inc.'s Opposition To Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related

2. Declaration of Paul M. Fakler In Opposition to Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related

3. [Proposed] Order Re Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related

by placing true and correct copies thereof in a sealed envelope addressed as follows:

Lance Blundell, General Counsel
Data Conversion, Inc, d/b/a AEBN
5300 Old Pineville Road, Suite 152
Charlotte, NC 28217


Richard F. Cauley
Wang, Hartmann & Gibbs, P.C.
1301 Dove Street
Suite 1050
Newport Beach, CA 92660

☑ Said documents were placed in an envelope designated by Federal Express and placed for collection in a box or other facility regularly maintained by said express service carrier with whom we have a direct billing account for payment of said delivery, to be delivered to the office of the addressee listed above on the next business day.

☑ I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I places for collection and processing the above documents to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 19, 2006, at San Francisco, California.

                */s/ Nadine Delich*
                Nadine Delich

I. Paul M. Fakler, hereby attest, pursuant to N.D. Cal. General Order No.45, that the concurrence to filing of this document has been obtained from each signatory hereto.

                */s/ Paul M. Fakler*
                Paul M. Fakler