```
GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com
```

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC. v. VEOH NETWORKS, a California corporation | CASE NO. C-06-3926 (HRL) |
| IO GROUP, INC. v. DATA CONVERSIONS, INC., a South Carolina corporation d/b/a AEBN and pornotube.com | CASE NO. C-06-5162 (HRL) |
| IO GROUP, INC. v. WEBNOVAS TECHNOLOGIES, INC., a Canadian business entity type unknown, and GONETMARKET, INC., a Nevada Corporation | CASE NO. C-06-5334 (JSW) **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF IO GROUP, INC.'S REPLY TO VEOH NETWORK INC.'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, GILL SPERLEIN, declare:

    1.    I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

    2.    I reviewed the website veoh.com prior to filing the complaint in this matter. At that time the website contained the following language: "Before any video is made available for viewing, it will go through a number of quality steps. After completing the publishing process, the

-1-

video will move to the Veoh review process.  This process is managed by Veoh to ensure the video complies with the Terms of Use, as well as the accuracy and appropriateness of the descriptive information." This language appears in the highlighted section of otherwise true and accurate printouts of various pages from veoh.com which I have attached hereto as Exhibit A.

     3.    I reviewed veoh.com on October 20, 2006 and the above-quoted language no longer appears in the "Publishing Videos" section of the Frequently Asked Questions.  I printed time-date-stamped pages from the site and attached true and complete copies of those pages hereto as Exhibit B.

     4.    I reviewed veoh.com on October 20, 2006.  In the frequently Asked Questions section of the site I observed that the site contained the following language:  "**10. Can I charge for my video?**  Not yet, in the near future Veoh will be allowing publishers to offer content on a pay-per-view, pay-to-own or subscription basis. If you are interested in offering content on a paid basis, please contact us."  I printed time-date-stamped pages from the site and attached true and complete copies of those pages hereto as Exhibit C.

     5.    I have viewed and listened to numerous interviews with Veoh Networks' CEO Dmetri Shapiro in which he states that Veoh intends to use advertising or charge pay-per-view fees, the revenue from which will be shared between Veoh and publishers.  As an example, I printed one such article (which the Veoh site links to) and have attached it hereto as Exhibit D.

     6.    I have reviewed the websites veoh.com, xtube.com and pornotube.com.  All three sites organize videos by channels (although pornotube.com refers to the groups as categories rather than channels), organizes videos by those which their viewers rate as favorites, group videos by the most recently published videos, as well as the most viewed videos, and allow users to search for videos by keywords in the user inputted description fields.

7. Each of the sites allows users to submit videos which the website operators reformat and then broadcast.

8. Each of the operators transforms the files into Flash format.

9. Each of the operators broadcasts at least a portion of the material directly from its web servers so that anyone with a computer and a high-speed Internet connection can view those portions of the videos.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *October 20, 2006*                                    Respectfully submitted,

                                                             */s/ Gill Sperlein*

                                                             GILL SPERLEIN,
                                                             Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94103. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with United Parcel Service and correspondence is deposited with United Parcel Service that same day in the ordinary course of business.

Today I served the attached:

- **PLAINTIFF IO GROUP, INC.'S REPLY TO VEOH NETWORK INC.'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
- **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF IO GROUP, INC.'S REPLY TO VEOH NETWORK INC.'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

by causing a true and correct copy of the above to be placed with United Parcel Service at San Francisco, California in sealed envelopes with postage prepaid, addressed as follows:

Richard F. Cauley
Wang, Hartman & Gibbs, P.C.
1301 Dove Street, Suite 1050
Newport Beach, CA  92660

And via e-mail to rcauley@jcpw.com

Lance Blundell, General Counsel
Data Conversion, Inc. D/B/A AEBN
5300 Old Pineville Road, Suite 152
Charlotte, NC  28217

And via e-mail to Lance.Blundell@aebn.net

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on *October 20, 2006*.

/s/*Eric Burford*
Eric Burford

-1-

I hereby attest that this is the declaration of Eric Burford and the original with Eric Burford's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party. Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *October 20, 2006*                    /s/ Gill Sperlein_____
                                             GILL SPERLEIN,
                                             Counsel for Plaintiff Io Group, Inc.

-2-