installed with Windows Media Player (on Windows) and Quicktime (on both platforms.)

The error message "Veoh Player is unable to play video. This may be due to incompatibilities in video format or encoding." indicates a codec necessary to play the file is missing. Most often this is fixed by installing the newest versions of Quicktime and Windows Media.

For Windows, please make sure that you have Quicktime 7 and DivX installed. For Mac, make sure that you have Flip4Mac and DivX 6 installed.

If you have the latest Windows Media Player and Quicktime installations then the file may be DivX or MPEG-2. DivX is freely available codec, while MPEG-2 requires a fee (Windows Media Player or Quicktime.)

3. **Why does my Veoh Client crash when resizing the Veoh Player?**
There is a known issue with certain ATI RADEON video cards. Updating to the latest driver version should fix this problem. Please consult your computer manufacturer's web site for driver updates.

## Publishing Videos

1. **How do I begin publishing my video?**
You will need a digital version of your video, a broadband connection, and ownership of the necessary rights. To make sure that your video is submitted properly, please continue reading about the Veoh publishing requirements, preferred file formats, and the Veoh approval process.
2. **Is it really free to publish video?**
It is *free* for everyone to publish video on the Veoh network. And free means free. Veoh does not charge for any reason, including bandwidth usage or storage costs, regardless of the size or popularity of your video.
3. **What types of videos can I publish?**
If it complies with the terms of use, we'll take it.
4. **What file formats does Veoh accept?**
Veoh will accept video in any format. The general rule of thumb is to encode video at a sufficient resolution and framerate to display nicely in full-screen mode at 1024x768 resolution. You do not need to encode at this resolution, simply test your video at this playback resolution to make certain that it meets *your* quality standards. Veoh strives to provide the highest quality content for the broadest range of users. Very low resolution video, obscure codecs or incorrect encoding may be rejected during the review process.
5. **Can I add information to my video to help people find it?**
Yes. Veoh provides an area for you to enter the video's description, as well as the ability to supply an unlimited number of tags (keywords) for users to search. In addition, the tags will be used to help categorize your video with other videos that have similar tags.
6. **Is there a size limitation for video?**
The is no upper limit on the file size of video, but video should be large enough to be interesting to users. As a general rule, you should strive to balance the overall size of a video with the resolution. For instance, video with extremely high resolution is unlikely to be noticeably better quality for viewers.
7. **Is there a maximum number of videos I can publish?**
There is no maximum number of videos that you can publish.
8. **Do I have to stay online after I publish my video?**
You will need to remain online until your video is fully transferred to the Veoh network. After that, you are no longer responsible for hosting your video. This feature is a significant benefit for publishers, as it radically reduces your operating costs. For more information, refer to the Veoh PeerCasting overview.
9. **When will my videos be available?**
Videos will generally be available within 1 hour of being published. If the video does not pass the Veoh review process, it may take longer. See What is the Veoh review process? for more information.
10. **What is the Veoh review process?**
==Before any video is made available for viewing, it will go through a number of quality steps. After completing the publishing process, the video will move to the Veoh review process. This process is managed by Veoh to ensure the video complies with the Terms of Use, as well as the accuracy and appropriateness of the descriptive information. In general, this process takes about one day.==

Things that might cause your video to not pass the Veoh review process include:
- Misleading or incorrect descriptive information, including the following items:
  - The video's descriptive information must be accurate and relevant to the content you upload
  - The video's content filtering must be correct
- Unplayable video
- The quality of the video is particularly low
- The video codec is not in common usage.

After verification, your video will be made available for users to search, download, and play. At any time after you publish your video to Veoh, you'll have the opportunity to add more videos, update the information about each video, or remove your video from the directory.

11. **Why does Veoh want to review my video?**
    Veoh will review every video submission for accuracy and appropriateness. This will provide a higher level of quality to the Veoh network than is currently available on existing file-sharing networks. The review process allows Veoh to be able to correctly categorize video content, so that users may be certain that videos have the content and technical quality that they expect. Users that ask for a *cartoon* should get a *cartoon*, not a *news* video. By enforcing quality during publishing, the Veoh network will be the trustworthy source for accurate, quality video content.

12. **Will Veoh alter my video or descriptive information?**
    Veoh may in rare occasions make constructive edits to descriptions or information for your series or video, but the video content will never be altered in any way.

13. **Can I charge for my video?**
    Yes and no. The Veoh Beta Program does not provide the ability to charge for video. This will be a key feature in the public release. The details of fee-based viewing will be made available at that time.

14. **How do Subscriptions work?**
    Veoh members are able to subscribe to a series, publisher, or tag in much the same way that a Season Pass works on TiVo. For example, if someone enjoys a video in your series, they can easily choose to subscribe to it so that any future videos will be downloaded automatically.

15. **Your Publisher Page**
    Every series automatically has a series page created for it. In addition, you will have a publisher page, which will have the information about you and your published videos.

## Copyrights and Licenses

1. **Do I retain copyrights and other legal rights to my videos?**
   Yes. You retain all rights to your content. Veoh assumes no copyright to your material.
2. **Can I publish my video if it's already licensed for distribution elsewhere?**
   Veoh will not restrict you from distributing your video through other means, including other video sharing networks. You are free to license the rights to your content outside Veoh's network.
3. **What is your policy on copyright infringement?**
   Veoh respects the rights of copyright holders. Our policy is to respond to any notices of alleged infringement that comply with the Digital Millennium Copyright Act (DMCA). If we receive a notice or otherwise have reason to believe that content you submitted infringes another party's copyright, your account may be terminated and the Show removed from Veoh. More information about our DMCA process is available here.
4. **How do I report copyright infringement?**
   If you believe that someone else has published your **copyrighted** content without your permission, we encourage you to contact that person in order to resolve any differences with them directly. You can also contact our support team for instructions on how to submit a copyright infringement notice to Veoh, or follow the directions available here.
5. **What if I have been falsely accused of copyright infringement?**
   We'll let you know if we receive a copyright complaint about any of your Show content that is hosted on Veoh. We'll give you the opportunity to file a DMCA counter notification following the steps outlined here.

## Veoh Technology

1. **What components are installed with Veoh?**