- **Apple with DivX**: you will need Mac OS X and the latest version of <u>DivX for Mac</u> to play the video.
- **ipod**: the video is viewable on the Apple iPod. Instructions for how to get your Veoh videos on to your iPod can be found <u>here</u>.
- **psp**: the video is viewable on the Sony PSP. Instructions for how to get your Veoh videos on to your PSP can be found <u>here</u>.

3. **How long does it take to get my videos delivered to the Veoh client?**
Videos that are currently being delivered to your Veoh client can be found on your MyVeoh page on Veoh.com or by selecting your downloading queue on the Veoh client. These lists will show you videos that you have selected, or have been added for one of your subscriptions, that are currently being delivered by the Veoh distribution network to your PC. Delivery time is determined by a number of factors, including the speed of your internet connection, the size of the video (length and video quality) and what else you are doing on the machine while it is downloading (Veoh limits its use of your bandwidth if you need it for other activities).

4. **How do I find videos that have been delivered to my client?**
By selecting "Library" on the Veoh client you can see all the videos that are currently available for playback. Other choices in the menu, such as New, are smart playlists that show you a subset of the available videos (such as all videos you have not yet played, under "new"). You can also create your own playlists and smart playlists to organize videos in your Veoh library.

## Publishing Video

1. **How do I begin publishing my video?**
After signing up for a free Veoh user account you will need a digital version of your video on your PC, a broadband connection, and ownership of the necessary rights.
2. **Is it really free to publish video?**
It is *free* for anyone to publish video on the Veoh network. And free means free. Veoh does not charge for any reason, including bandwidth usage or storage costs, regardless of the size or popularity of your video.
3. **What types of videos can I publish?**
Veoh accepts all kinds of videos, including vlogs, short films, original TV series, funny viral videos and more. All videos must comply with our <u>terms of use</u>, which includes ensuring that your video does not violate any copyright or privacy rights, does not contain nudity or sexually explict content, excessive violence or any illegal or otherwise inappropriate footage.
4. **What file formats does Veoh accept?**
Veoh currently supports uploads in WMV, Quicktime and DIVX formats, supporting most standard video and audio encoding, including
   **Video Encodings**
   - MPEG-4 Video Codec
   - H264 Advanced Video Coding (Apple Quicktime 7)
   - Sorenson Video 3 (Apple Quicktime 5)
   - H263 Video Codec
   - Windows Media Video 9
   - Windows Media Video 8
   - MPEG-1
   - MPEG-2
   - Motion JPG
   - DivX 5.0
   - OpenDivX
   - XviD MPEG-4 Codec
   
   **Audio Encodings**
   - MPEG-4 Audio
   - QDesign Music v2 Audio Codec
   - Windows Media Audio 9
   - Windows Media Audio 8
   - MPEG Layer-2
   - MPEG Layer-3
   - Pulse Code Modulation
5. **What else do I need to publish my video?**
To help people find and choose your video Veoh provides an area for you to enter a title, a description, as well as the ability to supply an unlimited number of tags (keywords) for users to search. You need to select one or more categories for your video.
6. **Is there a size limitation for video?**
No you can upload any size video. If you are publishing videos that are longer than 100MB you should use the Veoh client software to publish, the Veoh web upload process should only be used for shorter, smaller video files. The Veoh client is designed to run in the background for uploading larger files, ensuring changes in your internet connectivity do not interrupt your upload and allowing you to use your PC for other tasks during the upload.
7. **Is there a maximum number of videos I can publish?**
There is no maximum number of videos that you can publish.
8. **When will my videos be available on Veoh?**
Videos will generally be available within a few minutes of publishing, at times of high demand they may take a little longer, but generally within 1 hour of a completed upload.

