

Register Now!   Benefits | Login

e-Commerce Solutions, Enterprise VoIP, vPro, WAN Acceleration

Enter term(s)

Today's TechSearch Blog >>

March 01, 2006 (8:13 PM EST)

## Veoh 2.0 Expands Peercasting On The Web

By K.C. Jones, TechWeb Technology News

An Internet site that promises to revolutionize television distribution is taking contributions from the general public and airing full-length content to anyone with a broadband connection.

Veoh 2.0 beta premiered Wednesday to allow broadband users to become broadcasters over the Web, without Federal Communications Commissions' rules, financial restrictions and geographic limitations that keep the most people from broadcasting and widely distributing viewer content.

Dmitry Shapiro, Veoh Networks Inc. CEO, said during a recent interview that the beta launch of Veoh 1.0 in September 2005 tested the scalable peer video distribution network and proved more popular than expected. More than 250,000 videos were downloaded onto the site.

"With this latest release, we are opening the doors to the general public to access that network for publishing and for finding content that just isn't available via other TV distribution systems," he said in a prepared statement.

Viewers can create libraries by downloading content into queues, which can then be accessed easily from home, at work or anywhere they can log in, Shapiro said. Content can also be fed to televisions and large screens through Apple's Front Row and Microsoft Windows Media Center.

During an interview last week, Shapiro said he is confident the time is right for alternatives to broadcasting outlets catering to the lowest common denominator.

"It creates what I call free speech television," he said. "It's profound. This completely changes the nature of the game."

Shapiro said that he predicts political and social change as a result of peercasting.

"Television is the most powerful mind-control tool ever," he said. "It teaches us what's beautiful and what's ethical."

The service is free, but the company plans to offer broadcasters the choice of charging on a pay-per-view basis or including advertisements. They will share the revenue, Shapiro said.

More than 37,000 videos are now available on the Veoh Network. They include John Wayne westerns, news shows, vlogs and home-made video.

Veoh 2.0 allows unlimited distribution capacity for full-screen, television-quality and high-definition videos. Links and embedded previews can be posted on Web sites, blogs and peer networks.

Users can also create episodic video series to build "channels" with their favorite videos from the network's catalog. Users can subscribe to any series, publisher or tag for automatic feed of the latest content. Viewers and broadcasters can also interact through a social network, video ratings, comments and private messages.

A flagging system is in place to prevent copyright infringement, obscenity and other prohibited content. Adult content is allowed, though Veoh imposes age restrictions.

The company boasts that it is the first Internet television peercasting network. It is privately owned and venture-capital funded.



TechSearch for more articles on:

Search Now

- Learn how vulnerable you are to security and downtime threats
- Modernize legacy systems for financial, productivity gains
- Know the difference between CMDB and configuration database
- Recent trends in storage security practices
- Processes Get Smart: Bringing Intelligence to IT

VIEW ALL BRIEFING CENTERS

- YouTube Pulls Nearly 30,000 Videos
- Entrepreneurial Nature 'Innate,' Study Says
- Deloitte 500 Spotlights Fast Growing Tech Firms
- Adobe Buys Video Software Maker Serious Magic
- Dinged By Visa, Allofmp3.com Shifts to Ad-Supported Model
- Blogging Pressure Seen At Play In Venezuelan Plane-Sale Cancellation

Advertisement

**TechWeb:** InformationWeek | InternetWeek | Network Computing | IT Architect | Optimize Magazine | The TechWeb Pipelines | Financial Technology Network | Wall Street & Technology | Bank Systems & Technology | Insurance & Technology | CommWeb | IT Pro Downloads | Secure Enterprise | Intelligent Enterprise

- Email This Story
- Print This Story
- Reprint This Story
- Tag in Del.icio.us
- Digg This
- Technology News
- More TechWeb News
- Bookmark this site!

Try TechWeb's RSS Feed!
(Note: The feed delivers stories from TechWeb.com only, not the entire TechWeb Network.)

Advertisement



Novell

Crush the competition with the latest news from TechWeb's collection of essential e-mail newsletters.

Your e-mail address

Get definitions for more than 20,000 IT terms.

