United States District Court
For the Northern District of California

*E-FILED ON 10/30/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., | No. C06-03926 HRL |
| Plaintiff, | Related Cases: No. C06-05162 HRL |
| v. | No. C06-05334 HRL |
| VEOH NETWORKS, INC. | **CLERK'S NOTICE RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

PLEASE TAKE NOTICE THAT the initial case management conference has been re-set for **December 5, 2006, 1:30 p.m.**, Courtroom 2, United States District Court, 280 S. First Street, San Jose, CA 95113. The parties' joint case management statement shall be filed no later than **November 28, 2006**.

Dated:   October 30, 2006

                        /s/ KC
            Chambers of Magistrate Judge Howard R. Lloyd

**5:06-cv-3926 Notice will be electronically mailed to:**

Michael S. Elkin melkin@thelenreid.com, rpagliaro@thelenreid.com

Paul Matthew Fakler pfakler@thelenreid.com, lcruz@thelenreid.com

Dean A. Morehous , Jr dam@thelenreid.com,

Dennis Gill Sperlein legal@titanmedia.com

Gill Sperlein sperlein@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.