UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.,

                Plaintiff(s),

        v.

VEOH NETWORKS, INC.

                Defendant(s).

CASE NO. C-06-3926 (HRL)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 5, 2006

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gill Sperlein | Plaintiff, IO Group | 415-487-1211, ext. 32 | legal@titanmedia.com |
| Dean Morehous | Defendant, Veoh Networks | 415-371-1200 | dam@thelenreid.com |
| Michael S. Elkin | Defendant, Veoh Networks | 212-603-2000 | melkin@thelenreid.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/14/06

Dated: 11/21/06

/s/ Gill Sperlein
Attorney for Plaintiff

Dean O. M[signature]
Attorney for Defendant

Rev 12.05