# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date: December 5, 2006

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE: IO Group, Inc. v. Veoh Networks, Inc.**
**CASE NUMBER**: C06-03926HRL
Plaintiff(s) Attorney(s) present: Gill Sperlein
Defendant(s) Attorney(s) present: Michael Elkin and Dean Morehous

**PROCEEDINGS: Case Management Conference**

Parties are referred to Magistrate Judge Richard Seeborg for a settlement conference to occur within 90 days.

Ten day jury trial scheduled for September 24, 2007 with a final pre-trial conference scheduled for September 18, 2007.

Court to issue written order.