**United States District Court**
For the Northern District of California

**\*E-FILED ON 12/5/06\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IO GROUP, INC.,

        Plaintiff,

  v.

VEOH NETWORKS, INC.,

        Defendant.

No. C06-03926 HRL

**CASE MANAGEMENT ORDER**

On December 5, 2006, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties are referred to an early settlement conference with Magistrate Judge Seeborg, with the conference to be held within 90 days of the date of this order.

The parties' shall complete their initial disclosures no later than **December 20, 2006**.

1    The following schedule shall apply to this case:

2    Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 30, 2007

3    Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 8, 2007

4    Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . May 22, 2007

5    Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 22, 2007

6    Last Day for Hearing on Dispositive Motions . . . . . . . . . . . . July 31, 2007, 10:00 a.m.

7    Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . September 18, 2007, 1:30 p.m.

8    Jury Trial (estimated 7 days) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 24, 2007

9    Any motions to compel fact discovery must be filed no later than seven court days after

10   the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later

11   than seven court days after the Expert Discovery Cutoff.  (See Civ. L.R. 26-2).

12   Furthermore, the parties shall comply with the undersigned's Standing Order re: Pretrial

13   Preparation with regard to the timing and content of the Joint Pretrial Statement, and other

14   pretrial submissions.[1]

15   IT IS SO ORDERED.

16   Dated:   December 5, 2006

17   _____
     HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

2

1   **5:06-cv-3926 Notice will be electronically mailed to**:

2   Michael S. Elkin melkin@thelenreid.com, rpagliaro@thelenreid.com

3   Paul Matthew Fakler pfakler@mosessinger.com, jserebro@mosessinger.com;

4   managingclerks@mosessinger.com

5   Dean A. Morehous , Jr dam@thelenreid.com,

6   Dennis Gill Sperlein legal@titanmedia.com

7   Gill Sperlein sperlein@aol.com

8   **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.