1 DEAN A. MOREHOUS (CA Bar No. 111841) dam@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
2 101 Second Street
Suite 1800
3 San Francisco, CA 94105
Telephone: (415) 371-1200
4 Facsimile: (415) 371-1211

5
MICHAEL S. ELKIN (*pro hac vice*) melkin@thelenreid.com
6 THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
7 New York, New York 10022
Telephone:  (212) 603-2000
8 Facsimile:  (212) 603-2001

9 Attorneys for Defendant
VEOH NETWORKS, INC.

10

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

13 **SAN JOSE DIVISION**

14

| IO GROUP, INC., a California corporation, | Case No.: C06-3926 HRL |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF LAW FIRM NAME CHANGE** |
| VEOH NETWORKS, INC., a California corporation, | |
| Defendant. | |

20

21 TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF

22 RECORD:

23

24 PLEASE TAKE NOTICE that effective December 1, 2006, the law firm of Thelen Reid &

25 Priest LLP, counsel for Veoh Networks, Inc. in the above-entitled action, changed its name to

26 ///

27 ///

28 ///

SF #1183843 v1                                      -1-
NOTICE OF LAW FIRM NAME CHANGE (Case No.: C06-3926 HRL)

Dockets.Justia.com

Thelen Reid Brown Raysman & Steiner LLP.  The firm's address and telephone and fax numbers will remain the same.

Dated: December 11, 2006

        Respectfully submitted,
        THELEN REID BROWN RAYSMAN & STEINER LLP

        By:   /s/ Dean A. Morehous
           DEAN A. MOREHOUS
           THELEN REID & PRIEST LLP
           101 Second Street
           Suite 1800
           San Francisco, CA 94105
           Telephone: (415) 371-1200
           Facsimile: (415) 371-1211

        THELEN REID & PRIEST LLP
        875 Third Avenue
        New York, New York 10022
        Telephone:  (212) 603-2000
        Facsimile:  (212) 603-2001

        Attorneys for Defendant
        VEOH NETWORKS, INC.