DEAN A. MOREHOUS (CA Bar No. 111841) dam@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

MICHAEL S. ELKIN (*pro hac vice*) melkin@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>VEOH NETWORKS, INC., a California corporation,<br><br>            Defendant. | Case No.: C06-3926 HRL<br><br>**NOTICE OF REMOVAL OF COUNSEL FOR DEFENDANT VEOH NETWORKS, INC.** |

SF #1183916 v1

-1-

NOTICE OF REMOVAL OF COUNSEL FOR DEFENDANT VEOH NETWORKS, INC.
(Case No.: C06-3926 HRL)

-2-

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Defendant Veoh Networks, Inc. removes certain counsel of record in this matter.

Former Counsel

**Paul Matthew Fakler**
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174
212-554-7632
Fax: 212-554-7700
Email: pfakler@mosessinger.com

Dated: December 11, 2006

Respectfully submitted,
THELEN REID BROWN RAYSMAN & STEINER LLP


By:     /s/ Dean A. Morehous
   DEAN A. MOREHOUS
   THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street
   Suite 1800
   San Francisco, CA 94105
   Telephone: (415) 371-1200
   Facsimile: (415) 371-1211


   MICHAEL S. ELKIN (*pro hac vice*)
   THELEN REID BROWN RAYSMAN & STEINER LLP
   875 Third Avenue
   New York, New York 10022
   Telephone:  (212) 603-2000
   Facsimile:  (212) 603-2001


   Attorneys for Defendant
   VEOH NETWORKS, INC.