1  DEAN A. MOREHOUS (CA Bar No. 111841) dam@thelenreid.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
2  101 Second Street
   Suite 1800
3  San Francisco, CA 94105
4  Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
5
6  MICHAEL S. ELKIN (*pro hac vice*) melkin@thelenreid.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
7  875 Third Avenue
   New York, New York 10022
8  Telephone:  (212) 603-2000
   Facsimile:  (212) 603-2001
9
10 Attorneys for Defendant
   VEOH NETWORKS, INC.
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | Case No.: C06-3926 HRL |
| Plaintiff, | |
| vs. | **STIPULATION TO ORDER EXTENDING TIME TO COMPLETE INITIAL DISCLOSURES UNDER FRCP § 26** |
| VEOH NETWORKS, INC., a California corporation, | |
| Defendant. | |

Defendant Veoh Networks, Inc. and plaintiff IO Group, Inc. hereby stipulate and agree to an order modifying the schedule set forth in the Court's December 5, 2006 Case Management Order to extend the time for the parties to complete their initial disclosures under Federal Rule of Civil Procedure 26 until January 16, 2007.

//

//

//

SF #1190304 v1                          -1-
STIPULATION TO ORDER EXTENDING TIME TO COMPLETE INITIAL DISCLOSURES UNDER FRCP § 26
(Case No.: C06-3926 HRL)

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | Dated: December 18, 2006 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 2 | | |
| 3 | | By:   /s/ Dean A. Morehous   |
| | | DEAN A. MOREHOUS |
| 4 | | 101 Second Street |
| | | Suite 1800 |
| 5 | | San Francisco, CA 94105 |
| | | Telephone: (415) 371-1200 |
| 6 | | Facsimile: (415) 371-1211 |
| 7 | | MICHAEL S. ELKIN |
| | | 875 Third Avenue |
| 8 | | New York, New York 10022 |
| | | Telephone: (212) 603-2000 |
| 9 | | Facsimile: (212) 603-2001 |
| 10 | | Attorneys for Defendant |
| | | VEOH NETWORKS, INC. |
| 11 | | |
| 12 | | |
| 13 | Dated: December 18, 2006 | THE LAW OFFICE OF GILL SPERLEIN |
| 14 | | |
| 15 | | By:   /s/ Gill Sperlein   |
| | | GILL SPERLEIN |
| 16 | | 584 Castro Street, Suite 849 |
| | | San Francisco, CA 94114 |
| 17 | | Telephone: (415) 378-2625 |
| | | Facsimile: (415) 252-7747 |
| 18 | | |
| | | Attorney for Plaintiff |
| 19 | | IO GROUP, INC. |