DEAN A. MOREHOUS (CA Bar No. 111841) dam@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

MICHAEL S. ELKIN (*pro hac vice*) melkin@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendant
VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>               Plaintiff,<br><br>  vs.<br><br>VEOH NETWORKS, INC., a California corporation,<br><br>               Defendant. | Case No.: C06-3926 HRL<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO ORDER EXTENDING TIME TO COMPLETE INITIAL DISCLOSURES UNDER FRCP § 26** |

On the basis of the stipulation of the parties, the Court orders that the parties shall have until January 16, 2007 to complete their initial disclosures in this matter.

SO ORDERED.

Dated: December ___, 2006

                                                    Magistrate Judge Howard R. Lloyd

SF #1190318 v1                                  -1-

[PROPOSED] ORDER REGARDING STIPULATION TO ORDER EXTENDING TIME TO COMPLETE
INITIAL DISCLOSURES UNDER FRCP § 26 (Case No.: C06-3926 HRL)

Dockets.Justia.com