**United States District Court**
For the Northern District of California

**\*E-FILED ON 12/22/06\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., | No. C06-03926 HRL |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION EXTENDING TIME TO COMPLETE INITIAL DISCLOSURES UNDER FED.R.CIV.P. 26** |
| VEOH NETWORKS, INC., | |
| Defendant. | |

On December 5, 2006, this court issued a scheduling order which, among other things, directed the parties to complete their initial disclosures by December 20, 2006. On the eve of that deadline, the parties filed a stipulated request to have that deadline extended to January 16, 2007. No explanation for the request was given, and this court is therefore unable to determine whether there is good cause for an extension. In the future, any requests to extend or otherwise alter court-ordered deadlines must be accompanied by a showing of good cause. See CIV. L.R. 6-2. Nevertheless, the court will, in this instance, grant the request.

However, in granting the request, the court assumes that the extension will not cause the parties to run afoul of the other court-ordered case management dates. Indeed, the fact that this extension has been granted will not be considered "good cause" for future requests (if any) to extend or alter the other dates set by this court's scheduling order.

1  IT IS SO ORDERED.
2  Dated: December 22, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  **5:06-cv-3926 Notice will be electronically mailed to**:

2  Michael S. Elkin    melkin@thelenreid.com, rpagliaro@thelenreid.com

3  Paul Matthew Fakler    pfakler@mosessinger.com, jserebro@mosessinger.com;

4  managingclerks@mosessinger.com

5  Dean A. Morehous , Jr    dam@thelenreid.com,

6  Dennis Gill Sperlein    legal@titanmedia.com

7  Gill Sperlein    sperlein@aol.com

8  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28