Michael S. Elkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: 212-294-6700
Facsimile: 212-294-4700
Email: melkin@winston.com

Jennifer A. Golinveaux (SBN:203056)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jgolinveaux@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>VEOH NETWORKS, INC., a California corporation,<br><br>          Defendant. | Case No. C-06-3926 HRL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT VEOH NETWORKS, INC.**<br><br>**[PROPOSED] ORDER** |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Defendant Veoh Networks, Inc. hereby substitutes Winston & Strawn LLP in place of Thelen Reid Brown Raysman & Steiner LLP as its counsel of record in this action. The contact information for new counsel is as follows:

      Michael S. Elkin (melkin@winston.com)
      WINSTON & STRAWN LLP
      200 Park Avenue
      New York, NY 10166-4193
      Telephone: 212-294-6700
      Facsimile: 212-294-4700

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT VEOH NETWORKS, INC.
CASE NO. C-06-3926 HRL

SF:152437.2

Jennifer A. Golinveaux (jgolinveaux@winston.com)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Dated: January 26, 2007                         WINSTON & STRAWN, LLP

                                                By:_____/s/_____
                                                    Jennifer A. Golinveaux
                                                    Attorneys for Defendant
                                                    VEOH NETWORKS, INC.

## **CONSENT TO SUBSTITUTION**

Thelen Reid Brown Raysman & Steiner LLP hereby consents to this substitution.

Dated: January 26, 2007                         By:_____/s/_____
                                                    Dean A. Morehous
                                                    Thelen Reid Brown Raysman
                                                    & Steiner LLP

**IT IS SO ORDERED:**

Dated:_____          _____
                                        HONORABLE HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE

SF:152437.2

---

2
**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT VEOH NETWORKS, INC.**
**CASE NO. C-06-3926 HRL**

SF:152437.2