1 | Michael S. Elkin (admitted *pro hac vice*)
2 | WINSTON & STRAWN LLP
  | 200 Park Avenue
3 | New York, NY 10166-4193
  | Telephone: 212-294-6700
4 | Facsimile: 212-294-4700
  | Email: melkin@winston.com       **\*ORDER E-FILED ON 2/1/2007\***

5 | Jennifer A. Golinveaux (SBN: 203056)
  | WINSTON & STRAWN LLP
6 | 101 California Street, Suite 3900
  | San Francisco, CA 94111
7 | Telephone: 415-591-1000
  | Facsimile: 415-591-1400
8 | Email: jgolinveaux@winston.com

9 | Attorneys for Defendant
  | VEOH NETWORKS, INC.
10

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5894**

11                **UNITED STATES DISTRICT COURT**

12               **NORTHERN DISTRICT OF CALIFORNIA**

13               **SAN JOSE DIVISION**

| | |
|---|---|
| 14   IO GROUP, INC., a California corporation, | Case No. C-06-3926 HRL |
| 15          Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT VEOH NETWORKS, INC.** |
| 16   vs. | |
| 17   VEOH NETWORKS, INC., a California corporation, | ~~[PROPOSED]~~ ORDER |
| 18          Defendant. | |

19

20       TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL

21 OF RECORD:

22       Please take notice that Defendant Veoh Networks, Inc. hereby substitutes Winston & Strawn

23 LLP in place of Thelen Reid Brown Raysman & Steiner LLP as its counsel of record in this action.

24 The contact information for new counsel is as follows:

25          Michael S. Elkin (melkin@winston.com)
26          WINSTON & STRAWN LLP
             200 Park Avenue
27          New York, NY 10166-4193
             Telephone: 212-294-6700
28          Facsimile: 212-294-4700

1

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT VEOH NETWORKS, INC.**
**CASE NO. C-06-3926 HRL**

SF:152437.2

Jennifer A. Golinveaux (jgolinveaux@winston.com)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Dated: January 26, 2007                    WINSTON & STRAWN, LLP

                                            By:  _____/s/_____
                                                Jennifer A. Golinveaux
                                                Attorneys for Defendant
                                                VEOH NETWORKS, INC.

## **CONSENT TO SUBSTITUTION**

Thelen Reid Brown Raysman & Steiner LLP hereby consents to this substitution.

Dated: January 26, 2007                    By:  _____/s/_____
                                                Dean A. Morehous
                                                Thelen Reid Brown Raysman
                                                & Steiner LLP

**IT IS SO ORDERED:**

Dated: _____January 31, 2007_____          _____
                                            HONORABLE HOWARD R. LLOYD
                                            UNITED STATES MAGISTRATE JUDGE

SF:152437.2