UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   NOT REPORTED            DATE:  2/12/07
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                          CASE #:   C 06-03926HRL

CASE TITLE:   IO GROUP          VS.   VEOH NETWORKS, INC.

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

  GILL SPERLEIN                             MICHAEL S. ELKIN

**TODAY'S PROCEEDINGS**

{X} SETTLEMENT CONF.   { } PRETRIAL CONF.     { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { }    { }   1.
{ }    { }    { }   2.
{ }    { }    { }   3.
{ }    { }    { }   4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED   [X] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:

HOURS IN SETTLEMENT:              Copies to: