# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   April 10, 2007

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: FTR

---

**TITLE:** IO Group, Inc. v. Veoh Networks, Inc.
**CASE NUMBER**: C06-03926HRL
Plaintiff(s) Attorney(s) present: Gill Sperlein
Defendant(s) Attorney(s) present: Jennifer Golinveaux

---

**PROCEEDINGS: Plaintiff's Motion to Compel Documents**

Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.