GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

IO GROUP, INC., a California corporation,

   Plaintiff,

       vs.

VEOH NETWORKS, Inc, a California Corporation,

   Defendant.

CASE NO. C-06-3926 (HRL)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATES**

     Pursuant to Civil Local Rule 6-2, Plaintiff Io Group, Inc. and Defendant Veoh Networks, Inc., hereby stipulate to extend certain discovery cutoff dates.

     Plaintiff requested that Defendant stipulate to an extension of time because Plaintiff believes that it needs additional discovery and that the current discovery schedule does not allow enough time. Defendant has agreed to a thirty-day extension of currently scheduled deadlines as set forth below.

     Although this case was originally filed on June 6, 2006, there was a dormant period during which the Court considered Plaintiff's Motion to Relate the matter to two later-filed cases. Upon

-1-

ordering the matters related, the Court significantly postponed the initial case management conference in order that it be held in conjunction with the later-filed, related cases.

Previously, stipulations and orders resulted in the following time modifications.

On August 10, 2006 the parties stipulated and the Court ordered that Defendant have until September 25, 2006 to file a pleading responsive to the Complaint and that the initial Case Management Conference set for September 26, 2006 be reset for October 17, 2006.

On September 13, 2006, the parties stipulated and the Court subsequently ordered that Defendant's Response to Plaintiff's Motion to Relate would be due on September 25, 2006.

On September 21, 2006 the parties stipulated and the Court subsequently ordered that the Court not rule on Plaintiff's Motion to Relate until October 19, 2006 so that all parties had sufficient time to respond.  The Stipulation and Order also took the Case Management Conference off calendar until after the Court ruled on the Motion to Relate.

Upon ordering the cases related on October 25, 2006, the Court set the Initial Case Management Conference for all related cases for December 5, 2006.

Subsequently, Defense requested, Plaintiff stipulated, and the Court ordered, that the date for exchanging initial disclosures be extended from the Court's original December 15, 2006 deadline to January 16, 2007.

This stipulation and proposed order if issued, would effect the discovery dates set by the Court at the December 5, 2006 Case Management Conference.  Moreover, other dates such as the deadline for hearing dispositive motions may also need to be extended.

**WHEREAS** the Court previously set April 30, 2007 as the deadline for fact discovery;

**WHEREAS** the Court previously set June 22, 2007 as the deadline for expert discovery;

**WHEREAS** the Court indicated at the Case Management Conference that extensions would be granted if reasonably necessary.

The parties do therefore stipulate and agree as follows:
1. To extend fact discovery cutoff until May 30, 2007;
2. To extend the Designation of Experts deadline until June 8, 2007;
3. To Extend the Designation of Rebuttal Experts until June 22, 2007;

4. To extend expert discovery cutoff until July 22, 2007; and

5. That the Court recalendar any other dates as appropriate.

**SO STIPULATED**.

Dated: 4/18/2007                             /s/ Gill Sperlein
                                               Gill Sperlein
                                               THE LAW FIRM OF GILL SPERLEIN
                                               Attorney's for Plaintiff

Dated: 4/18/2007                             */s/* Jennifer A. Golinveaux
                                               Jennifer A. Golinveaux
                                               WINSTON & STRAWN, LLP
                                               Attorney's for Defendant

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: 4/18/2007                             /s/ Gill Sperlein
                                               Gill Sperlein
                                               THE LAW FIRM OF GILL SPERLEIN
                                               Attorney's for Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                          HONORABLE HOWARD R. LLOYD
                                          UNITED STATES MAGISTRATE JUDGE