1

2

3

4     *E-FILED:  4/23/2007*

5

6

7

8     IN THE UNITED STATES DISTRICT COURT

9     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10     SAN JOSE DIVISION

11     IO GROUP, INC.,                                    No. C06-03926 HRL

12          Plaintiff,

13     v.                                                  **ORDER GRANTING STIPULATED REQUEST TO EXTEND DISCOVERY CUT-OFF DATES**

14     VEOH NETWORKS, INC.,                               **[Re:  Docket No. 64]**

15          Defendant.

16

17     _____/

18          Presently before the court is the parties' stipulated request to extend fact and expert

19     discovery deadlines.  The parties have previously requested, and were given, a number of

20     extensions or continuances in this matter (primarily, it appears, for defendant's benefit).

21     Additionally, although those extensions contributed to a postponement of the initial CMC in

22     this matter, defendant apparently was nonetheless unprepared to serve its initial disclosures by

23     the December 20, 2006 deadline set by the court, and, in fact, it had to secure a further

24     extension of time to do so.

25          Because plaintiff indicates that it reasonably needs an additional thirty days to complete

26     discovery, the instant request will be granted.  The case management deadlines are extended as

27     follows:

28          Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 30, 2007

          Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 8, 2007

Designation of Rebuttal Experts with Reports ...................... June 22, 2007

Expert Discovery Cutoff ........................................ July 23, 2007

Last Day for Hearing on Dispositive Motions ........ September 4, 2007, 10:00 a.m.

Final Pretrial Conference ........................... October 16, 2007, 1:30 p.m.

Jury Trial (estimated 7 days) ................................. October 22, 2007

IT IS SO ORDERED.

Dated:   April 23, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

United States District Court

For the Northern District of California

1

**5:06-cv-3926 Notice will be electronically mailed to:**

2

Michael S. Elkin melkin@thelenreid.com, rpagliaro@thelenreid.com

3

Jennifer A. Golinveaux jgolinveaux@winston.com, vebert@winston.com; docketsf@winston.com

4

Dennis Gill Sperlein legal@titanmedia.com

5

Gill Sperlein sperlein@aol.com

6

7

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28