Michael S. Elkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:    212-294-6700
Facsimile:    212-294-4700
Email: melkin@winston.com

Jennifer A. Golinveaux (SBN: 203056)
Matthew A. Scherb (SBN: 237461)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: jgolinveaux@winston.com; mscherb@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC. | Case No. C 06-3926 HRL |
| Plaintiff, | **STIPULATED MOTION TO FILE PAPERS UNDER SEAL** |
| vs. | |
| VEOH NETWORKS, INC. | |
| Defendant. | |

       Pursuant to Local Civil Rules 79-5, 7-11 and 7-12, Defendant Veoh Networks, Inc. ("Veoh") submits this stipulated motion to have the parties' *Joint Stipulation Regarding Responses To Plaintiff's Document Requests And Maintenance Of Electronic Data* ("Joint Stipulation") filed under seal. Supporting this stipulation is the declaration of Dr. Ted Dunning, Veoh's Chief Scientist, attached hereto as Exhibit A.

       Local Civil Rule 79-5 specifically permits this Court to seal documents. *See, e.g., Stafford v. SSA*, 437 F. Supp. 2d 1113, 1124 (N.D. Cal. 2006) (granting motion pursuant to the rule to file documents under seal). The rule reflects the policy that the right to inspect and copy judicial records

is not absolute. *See Hagestad v. Tragesser*, 49 F. 3d 1430, 1433-34 (9th Cir. 1995) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978)). "Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Id.* Federal Rules of Civil Procedure 26(c) provides, that for good cause shown, a court "may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, undue burden or expense." Specifically, the court has the authority to withhold information from the public so "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way." Fed. R. Civ. P. 26(c)(7).

The parties' Joint Stipulation discloses confidential information about Veoh's business that, if public, would provide competitors information that they currently do not possesses, and may cause harm to Veoh and its competitive position. Specifically, the Joint Stipulation discloses confidential information concerning Veoh's data maintenance practices, including which video files and associated data Veoh does and does not maintain as part of its service. *See* Dunning Decl. ¶ 3.

Due to the harm that would befall Veoh from public access to the Joint Stipulaton, Veoh requests that the Joint Stipulation be filed under seal.

Dated: April 25, 2007

WINSTON & STRAWN, LLP

By: /s/ Matthew Scherb
Michael S. Elkin
Jennifer A. Golinveaux
Matthew A. Scherb
Attorneys for Defendant
VEOH NETWORKS, INC.

Plaintiff Io Group, Inc. does not oppose Veoh's request to have the parties' Joint Stipulation filed under seal.

Dated: April 24, 2007

LAW FIRM OF GILL SPERLEIN

By: /s/ Gill Sperlein
Gill Sperlein
Attorney for Plaintiff
IO GROUP, INC.

# EXHIBIT A

1  Michael S. Elkin (admitted *pro hac vice*)
   WINSTON & STRAWN LLP
2  200 Park Avenue
   New York, NY 10166-4193
3  Telephone:  212-294-6700
   Facsimile:  212-294-4700
4  Email: melkin@winston.com

5  Jennifer A. Golinveaux (SBN: 203056)
   Matthew A. Scherb (SBN: 237461)
6  WINSTON & STRAWN LLP
   101 California Street
7  San Francisco, CA  94111-5894
   Telephone:  415-591-1000
8  Facsimile:  415-591-1400
   Email: jgolinveaux@winston.com; mscherb@winston.com
9
   Attorneys for Defendant
10 VEOH NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VEOH NETWORKS, INC.<br><br>　　　　Defendant. | Case No. C 06-3926 HRL<br><br>**DECLARATION OF TED DUNNING IN SUPPORT OF DEFENDANT'S STIPULATED MOTION TO SEAL** |

I, Ted Dunning, declare as follows:

1.　　I am employed as Chief Scientist for Defendant Veoh Networks, Inc. ("Veoh"), and have been so employed by Veoh since its inception.  My responsibilities at Veoh include responsibility for the development and management of Veoh's technology projects.  I have personal knowledge of all facts stated in this declaration

2.　　I have read Veoh's *Joint Stipulation Regarding Responses To Plaintiff's Document Requests And Maintenance Of Electronic Data* ("Joint Stipulation").

---

**DECLARATION OF TED DUNNING IN SUPPORT OF DEFENDANT'S STIPULATED MOTION TO SEAL**
Case No. C 06-3926 HRL

3.  The Joint Stipulation discloses confidential information about Veoh's business that, if public, would provide competitors information that they currently do not possesses, and may cause harm to Veoh and its competitive position. Specifically, the Joint Stipulation discloses confidential information concerning Veoh's data maintenance practices, including which video files and associated data Veoh does and does not maintain as part of its service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2007 at San Diego, California.

*(signature)*

Ted Dunning
Chief Scientist, Veoh Networks, Inc.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2
DECLARATION OF TED DUNNING IN SUPPORT OF DEFENDANT'S STIPULATED MOTION TO SEAL
Case No. C 06-3926 HRL

SF:160202.1