1   Michael S. Elkin (admitted *pro hac vice*)
    WINSTON & STRAWN LLP
2   200 Park Avenue
    New York, NY 10166-4193
3   Telephone:    212-294-6700
    Facsimile:    212-294-4700
4   Email: melkin@winston.com

5   Jennifer A. Golinveaux (SBN: 203056)
    Matthew A. Scherb (SBN: 237461)
6   WINSTON & STRAWN LLP
    101 California Street
7   San Francisco, CA  94111-5894
    Telephone:    415-591-1000
8   Facsimile:    415-591-1400
    Email: jgolinveaux@winston.com; mscherb@winston.com
9
    Attorneys for Defendant
10  VEOH NETWORKS, INC.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14  IO GROUP, INC.                          **Case No. C 06-3926 HRL**

15              Plaintiff,                   **[PROPOSED] ORDER GRANTING
                                             STIPULATED MOTION TO FILE PAPERS
16          vs.                              UNDER SEAL**

17  VEOH NETWORKS, INC.

18              Defendant.

19

20      Pursuant to the parties' *Stipulated Motion to File Papers Under Seal* filed with the Court on

21  April 24, 2007, and for good cause shown, the Court grants the stipulated motion and orders that the

22  parties' *Joint Stipulation Regarding Responses To Plaintiff's Document Requests And Maintenance*

23  *Of Electronic Data* presently lodged with the Clerk shall be filed under seal.

24      SO ORDERED.

25

26  Dated: _____       _____
                                 HONORABLE HOWARD R. LLOYD
27                               UNITED STATES MAGISTRATE JUDGE

28

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE PAPERS UNDER SEAL**
Case No. C 06-3926 HRL
SF:160222.1

*Left margin (vertical):* Winston & Strawn LLP / 101 California Street / San Francisco, CA 94111-5894