Michael S. Elkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: 212-294-6700
Facsimile: 212-294-4700
Email: melkin@winston.com

Jennifer A. Golinveaux (SBN: 203056)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jgolinveaux@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VEOH NETWORKS, INC., a California corporation,<br><br>Defendant. | Case No. C-06-3926 HRL<br><br>**PROOF OF SERVICE** |

///
///
///
///
///
///
///
///

1
PROOF OF SERVICE
CASE NO. C-06-3926 HRL

SF:160468.1

Dockets.Justia.com

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894. On April 25, 2007 I served the within document:

**JOINT STIPULATION REGARDING RESPONSES TO
PLAINTIFF'S DOCUMENT REQUESTS AND MAINTENANCE
OF ELECTRONIC DATA
DOCUMENT SUBMITTED UNDER SEAL**

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth below.

☐ By causing personal delivery by Worldwide Network, Inc. of the document(s) listed above to the person(s) at the addresses set forth below.

☐ By sending it via Federal Express overnight courier.

☒ By electronically mailing a true and correct copy through Winston & Strawn LLP's electronic mail system at the e-mail address(es) set forth below.

☐ by sending it via Messenger Services.

☐ By the Court's ECF electronic mailing system.

Gill Sperlein
General Counsel
Io Group, Inc.
69 Converse Street
San Francisco, CA 94103
legal@titanmedia.com
T: 415.487.1211, x32
F: 415.252.7747

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on April 25, 2007, at San Francisco, California.

_Elisabeth L. Egan_

SF:156848.2