Michael S. Elkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: 212-294-6700
Facsimile: 212-294-4700
Email: melkin@winston.com

*E-FILED 4/26/2007*

Jennifer A. Golinveaux (SBN: 203056)
Matthew A. Scherb (SBN: 237461)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jgolinveaux@winston.com; mscherb@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>VEOH NETWORKS, INC.<br><br>Defendant. | Case No. C 06-3926 HRL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE PAPERS UNDER SEAL |

Pursuant to the parties' *Stipulated Motion to File Papers Under Seal* filed with the Court on April 24, 2007, and for good cause shown, the Court grants the stipulated motion and orders that the parties' *Joint Stipulation Regarding Responses To Plaintiff's Document Requests And Maintenance Of Electronic Data* presently lodged with the Clerk shall be filed under seal.

SO ORDERED.

Dated: __April 26, 2007__

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE PAPERS UNDER SEAL
Case No. C 06-3926 HRL

SF:160222.1