1  GILL SPERLEIN (172887)
2  THE LAW FIRM OF GILL SPERLEIN
   584 Castro Street, Suite 849
3  San Francisco, California 94114
   Telephone: (415) 487-1211 X32
4  Facsimile: (415) 252-7747
5  legal@titanmedia.com

6  Attorney for Plaintiff
   IO GROUP, INC.
7

8

9            UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
10                SAN JOSE DIVISION

11  IO GROUP, INC., a California corporation,     )   **C-06-03926 (HRL)**
                                                  )
12                                                )
                                                  )   **DECLARATION OF GILL SPERLEIN IN**
13       Plaintiff,                               )   **SUPPORT OF PLAINTIFF'S MOTION**
                                                  )   **FOR ORDER ALLOWING PARTIES TO**
14              vs.                               )   **EXCEED OTHERWISE APPLICABLE**
                                                  )   **PAGE LIMITATIONS**
15                                                )
16  VEOH NETWORKS, Inc., a California             )
    Corporation,                                  )   DATE: April 10, 2007
17                                                )   TIME:   10:00 a.m.
         Defendant.                               )   COURTROOM: 2
18                                                )
19                                                )   Discovery Cut Off: April 30, 2007
                                                  )   Trial Date: October 24, 2007
20  _____        )

21

22  I, GILL SPERLEIN, declare:

23       1.      I am an attorney at law licensed to practice in the State of California and attorney of

24  record for Plaintiff Io Group, Inc.

25       2.      I have conferred with Defense Counsel and both parties intend to file summary

26  judgment motions in this matter.

27       3.      This matter raises complex issues of law some of which are issues of first

28  impression.

                                    -1-

4.    This matter involves a detailed and complex factual record.

5.    Plaintiff took five depositions and has compiled a large record of uncontraverted material facts, which will require significant additional pages to present to the Court.

6.    In order to adequately brief the Court on the legal and factual issues involved in this matter, Plaintiff requires a significant increase in the page limitations set forth in local rule 7.2(b).

7.    I requested that Defendant stipulate to this motion, but Defendant declined to do so.


Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.


Dated:  *July 20, 2007*                                        */s/ Gill Sperlein*

                                                              _____
                                                              GILL SPERLEIN,
                                                              Attorney for Plaintiff

-2-