Michael S. Elkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:　212-294-6700
Facsimile:　212-294-4700
Email: melkin@winston.com

Jennifer A. Golinveaux (SBN: 203056)
Matthew A. Scherb (SBN: 237461)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:　415-591-1000
Facsimile:　415-591-1400
Email: jgolinveaux@winston.com; mscherb@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC.<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VEOH NETWORKS, INC.<br><br>　　　　　Defendant. | Case No. C 06-3926 HRL<br><br>**DECLARATION OF MATTHEW SCHERB IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER ALLOWING PARTIES TO EXCEED OTHERWISE APPLICABLE PAGE LIMITATIONS; [PROPOSED] ORDER** |

DECLARATION OF MATTHEW SCHERB
Case No. C 06-3926 HRL

I, Matthew Scherb, declare as follows based on personal knowledge:

1. I am attorney licensed to practice in the State of California and admitted to the bar of this Court. I am an associate at Winston & Strawn, LLP, counsel to Defendant Veoh Networks, Inc. in this action.

2. To date, Plaintiff and Defendants have produced, in total, less than 10,000 pages of paper documents, exclusive of some electronic data, and have taken only six depositions.

3. Plaintiff assert only three substantive causes of action, all for alleged violations of copyright law.

4. After this Court resolved a handful of discovery disputes involving Plaintiff's first set of document requests, the parties have engaged in multiple rounds of additional discovery without the need of further court intervention.

5. When Plaintiff asked Defendant's counsel to stipulate to double the allowed page limits for summary judgment briefing, without any specific explanation as to why such extensive briefing would be required, Defendant's counsel explained that if there were specific reasons justifying such a request Defendant would consider them, but that otherwise Defendant could not stipulate to Plaintiff's request.

I swear under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July, 2007 in San Francisco, California.

_____
Matthew Scherb