1  Michael S. Elkin (admitted *pro hac vice*)
   WINSTON & STRAWN LLP
2  200 Park Avenue
   New York, NY 10166-4193
3  Telephone:  212-294-6700
   Facsimile:   212-294-4700
4  Email: melkin@winston.com

5  Jennifer A. Golinveaux (SBN: 203056)
   Matthew A. Scherb (SBN: 237461)
6  WINSTON & STRAWN LLP
   101 California Street
7  San Francisco, CA  94111-5894
   Telephone:  415-591-1000
8  Facsimile:   415-591-1400
   Email: jgolinveaux@winston.com; mscherb@winston.com
9
   Attorneys for Defendant
10 VEOH NETWORKS, INC.

11                  UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13                         SAN JOSE DIVISION

14 IO GROUP, INC.                     | Case No. C 06-3926 HRL
15          Plaintiff,                | DECLARATION OF TED DUNNING IN
                                      | SUPPORT OF DEFENDANT VEOH
16     vs.                            | NETWORKS, INC.'S MOTION FOR
                                      | SUMMARY JUDGMENT
17 VEOH NETWORKS, INC.
                                      | Date:   September 4, 2007
18          Defendant.                | Time:   10:00 a.m.
                                      | Place:  Courtroom 2

DECLARATION OF TED DUNNING IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR
SUMMARY JUDGMENT
Case No. C 06-3926 HRL

Dockets.Justia.com

1  I, Ted Dunning, declare under penalty of perjury under the laws of the United States of
2  America that the following statements, made from personal knowledge, are true and correct:
3      1.    I am employed as Chief Scientist for Defendant Veoh Networks, Inc. ("Veoh"), and
4  have been so employed by Veoh since its inception. My responsibilities at Veoh include
5  responsibility for the development and management of Veoh's technology projects. I have also had a
6  lead role in implementing Veoh's policies relating to copyright infringement.
7  **A.    Veoh's Video Sharing Service and the Automated Publication Process**
8      2.    Veoh was founded to provide a forum for users to share user created video content on
9  the Internet. Veoh consists of two principal components: (i) the Veoh.com website where, among
10 other things, one can share and browse videos available through Veoh, create a user account and
11 profile, and interact with content providers and viewers; and (ii) an optional Veoh Player software
12 application, which allows uploading and delivery of videos, and provides additional benefits, such as
13 allowing users to subscribe to certain programming.
14     3.    Veoh began distributing the first beta version of its Veoh Player software in August
15 of 2005, and Veoh's website became operational in February 2006.
16     4.    The video content available on Veoh is submitted by Veoh users. In order to upload
17 video content to Veoh, a user must first register with Veoh at Veoh.com by providing a user name,
18 email address, and password. A true and correct copy of Veoh's registration form soliciting this
19 information is attached as Exhibit A.
20     5.    When a user uploads a new video to Veoh, a user provides information about the
21 video to help other users locate the video, such as a title of the user's choosing and tags (keywords)
22 to describe the video, and selects appropriate categories that best describe the video. Attached
23 hereto as Exhibits B and C are true and correct copies of print-outs from Veoh's website reflecting
24 these fields from June 13, 2006 and of the current comparable page.
25     6.    After a user uploads a new video to Veoh, the Veoh system then automatically
26 publishes the new video, making it available to other users of Veoh. Absent a failure in the

(Left margin: Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894)

computer system, publication is an entirely automated process. As part of the publication process, Veoh utilizes third party software to convert each user-submitted video into the Flash format for compatibility purposes, because the vast majority of Web users have software that can play videos in the Flash format. The conversion to Flash format is an entirely automated process.

**B.    Veoh's Implementation of its Copyright Policies**

7. Veoh strictly enforces its policies prohibiting infringing content.

8. On August 15, 2005, Veoh designated its Chief Executive Officer, Dmitry Shapiro, as its agent to receive notifications of claimed infringement by filing an Interim Designation of Agent to Receive Notification of Claimed Infringement. On June 30, 2006, Veoh filed an Amended Interim Designation of Agent to Receive Notification of Claimed Infringement. A true and correct copy of these forms are attached as Exhibit D.

9. Veoh has always promptly terminated access to allegedly infringing content upon receiving notice of such content. Veoh responds to DMCA notices promptly, often the very same day that Veoh receives the notice, or within a day or two of notice. Veoh also investigates informal complaints, such as those that come through Veoh's "flag" feature, which allows users to "flag" video content available on Veoh as inappropriate. A true and correct copy of a printout from the Veoh website showing the flag feature is attached as Exhibit E.

