1    Michael S. Elkin (admitted *pro hac vice*)
     WINSTON & STRAWN LLP
2    200 Park Avenue
     New York, NY 10166-4193
3    Telephone:    212-294-6700
     Facsimile:    212-294-4700
4    Email: melkin@winston.com

5    Jennifer A. Golinveaux (SBN: 203056)
     Matthew A. Scherb (SBN: 237461)
6    WINSTON & STRAWN LLP
     101 California Street
7    San Francisco, CA 94111-5894
     Telephone:    415-591-1000
8    Facsimile:    415-591-1400
     Email: jgolinveaux@winston.com; mscherb@winston.com
9
     Attorneys for Defendant
10   VEOH NETWORKS, INC.

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14   IO GROUP, INC.                      Case No. C 06-3926 HRL

15              Plaintiff,               **DECLARATION OF JOSEPH PAPA IN
                                         SUPPORT OF DEFENDANT VEOH
16        vs.                            NETWORKS, INC.'S MOTION FOR
                                         SUMMARY JUDGMENT**
17   VEOH NETWORKS, INC.
                                         Date:    September 4, 2007
18              Defendant.               Time:    10:00 a.m.
                                         Place:   Courtroom 2
19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOSEPH PAPA IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR
SUMMARY JUDGMENT
Case No. C 06-3926 HRL

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    I, Joseph Papa, declare under penalty of perjury that the following statements, made from

2  personal knowledge, are true and correct:

3    1.    I have been an employee of Veoh since its inception. I was hired as a Senior

4  Software Engineer, became Manager of the Engineering Team, and am now Director of Product

5  Development. As Director of Product Development, I am primarily responsible for overall product

6  architecture, project management, and staffing. I am thoroughly familiar with Veoh's business

7  model and with Veoh's policies and procedures, including its Terms of Use.

8  **A.    Veoh's Business Model**

9    2.    During the June 1, 2006 to June 22, 2006 time period at issue in this case, there was

10  no advertising on Veoh, and Veoh did not charge users for viewing videos or for memberships or

11  subscriptions.

12    3.    Veoh currently offers opportunities for advertisers to place advertisements on Veoh

13  and participates in certain Google-sponsored advertisement programs.

14    4.    Veoh has also implemented a "premium content" program whereby users who upload

15  content can choose to charge for the content and Veoh receives a portion of the proceeds.

16  **B.    Veoh Policies Protecting Copyright Owners**

17    5.    Veoh's Terms of Use have always prominently stated that Veoh does not permit

18  copyright infringement and reserved the right to terminate repeat infringers. A true and correct copy

19  of Veoh's Terms of Use that was posted on the Veoh.com website from April 25, 2006 to June 23,

20  2006, which includes the June 1, 2006 to June 22, 2006 time period at issue in this case, is attached

21  as Exhibit A. True and correct copies of other versions of Veoh's Terms of Use are attached as

22  Exhibit B (Veoh's first Terms of Use that were posted on Veoh's website from February 27, 2006 to

23  April 25, 2006); Exhibit C (Terms of Use that were posted on Veoh's website from June 23, 2006 to

24  July 7, 2006); Exhibit D (Terms of Use that were posted on Veoh's website on July 7, 2006); and,

25  finally, Exhibits E (Veoh's current Terms of Use) and F (the Copyright Policy it incorporates).

26    6.    In June 2006, Veoh also had a separate Acceptable Use Policy, a true and correct

27  2

28  DECLARATION OF JOSEPH PAPA IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR
SUMMARY JUDGMENT
Case No. C 06-3926 HRL

1    copy of which is attached as Exhibit G, that strictly prohibited use of Veoh for "any illegal purpose"

2    or the making available of files that "contain music, film, video, images, photographs, software or

3    any other material protected by intellectual property laws, including but not limited to copyright and

4    trade secret law, unless you own or control the rights or are authorized to make such material

5    available." This Acceptable Use Policy was operative from April 25, 2006 through the relevant June

6    1, 2006 to June 22, 2006 time period. All Acceptable Use Policies for the Veoh website explained

7    how users could notify Veoh of any infringing content, in accordance with the DMCA and stated

8    that Veoh had the right to terminate the accounts of infringers. This includes Veoh's first Acceptable

9    Use Policy dated February 27, 2006, a true and correct copy of which is attached as Exhibit H.

10        7.      Veoh has always prominently displayed its Terms of Use and the other policies

11   described above at Veoh's website at Veoh.com.

12        8.      Veoh reminds users of its policies each time a user begins to upload a video to the

13   Veoh.com website. Each time a user begins to upload a video, they receive a message stating "Do

14   not upload copyrighted, pornographic, obscene, violent, or any other videos that violate Veoh

15   Publisher Terms and Conditions." A true and correct copy of a printout of the current upload screen

16   is attached as Exhibit I. Veoh gave the same or a similar warning to users during June of 2006.

17        9.      Veoh provides additional warnings to users of its Veoh Player software. Before using

18   the software, users must first consent to Veoh's software license, which conditions use of the Veoh

19   Player on the user's express agreement to "not use the Software or Service to infringe the copyrights

20   or other intellectual property rights of others in any way." A true and correct copy of a printout of

21   the Veoh Player's End User License Agreement is attached as Exhibit J. The End User License

22   Agreement contained the same or a similar condition of use during June of 2006.

**C.    Veoh's Disabling of Access to Adult Content**

24        10.     Prior to June 22, 2006, Veoh did not prohibit users from uploading adult content to

25   Veoh so long as it was properly tagged or rated as such. In June of 2006, however, Veoh made a

26   decision to prohibit adult content on Veoh. By June 22, 2006, Veoh disabled access to all content

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5894**

DECLARATION OF JOSEPH PAPA IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR
SUMMARY JUDGMENT
Case No. C 06-3926 HRL

1    that had been tagged or rated by users as "adult."

2

3    Executed this _27_ day of July, 2007, in _San Piego_, California

4

5    _____

6                    Joseph Papa

7

8

9

10

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                         4

28    DECLARATION OF JOSEPH PAPA IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR
                    SUMMARY JUDGMENT
                    Case No. C 06-3926 HRL

SF:178703.2

# EXHIBIT <u>A</u>

hi keithwebb | [Sign Up] | [Login] | Help | Down

**veoh** BETA

My Veoh | Channels | Friends | Upload

SE

# Terms of Use

## Welcome to Veoh

By accessing the Veoh.com website, using the Veoh network, or using the servers operated by Veoh or any successor or additional services now or hereafter offered by Veoh or its successors, licensees or assigns, (collectively the "Veoh Service"), you are bound by the notices, terms and conditions in these Terms of Use and elsewhere on Veoh.com (including but not limited to our Acceptable Use Policy, our Privacy Policy). If you do not accept any of these terms and conditions, you may not access or use the Veoh Service. We may change or modify these Terms of Use at any time by posting new terms and conditions on this page. These Terms of Use may not otherwise be changed or modified, except in a writing signed by an authorized representative of Veoh. Your continued use of the Veoh Service, following any changes or modifications to these Terms of Use, constitutes your acceptance of the changes or modifications.

## Use of the Veoh Service

Subject to these Terms of Use, the Acceptable Use Policy, our Privacy Policy, and terms and conditions of any separate licenses or other agreements you may be required to accept in order to use certain portions of the Veoh Service, you are authorized to access and make use of the Veoh Service as set forth below.

You may view and use the sections of the Veoh.com website to which you have been given access by Veoh. You may make one complete and unmodified copy of any page on this website to which you have been given access, provided you retain all copyright, trademark and other proprietary rights notices and that you use it solely for personal, noncommercial purposes and do not distribute or republish it. You may obtain our products and register for our services, provided you pay any applicable charges and agree to the terms and conditions of any license agreement or other agreement governing those products and services. You may use the Veoh Service to which you have been given access to interact with Veoh and other users of our products and services in ways that do not violate our Acceptable Use Policy. Any other use of this website or its contents is prohibited without first obtaining written permission from Veoh.

The Veoh Service enables you to make content available to other users of the Veoh Service, and for you to access content made available by other users of the Veoh Service. All such content made available by users is referred to as "User Material." You are solely responsible for any User Material that you upload and publish to the Veoh Service, including compliance with Veoh's Acceptable Use Policy.

You expressly acknowledge and agree that any User Material that you make available on the Veoh Service may be made freely available by Veoh through the Veoh Service, including without limitation for download by other users, and that this permission is made and granted in consideration of your use of the Veoh Service and is nonexclusive, perpetual, royalty-free, irrevocable and transferable. You agree that your use of any such User Material that you obtain from the Veoh Service is limited to your personal, noncommercial use and you will not redistribute or attempt to redistribute such User Material outside the Veoh Service.

You acknowledge that Veoh does not endorse or guarantee any User Material and you may not state or imply any such endorsement or guarantee. Veoh does not guarantee that any User Material will be made available on the Veoh Service, whether continuously or at all.

Veoh shall have no obligation to monitor any User Material. However, Veoh and its agents shall have and do reserve the right to monitor any User Material from time to time for any lawful purpose. Veoh may, without notice to you, remove or block content of any User Material from the Veoh Service, including disabling access to such User Material that you

» **What is Veoh?**
» **FAQ**
» **Veoh Blog**
» **About Us**
   » **How does Veoh W**
   » **Team**
   » **Investors**
» **Jobs at Veoh**
» **Media Coverage**
» **Press Releases**
» **Contact Veoh**

» **System Status**
» **Known Issues**

**200029**

 

have downloaded through the Veoh Service. Veoh reserves the right to terminate your use of the Veoh Service if we determine that you have violated these Terms or the Acceptable Use Policy.

Veoh requires all users of the Veoh Service to comply with copyright and other intellectual property laws. Accordingly, you may not publish or make available any User Material that constitutes an infringement of third party intellectual property rights, including rights granted by U.S. copyright law, or that otherwise violates the Acceptable Use Policy. You represent and warrant that you have all rights necessary to publish and distribute any User Material made available by you through the Veoh Service and that such User Material conforms to the Acceptable Use Policy. You agree to indemnify and hold Veoh harmless from and against any liability, claims, losses, demands or damages arising out of or relating to your violation of these Terms or the Acceptable Use Policy.

**As explained above, Veoh does not permit copyright infringing activities on the Veoh Service and reserves the right to terminate access to the Veoh Service, and remove all User Materials posted, by any persons who are found to be repeat infringers (i.e., persons found to have uploaded copyright infringing User Material on more than two occasions).**

## Privacy Policy

As explained above, your use of the Veoh Service is subject to your acceptance of our Privacy Policy. Please read this policy carefully for disclosures relating to the collection and use of your personal information.

## Acceptable Use Policy

As explained above, your use of the Veoh Service is subject to your acceptance of our Acceptable Use Policy. Please read this policy carefully as it discusses how the Veoh Service may be used.

## Framing, Linking and Accessing Veoh's Website

Unless expressly authorized, you may not frame or otherwise display any portion of the Veoh.com website or any of its contents. No hyperlinks to any password protected web pages on the Veoh.com website are allowed. Hyperlinks to non-restricted pages are allowed, subject to review and termination by Veoh in our sole discretion. . You may not use the Site in any manner that could damage, disable, overburden, or impair the Veoh site or interfere with any other party's use and enjoyment of the Veoh site.

The Veoh site is provided for your personal use. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available through the Veoh site. You agree not to use or launch any automated system, including without limitation "robots", "spiders", "offline readers", etc, that accesses the Veoh site in a manner which sends more request messages to the Veoh server in any given period of time than a typical human would normally produce in the same period by using a conventional on-line Web browser to read, view, and submit materials. Notwithstanding the foregoing, we grant the operators of search engines permission to use robots to copy materials from the site for the sole purpose of creating publicly-available searchable indexes of the materials, but not caches or archives of the materials. We reserve the right to revoke these exceptions either generally or in specific cases.

## Links to Third Party Websites

As a convenience for its users, Veoh may provide links on this website to other websites owned by third parties. Unless otherwise stated, Veoh does not endorse or control these third parties and takes no responsibility for them or their websites.

## Veoh Account Information

In order to use some of the Veoh Service, you will have to create an account. You may never use another's Veoh account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity

200030

Veoh - Terms of Use                                         Page 3 of 4

that occurs on your account, and you must keep your account password secure. You must notify Veoh immediately of any breach of security or unauthorized use of your account. Although Veoh will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of Veoh or others due to such unauthorized use.

