1  Michael S. Elkin (admitted *pro hac vice*)
   WINSTON & STRAWN LLP
2  200 Park Avenue
   New York, NY 10166-4193
3  Telephone:    212-294-6700
   Facsimile:    212-294-4700
4  Email: melkin@winston.com

5  Jennifer A. Golinveaux (SBN: 203056)
   Matthew A. Scherb (SBN: 237461)
6  WINSTON & STRAWN LLP
   101 California Street
7  San Francisco, CA 94111-5894
   Telephone:    415-591-1000
8  Facsimile:    415-591-1400
   Email: jgolinveaux@winston.com; mscherb@winston.com
9
   Attorneys for Defendant
10 VEOH NETWORKS, INC.

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5894**

11                          **UNITED STATES DISTRICT COURT**

12                         **NORTHERN DISTRICT OF CALIFORNIA**

13                                    **SAN JOSE DIVISION**

14 | IO GROUP, INC.                      | **Case No. C 06-3926 HRL**
15 |         Plaintiff,                  | **[PROPOSED] ORDER GRANTING**
   |                                     | **DEFENDANT VEOH NETWORKS, INC.'S**
16 |    vs.                              | **MOTION FOR SUMMARY JUDGMENT**
17 | VEOH NETWORKS, INC.                 | Date:  September 4, 2007
   |                                     | Time:  10:00 a.m.
18 |         Defendant.                  | Place: Courtroom 2

19

20     Having considered DEFENDANT VEOH NETWORKS, INC.'S MOTION FOR

21 SUMMARY JUDGMENT, the briefs in support and opposition, the evidence presented therewith,

22 and any argument of counsel, the Court hereby GRANTS Defendant's motion.

23     Judgment shall be entered in favor of Defendant and against Plaintiff.

24     SO ORDERED.

25 Dated:
                                              _____
26                                            HONORABLE HOWARD R. LLOYD
                                              UNITED STATES MAGISTRATE JUDGE
27

28
   ─────────────────────────────────────────────
   [PROPOSED] ORDER GRANTING DEFENDANT VEOH NETWORKS, INC.'S
   MOTION FOR SUMMARY JUDGMENT
   Case No. C 06-3926 HRL