Veoh BETA

Home | My Veoh | Channels | Friends | Upload

Most Recent | Top Rated | Most Popular | Most Discussed | Top Favorites | Categories | Tags

# Terms of Use

## Welcome to Veoh

By accessing the Veoh.com website, using the Veoh network, or using the servers operated by Veoh or any successor or additional services now or hereafter offered by Veoh or its successors, licensees or assigns, (collectively the "Veoh Service"), you are bound by the notices, terms and conditions in these Terms of Use and elsewhere on Veoh.com (including but not limited to our Acceptable Use Policy, our Privacy Policy). If you do not accept any of these terms and conditions, you may not access or use the Veoh Service. We may change or modify these Terms of Use at any time by posting new terms and conditions on this page. These Terms of Use may not otherwise be changed or modified, except in a writing signed by an authorized representative of Veoh. Your continued use of the Veoh Service, following any changes or modifications to these Terms of Use, constitutes your acceptance of the changes or modifications.

## Use of the Veoh Service

Subject to these Terms of Use, the Acceptable Use Policy, our Privacy Policy, and terms and conditions of any separate licenses or other agreements you may be required to accept in order to use certain portions of the Veoh Service, you are authorized to access and make use of the Veoh Service as set forth below.

You may view and use the sections of the Veoh.com website to which you have been given access by Veoh. You may make one complete and unmodified copy of any page on this website to which you have been given access, provided you retain all copyright, trademark and other proprietary rights notices and that you use it solely for personal, noncommercial purposes and do not distribute or republish it. You may obtain our products and register for our services, provided you pay any applicable charges and agree to the terms and conditions of any license agreement or other agreement governing those products and services. You may use the Veoh Service to which you have been given access to interact with Veoh and other users of our products and services in ways that do not violate our Acceptable Use Policy. Any other use of this website or its contents is prohibited without first obtaining written permission from Veoh.

The Veoh Service enables you to make content available to other users of the Veoh Service, and for you to access content made available by other users of the Veoh Service. All such content made available by users is referred to as "User Material." You are solely responsible for any User Material that you upload and publish to the Veoh Service, including compliance with Veoh's Acceptable Use Policy.

You expressly acknowledge and agree that any User Material that you make available on the Veoh Service may be made freely available by Veoh through the Veoh Service, including without limitation for download by other users, and that this permission is made and granted in consideration of your use of the Veoh Service and is nonexclusive, perpetual, royalty-free, irrevocable and transferable. You agree that your use of any such User Material that you obtain from the Veoh Service is limited to your personal, noncommercial use and you will not redistribute or attempt to redistribute such User Material outside the Veoh Service.

You acknowledge that Veoh does not endorse or guarantee any User Material and you may not state or imply any such endorsement or guarantee. Veoh does not guarantee that any User Material will be made available on the Veoh Service, whether continuously or at all.

Veoh shall have no obligation to monitor any User Material. However, Veoh and its agents shall have and do reserve the right to monitor any User Material from time to time for any lawful purpose. Veoh may, without notice to you, remove or block content of any User Material from the Veoh Service, including disabling access to such User Material that you

» What is Veoh?
» FAQ
» Veoh Blog
» About Us
  » How does Veoh W
  » Team
  » Investors
» Jobs at Veoh
» Media Coverage
» Press Releases
» Contact Veoh

» System Status
» Known Issues

IO Group, Inc. v. Veoh Networks, Inc.                                    Doc. 79 Att. 2

260029

have downloaded through the Veoh Service. Veoh reserves the right to terminate your use of the Veoh Service if we determine that you have violated these Terms or the Acceptable Use Policy.

Veoh requires all users of the Veoh Service to comply with copyright and other intellectual property laws. Accordingly, you may not publish or make available any User Material that constitutes an infringement of third party intellectual property rights, including rights granted by U.S. copyright law, or that otherwise violates the Acceptable Use Policy. You represent and warrant that you have all rights necessary to publish and distribute any User Material made available by you through the Veoh Service and that such User Material conforms to the Acceptable Use Policy. You agree to indemnify and hold Veoh harmless from and against any liability, claims, losses, demands or damages arising out of or relating to your violation of these Terms or the Acceptable Use Policy.

**As explained above, Veoh does not permit copyright infringing activities on the Veoh Service and reserves the right to terminate access to the Veoh Service, and remove all User Materials posted, by any persons who are found to be repeat infringers (i.e., persons found to have uploaded copyright infringing User Material on more than two occasions).**

# Privacy Policy

As explained above, your use of the Veoh Service is subject to your acceptance of our Privacy Policy. Please read this policy carefully for disclosures relating to the collection and use of your personal information.

# Acceptable Use Policy

As explained above, your use of the Veoh Service is subject to your acceptance of our Acceptable Use Policy. Please read this policy carefully as it discusses how the Veoh Service may be used.