Dockets.Justia.com

9. **Will Veoh alter my video or descriptive information?**
   Veoh may in rare occasions make constructive edits to descriptions or information for your series or video, but the video content will never be altered in any way.
10. **Can I charge for my video?**
    Not yet, in the near future Veoh will be allowing publishers to offer content on a pay-per-view, pay-to-own or subscription basis. If you are interested in offering content on a paid basis, please contact us.

## Copyrights and Licenses

1. **Do I retain copyrights and other legal rights to my videos?**
   Yes. You retain all rights to your content. Veoh assumes no copyright to your material.
2. **Can I publish my video if it's already licensed for distribution elsewhere?**
   Veoh will not restrict you from distributing your video through other means, including other video sharing networks. You are free to license the rights to your content outside Veoh's network, if you have made other agreements you need to check them for exclusivity and to ensure that you still have the proper rights to your video for distribution on Veoh.
3. **What is your policy on copyright infringement?**
   Veoh respects the rights of copyright holders. Our policy is to respond to any notices of alleged infringement that comply with the Digital Millennium Copyright Act (DMCA), including removing the content immediately. Additionally, according to our Repeat Infringer Policy if after an initial warning we receive a notice or otherwise have reason to believe that content you submitted infringes another party's copyright, your account may be terminated. More information about our DMCA policy and process is available here.
4. **How do I report copyright infringement?**
   If you believe that someone else has published your **copyrighted** content without your permission, follow the directions in our DMCA policy.
5. **What if I have been falsely accused of copyright infringement?**
   We'll let you know if we receive a copyright complaint about any of your video content that is hosted on Veoh. We'll give you the opportunity to file a DMCA counter notification following the steps outlined here.

## Veoh Technology

1. **How does Veoh work?**
   The Veoh network uses an advanced peer-to-peer transfer network to share video amongst the Veoh users. This allows the network to "spread the load" between a massive number of computers that are typically under-utilizing their network bandwidth. In essence, Veoh has designed a globally-hosted video server, capable of transferring enormous amounts of video in a fraction of the time and cost of traditional systems.

   For each computer in the Veoh network, the Veoh network uses a portion of the system's capacity to "trade" small bits of video content between users, without compromising the security of any of the systems. The amount of resources used will vary from one computer to another, and will generally not be noticeable by someone using the computer.

   Using this technology, the network is self-repairing. What this means is that as one computer becomes unavailable, others will accommodate. Each video is securely hosted on hundreds or thousands of computers on the network, which means that there is always plentiful access to any video, at any time. Individual computers or servers are not necessary to make the Veoh network function; it's all about making millions of computers work together to achieve a goal that a few servers could never handle.

   There is a nearly unlimited amount of resources available across the Veoh network, which makes it possible to provide access to any video at any time. By making use of computer resources that are not in use, the Veoh network can provide every user with a super video server that is always available. By using a small amount of resources from an incredibly large population, the Veoh network will provide unprecedented performance on a global scale.

   Unlike traditional server-based video distribution, the costs associated with this approach are already paid. Each user already has a broadband connection, typically paid on a monthly basis. Much, if not most, of the bandwidth is unused. Even so, the monthly fees don't credit this unused bandwidth. The Veoh network will use a portion of this unused bandwidth to serve the video to the global community. While no individual computer has enough bandwidth to support a network of this magnitude, millions of computers have ample resources to do it.

   Using this approach, Veoh can make unlimited video available to users for free. In this case, free means, "no out-of-pocket expenses". Instead, each user's computer participates in the network, providing bandwidth for other users. This is the only cost: your unused resources. It doesn't get much more free than that.

2. **What is PeerCasting?**
   PeerCasting is a new video hosting technology that Veoh has designed to serve TV-quality video via the Internet. This uses principles of other existing technologies, such as peer-to-peer file sharing, to implement a private distributed video network. PeerCasting extends the concepts of traditional peer-to-peer technology, making it easier to protect and much more reliable. By implementing a managed network, PeerCasting can significantly reduce video piracy, improve overall quality, and provide user-specific features not available in traditional peer-to-peer systems. In essence,