Tech term

Editorial and vendor perspectives
Learn why private optical networking is practical for your enterprise.
Is your storage security strategy up to speed with industry practices?

Build your Business Case for WAN acceleration
Practical strategies and expert advice for better mobile software

Build your wireless network-the smart way.
Is your storage security strategy up to speed with industry practices?

**FEATURED TOPIC**



**ADDITIONAL TOPICS**

- Make your business PC platforms energy efficient with vPro technology
- CMP Research: Better manage your hardware/software resources
- Adopting ITIL? CMP Research Tells You Who's Doing What
- Free Research: 2006 SOA/Web Services Survey Results

**Search jobs on TechCareers**

Keyword(s):

Function:
Information Technology

State:
Go

Post Your Resume
Employers Area

**Most recent post:**

Sr. Software Application Developer/Engineer
Camas, WA US
10/20/2006 1:15:50 AM
Categories: Application Development, Engineering
Sharp Laboratories of America is seeking a Sr. S...

**E-BUSINESS AND MANAGEMENT WHITE PAPERS AND REPORTS**

Business Process Acceleration for Oracle E-Business Suite
In this white paper, we will first examine the general benefits of AppWorx and the features that make it the leading distributed scheduler. We then describe how AppWorx enhances and extends the Oracle Ebusiness Suite.

The Real ROI from Oracle E-Business Suite Applications
The Oracle E-Business Suite provides a set of applications for automating daily business processes. They also provide a collaboration suite and a customer relationship management solution. To help clients better understand the costs, benefits, and best practices associated with an Oracle application deployment, Nucleus undertook this real ROI study

Beyond Job Scheduling: The AppWorx Vision of Enterprise Automation
This white paper demonstrates the ever-increasing value of adding enterprise process automation software to the IT infrastructure. It traces the evolution of traditional batch scheduling, illustrates where leading edge products are today, and outlines requirements for moving beyond batch processing into the realm of enterprise process automation.

Java Location Services - The New Standard for Location-Enabled e-Business
All organizations are in pursuit of just-in-time actionable information - just the right information, at the right time, at the right location, on any device - with which they can make effective decisions and take immediate action. Businesses, government and society depend upon it.

More like this >>

**TECHWEB MARKETPLACE** (Sponsored Links)

**Rackspace-Managed Servers, Fanatical Supportý**
Full-Scale Microsoft &amp; Linux Solutions &amp; 0% Network Downtime! Click here now!

**Citrix iForum 2006**
Industry leaders help solve your business challenges - Citrix iForum!

**FREE Network Vulnerability Test**
Scan your network for thousands of vulnerabilities that could be exploited by an attacker and discover how vulnerable your are. Free Network Scan.

**IP Routing and Netflow Analysis**
Real time monitoring &amp; analysis of EIGRP, OSPF, IS-IS, BGP networks

**Prevent Information Leaks from your Network**
The GTB Inspector is a hardware appliance, preventing leaks of confidential data from a network. It is installed easily and transparently on the network edge. Assures compliance with data security laws. Resellers and channel partners are accepted.

**Buy a Link Now**

**Top ten search terms from the TechWeb TechEncyclopedia**
**How does your pay rate? Check the InformationWeek Salary Survey**
**Turn to Dark Reading to get a better grip on how to integrate the wide variety of tools and technologies in the security market**
**Edmunds.com revs its engines for growing IT needs**
**Intel Software Insight: Perspectives on Open Source and the Freedom of Choice**

Free Newsletters | TechEncyclopedia | TechCalendar | Opinion | Research | Careers & Workplace | Webcasts | About Us | Contact Us | Site Map
Mobile Tech News | Software Tech News | Security Tech News | E-Business Tech News | Management Tech News | Networking Tech News | Hardware Tech News

InformationWeek | InternetWeek | Network Computing | IT Architect | Optimize Magazine | Financial Technology Network | Wall Street & Technology Briefing Centers | Bank Systems & Technology | Insurance & Technology | CommWeb | IT Pro Downloads | Secure Enterprise | Intelligent Enterprise
Byte and Switch | Dark Reading | Light Reading | Unstrung

Media Kit | Copyright © 2006 CMP Media LLC | Privacy Statement | Your California Privacy Rights | Feedback