10. Moreover, if Veoh receives notice that a user has uploaded infringing content after that user has already received a first warning, that user's account is promptly automatically terminated.

11. When Veoh terminates a user's account, all content provided by that user is disabled (unless that content was also published by a non-terminated user, and is content for which Veoh has not otherwise received a DMCA notice), that user id no longer allows access to Veoh, or uploading of content to Veoh, and the user's email address is added to a black list so that user cannot register for a new user id with that email address.

12. To date, Veoh has terminated a total of 1,742 users, 1,096 users for repeat copyright

3
DECLARATION OF TED DUNNING IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No. C 06-3926 HRL

1 violations, and the remainder for other terms of service related violations.

2   13. Finally, Veoh would accommodate and not interfere with any standard technical measures used by copyright owners to identify or protect copyrighted works. In addition, Veoh has adopted a means of generating a unique fingerprint (called a "hash") of a video file, and once Veoh receives notice that a file is alleged to be infringing, Veoh's system automatically checks any newly submitted videos and rejects any new files with the identical hash, and also terminates user access to any existing files with the identical hash.

  Executed this 28th day of July, 2007, in Calgary, Alberta, ~~California~~.

_____
Ted Dunning

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

---

4
DECLARATION OF TED DUNNING IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No. C 06-3926 HRL

SF:178702.2

# EXHIBIT A

Log In | Veoh Video Network

Page 1 of 2

Log In | Register | [icon] | Support | Family

| Videos | Series | Channels | People |

Search Videos

# Need to sign up? It's easy and free!

**Register Here**

Username

Email

Password

Confirm Password

☑ Sign me up for the Veoh Vision newsletter.

Register

By clicking Register, you agree to our **terms of service**.

## Already Have an Account?

**Log in Here**

Username

Password

Log In

Forgot your password?
Forgot your Username?



**Get VeohTV BETA**
Find and watch everything from prime-time shows to viral video, all in one full-screen application. Watch video on demand or record it your hard drive to watch later - it's like a free DVR for web video. **Learn More**

**Watch videos you really like**
Veoh's 'crazy math' recommendation engine serves up suggestions based on your viewing habits and preferences.

**Share videos with your friends**
Send videos to your friends, rate and review videos, create your own list of favorites. Create a customized channel of your favorite videos that you've discovered on Veoh and publish it to the world.

**Reach your audience**
Upload videos of any size, length, or resolution. Automatically syndicate your to other websites. Charge for videos.

Log In | Veoh Video Network

Page 7 of 7

Want to learn more?
**Take the Veoh**

Enter your email to get featured videos in your inbox    Su

FAQ | Help Forums | Veoh Blog | About Us | Developers (Beta) | Advertise With Us | Jobs at Veoh | Contact Veoh | Download Veoh

Terms of Use | Copyright | Pr

Copyright © 2007 Veoh Networks, Inc.

http://www.veoh.com/login.html?redir=1&noAction=1                    7/25/2007

# EXHIBIT B

Veoh - File Upload                                                    Page 1 of 1

[ hi keithwebb | ☒ (0) | Logout | Help | Down ]

**Veoh** BETA | Home | My Veoh | Channels | Friends |

**UPLOAD (STEP 1 of 2)**

**Title** [_____]

**Description** [_____]

**Tags** [_____]

*Enter one or more tags, separated by commas.*
*Tags are simply keywords used to describe your video so they are easily searched and organized. Separate multiple tags by commas.*

**Categories**
- ☐ Animation     ☐ Arts          ☐ Autos
- ☐ Comedy        ☐ Documentary   ☐ Drama
- ☐ Entertainment ☐ Family        ☐ Food
- ☐ Hobbies       ☐ Instructional ☐ Music
- ☐ News          ☐ People        ☐ Pets
- ☐ Politics      ☐ Religion      ☐ Short Features
- ☐ Sports        ☐ Technology    ☐ Travel
- ☐ Videoblogging ☐ Weirdorama    ☐ Miscellaneous

*Select between one to four categories that best describe your video.*
*It helps to use relevant categories so that others can find your video!*

**Content Rating**
As a open Internet Television Network, Veoh contains a wide range of content that may not be considered appropriate by all users. In order to ensure that users see only the content they feel is appropriate we ask publishers to identify potentially offensive or inappropriate contents when uploading their videos.