## No Warranties

THE VEOH SERVICE IS PROVIDED BY VEOH "AS IS" AND "AS AVAILABLE". VEOH MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, ABOUT THE VEOH SERVICE OR ITS CONTENT, AND VEOH DISCLAIMS ALL WARRANTIES REGARDING THE VEOH SERVICE AND THEIR CONTENTS, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED TO, WARRANTIES OF MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OR COMPLETENESS OF CONTENT, NON-INFRINGEMENT, OR THE AVAILABILITY OR QUALITY OF ANY PRODUCTS OR SERVICES AVAILABLE VIA THE VEOH SERVICE (EXCEPT AS MAY BE SET FORTH IN ANY LICENSE OR OTHER AGREEMENT RELATED TO THOSE PRODUCTS OR SERVICES).

## Limitation on Damages

IN NO EVENT SHALL VEOH BE LIABLE TO ANY PARTY FOR DIRECT, INDIRECT, SPECIAL OR OTHER CONSEQUENTIAL OR INCIDENTAL DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION HANDLING SYSTEM OR OTHERWISE) ARISING DIRECTLY OR INDIRECTLY FROM THE USE OF THE VEOH SERVICE, OR ANY PRODUCTS OR SERVICES DISTRIBUTED ON OR PROVIDED THROUGH THE VEOH SERVICE, WHETHER AS A RESULT OF ERRORS, OMISSIONS, LOSS OF DATA, DEFECTS, VIRUSES, INTERRUPTIONS OR DELAYS IN OPERATION OR TRANSMISSION, OR ANY OTHER CAUSE, EVEN IF VEOH HAS BEEN EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

SOME JURISDICTIONS RESTRICT THE LIMITATION OF LIABILITY OR DAMAGES, SO THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IF ANY PART OF THE LIMITATION OF DAMAGES SET FORTH ABOVE IS UNENFORCEABLE UNDER APPLICABLE LAW, VEOH'S AGGREGATE LIABILITY WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## Export and International Use

The Veoh Service is controlled and offered by Veoh from its facilities in the United States of America. Veoh makes no representations that the Veoh Service is appropriate or available for use in other locations. Those who access or use the Veoh Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## Governing Law

These Terms of Use shall be governed by and construed in accordance with the laws of the State of California, without regard to or application of choice-of-law rules or principles. You expressly consent to the personal and exclusive jurisdiction and venue of the state and federal courts located in San Diego County of the State of California for any claim or action arising out of or relating to these Terms of Use or your use of the Veoh Service. The prevailing party in any litigation will be entitled, in addition to any other relief granted to it, to recover reasonable attorney's fees, expenses and costs incurred in connection with the litigation.

## Miscellaneous

You may not revise or amend these Terms of Use without the prior written authorization of an officer of Veoh. If any provision of these Terms of Use is found illegal or unenforceable, it will be enforced to the maximum extent permissible, and the legality and enforceability of the other provisions of these Terms of Use will not be affected. No delay or failure by Veoh to exercise or enforce any of its rights under these Terms of Use will act as a waiver of such rights.

200031

Veoh - Terms of Use  

Download Veoh
Copyright © 2006 Veoh Networks, Inc.

200032

# EXHIBIT <u>B</u>

# Terms of Use
# 022706_2

VEOH 06915

Terms of Use

Welcome to Veoh

By accessing the Veoh.com website, using the Veoh network, or using the servers operated by Veoh or any successor or additional services now or hereafter offered by Veoh or its successors, licensees or assigns, (collectively the "Veoh Service"), you are bound by the notices, terms and conditions in these Terms of Use and elsewhere on Veoh.com (including but not limited to our Acceptable Use Policy, our Privacy Policy). If you do not accept any of these terms and conditions, you may not access or use the Veoh Service. We may change or modify these Terms of Use at any time by posting new terms and conditions on this page. These Terms of Use may not otherwise be changed or modified, except in a writing signed by an authorized representative of Veoh. Your continued use of the Veoh Service, following any changes or modifications to these Terms of Use, constitutes your acceptance of the changes or modifications.

Use of the Veoh Service

Subject to these Terms of Use, the Acceptable Use Policy, our Privacy Policy, and terms and conditions of any separate licenses or other agreements you may be required to accept in order to use certain portions of the Veoh Service, you are authorized to access and make use of the Veoh Service as set forth below.

You may view and use the sections of the Veoh.com website to which you have been given access by Veoh. You may make one complete and unmodified copy of any page on this website to which you have been given access, provided you retain all copyright, trademark and other proprietary rights notices and that you use it solely for personal, noncommercial purposes and do not distribute or republish it. You may obtain our products and register for our services, provided you pay any applicable charges and agree to the terms and conditions of any license agreement or other agreement governing those products and services. You may use the Veoh Service to which you have been given access to interact with Veoh and other users of our products and services in ways that do not violate our Acceptable Use Policy. Any other use of this website or its contents is prohibited without first obtaining written permission from Veoh.

The Veoh Service enables you to make content available to other users of the Veoh Service, and for you to access content made available by other users of the Veoh Service. All such content made available by users is referred to as "User Material." You are solely responsible for any User Material that you upload and publish to the Veoh Service, including compliance with Veoh's

VEOH 06916

Acceptable Use Policy.

You expressly acknowledge and agree that any User Material that you make available on the Veoh Service may be made freely available by Veoh through the Veoh Service, including without limitation for download by other users, and that this permission is made and granted in consideration of your use of the Veoh Service and is nonexclusive, perpetual, royalty-free, irrevocable and transferable. You agree that your use of any such User Material that you obtain from the Veoh Service is limited to your personal, noncommercial use and you will not redistribute or attempt to redistribute such User Material outside the Veoh Service.

You acknowledge that Veoh does not endorse or guarantee any User Material and you may not state or imply any such endorsement or guarantee. Veoh does not guarantee that any User Material will be made available on the Veoh Service, whether continuously or at all.

Veoh shall have no obligation to monitor any User Material. However, Veoh and its agents shall have and do reserve the right to monitor any User Material from time to time for any lawful purpose. Veoh may, without notice to you, remove or block content of any User Material from the Veoh Service, including disabling access to such User Material that you have downloaded through the Veoh Service. Veoh reserves the right to terminate your use of the Veoh Service if we determine that you have violated these Terms or the Acceptable Use Policy.

Veoh requires all users of the Veoh Service to comply with copyright and other intellectual property laws. Accordingly, you may not publish or make available any User Material that constitutes an infringement of third party intellectual property rights, including rights granted by U.S. copyright law, or that otherwise violates the Acceptable Use Policy. You represent and warrant that you have all rights necessary to publish and distribute any User Material made available by you through the Veoh Service and that such User Material conforms to the Acceptable Use Policy. You agree to indemnify and hold Veoh harmless from and against any liability, claims, losses, demands or damages arising out of or relating to your violation of these Terms or the Acceptable Use Policy.

Privacy Policy

As explained above, your use of the Veoh Service is subject to your acceptance of our <u>Privacy Policy</u>. Please read this policy carefully for disclosures relating to the collection and use of your personal information.

VEOH 06917

Acceptable Use Policy

As explained above, your use of the Veoh Service is subject to your acceptance of our Acceptable Use Policy. Please read this policy carefully as it discusses how the Veoh Service may be used.

Framing, Linking and Accessing Veoh's Website

Unless expressly authorized, you may not frame or otherwise display any portion of the Veoh.com website or any of its contents. No hyperlinks to any password protected web pages on the Veoh.com website are allowed. Hyperlinks to non-restricted pages are allowed, subject to review and termination by Veoh in our sole discretion. . You may not use the Site in any manner that could damage, disable, overburden, or impair the Veoh site or interfere with any other party's use and enjoyment of the Veoh site.

The Veoh site is provided for your personal use. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available through the Veoh site. You agree not to use or launch any automated system, including without limitation "robots", "spiders", "offline readers", etc, that accesses the Veoh site in a manner which sends more request messages to the Veoh server in any given period of time than a typical human would normally produce in the same period by using a conventional on-line Web browser to read, view, and submit materials. Notwithstanding the foregoing, we grant the operators of search engines permission to use robots to copy materials from the site for the sole purpose of creating publicly-available searchable indexes of the materials, but not caches or archives of the materials. We reserve the right to revoke these exceptions either generally or in specific cases.

Links to Third Party Websites

As a convenience for its users, Veoh may provide links on this website to other websites owned by third parties. Unless otherwise stated, Veoh does not endorse or control these third parties and takes no responsibility for them or their websites.

Veoh Account Information

In order to use some of the Veoh Service, you will have to create an account. You may never use another's Veoh account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify Veoh immediately of any breach of security or unauthorized use of your account.

VEOH 06918

Although Veoh will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of Veoh or others due to such unauthorized use.

No Warranties

THE VEOH SERVICE IS PROVIDED BY VEOH "AS IS" AND "AS AVAILABLE". VEOH MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, ABOUT THE VEOH SERVICE OR ITS CONTENT, AND VEOH DISCLAIMS ALL WARRANTIES REGARDING THE VEOH SERVICE AND THEIR CONTENTS, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED TO, WARRANTIES OF MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OR COMPLETENESS OF CONTENT, NON-INFRINGEMENT, OR THE AVAILABILITY OR QUALITY OF ANY PRODUCTS OR SERVICES AVAILABLE VIA THE VEOH SERVICE (EXCEPT AS MAY BE SET FORTH IN ANY LICENSE OR OTHER AGREEMENT RELATED TO THOSE PRODUCTS OR SERVICES).

Limitation on Damages

IN NO EVENT SHALL VEOH BE LIABLE TO ANY PARTY FOR DIRECT, INDIRECT, SPECIAL OR OTHER CONSEQUENTIAL OR INCIDENTAL DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION HANDLING SYSTEM OR OTHERWISE) ARISING DIRECTLY OR INDIRECTLY FROM THE USE OF THE VEOH SERVICE, OR ANY PRODUCTS OR SERVICES DISTRIBUTED ON OR PROVIDED THROUGH THE VEOH SERVICE, WHETHER AS A RESULT OF ERRORS, OMISSIONS, LOSS OF DATA, DEFECTS, VIRUSES, INTERRUPTIONS OR DELAYS IN OPERATION OR TRANSMISSION, OR ANY OTHER CAUSE, EVEN IF VEOH HAS BEEN EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

SOME JURISDICTIONS RESTRICT THE LIMITATION OF LIABILITY OR DAMAGES, SO THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IF ANY PART OF THE LIMITATION OF DAMAGES SET FORTH ABOVE IS UNENFORCEABLE UNDER APPLICABLE LAW, VEOH'S AGGREGATE LIABILITY WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

Export and International Use

VEOH 06919

The Veoh Service is controlled and offered by Veoh from its facilities in the United States of America. Veoh makes no representations that the Veoh Service is appropriate or available for use in other locations. Those who access or use the Veoh Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

Governing Law

These Terms of Use shall be governed by and construed in accordance with the laws of the State of California, without regard to or application of choice of law rules or principles. You expressly consent to the personal and exclusive jurisdiction and venue of the state and federal courts located in San Diego County of the State of California for any claim or action arising out of or relating to these Terms of Use or your use of the Veoh Service. The prevailing party in any litigation will be entitled, in addition to any other relief granted to it, to recover reasonable attorney's fees, expenses and costs incurred in connection with the litigation.

Miscellaneous

You may not revise or amend these Terms of Use without the prior written authorization of an officer of Veoh. If any provision of these Terms of Use is found illegal or unenforceable, it will be enforced to the maximum extent permissible, and the legality and enforceability of the other provisions of these Terms of Use will not be affected. No delay or failure by Veoh to exercise or enforce any of its rights under these Terms of Use will act as a waiver of such rights.

VEOH 06920

# EXHIBIT <u>C</u>

# Terms of Use
# 062306

VEOH 06899

Terms of Use

Welcome to Veoh

By accessing the Veoh.com website, using the Veoh network, or using the servers operated by Veoh or any successor or additional services now or hereafter offered by Veoh or its successors, licensees or assigns, (collectively the "Veoh Service"), you, either an individual or a single entity ("You" or "Your" as applicable) are bound by the notices, terms and conditions in these Terms of Use and elsewhere on Veoh.com (including but not limited to our Privacy Policy). If You do not accept all of these terms and conditions, You may not access or use the Veoh Service. We may change or modify these Terms of Use at any time by posting new terms and conditions on this page. These Terms of Use may not otherwise be changed or modified, except in a writing signed by an authorized representative of Veoh. Your continued use of the Veoh Service, following any changes or modifications to these Terms of Use, constitutes Your acceptance of the changes or modifications.