# Framing, Linking and Accessing Veoh's Website

Unless expressly authorized, you may not frame or otherwise display any portion of the Veoh.com website or any of its contents. No hyperlinks to any password protected web pages on the Veoh.com website are allowed. Hyperlinks to non-restricted pages are allowed, subject to review and termination by Veoh in our sole discretion. . You may not use the Site in any manner that could damage, disable, overburden, or impair the Veoh site or interfere with any other party's use and enjoyment of the Veoh site.

The Veoh site is provided for your personal use. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available through the Veoh site. You agree not to use or launch any automated system, including without limitation "robots", "spiders", "offline readers", etc, that accesses the Veoh site in a manner which sends more request messages to the Veoh server in any given period of time than a typical human would normally produce in the same period by using a conventional on-line Web browser to read, view, and submit materials. Notwithstanding the foregoing, we grant the operators of search engines permission to use robots to copy materials from the site for the sole purpose of creating publicly-available searchable indexes of the materials, but not caches or archives of the materials. We reserve the right to revoke these exceptions either generally or in specific cases.

# Links to Third Party Websites

As a convenience for its users, Veoh may provide links on this website to other websites owned by third parties. Unless otherwise stated, Veoh does not endorse or control these third parties and takes no responsibility for them or their websites.

# Veoh Account Information

In order to use some of the Veoh Service, you will have to create an account. You may never use another's Veoh account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity

200030

that occurs on your account, and you must keep your account password secure. You must notify Veoh Immediately of any breach of security or unauthorized use of your account. Although Veoh will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of Veoh or others due to such unauthorized use.

## No Warranties

THE VEOH SERVICE IS PROVIDED BY VEOH "AS IS" AND "AS AVAILABLE". VEOH MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, ABOUT THE VEOH SERVICE OR ITS CONTENT, AND VEOH DISCLAIMS ALL WARRANTIES REGARDING THE VEOH SERVICE AND THEIR CONTENTS, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED TO, WARRANTIES OF MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OR COMPLETENESS OF CONTENT, NON-INFRINGEMENT, OR THE AVAILABILITY OR QUALITY OF ANY PRODUCTS OR SERVICES AVAILABLE VIA THE VEOH SERVICE (EXCEPT AS MAY BE SET FORTH IN ANY LICENSE OR OTHER AGREEMENT RELATED TO THOSE PRODUCTS OR SERVICES).

## Limitation on Damages

IN NO EVENT SHALL VEOH BE LIABLE TO ANY PARTY FOR DIRECT, INDIRECT, SPECIAL OR OTHER CONSEQUENTIAL OR INCIDENTAL DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR INFORMATION HANDLING SYSTEM OR OTHERWISE) ARISING DIRECTLY OR INDIRECTLY FROM THE USE OF THE VEOH SERVICE, OR ANY PRODUCTS OR SERVICES DISTRIBUTED ON OR PROVIDED THROUGH THE VEOH SERVICE, WHETHER AS A RESULT OF ERRORS, OMISSIONS, LOSS OF DATA, DEFECTS, VIRUSES, INTERRUPTIONS OR DELAYS IN OPERATION OR TRANSMISSION, OR ANY OTHER CAUSE, EVEN IF VEOH HAS BEEN EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

SOME JURISDICTIONS RESTRICT THE LIMITATION OF LIABILITY OR DAMAGES, SO THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IF ANY PART OF THE LIMITATION OF DAMAGES SET FORTH ABOVE IS UNENFORCEABLE UNDER APPLICABLE LAW, VEOH'S AGGREGATE LIABILITY WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## Export and International Use

The Veoh Service is controlled and offered by Veoh from its facilities in the United States of America. Veoh makes no representations that the Veoh Service is appropriate or available for use in other locations. Those who access or use the Veoh Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## Governing Law

These Terms of Use shall be governed by and construed in accordance with the laws of the State of California, without regard to or application of choice of law rules or principles. You expressly consent to the personal and exclusive jurisdiction and venue of the state and federal courts located in San Diego County of the State of California for any claim or action arising out of or relating to these Terms of Use or your use of the Veoh Service. The prevailing party in any litigation will be entitled, in addition to any other relief granted to it, to recover reasonable attorney's fees, expenses and costs incurred in connection with the litigation.

## Miscellaneous

You may not revise or amend these Terms of Use without the prior written authorization of an officer of Veoh. If any provision of these Terms of Use is found illegal or unenforceable, it will be enforced to the maximum extent permissible, and the legality and enforceability of the other provisions of these Terms of Use will not be affected. No delay or failure by Veoh to exercise or enforce any of its rights under these Terms of Use will act as a waiver of such rights.

200031

Download Veoh
Copyright © 2006 Veoh Networks, Inc.

200032