○ Suitable for all audiences
○ Contains inappropriate language, violence or adult situations
○ Contains nudity or sexually explicit content

All content published on Veoh must conform to our Terms of Use and Acceptable Use policies; Veoh reserves the right to remove any inappropriately identified videos or change its content filter.

[ Continue ]

**Publish Without Size Restrict**
Perfect for:
• Full screen, TV-quality content
• Longer form shows and movies
• Managing uploads when you have connections issues over the web

[ Download the Veoh Client now ]

**Have a RSS Feed?**
Use our RSS integration to automatically publish to Veoh using RSS!

[ Publish via RSS now ]

Content Filter: Off
FAQ | Help Forums | Veoh Blog | About Us | Jobs | Press | Terms of Use | Privacy Policy | Contact Veoh |
Download Veoh
Copyright © 2006 Veoh Networks, Inc.

200024

http://www.veoh.com/upload.html                                     6/13/2006

# EXHIBIT C

Hi scherb! | ✉ 0 | 📧    | Log out | Support | Family Filter: **Off**

**Videos**    **Series**    **Channels**    **People**    Search Videos

Upload    My Videos    My Series    My Channels    Syndicate

## Upload a Video: Step 1 of 3

Enter information to help viewers find your video.

**Tips:**

- We accept AVI, MPEG, Quicktime, and Windows Media Video
- There are no file size restrictions
- For large files (larger than 100 MB), we recommend uploading with the Veoh Player
- Veoh Pro publishers can automatically upload existing RSS feeds through our RSS Integration



**Required Information**

Title

Description

Tags

**Enter up to 6 tags, separated by commas.**
Tags are simply keywords used to describe your video so they are easily searched and organized.
Separate multiple tags by commas.

Category    [ - Select a Category - ]

Country of Origin:    [ UNITED STATES ]

Video Content    Rating your videos correctly will help to ensure that they are discovered and viewed by the appropriate audience.
Is there violence in this video?
○ Yes ○ No

Is there explicit language in this video?
○ Yes ○ No

Does this video contain nudity or sexual situations?
○ Yes ○ No

What is the primary language spoken in this video?

What is the primary language of subtitles in this video? (Leave this blank if the video has no subtitles.)

Click "Continue" to upload your video.                                                   Continue

Enter your email to get featured videos in your inbox                                    Submit

FAQ | Help Forums | Veoh Blog | About Us | Developers (Beta) | Advertise With Us | Jobs at Veoh | Contact Veoh | Download VeohTV

Copyright © 2007 Veoh Networks, Inc.                                Terms of Use | Copyright | Privacy Policy

# EXHIBIT D

# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Veoh Networks, Inc

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** 

**Address of Service Provider:** 3211 Caminito Eastbluff, Suite 7, San Diego, CA, 92037

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Dmitry Shapiro

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 
3211 Caminito Eastbluff, Suite 7
San Diego, CA 92037

**Telephone Number of Designated Agent:** (619) 602-3305

**Facsimile Number of Designated Agent:** (360) 933-2111

**Email Address of Designated Agent:** copyright-notice@veoh.com

**Signature of Officer or Representative of the Designating Service Provider:**
       Date: August 15, 2005

**Typed or Printed Name and Title:** Dmitry Shapiro, CEO

Note: This Interim Designation Must be Accompanied by a $30 Filing Fee Made Payable to the Register of Copyrights.

SCANNED 9/08/05

148262932

RECEIVED
AUG 2 , 2005
COPYRIGHT OFFICE

200792

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Veoh Networks, Inc

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** _____

**Address of Service Provider:** 7220 Trade Street Ste 115
San Diego CA 92121

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Dmitry Shapiro

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 7220 Trade Street Ste 115
San Diego CA 92121

**Telephone Number of Designated Agent:** _____

**Facsimile Number of Designated Agent:** 858-695-6828

**Email Address of Designated Agent:** copyright-notice@veoh.com

**Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office:** Veoh Networks, Inc. August 15, 2006

**Signature of Officer or Representative of the Designating Service Provider:**
Date: 6-30-06

**Typed or Printed Name and Title:** Dmitry Shapiro, CEO

SCANNED 07 31-2006

Note: This Amended Interim Designation Must be Accompanied by a $30 Filing Fee Made P: _____ rights.

RECEIVED
JUL - 2006    200628
COPYRIGHT OFFICE

# EXHIBIT E