Use of the Veoh Service

Subject to these Terms of Use, our Privacy Policy, and terms and conditions of any separate licenses or other agreements You may be required to accept in order to use certain portions of the Veoh Service, You are authorized to access and make use of the Veoh Service as set forth below.

You may view and use the sections of the Veoh.com website to which You have been given access by Veoh. You may make one complete and unmodified copy of any page on this website to which You have been given access, provided You retain all copyright, trademark and other proprietary rights notices and that You use it solely for personal, noncommercial purposes and do not distribute or republish it. You may obtain our products and register for our services, provided You pay any applicable charges and agree to the terms and conditions of any license agreement or other agreement governing those products and services. You may use the Veoh Service to which You have been given access to interact with Veoh and other users of our products and services in ways that do not violate these Terms of Use.

The Veoh Service enables You to make content available to other users of the Veoh Service, and to access content made available by other users of the Veoh Service. All such content made available by You or other users is referred to as "User Material." You are solely responsible for any User Material that You upload and publish to the Veoh Service, including compliance with these Terms of Use. For purposes of these Terms of Use, "content(s)" shall include, without limitation, video, film, music, text,

VEOH 06900

communications, software, scripts, graphics, images, audio, information, and interactive features.

You expressly acknowledge and agree that any User Material that You make available on the Veoh Service may be made freely available by Veoh through the Veoh Service, including without limitation for download by other users, and that this permission is made and granted in consideration of Your use of the Veoh Service and is nonexclusive, perpetual, royalty-free, irrevocable and transferable. You represent and warrant that You have all rights necessary to publish and distribute any User Material made available by You through the Veoh Service and that such User Material conforms to the requirements and restrictions contained herein. You agree to indemnify and hold Veoh harmless from and against any liability, claims, losses, demands or damages arising out of or relating to Your violation of these Terms of Use.

You acknowledge that Veoh does not endorse or guarantee any User Material and You may not state or imply any such endorsement or guarantee. Veoh does not guarantee that any User Material will be made available on the Veoh Service, whether continuously or at all.

Veoh shall have no obligation to monitor any User Material. However, Veoh and its agents shall have and do reserve the right to monitor any User Material from time to time for any lawful purpose. Veoh may, without notice to You, remove or block content of any User Material from the Veoh Service, including disabling access to such User Material that You have downloaded through the Veoh Service.

Veoh may terminate Your access to all or any part of the Veoh Service at any time, with or without cause, with or without notice, effective immediately. You may terminate Your use of the Veoh Service at any time, provided that all provisions of these Terms of Use which by their nature should survive termination shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity and limitations of liability.

Rules and Conduct

The Veoh Service (including without limitation, any content, documents or other information made available through the Veoh Service) is provided only for Your use for Your own personal use and may not be used in connection with any commercial purpose(s) except as specifically approved in writing by Veoh. Any unauthorized use of the Veoh Service is expressly prohibited.

As a condition of use, You promise not to use the Veoh Service for any purpose that is unlawful. You agree to abide by all applicable local, state,

VEOH 06901

national and international laws and regulations, including, without limitation, all intellectual property laws (such as, U.S. copyright laws).

By way of example, and not as a limitation, You agree not to (a) take any action or (b) upload, download, post, submit or otherwise distribute or facilitate distribution of any content using any communications service or other service available on or through the Veoh Service, that:

- infringes any patent, trademark, trade secret, copyright, right of publicity or other right of any other person or entity; or
- is threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortious, obscene, offensive, profane, pornographic (which shall include any depictions of nudity); or
- misrepresents the source or identity of any content; or
- constitutes unauthorized or unsolicited advertising, junk or bulk e-mail ("spamming"); or
- contains software viruses or any other computer codes, files, or programs that are designed or intended to disrupt, damage, limit or interfere with the proper function of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any system, data or other information of Veoh or any third party; or
- impersonates, or falsely indicates an affiliation with, any person or entity, including, without limitation, any employee or representative of Veoh

Additionally, You agree that You will not: (i) take any action that imposes, or may impose in Veoh's sole discretion an unreasonable or disproportionately large load on Veoh's infrastructure; (ii) interfere or attempt to interfere with the proper working of the Veoh Service or any activities conducted on the Veoh Service; (iii) bypass any measures Veoh may use to prevent or restrict access to the Veoh Service, other accounts, or computer systems or networks connected to the Veoh Service; or (iv) interfere with any other user's enjoyment of the Veoh Service.

You shall not (and You shall not permit others to), directly or indirectly, modify, translate, decompile, disassemble, or reverse engineer any part of the Veoh Services or any content available through the Veoh website (except to the limited extent applicable laws specifically prohibit such restriction); or copy, rent, lease, distribute, or otherwise transfer any or the rights that You receive hereunder. In addition, You shall not remove any proprietary notices or labels.

You shall not launch or otherwise use any robot, spider, scraper or other

VEOH 06902

automated means to access the Veoh Service in a manner which sends more request messages to the Veoh server in any given period of time than a typical human would normally produce in the same period by using a conventional on-line Web browser to read, view, and submit materials. Notwithstanding the foregoing, we grant the operators of search engines permission to use robots to copy materials from the site for the sole purpose of creating publicly-available searchable indexes of the materials, but not caches or archives of the materials; provided that, we reserve the right to revoke these exceptions either generally or in specific cases.

**You shall not harvest or collect information from the Veoh Service, including, without limitation, information about other users of the Veoh Service. The use of any information learned through the Veoh Services or while in the Veoh website is limited to the express purposes set forth in these Terms of Use; all other uses are strictly prohibited.**

Unless expressly authorized, You shall not frame or otherwise display any portion of the Veoh.com website or any of its contents. No hyperlinks to any password protected web pages on the Veoh.com website are allowed. Hyperlinks to non-restricted pages are allowed, subject to review and termination by Veoh in our sole discretion.

Registration

As a condition to using certain components of the Veoh Service, You may be required to register with Veoh and select a password and screen name ("Veoh User ID"). You shall provide Veoh with accurate, complete, and updated registration information. Failure to do so shall constitute a breach of these Terms of Use, which may result in immediate termination of Your Veoh account. You may not (i) select or use as a Veoh User ID a name of another person with the intent to impersonate that person; (ii) use as a Veoh User ID a name subject to any rights of a person other than You without appropriate authorization; or (iii) use as a Veoh User ID a name that is otherwise offensive, vulgar or obscene. Veoh reserves the right to refuse registration of, or cancel a Veoh User ID in its sole discretion. You are solely responsible for activity that occurs on Your account and shall be responsible for maintaining the confidentiality of Your Veoh password. You may not share Your Veoh password with any third party. You may never use another user's account without such other user's express permission. You will immediately notify Veoh in writing of any unauthorized use of Your account, or other account related security breach of which You are aware.

Privacy Policy

As explained above, Your use of the Veoh Service is subject to Your

VEOH 06903

acceptance of our <u>Privacy Policy</u>. Please read the Privacy Policy carefully for disclosures relating to the collection and use of Your personal information.

Links to Third Party Websites

As a convenience for its users, Veoh may provide links on this website to other websites owned by third parties. Unless otherwise stated, Veoh does not endorse or control these third parties and takes no responsibility for them or their websites.

Veoh Account Information

In order to use some of the Veoh Service, You will have to create an account. You may never use another's Veoh account without permission. When creating Your account, You must provide accurate and complete information. You are solely responsible for the activity that occurs on Your account, and You must keep Your account password secure. You must notify Veoh immediately of any breach of security or unauthorized use of Your account. Although Veoh will not be liable for Your losses caused by any unauthorized use of Your account, You may be liable for the losses of Veoh or others due to such unauthorized use.

No Warranties

THE VEOH SERVICE IS PROVIDED BY VEOH "AS IS" AND "AS AVAILABLE". VEOH MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, ABOUT THE VEOH SERVICE OR ITS CONTENT, AND VEOH DISCLAIMS ALL WARRANTIES REGARDING THE VEOH SERVICE AND THEIR CONTENTS, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED TO, WARRANTIES OF MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OR COMPLETENESS OF CONTENT, NON-INFRINGEMENT, OR THE AVAILABILITY OR QUALITY OF ANY PRODUCTS OR SERVICES AVAILABLE VIA THE VEOH SERVICE (EXCEPT AS MAY BE SET FORTH IN ANY LICENSE OR OTHER AGREEMENT RELATED TO THOSE PRODUCTS OR SERVICES).

Limitation on Damages

IN NO EVENT SHALL VEOH OR ANY OF ITS SUPPLIERS BE LIABLE TO ANY PARTY FOR DIRECT, INDIRECT, SPECIAL OR OTHER CONSEQUENTIAL OR INCIDENTAL DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION

VEOH 06904

HANDLING SYSTEM OR OTHERWISE) ARISING DIRECTLY OR INDIRECTLY FROM THE USE OF THE VEOH SERVICE, OR ANY PRODUCTS OR SERVICES DISTRIBUTED ON OR PROVIDED THROUGH THE VEOH SERVICE, WHETHER AS A RESULT OF ERRORS, OMISSIONS, LOSS OF DATA, DEFECTS, VIRUSES, INTERRUPTIONS OR DELAYS IN OPERATION OR TRANSMISSION, OR ANY OTHER CAUSE, EVEN IF VEOH OR ITS SUPPLIERS HAVE BEEN EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

SOME JURISDICTIONS RESTRICT THE LIMITATION OF LIABILITY OR DAMAGES, SO THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IF ANY PART OF THE LIMITATION OF DAMAGES SET FORTH ABOVE IS UNENFORCEABLE UNDER APPLICABLE LAW, VEOH'S AND ITS SUPPLIERS' AGGREGATE LIABILITY WILL BE LIMITED TO THE MAXIMUM EXTENT

Export and International Use

The Veoh Service is controlled and offered by Veoh from its facilities in the United States of America. Veoh makes no representations that the Veoh Service is appropriate or available for use in other locations. Those who access or use the Veoh Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

Governing Law

These Terms of Use shall be governed by and construed in accordance with the laws of the State of California, without regard to or application of choice of law rules or principles. You expressly consent to the personal and exclusive jurisdiction and venue of the state and federal courts located in San Diego County of the State of California for any claim or action arising out of or relating to these Terms of Use or Your use of the Veoh Service. The prevailing party in any litigation will be entitled, in addition to any other relief granted to it, to recover reasonable attorney's fees, expenses and costs incurred in connection with the litigation.

Miscellaneous

You may not revise or amend these Terms of Use without the prior written authorization of an officer of Veoh. If any provision of these Terms of Use is found illegal or unenforceable, it will be enforced to the maximum extent permissible, and the legality and enforceability of the other provisions of these Terms of Use will not be affected. No delay or failure by Veoh to exercise or enforce any of its rights under these Terms of Use will act as a

VEOH 06905

waiver of such rights.

Miscellaneous

You may not revise or amend these Terms of Use without the prior written authorization of an officer of Veoh. If any provision of these Terms of Use is found illegal or unenforceable, it will be enforced to the maximum extent permissible, and the legality and enforceability of the other provisions of these Terms of Use will not be affected. No delay or failure by Veoh to exercise or enforce any of its rights under these Terms of Use will act as a waiver of such rights.

Digital Millennium Copyright Act Notice

Veoh has adopted the following general policy toward copyright infringement in accordance with the Digital Millennium Copyright Act (http://lcweb.loc.gov/copyright/legislation/dmca.pdf). The address of Veoh's Designated Agent to Receive Notification of Claimed Infringement ("Designated Agent") is listed at the end of this policy.

It is Veoh's policy to (1) block access to or remove content that it believes in good faith to be copyrighted material that has been illegally copied and distributed by any of our advertisers, affiliates, content providers, members or users; and (2) remove and discontinue service to repeat offenders.

A. **Procedure for Reporting Copyright Infringements:**

If You believe that content residing on or accessible through the Veoh web site or service infringes a copyright, please send a notice of copyright infringement containing the following information to the Designated Agent listed below:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of the copyright that has been allegedly infringed;

2. Identification of works or materials being infringed;

3. Identification of the content that is claimed to be infringing including information regarding the location of the content that the copyright owner seeks to have removed, with sufficient detail so that Veoh is capable of finding and verifying its existence;

4. Contact information about the notifier including address, telephone number and, if available, e-mail address;

VEOH 06906

5. A statement that the notifier has a good faith belief that the content is not authorized by the copyright owner, its agent, or the law; and

6. A statement made under penalty of perjury that the information provided is accurate and the notifying party is authorized to make the complaint on behalf of the copyright owner.

**B. Once Proper Bona Fide Infringement Notification is Received by the Designated Agent:**

It is Veoh's policy:

1. to remove or disable access to the infringing content;

2. to notify the content provider, member or user that it has removed or disabled access to the content; and

3. that repeat offenders will have the infringing content removed from the system and that Veoh will terminate such content provider's, member's or user's access to the service.

**C. Procedure to Supply a Counter-Notice to the Designated Agent:**

If the content provider, member or user believes that the content that was removed or to which access was disabled is either not infringing, or the content provider, member or user believes that it has the right to post and use such content from the copyright owner, the copyright owner's agent, or pursuant to the law, the content provider, member or user must send a counter-notice containing the following information to the Designated Agent listed below:

1. A physical or electronic signature of the content provider, member or user;

2. Identification of the content that has been removed or to which access has been disabled and the location at which the content appeared before it was removed or disabled;

3. A statement that the content provider, member or user has a good faith belief that the content was removed or disabled as a result of mistake or a misidentification of the content; and

4. Content provider's, member's or user's name, address, telephone number, and, if available, e-mail address and a statement that such person or entity consents to the jurisdiction of the Federal Court for

VEOH 06907

the judicial district in which the content provider's, member's or user's address is located, or if the Content provider's, member's or user's address is located outside the United States, for any judicial district in which Veoh is located, and that such person or entity will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Designated Agent, Veoh's may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at Veoh's discretion.

Please contact Veoh's Designated Agent at the following address:

**Designated Agent to Receive Notification of Claimed Infringement:**
Dmitry Shapiro
7220 Trade St, Suite 115
San Diego, CA 92121
copyright-notice@veoh.com

VEOH 06908

# EXHIBIT <u>D</u>

# Terms of Use
# 070706

VEOH 06889

Terms of Use

Welcome to Veoh

By accessing the Veoh.com website, using the Veoh network, or using the servers operated by Veoh or any successor or additional services now or hereafter offered by Veoh or its successors, licensees or assigns, (collectively the "Veoh Service"), you, either an individual or a single entity ("You" or "Your" as applicable) are bound by the notices, terms and conditions in these Terms of Use and elsewhere on Veoh.com (including but not limited to our Privacy Policy). If You do not accept all of these terms and conditions, You may not access or use the Veoh Service. We may change or modify these Terms of Use at any time by posting new terms and conditions on this page. These Terms of Use may not otherwise be changed or modified, except in a writing signed by an authorized representative of Veoh. Your continued use of the Veoh Service, following any changes or modifications to these Terms of Use, constitutes Your acceptance of the changes or modifications.

Use of the Veoh Service

Subject to these Terms of Use, our Privacy Policy, and terms and conditions of any separate licenses or other agreements You may be required to accept in order to use certain portions of the Veoh Service, You are authorized to access and make use of the Veoh Service as set forth below.

You may view and use the sections of the Veoh.com website to which You have been given access by Veoh. You may make one complete and unmodified copy of any page on this website to which You have been given access, provided You retain all copyright, trademark and other proprietary rights notices and that You use it solely for personal, noncommercial purposes and do not distribute or republish it. You may obtain our products and register for our services, provided You pay any applicable charges and agree to the terms and conditions of any license agreement or other agreement governing those products and services. You may use the Veoh Service to which You have been given access to interact with Veoh and other users of our products and services in ways that do not violate these Terms of Use.

The Veoh Service enables You to make content available to other users of the Veoh Service, and to access content made available by other users of the Veoh Service. All such content made available by You or other users is referred to as "User Material." You are solely responsible for any User Material that You upload and publish to the Veoh Service, including compliance with these Terms of Use. For purposes of these Terms of Use, "content(s)" shall include, without limitation, video, film, music, text,

VEOH 06890

communications, software, scripts, graphics, images, audio, information, and interactive features.

You expressly acknowledge and agree that any User Material that You make available on the Veoh Service may be made freely available by Veoh through the Veoh Service, including without limitation for download by other users, and that this permission is made and granted in consideration of Your use of the Veoh Service and is nonexclusive, perpetual, royalty-free, irrevocable and transferable. You represent and warrant that You have all rights necessary to publish and distribute any User Material made available by You through the Veoh Service and that such User Material conforms to the requirements and restrictions contained herein. You agree to indemnify and hold Veoh harmless from and against any liability, claims, losses, demands or damages arising out of or relating to Your violation of these Terms of Use.

You acknowledge that Veoh does not endorse or guarantee any User Material and You may not state or imply any such endorsement or guarantee. Veoh does not guarantee that any User Material will be made available on the Veoh Service, whether continuously or at all.

Veoh shall have no obligation to monitor any User Material. However, Veoh and its agents shall have and do reserve the right to monitor any User Material from time to time for any lawful purpose. Veoh may, without notice to You, remove or block content of any User Material from the Veoh Service, including disabling access to such User Material that You have downloaded through the Veoh Service.

Veoh may terminate Your access to all or any part of the Veoh Service at any time, with or without cause, with or without notice, effective immediately. You may terminate Your use of the Veoh Service at any time, provided that all provisions of these Terms of Use which by their nature should survive termination shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity and limitations of liability.

Rules and Conduct

The Veoh Service (including without limitation, any content, documents or other information made available through the Veoh Service) is provided only for Your use for Your own personal use and may not be used in connection with any commercial purpose(s) except as specifically approved in writing by Veoh. Any unauthorized use of the Veoh Service is expressly prohibited.

As a condition of use, You promise not to use the Veoh Service for any purpose that is unlawful. You agree to abide by all applicable local, state,

VEOH 06891

national and international laws and regulations, including, without limitation, all intellectual property laws (such as, U.S. copyright laws).

By way of example, and not as a limitation, You agree not to (a) take any action or (b) upload, download, post, submit or otherwise distribute or facilitate distribution of any content using any communications service or other service available on or through the Veoh Service, that:

- infringes any patent, trademark, trade secret, copyright, right of publicity or other right of any other person or entity; or
- is threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortious, obscene, offensive, profane, pornographic (which shall include any depictions of nudity); or
- misrepresents the source or identity of any content; or
- constitutes unauthorized or unsolicited advertising, junk or bulk e-mail ("spamming"); or
- contains software viruses or any other computer codes, files, or programs that are designed or intended to disrupt, damage, limit or interfere with the proper function of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any system, data or other information of Veoh or any third party; or
- impersonates, or falsely indicates an affiliation with, any person or entity, including, without limitation, any employee or representative of Veoh

Additionally, You agree that You will not: (i) take any action that imposes, or may impose in Veoh's sole discretion an unreasonable or disproportionately large load on Veoh's infrastructure; (ii) interfere or attempt to interfere with the proper working of the Veoh Service or any activities conducted on the Veoh Service; (iii) bypass any measures Veoh may use to prevent or restrict access to the Veoh Service, other accounts, or computer systems or networks connected to the Veoh Service; or (iv) interfere with any other user's enjoyment of the Veoh Service.

You shall not (and You shall not permit others to), directly or indirectly, modify, translate, decompile, disassemble, or reverse engineer any part of the Veoh Services or any content available through the Veoh website (except to the limited extent applicable laws specifically prohibit such restriction); or copy, rent, lease, distribute, or otherwise transfer any or the rights that You receive hereunder. In addition, You shall not remove any proprietary notices or labels.

You shall not launch or otherwise use any robot, spider, scraper or other

VEOH 06892

automated means to access the Veoh Service in a manner which sends more request messages to the Veoh server in any given period of time than a typical human would normally produce in the same period by using a conventional on-line Web browser to read, view, and submit materials. Notwithstanding the foregoing, we grant the operators of search engines permission to use robots to copy materials from the site for the sole purpose of creating publicly-available searchable indexes of the materials, but not caches or archives of the materials; provided that, we reserve the right to revoke these exceptions either generally or in specific cases.

**You shall not harvest or collect information from the Veoh Service, including, without limitation, information about other users of the Veoh Service. The use of any information learned through the Veoh Services or while in the Veoh website is limited to the express purposes set forth in these Terms of Use; all other uses are strictly prohibited.**

Unless expressly authorized, You shall not frame or otherwise display any portion of the Veoh.com website or any of its contents. No hyperlinks to any password protected web pages on the Veoh.com website are allowed. Hyperlinks to non-restricted pages are allowed, subject to review and termination by Veoh in our sole discretion.

Registration

As a condition to using certain components of the Veoh Service, You may be required to register with Veoh and select a password and screen name ("Veoh User ID"). You shall provide Veoh with accurate, complete, and updated registration information. Failure to do so shall constitute a breach of these Terms of Use, which may result in immediate termination of Your Veoh account. You may not (i) select or use as a Veoh User ID a name of another person with the intent to impersonate that person; (ii) use as a Veoh User ID a name subject to any rights of a person other than You without appropriate authorization; or (iii) use as a Veoh User ID a name that is otherwise offensive, vulgar or obscene. Veoh reserves the right to refuse registration of, or cancel a Veoh User ID in its sole discretion. You are solely responsible for activity that occurs on Your account and shall be responsible for maintaining the confidentiality of Your Veoh password. You may not share Your Veoh password with any third party. You may never use another user's account without such other user's express permission. You will immediately notify Veoh in writing of any unauthorized use of Your account, or other account related security breach of which You are aware.

Privacy Policy

As explained above, Your use of the Veoh Service is subject to Your

VEOH 06893

acceptance of our <u>Privacy Policy</u>. Please read the Privacy Policy carefully for disclosures relating to the collection and use of Your personal information.

Links to Third Party Websites

As a convenience for its users, Veoh may provide links on this website to other websites owned by third parties. Unless otherwise stated, Veoh does not endorse or control these third parties and takes no responsibility for them or their websites.

Veoh Account Information

In order to use some of the Veoh Service, You will have to create an account. You may never use another's Veoh account without permission. When creating Your account, You must provide accurate and complete information. You are solely responsible for the activity that occurs on Your account, and You must keep Your account password secure. You must notify Veoh immediately of any breach of security or unauthorized use of Your account. Although Veoh will not be liable for Your losses caused by any unauthorized use of Your account, You may be liable for the losses of Veoh or others due to such unauthorized use.

No Warranties

THE VEOH SERVICE IS PROVIDED BY VEOH "AS IS" AND "AS AVAILABLE". VEOH MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, ABOUT THE VEOH SERVICE OR ITS CONTENT, AND VEOH DISCLAIMS ALL WARRANTIES REGARDING THE VEOH SERVICE AND THEIR CONTENTS, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED TO, WARRANTIES OF MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OR COMPLETENESS OF CONTENT, NON-INFRINGEMENT, OR THE AVAILABILITY OR QUALITY OF ANY PRODUCTS OR SERVICES AVAILABLE VIA THE VEOH SERVICE (EXCEPT AS MAY BE SET FORTH IN ANY LICENSE OR OTHER AGREEMENT RELATED TO THOSE PRODUCTS OR SERVICES).

Limitation on Damages

IN NO EVENT SHALL VEOH OR ANY OF ITS SUPPLIERS BE LIABLE TO ANY PARTY FOR DIRECT, INDIRECT, SPECIAL OR OTHER CONSEQUENTIAL OR INCIDENTAL DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION

VEOH 06894

HANDLING SYSTEM OR OTHERWISE) ARISING DIRECTLY OR INDIRECTLY FROM THE USE OF THE VEOH SERVICE, OR ANY PRODUCTS OR SERVICES DISTRIBUTED ON OR PROVIDED THROUGH THE VEOH SERVICE, WHETHER AS A RESULT OF ERRORS, OMISSIONS, LOSS OF DATA, DEFECTS, VIRUSES, INTERRUPTIONS OR DELAYS IN OPERATION OR TRANSMISSION, OR ANY OTHER CAUSE, EVEN IF VEOH OR ITS SUPPLIERS HAVE BEEN EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

SOME JURISDICTIONS RESTRICT THE LIMITATION OF LIABILITY OR DAMAGES, SO THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IF ANY PART OF THE LIMITATION OF DAMAGES SET FORTH ABOVE IS UNENFORCEABLE UNDER APPLICABLE LAW, VEOH'S AND ITS SUPPLIERS' AGGREGATE LIABILITY WILL BE LIMITED TO THE MAXIMUM EXTENT

## Export and International Use

The Veoh Service is controlled and offered by Veoh from its facilities in the United States of America. Veoh makes no representations that the Veoh Service is appropriate or available for use in other locations. Those who access or use the Veoh Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## Governing Law

These Terms of Use shall be governed by and construed in accordance with the laws of the State of California, without regard to or application of choice of law rules or principles. You expressly consent to the personal and exclusive jurisdiction and venue of the state and federal courts located in San Diego County of the State of California for any claim or action arising out of or relating to these Terms of Use or Your use of the Veoh Service. The prevailing party in any litigation will be entitled, in addition to any other relief granted to it, to recover reasonable attorney's fees, expenses and costs incurred in connection with the litigation.

## Miscellaneous

You may not revise or amend these Terms of Use without the prior written authorization of an officer of Veoh. If any provision of these Terms of Use is found illegal or unenforceable, it will be enforced to the maximum extent permissible, and the legality and enforceability of the other provisions of these Terms of Use will not be affected. No delay or failure by Veoh to exercise or enforce any of its rights under these Terms of Use will act as a

VEOH 06895

waiver of such rights.

Digital Millennium Copyright Act Notice

Veoh has adopted the following general policy toward copyright infringement in accordance with the Digital Millennium Copyright Act (http://lcweb.loc.gov/copyright/legislation/dmca.pdf). The address of Veoh's Designated Agent to Receive Notification of Claimed Infringement ("Designated Agent") is listed at the end of this policy.

It is Veoh's policy to (1) block access to or remove content that it believes in good faith to be copyrighted material that has been illegally copied and distributed by any of our advertisers, affiliates, content providers, members or users; and (2) remove and discontinue service to repeat offenders.

A. **Procedure for Reporting Copyright Infringements:**

If You believe that content residing on or accessible through the Veoh web site or service infringes a copyright, please send a notice of copyright infringement containing the following information to the Designated Agent listed below:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of the copyright that has been allegedly infringed;

2. Identification of works or materials being infringed;

3. Identification of the content that is claimed to be infringing including information regarding the location of the content that the copyright owner seeks to have removed, with sufficient detail so that Veoh is capable of finding and verifying its existence;

4. Contact information about the notifier including address, telephone number and, if available, e-mail address;

5. A statement that the notifier has a good faith belief that the content is not authorized by the copyright owner, its agent, or the law; and

6. A statement made under penalty of perjury that the information provided is accurate and the notifying party is authorized to make the complaint on behalf of the copyright owner.

B. **Once Proper Bona Fide Infringement Notification is Received by the Designated Agent:**

VEOH 06896

It is Veoh's policy:

1.  to remove or disable access to the infringing content;

2.  to notify the content provider, member or user that it has removed or disabled access to the content; and

3.  that repeat offenders will have the infringing content removed from the system and that Veoh will terminate such content provider's, member's or user's access to the service.

C.  **Procedure to Supply a Counter-Notice to the Designated Agent:**

If the content provider, member or user believes that the content that was removed or to which access was disabled is either not infringing, or the content provider, member or user believes that it has the right to post and use such content from the copyright owner, the copyright owner's agent, or pursuant to the law, the content provider, member or user must send a counter-notice containing the following information to the Designated Agent listed below:

1.  A physical or electronic signature of the content provider, member or user;

2.  Identification of the content that has been removed or to which access has been disabled and the location at which the content appeared before it was removed or disabled;

3.  A statement that the content provider, member or user has a good faith belief that the content was removed or disabled as a result of mistake or a misidentification of the content; and

4.  Content provider's, member's or user's name, address, telephone number, and, if available, e-mail address and a statement that such person or entity consents to the jurisdiction of the Federal Court for the judicial district in which the content provider's, member's or user's address is located, or if the Content provider's, member's or user's address is located outside the United States, for any judicial district in which Veoh is located, and that such person or entity will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Designated Agent, Veoh's may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed content or

cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at Veoh's discretion.

Please contact Veoh's Designated Agent at the following address:

**Designated Agent to Receive Notification of Claimed Infringement:**
Dmitry Shapiro
7220 Trade St, Suite 115
San Diego, CA 92121
copyright-notice@veoh.com

VEOH 06898

# EXHIBIT E

# Terms of Use

» **What is Veoh?**
» **FAQ**
» **Veoh Blog**
» **About Us**
  » Team
  » Investors
» **Jobs at Veoh**
» **Media Coverage**
» **Press Releases**
» **Contact Veoh**

## Introduction

Welcome to Veoh. Veoh provides its services and offerings (the "Veoh Service," as further described below) to you subject to the following Terms of Use ("TOU"). In addition, when using the Veoh Service, you shall be subject to any posted guidelines and rules applicable to such service, which may be posted from time to time. All such guidelines and rules are incorporated by reference into these TOU.

PLEASE READ THESE TOU CAREFULLY. By accessing or using the Veoh Service, you, either an individual or a single entity ("you" or "your" as applicable), are bound by the notices, terms and conditions in this TOU and, as applicable, elsewhere on www.Veoh.com (including but not limited to our **Privacy Policy**, which is incorporated by reference). If you register on behalf of a business, you represent to Veoh that you have the authority to bind that business and your acceptance of these TOU will be treated as acceptance by that business. In that event, "you" and "your" will refer to that business in these TOU. If you do not agree to any of these terms and conditions, you may not use the Veoh Service. If you are a publisher and wish to upload video content to the Veoh Service, then, in addition to this TOU, the **Publisher Terms and Conditions** or the **Veoh Pro Publisher Terms & Conditions** (individually and collectively, the "Publisher Terms"), as applicable, will apply to you and are incorporated by reference.

## The Veoh Service

The Veoh Service is comprised of (i) the Veoh website, currently located at www.veoh.com (and/or any successor or additional website(s) owned or operated by or for Veoh); (ii) the Veoh syndication network (which includes third party websites); (iii) the Veoh client, a downloadable application to upload, download and view content (the "Veoh Client"); (iv) the servers operated by or on behalf of Veoh; and/or (v) any other technology and/or services that Veoh provides its users. The Veoh Service enables you to make content available to other users of the Veoh Service and to access content made available by other users of the Veoh Service. All comments and other communications posted or published by you or other users on the Veoh Service, including in any bulletin board, chat, discussion group, feedback area, news group or email, is referred to as "User Material." "Video Material," for purposes of this Agreement, is the video you upload to the Veoh Services. "Publisher Material, for purposes of this Agreement, is any other material you provide and includes without limitation including music, animation, text, software, scripts, graphics, images, audio, information and interactive features. You are solely responsible for any User Material that you upload and publish to the Veoh Service, including complying with these TOU. The terms and conditions regarding the uploading of Video Material and Publisher Material is covered in the Publisher Terms.

You retain all of your rights in your User Material. You shall be solely responsible for your own User Material and the consequences of posting or publishing it on the Veoh Service. In connection with User Material that you make available on the Veoh Service, you expressly represent and warrant that you own

Terms of Use | Veoh Video Network

Page 2 of 8

7/26/2007

or have the necessary licenses, rights, consents, and permissions to use and authorize Veoh to use all patent, trademark, trade secret, copyright or other proprietary rights in and to any and all User Material to enable inclusion and use of the User Material as part of the Veoh Service and in the manner contemplated by these TOU. By submitting, posting, uploading, emailing or otherwise providing User Material to Veoh, you hereby grant (or warrant that the owner of such rights has expressly granted) Veoh a worldwide, non-exclusive, royalty-free, perpetual, irrevocable, sublicensable and transferable license to use, reproduce, modify, distribute, prepare derivative works of, display, publish, perform and transmit the User Material in connection with the Veoh Service and Veohs (and its successors') business, including without limitation for promoting and redistributing part or all of the Veoh Service (and derivative works thereof) in any media formats and through any media channels. You warrant that all moral rights to the User Material you submit have been waived. You also hereby grant each user of the Veoh Service a non-exclusive license to access your User Material through the Veoh Service, and to use, reproduce, distribute, prepare derivative works of, display and perform such User Material as permitted through the functionality of the Veoh Service and under these TOU.

Veoh does not guarantee that any User Material or Video Material and Publisher Material will be made available on the Veoh Service, whether continuously or at all. Veoh shall have no obligation to monitor any User Material and Video Material and Publisher Material. However, Veoh and its agents reserve the right to monitor any User Material and Video Material and Publisher Material from time to time for any lawful purpose. Veoh may, without notice to you, remove or block any User Material and/or Video Material and Publisher Material from the Veoh Service, including disabling access to such User Material and/or Video Material and/or Publisher Material that you have downloaded through the Veoh Service.

## Registration

Registration is not required to view most User Material and Video Material and Publisher Material provided as part of the Veoh Service. However, you are required to register if you wish to post a comment or upload a video, download the Veoh Client or view certain User Material and Video Material and Publisher Material. If you wish to upload a video you will be subject to our Publisher Terms. If you wish to download the Veoh Client you will be subject to additional terms and condition relating to the license and use of the Veoh Client.

To register, you will have to create an account. As a condition to using such components of the Veoh Service, you will be asked to register with Veoh and select a password and screen name ("Veoh User ID"). You shall provide Veoh with accurate, complete, and updated registration information. Failure to do so shall constitute a breach of this TOU, which may result in immediate termination of your Veoh account. You may not (i) select or use as a Veoh User ID a name of another person with the intent to impersonate that person; (ii) use as a Veoh User ID a name subject to any rights of a person other than you without appropriate authorization; or (iii) use as a Veoh User ID a name that is otherwise offensive, vulgar or obscene. Veoh reserves the right to refuse registration of, or cancel a Veoh User ID in its sole discretion. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify Veoh immediately of any breach of security or unauthorized use of your account. Although Veoh will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of Veoh or others due to such

unauthorized use. All registration information provided by you shall be subject to Veoh's **Privacy Policy** or any successor thereto.

## Content on the Veoh Network

Content on Veoh is meant for all audiences. You understand that you will be exposed to User Material from a variety of publishers and that Veoh is not responsible for the accuracy, usefulness, safety, or intellectual property rights of, or relating to such User Material. You further understand and acknowledge that you may be exposed to User Material that is inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against Veoh with respect thereto, and agree to defend, indemnify and hold harmless Veoh, its parent corporation, its subsidiaries, its licensors, and their respective officers, directors, employees and agents to the fullest extent allowed by law regarding all matters related to your use of the Veoh Service.

## User Conduct

Veoh grants you permission to use the Veoh Service subject to all of the terms and conditions set forth in these TOU.

As a condition of use, you agree not to use the Veoh Service for any purpose that is unlawful. You agree to abide by all applicable local, state, national and international laws and regulations, including, without limitation, all intellectual property laws (such as, U.S. copyright laws). Any unauthorized use of the Veoh Service is expressly prohibited.

By way of example, and not as a limitation, you agree not to (a) take any action or (b) upload, download, post, submit or otherwise distribute or facilitate distribution of any User Material using any communications service or other service available on or through the Veoh Service, that: i. infringes any patent, trademark, trade secret, copyright, right of publicity or other right of any other person or entity; or ii. is threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of anothers privacy, tortious, offensive, profane, pornographic or obscene, or promotes hate or incites violence; or iii. misrepresents the source or identity of any content; or iv. constitutes unauthorized or unsolicited advertising, junk or bulk e-mail ("spamming") or a chain letter, a pyramid scheme or any other similar solicitation; or v. contains software viruses or any other computer codes, files, or programs that are designed or intended to disrupt, damage, limit or interfere with the proper function of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any system, data or other information of Veoh or any third party; or vi. impersonates, or falsely indicates an affiliation with, any person or entity, including, without limitation, any employee or representative of Veoh; or vii. constitutes an offer, for sale or otherwise, of any firearms, explosives, weapons, tobacco products, controlled substances, pharmaceuticals, counterfeit or stolen articles, registered or unregistered securities or any items that would cause Veoh to violate any applicable law or regulation.

Terms of Use | Veoh Video Network

In addition to these TOU, your use of the Video Material may be subject to separate license terms as set forth by the Publisher.

Additionally, you agree that you will not: (i) take any action that imposes, or may impose, in Veoh's sole discretion, an unreasonable or disproportionately large load on Veoh's infrastructure; (ii) interfere or attempt to interfere with the proper working of the Veoh Service or any activities conducted on the Veoh Service; (iii) bypass any measures Veoh may use to prevent or restrict access to the Veoh Service, other accounts, or computer systems or networks connected to the Veoh Service; or (iv) interfere with any other users enjoyment of the Veoh Service, including, without limitation, accessing an account of a Veoh user that is not yours.

You may not (and may not permit others to), directly or indirectly, modify, translate, decompile, disassemble, or reverse engineer any part of the Veoh Service or any content available through the Veoh website (except to the limited extent applicable laws specifically prohibit such restriction), or copy, rent, lease, distribute, or otherwise transfer any or the rights that you receive hereunder. In addition, you may not remove any proprietary notices or labels.

You shall not launch or otherwise use any robot, spider, scraper or other automated means to access the Veoh Service in a manner which sends more request messages to the Veoh server in any given period of time than a typical human would normally produce in the same period by using a conventional on-line web browser to read, view and submit materials. Notwithstanding the foregoing, we grant the operators of search engines permission to use robots to copy materials from the site for the sole purpose of creating publicly-available searchable indexes of the materials, but not caches or archives of the materials, provided that we reserve the right to revoke these exceptions either generally or in specific cases.

You shall not harvest or collect information from the Veoh Service, including, without limitation, information about other users of the Veoh Service. The use of any information learned through the Veoh Service or while in the Veoh website is limited to the express purposes set forth in these TOU; all other uses are strictly prohibited.

Unless expressly authorized, you shall not frame or otherwise display any portion of the Veoh.com website or any of its contents. No hyperlinks to any password protected web pages on the Veoh.com website are allowed. Hyperlinks to non-restricted pages are allowed, subject to review and termination by Veoh in our sole discretion.

## Ownership

The content accessible through the Veoh Service, except User Material and Video Material and Publisher Material, including without limitation, the text, software, scripts, graphics, photos, sounds, music, videos, interactive features and the like (collectively, the "Veoh Content") and the trademarks, service marks and logos contained therein (the "Marks"), are owned by or licensed to Veoh, and subject to copyright and other intellectual property rights under United States and foreign laws and international conventions.

Page 4 of 8

7/26/2007

Terms of Use | Veoh Video Network

Except as set forth in these TOU, the Veoh Content, Marks, User Material and Video Material and Publisher Material is provided to you AS IS for your information and personal use only and may not be used, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, or otherwise exploited for any other purposes whatsoever except as set forth in these TOU or without the prior written consent of the respective owners. Veoh reserves all rights not expressly granted in and to the Veoh Service and the Veoh Content. If you download or print a copy of the Veoh Content, User Material or Video Material and Publisher Material, you must retain all copyright and other proprietary notices contained in or on such content and material. You agree not to circumvent, disable or otherwise interfere with security related features of the Veoh Service or features that prevent or restrict use or copying of any Veoh Content, User Material or Video Material and Publisher Material.

## Copyright Policy

Veoh respects the rights of copyright holders. We have established a **copyright policy** which is incorporated herein by reference.

## Termination

Veoh may terminate your access to all or any part of the Veoh Service at any time, with or without cause, with or without notice, effective immediately. You may terminate your use of the Veoh Service at any time, provided that all provisions of this TOU, which by their nature should survive termination, shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity and limitations of liability.

## Warranty Disclaimer

THE VEOH SERVICE, VEOH CONTENT AND MARKS ARE PROVIDED BY VEOH "AS IS" AND "AS AVAILABLE". VEOH MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, ABOUT THE VEOH SERVICE OR ITS CONTENT OR MARKS, AND TO THE FULLEST EXTENT PERMITTED BY LAW, VEOH DISCLAIMS ALL WARRANTIES REGARDING THE VEOH SERVICE AND ITS CONTENTS, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OR COMPLETENESS OF CONTENT, NON-INFRINGEMENT, OR THE AVAILABILITY OR QUALITY OF ANY PRODUCTS OR SERVICES AVAILABLE VIA THE VEOH SERVICE (EXCEPT AS MAY BE SET FORTH IN ANY LICENSE OR OTHER AGREEMENT RELATED TO THOSE PRODUCTS OR SERVICES). YOU AGREE THAT USE OF THE VEOH SERVICE SHALL BE AT YOUR SOLE RISK. FURTHER, VEOH DOES NOT ENDORSE, GUARANTEE OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY ANY THIRD PARTY THROUGH THE VEOH SERVICE OR ANY HYPERLINKED WEBSITE OR INCLUDED IN ANY BANNER OR OTHER ADVERTISING, AND VEOH WILL NOT BE A PARTY TO OR IN ANY WAY RESPONSIBLE FOR MONITORING ANY TRANSACTION BETWEEN YOU AND ANY THIRD PARTY WITH

RESPECT THERETO.

## Limitation of Liability

IN NO EVENT SHALL VEOH OR ITS AFFILIATES, SUBSIDIARIES, PARTNERS OR LICENSORS OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES AND/OR AGENTS BE LIABLE TO YOU OR ANY THIRD PARTY FOR DIRECT, INDIRECT, SPECIAL, EXEMPLARY, PUNITIVE OR OTHER CONSEQUENTIAL OR INCIDENTAL DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS OR REVENUE, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION HANDLING SYSTEM OR OTHERWISE) ARISING DIRECTLY OR INDIRECTLY FROM YOUR USE OF THE VEOH SERVICE, OR ANY CONTENT, PRODUCTS OR SERVICES DISTRIBUTED ON OR PROVIDED THROUGH THE VEOH SERVICE (INCLUDING BUT NOT LIMITED TO, VEOH CONTENT AND VEOH MARKS), WHETHER AS A RESULT OF ERRORS, OMISSIONS, LOSS OF DATA, DEFECTS, VIRUSES, INTERRUPTIONS OR DELAYS IN OPERATION OR TRANSMISSION, OR ANY OTHER CAUSE, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY, EVEN IF VEOH OR ITS SUPPLIERS HAVE BEEN EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, VEOH ASSUMES NO LIABILITY FOR: ANY ERRORS, MISTAKES OR INACCURACIES IN OR OF ANY CONTENT, INCLUDING ANY USER MATERIAL OR VIDEO MATERIAL AND PUBLISHER MATERIAL; PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO OR USE OF THE VEOH SERVICES; ANY UNAUTHORIZED ACCESS TO OR USE OF THE VEOH SERVERS AND/OR ANY PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN; ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE VEOH WEBSITE; ANY VIRUSES, BUGS, TROJAN HORSES, WORMS OR OTHER MALICIOUS CODE WHICH MAY BE TRANSMITTED TO OR THROUGH THE VEOH WEBSITE BY ANY THIRD PARTY; AND/OR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF THE VEOH SERVICE OR ANY CONTENT, INCLUDING ANY USER MATERIAL OR VIDEO MATERIAL AND PUBLISHER MATERIAL, POSTED, EMAILED OR OTHERWISE MADE AVAILABLE THROUGH THE VEOH SERVICE.

SOME JURISDICTIONS RESTRICT THE LIMITATION OF LIABILITY OR DAMAGES, SO THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IF ANY PART OF THE LIMITATION OF LIABILITY SET FORTH ABOVE IS UNENFORCEABLE UNDER APPLICABLE LAW, VEOH'S AND ITS SUPPLIERS' AGGREGATE LIABILITY WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

## Indemnification

You agree to defend, indemnify and hold harmless Veoh and its affiliates, subsidiaries and distribution partners and their respective officers, directors, employees and/or agents (collectively, "Veoh Indemnitees") from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorneys fees) arising from: (i) your use of and access to the Veoh Service; (ii) your violation of any term of these TOU; (iii) your violation, alleged or actual, of any third party right, including without limitation any copyright, property, or privacy right; (iv) any claim that

Case 5:06-cv-03926-HRL    Document 77-3    Filed 07/30/2007    Page 46 of 67

any of User Material you upload and publish on the Veoh Service caused damage to a third party; or (v) your gross negligence or willful malfeasance (collectively, "Claims"). You are solely responsible for defending any such Claims, and for payment of losses, costs, damages or expenses resulting from the foregoing to both a third party and to the Veoh Indemnitees. Veoh shall have the right, in its sole discretion, to select its own legal counsel to defend the Veoh Indemnitees from any Claims (but by doing so shall not waive your indemnity obligations), and you shall be solely responsible for the payment of all reasonable attorneys fees incurred by the Veoh Indemnitees in connection therewith. You shall not, without the prior express written approval of Veoh, settle, dispose or enter into any proposed settlement or resolution of any Claim (whether having been finally adjudicated or otherwise) brought against you, if such settlement or resolution results in any obligation or liability for any Veoh Indemnitee. This defense and indemnification obligation will survive these TOU and your use of the Veoh Service.

## Miscellaneous

*Acceptance.* If you do not accept all of the terms and conditions set forth in these TOU, you may not access or use the Veoh Service.

*Ability to Accept.* The Veoh Service is only available to users who are over the age of 18, or an emancipated minor, or possess legal parental or guardian consent, and are fully able to and competent to enter into and abide by the terms, conditions, obligations, representations and warranties set forth in these TOU. **If you are under 13 years of age, you may not register for or use the Veoh Service.**

*Modification.* Veoh shall have the right to modify these TOU at any time, which modification shall be effective immediately following Veoh's posting of such change on its website. We recommend that you check the Veoh website regularly for any such changes. Your use of the Veoh Service following such posting shall be deemed to constitute your acceptance of such modification. These TOU may not otherwise be changed or modified, except in a writing signed by an authorized representative of Veoh.

*Enforceability and Waiver.* If any provision of these TOU is found illegal or unenforceable, it will be enforced to the maximum extent permissible, and the legality and enforceability of the other provisions of these TOU will not be affected. No delay or failure by Veoh to exercise or enforce any of its rights under these TOU will act as a waiver of such rights.

*Privacy Policy.* Your use of the Veoh Service is subject to your acceptance of our **Privacy Policy**, which is incorporated by reference. Please read the Privacy Policy carefully for disclosures relating to the collection and use of your personal information.

*Links to Third Party Websites.* As a convenience for its users, Veoh may provide links on this website to other websites owned by third parties. Unless otherwise stated, Veoh does not endorse or control these third parties and takes no responsibility for them or their websites.

*Export and International Use.* The Veoh Service is controlled and offered by Veoh from its facilities in the United States of America. Veoh makes no representations that the Veoh Service is appropriate or

Terms of Use | Veoh Video Network

available for use in other locations. Those who access or use the Veoh Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

*Governing Law, Jurisdiction and Venue.* These TOU shall be governed by and construed in accordance with the laws of the State of California, without regard to or application of choice of law rules or principles. You expressly consent to the personal and exclusive jurisdiction and venue of the state and federal courts located in Los Angeles County of the State of California for any claim or action arising out of or relating to these TOU or your use of the Veoh Service. You agree that: the Veoh Service shall be deemed to be solely based in the State of California; the Veoh website shall be deemed a passive website that does not give rise to personal jurisdiction over Veoh, either specific or general, in jurisdictions other than the State of California; and ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE VEOH SERVICE MUST COMMENCE WITHIN ONE YEAR AFTER THE CAUSE OF ACTION ACCRUES. The prevailing party in any litigation will be entitled, in addition to any other relief granted to it, to recover reasonable attorneys fees, expenses and costs incurred in connection with the litigation.

# EXHIBIT F

Digital Millenium Copyright Act | Veoh Video Network

» Terms of Use
» Copyright
» Privacy Policy

# Veoh Copyright Policy

Veoh has adopted the following policy concerning copyright infringement in accordance with the Digital Millennium Copyright Act, 17 U.S.C. 512. The contact information for Veoh's Designated Agent to Receive Notification of Claimed Infringement ("Designated Agent") is listed at the end of this policy, and is on file with the United States Copyright Office (http://www.copyright.gov/onlinesp/list/index.html).

Veoh takes copyright and other intellectual property rights very seriously. It is Veoh's policy to (1) expeditiously block access to or remove content that it believes in good faith may contain material that infringes the copyrights of third parties and (2) remove and discontinue service to repeat offenders.

Procedure for Reporting Copyright Infringements:

If you believe that content residing on or accessible through the Veoh website or service infringes your copyright, please send a notice of claimed copyright infringement containing the following information to the Designated Agent listed below:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of the copyright that has been allegedly infringed;

2. Identification of works or materials being infringed;

3. Identification of the content that is claimed to be infringing including information regarding the location of the content that the copyright owner seeks to have removed, with sufficient detail so that Veoh is capable of finding and verifying its existence;

4. Contact information about the notifier including address, telephone number and, if available, e-mail address;

5. A statement that the notifier has a good faith belief that the content is not authorized by the copyright owner, its agent, or the law; and

6. A statement made under penalty of perjury that the information provided is accurate and the notifying party is authorized to make the complaint on behalf of the copyright owner.

Once a complete and proper notice of claimed copyright infringement is received by the Designated Agent, or if Veoh otherwise comes to believe in good faith that a video on the Veoh service may contain material that infringes copyright :

It is Veoh's policy:

1. to remove or disable access to the content identified in the notice of claimed infringement;

2. to notify the content provider, member or user that it has removed or disabled access to the content; and

Page 1 of 2

7/26/2007

Digital Millenium Copyright Act | Veoh Video Network

3. to terminate any account that has been used to post two or more videos that were removed from the Veoh service pursuant to this policy.

Procedure to Supply a Counter-Notice to the Designated Agent:

If the content provider, member or user believes that the content that was removed or to which access was disabled is not infringing, or the content provider, member or user believes that it has the right to post and use such content from the copyright owner, the copyright owner's agent, or pursuant to the law, the content provider, member or user may send a counter-notice containing the following information to the Designated Agent listed below:

1. A physical or electronic signature of the content provider, member or user;

2. Identification of the content that has been removed or to which access has been disabled and the location at which the content appeared before it was removed or disabled;

3. A statement that the content provider, member or user has a good faith belief that the content was removed or disabled as a result of mistake or a misidentification of the content; and

4. Content provider's, member's or user's name, address, telephone number, and, if available, e-mail address and a statement that such person or entity consents to the jurisdiction of the Federal Court for the judicial district in which the content provider's, member's or user's address is located, or if the Content provider's, member's or user's address is located outside the United States, for any judicial district in which Veoh is located, and that such person or entity will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Designated Agent, Veoh may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at Veoh's discretion.

Please contact Veoh's Designated Agent at the following address:

Designated Agent to Receive Notification of Claimed Infringement:
Dmitry Shapiro
7220 Trade St, Suite 115
San Diego, CA 92121
copyright-notice@veoh.com
Phone: (858) 357-2950
Fax: (858) 357-2282

# EXHIBIT G

Veoh - Acceptable Use Policy

| KeithVeoh! | [52To] | Logout | Help | Down

 

Veoh    LISTS    FORUM    My Veoh    Channels    Friends    Upload    [SEA]

# Acceptable Use Policy

This Acceptable Use Policy governs your use of the Veoh.com website, the Veoh service network, the servers operated by Veoh, and any Veoh software you use (collectively the □Veoh Services□). If you do not accept this policy, you may not access or use any of the Veoh Services. We may modify this policy at any time by posting the modified policy on our website.

## Prohibited Activities

You may not engage in any of the following prohibited activities while using the Veoh Services:

1. Make available files that contain music, film, video, images, photographs, software or any other material protected by intellectual property laws, including but not limited to copyright and trade secret law, unless you own or control the rights or are authorized to make such material available;

2. Make available files that contain music, film, video, images, photographs, software or any other material that violates the rights of publicity or privacy of any third party, contains defamatory, obscene or illegal material;

3. Download any file made available by another user that you know, or reasonably should know, cannot be legally copied, displayed, performed, or distributed in this manner;

4. Use the Veoh Services for any illegal purpose, or in violation of any local, state, national, or international law, including, without limitation, laws governing data protection and privacy, and import or export control.

5. Make unsolicited offers, advertisements, proposals, or send junk mail, to other users of the Veoh Services. This includes, but is not limited to, unsolicited advertising, promotional materials or other solicitation material, bulk mailing of commercial advertising, chain mail, informational announcements, charity requests, and petitions for signatures;

6. Impersonate any person or entity, falsely claim an affiliation with any person or entity, or access the Veoh accounts of others without permission; engage in sender address falsification, forge anyone else's digital or manual signature, or perform any other similar fraudulent activity;

7. Share Veoh-issued passwords with any third party;

8. Misrepresent the source, identity or content of information transmitted via the Veoh Services;

9. Harass, abuse, defame, threaten or defraud users of the Veoh Services, or collect, or attempt to collect, personal information about third parties without their consent, or use the Veoh Services for any commercial use, it being understood that the Veoh Services are for personal, non-commercial use only;

10. Remove, circumvent, disable, damage or otherwise interfere with security-related features of the Veoh Services, features that prevent or restrict use or copying of any content accessible through the Veoh Services, or features that enforce limitations on use of the Veoh Services;

11. Intentionally interfere with or damage operation of the Veoh Services or any user's enjoyment of them, by any means, including uploading or otherwise disseminating viruses, worms, or other malicious code.

12. Post, store, send, transmit, or disseminate any information or material which a reasonable person could deem to be objectionable, offensive, indecent, pornographic, harassing, threatening, embarrassing, distressing, vulgar, hateful, racially or ethnically offensive, or otherwise inappropriate, regardless of whether this material or its dissemination is unlawful.

## Violations of Acceptable Use

» What is Veoh?
» FAQ
» Veoh Blog
» About Us
   » How does Veoh W
   » Team
   » Investors
» Jobs at Veoh
» Media Coverage
» Press Releases
» Contact Veoh

» System Status
» Known Issues

200033

Veoh - Acceptable Use Policy   Page 2 of 2

Veoh respects the rights of copyright owners to control commercial uses of their material, and expects our users to do the same. You are responsible for complying with all federal and state laws applicable to the content available through the Veoh Services, including copyright laws.

Accordingly, Veoh reserves the right to terminate the service account of anyone who it learns is using the Veoh Services in violation of copyright law.

If you believe that a user has copied your work via the Veoh Services in a way that constitutes copyright infringement, you may submit a notification by providing our Copyright Agent with the following information in writing:

1. the electronic or physical signature of the owner of the copyright or the person authorized to act on the owner's behalf;

2. Identification of the copyrighted work that you claim has been infringed;

3. Identification of the material that is claimed to be infringing or to be the subject of infringing activity, and information sufficient to identify the Veoh user(s) you claim engaged in the infringement;

4. Information reasonably sufficient to permit Veoh to contact you, such as your name, address, telephone number, and email address;

5. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

6. a statement, made under penalty of perjury, that the above information in your notification is accurate and that you are the copyright owner or are authorized to act on the copyright owner's behalf.

Veoh's designated Copyright Agent to receive notifications of claimed infringement is:

Dmitry Shapiro
7220 Trade St, Suite 115
San Diego, CA 92121
copyright-notice@veoh.com

In addition, with respect to any non-copyright-related violations of this policy, Veoh reserves the right to take any action it deems appropriate if it learns of such violations. Such action may include terminating your account, among other things. Veoh does not assume any responsibility to take such action with respect to non-copyright-related violations of this policy. Veoh expressly disclaims liability for failure to take such action, or for delay in taking action if it chooses to act. If you believe that there has been a non-copyright-related violation of this Acceptable Use Policy, please contact Veoh at abuse@veoh.com.

Content Filter: Off
FAQ  |  Help Forums  |  Veoh Blog  |  About Us  |  Jobs  |  Press  |  Terms of Use  |  Privacy Policy  |  Contact Veoh  |
Download Veoh
Copyright © 2006 Veoh Networks, Inc.

200034

# EXHIBIT <u>H</u>

# Acceptable Use
# 022706_2

VEOH 06986

Acceptable Use Policy

This Acceptable Use Policy governs your use of the Veoh.com website, the Veoh service network, the servers operated by Veoh, and any Veoh software you use (collectively the "Veoh Services"). If you do not accept this policy, you may not access or use any of the Veoh Services. We may modify this policy at any time by posting the modified policy on our website.

Prohibited Activities

You may not engage in any of the following prohibited activities while using the Veoh Services:

1. Make available files that contain music, film, video, images, photographs, software or any other material protected by intellectual property laws, including but not limited to copyright and trade secret law, unless you own or control the rights or are authorized to make such material available;

2. Make available files that contain music, film, video, images, photographs, software or any other material that violates the rights of publicity or privacy of any third party, contains defamatory, obscene or illegal material;

3. Download any file made available by another user that you know, or reasonably should know, cannot be legally copied, displayed, performed, or distributed in this manner;

4. Use the Veoh Services for any illegal purpose, or in violation of any local, state, national, or international law, including, without limitation, laws governing data protection and privacy, and import or export control.

5. Make unsolicited offers, advertisements, proposals, or send junk mail, to other users of the Veoh Services. This includes, but is not limited to, unsolicited advertising, promotional materials or other solicitation material, bulk mailing of commercial advertising, chain mail, informational announcements, charity requests, and petitions for signatures

6. Impersonate any person or entity, falsely claim an affiliation with any person or entity, or access the Veoh accounts of others without permission; engage in sender address falsification, forge anyone else's digital or manual signature, or perform any other similar fraudulent activity,

7. Share Veoh-issued passwords with any third party;

8. Misrepresent the source, identity or content of information transmitted via the Veoh Services;

VEOH 06987

9.  Harass, abuse, defame, threaten or defraud users of the Veoh Services, or collect, or attempt to collect, personal information about third parties without their consent, or use the Veoh Services for any commercial use, it being understood that the Veoh Services are for personal, non-commercial use only;

10. Remove, circumvent, disable, damage or otherwise interfere with security-related features of the Veoh Services, features that prevent or restrict use or copying of any content accessible through the Veoh Services, or features that enforce limitations on use of the Veoh Services;

11. Intentionally interfere with or damage operation of the Veoh Services or any user's enjoyment of them, by any means, including uploading or otherwise disseminating viruses, worms, or other malicious code.

12. Post, store, send, transmit, or disseminate any information or material which a reasonable person could deem to be objectionable, offensive, indecent, pornographic, harassing, threatening, embarrassing, distressing, vulgar, hateful, racially or ethnically offensive, or otherwise inappropriate, regardless of whether this material or its dissemination is unlawful.

Violations of Acceptable Use

Veoh respects the rights of copyright owners to control commercial uses of their material, and expects our users to do the same. You are responsible for complying with all federal and state laws applicable to the content available through the Veoh Services, including copyright laws.

Accordingly, Veoh reserves the right to terminate the service account of anyone who it learns is using the Veoh Services in violation of copyright law.

If you believe that a user has copied your work via the Veoh Services in a way that constitutes copyright infringement, you may submit a notification by providing our Copyright Agent with the following information in writing:

1.  the electronic or physical signature of the owner of the copyright or the person authorized to act on the owner's behalf;

2.  identification of the copyrighted work that you claim has been infringed;

3.  identification of the material that is claimed to be infringing or to be the subject of infringing activity, and information sufficient to identify the Veoh user(s) you claim engaged in the infringement;

4.  information reasonably sufficient to permit Veoh to contact you, such as your name, address, telephone number, and email address;

VEOH 06988

5. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

6. a statement, made under penalty of perjury, that the above information in your notification is accurate and that you are the copyright owner or are authorized to act on the copyright owner's behalf.

Veoh's designated Copyright Agent to receive notifications of claimed infringement is:

> Dmitry Shapiro
> 3211 Caminito EastBluff #7
> San Diego, CA 92037
> 619-602-3305
> copyright-notice@veoh.com

In addition, with respect to any non-copyright-related violations of this policy, Veoh reserves the right to take any action it deems appropriate if it learns of such violations. Such action may include terminating your account, among other things. Veoh does not assume any responsibility to take such action with respect to non-copyright-related violations of this policy. Veoh expressly disclaims liability for failure to take such action, or for delay in taking action if it chooses to act. If you believe that there has been a non-copyright-related violation of this Acceptable Use Policy, please contact Veoh at abuse@veoh.com.

VEOH 06989

# EXHIBIT I

Publish: Upload Your Video | Veoh Video Network

Page 1 of 2

Hi scherb! | ✉ 0 | 🔲 | Log out | Support | Family

Search Videos

Videos    Series    Channels    People    Upload    My Videos    My Series    My Channels    Synd

# Upload a Video: Step 2 of 3

Enter additional information to customize your video.

**Video Selection**

◉ Upload a file from your computer

Browse...

○ Upload a file from a URL

http://

Do not upload copyrighted, pornographic, obscene, violent, or any other videos that violate Veoh Publisher **Terms and Conditions.**

By clicking "Upload" you hereby state that you have read and agree to Veoh Publisher **Terms and Conditions** and that Veoh reserves the right to remove any inappropriate or copyright infringing videos.

Uploa

7/26/2007

Publish: Upload Your Video | Veoh Video Network

FAQ | Help Forums | Veoh Blog | About Us | Developers (Beta) | Advertise With Us | Jobs at Veoh | Contact Veoh | Download Veoh'

Copyright © 2007 Veoh Networks, Inc.

Enter your email to get featured videos in your inbox

Terms of Use | Copyright | Pr

Su

# EXHIBIT J

END USER LICENSE AGREEMENT
FOR
VEOH SOFTWARE

This End User License Agreement For Veoh Software ("Agreement") is a legal agreement between you, either an individual or a single entity ("You"), and Veoh Networks, Inc. ("Veoh"), regarding your use of the Veoh client application software (the "Veoh Software"), and related online or electronic documentation ("Documentation") (the Veoh Software and the Documentation collectively referred to herein as the "Software").

YOU SHOULD CAREFULLY READ THE FOLLOWING TERMS AND CONDITIONS BEFORE USING THE SOFTWARE. BY CLICKING THE "I ACCEPT" BUTTON BELOW, INSTALLING, COPYING OR OTHERWISE USING THE SOFTWARE, YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT. IF YOU DO NOT AGREE TO THE TERMS OF THIS AGREEMENT, YOU ARE NOT AUTHORIZED TO USE THE SOFTWARE.

IF YOU ACCEPT THIS AGREEMENT, YOU ARE ALSO REQUIRED TO REGISTER YOURSELF AS AN AUTHORIZED USER OF THE VEOH SERVICE BY COMPLETING THE VEOH USER REGISTRATION PROCESS AT THE TIME OF INSTALLATION.

1. LICENSE GRANT, RESTRICTIONS AND UPGRADES

(a) License Grant. Veoh hereby grants You a non-exclusive, non-transferable, revocable license to use the object code copy of the Software to use the Software for one Veoh user account (a "User Account" is comprised of the shared resources accessible by a single login ID) on no more than three (3) computers owned, leased or controlled by You.

(b) Restrictions. You may not:

(i) modify, disassemble, decompile, reverse engineer or benchmark or performance test the Software or the Veoh file sharing system and other services accessible with the Software (the "Service"), except to the extent that such restriction is expressly prohibited by law; provided, however, that if You require access to the source code of the Software in order to achieve interoperability of same with other software, and if You are in a jurisdiction that mandates such access, you will, prior to exercising such right to such access, inform Veoh accordingly, and Veoh can then decide, in its sole discretion, to either: (a) perform the work in order to achieve such interoperability and charge its then-standard rates for such work to You; or (b) permit You to reverse engineer parts of the Software in order to obtain such source code, but only to the extent necessary to achieve such interoperability.

(ii) rent, lease, loan, resell, sublicense, distribute or otherwise transfer the

Software to any third party or use the Software to provide time sharing, service bureau or similar services for any third party;

(iii)   make any copy of the Software beyond the number of copies authorized to be installed (plus a single backup copy per installation);

(iv)   circumvent or disable any technology features or measures in the Software for protection of intellectual property rights; or

(v)   delete the copyright and other proprietary rights notices on the Software.

Any attempt by you to transfer any of the rights, duties or obligations hereunder, except as expressly provided for in this Agreement, is void.

(c) Software Upgrades.  You acknowledge that Veoh may from time to time, but is not obligated to, issue upgraded versions of the Software, and may automatically electronically upgrade the version of the Software that you are using on your computer.  You consent to such automatic upgrading, and agree that the terms and conditions of this Agreement (as amended from time to time by notices posted on Veoh's website) will apply to all such upgraded versions.

(d) Suggestions.  If You provide any feedback to Veoh regarding the Software, You hereby assign Veoh all rights necessary to use, copy, modify, distribute, license and create derivative works of any such feedback, in any way Veoh so chooses in connection with offering its products and services.

2. OWNERSHIP OF SOFTWARE

The Software is the copyrighted proprietary material of Veoh.  Your license under this Agreement is not a sale of the Software or any copy thereof, and Veoh retains all right, title, and interest in and to the Software (and any and all copies thereof) and all intellectual property rights thereto.  Veoh reserves all rights not expressly granted under this Agreement.

3. USE OF THE VEOH SERVICE

The Software enables end users to access and use the Service.  You agree that your use of the Service will be governed by the terms and conditions of the Terms of Use, the applicable Publisher Terms & Conditions  and the Privacy Policy posted on the Veoh website at www.veoh.com (as amended from time to time by notices posted on Veoh's website).  You also agree to comply with all other notices, terms and conditions posted on the Veoh website.

Veoh respects the prerogatives of copyright owners to control commercial uses of their material, and expects our users to do the same. You are responsible for complying with all federal and state laws applicable to the content available through the Software and/or the

Service, including copyright laws.

As a condition to the license to use the Software and to your use of the Service, you agree that you will not use the Software or Service to infringe the copyrights or other intellectual property rights of others in any way. You agree that any such infringement constitutes a material breach of this Agreement and would cause irreparable harm to Veoh and entitle Veoh to receive equitable relief. You agree that you will indemnify, defend and hold Veoh harmless against all liabilities, damages, claims, fines and expenses (including reasonable attorneys' fees) arising out of any claim that you have infringed the copyrights or intellectual property rights of others.

As a condition to your use of the Software and Service, you agree that you will not use the Software or Service, or attempt to penetrate, modify or manipulate the Software or Service or any of the hardware or software thereof, in order to invade the privacy of, obtain the identity of, or obtain any personal information about (including but not limited to IP addresses of) any Veoh account holder or user, or to modify, erase or damage any information contained on the computer of any user connected to the Service.

As a condition to your use of the Software and Service, you agree that you will not use the Software or Service for any unlawful purpose. This includes, but is not limited to, making available, storing, transmitting or disseminating information, data or material which is libelous, pornographic, obscene, unlawful, threatening, defamatory, or which in any way constitutes or encourages conduct that would constitute a criminal offense, give rise to civil liability, or otherwise violate any local, state, federal or international law, order or regulation.

As a condition to your use of the Software and Service, you agree that you will not manipulate identifiers or undertake any other action in order to disguise the origin or misrepresent the content of any data transmitted through the Software or Service.

As a condition to your use of the Software and Service, you acknowledge and agree that Veoh may automatically electronically deliver content to You through the Software and the Service.

## 4. TERM AND TERMINATION

The term of this Agreement begins upon installation of the Software and shall continue in effect for as long as You have the Software installed on any computer owned, leased or controlled by You.

Veoh reserves the right to terminate this Agreement at any time if you are in breach of any of the terms of this Agreement or the Terms of Use or, if you upload content to the Service, the applicable Publisher Terms and Conditions posted on the Veoh website, as amended from time to time by notices posted on Veoh's website. Without limiting the foregoing, Veoh specifically reserves the right to terminate your User Account and to block your use of the Service permanently: (a) if you infringe the rights of others in conjunction with your

use of the Service; (b) if Veoh believes your conduct is harmful to the interests of Veoh, its affiliates, or other users; and (c) for any other reason in Veoh's sole discretion. Upon termination by Veoh you must immediately cease using the Software and destroy all copies of the Software in your possession or control. You may also terminate this Agreement at any time by ceasing use of the Software and destroying all copies of the Software in your possession or control.

5. DISCLAIMER

THE SOFTWARE IS PROVIDED "AS-IS." VEOH MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SOFTWARE OR ITS OPERATION. TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, VEOH DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND ANY WARRANTIES OF NON- INFRINGEMENT. SOME JURISDICTIONS DO NOT ALLOW OR OTHERWISE GOVERN THE SCOPE OF EXCLUSIONS OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY IN FULL. YOU ACKNOWLEDGE THAT THIS PRE-RELEASE SOFTWARE, LIKE ALL BETA SOFTWARE, MAY NOT PERFORM ALL INTENDED FUNCTIONS OR OPERATE PROPERLY, MAY INTERFERE WITH OTHER SOFTWARE APPLICATIONS, MAY CONTAIN BUGS, AND MAY CAUSE DATA LOSS OR OTHER PROBLEMS. VEOH DOES NOT GUARANTEE THAT ANY SPECIFIC PROBLEMS WITH THE SOFTWARE WILL BE CORRECTED.

6. LIMITATION ON DAMAGES

IN NO EVENT SHALL VEOH BE LIABLE TO ANY PARTY FOR DIRECT, INDIRECT, SPECIAL OR OTHER CONSEQUENTIAL OR INCIDENTAL DAMAGES ARISING DIRECTLY OR INDIRECTLY FROM THE USE OF THE SOFTWARE, ON ANY LEGAL THEORY, INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION HANDLING SYSTEM OR OTHERWISE, EVEN IF VEOH HAS BEEN EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

SOME JURISDICTIONS RESTRICT THE LIMITATION OF LIABILITY OR DAMAGES, SO THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IF ANY PART OF THE LIMITATION OF DAMAGES SET FORTH ABOVE IS UNENFORCEABLE UNDER APPLICABLE LAW, VEOH'S AGGREGATE LIABILITY WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

7. GOVERNMENT END USERS

If the Software is being acquired on behalf of the United States Government, the following applies: Use, duplication, or disclosure by the U.S. Government is subject to

restrictions set forth in this Agreement and as provided in DFARS 227.7202-1(a) and 227.7202-3(a) (1995), DFARS 252.227-7013(c)(1)(ii) (OCT 1988), FAR 12.212(a) (1995), FAR 52.227-19, or FAR 52.227-14 (ALT III), as applicable. Consistent with DFARS 227.7202 and FAR section 12.212, any use, modification, reproduction, release, performance, display, disclosure or distribution of the Software by or for the United States government shall be governed solely by the terms of this Agreement and shall be prohibited except to the extent expressly permitted by the terms of this Agreement.

## 8. EXPORT CONTROL

The website through which the Software may be downloaded is controlled by Veoh from its facilities in the United States of America. Veoh makes no representations that the Software is appropriate or available for use in other locations. Those who download the Software from other jurisdictions do so at their own volition and are responsible for compliance with local law. You may not use or export the Software in violation of U.S. exports laws and regulations.

## 9. GOVERNING LAW

This Agreement and any and all claims relating to the Software shall be governed by the laws of the State of California, U.S.A. without regard to or application of choice of law rules or principles. You hereby consent to the personal and exclusive jurisdiction and venue of the state and federal courts located in San Diego County of the State of California.

## 10. MISCELLANEOUS

Veoh may amend this Agreement at any time by a notice on its website, which shall be binding upon you; accordingly, we urge you to visit the Veoh website periodically to review the then current and effective terms and conditions for use of the Software, as well as the Veoh website and Service. You may not revise or amend these terms and conditions without the prior written authorization of an officer of Veoh. Certain provisions of these terms and conditions may be superseded by expressly designated legal notices or terms located within the Veoh website. This Agreement will bind and inure to the benefit of each party's successors and assigns, provided that you may not assign this Agreement, in whole or in part, without Veoh's prior written consent. If any provision of this Agreement is found illegal or unenforceable, it will be enforced to the maximum extent permissible, and the legality and enforceability of the other provisions of this Agreement will not be affected. No delay or failure by Veoh to exercise or enforce any of its rights under this Agreement will act as a waiver of such rights.

THE SOFTWARE IS PROTECTED BY UNITED STATES COPYRIGHT LAW AND INTERNATIONAL TREATY. UNAUTHORIZED REPRODUCTION OR DISTRIBUTION IS SUBJECT TO CIVIL AND CRIMINAL PENALTIES.