Hi **keithwebb**! | ✉ (1) | Logout | Help | Down

**Veoh** BETA

Home | My Veoh | Channels | Friends | Upload

Most Recent · Top Rated · Most Popular · Most Discussed · Top Favorites · Categories · Tags

# Acceptable Use Policy

This Acceptable Use Policy governs your use of the Veoh.com website, the Veoh service network, the servers operated by Veoh, and any Veoh software you use (collectively the □Veoh Services□). If you do not accept this policy, you may not access or use any of the Veoh Services. We may modify this policy at any time by posting the modified policy on our website.

## Prohibited Activities

You may not engage in any of the following prohibited activities while using the Veoh Services:

1. Make available files that contain music, film, video, images, photographs, software or any other material protected by intellectual property laws, including but not limited to copyright and trade secret law, unless you own or control the rights or are authorized to make such material available;

2. Make available files that contain music, film, video, images, photographs, software or any other material that violates the rights of publicity or privacy of any third party, contains defamatory, obscene or illegal material;

3. Download any file made available by another user that you know, or reasonably should know, cannot be legally copied, displayed, performed, or distributed in this manner;

4. Use the Veoh Services for any illegal purpose, or in violation of any local, state, national, or international law, including, without limitation, laws governing data protection and privacy, and import or export control.

5. Make unsolicited offers, advertisements, proposals, or send junk mail, to other users of the Veoh Services. This includes, but is not limited to, unsolicited advertising, promotional materials or other solicitation material, bulk mailing of commercial advertising, chain mail, informational announcements, charity requests, and petitions for signatures

6. Impersonate any person or entity, falsely claim an affiliation with any person or entity, or access the Veoh accounts of others without permission; engage in sender address falsification, forge anyone else's digital or manual signature, or perform any other similar fraudulent activity,

7. Share Veoh-issued passwords with any third party;

8. Misrepresent the source, identity or content of information transmitted via the Veoh Services;

9. Harass, abuse, defame, threaten or defraud users of the Veoh Services, or collect, or attempt to collect, personal information about third parties without their consent, or use the Veoh Services for any commercial use, it being understood that the Veoh Services are for personal, non-commercial use only;

10. Remove, circumvent, disable, damage or otherwise interfere with security-related features of the Veoh Services, features that prevent or restrict use or copying of any content accessible through the Veoh Services, or features that enforce limitations on use of the Veoh Services;

11. Intentionally interfere with or damage operation of the Veoh Services or any user's enjoyment of them, by any means, including uploading or otherwise disseminating viruses, worms, or other malicious code.

12. Post, store, send, transmit, or disseminate any information or material which a reasonable person could deem to be objectionable, offensive, indecent, pornographic, harassing, threatening, embarrassing, distressing, vulgar, hateful, racially or ethnically offensive, or otherwise inappropriate, regardless of whether this material or its dissemination is unlawful.

## Violations of Acceptable Use

» What is Veoh?
» FAQ
» Veoh Blog
» About Us
  » How does Veoh W
  » Team
  » Investors
» Jobs at Veoh
» Media Coverage
» Press Releases
» Contact Veoh

» System Status
» Known Issues

IO Group, Inc. v. Veoh Networks, Inc.    Doc. 79 Att. 3

200033

Veoh respects the rights of copyright owners to control commercial uses of their material, and expects our users to do the same. You are responsible for complying with all federal and state laws applicable to the content available through the Veoh Services, including copyright laws.

Accordingly, Veoh reserves the right to terminate the service account of anyone who it learns is using the Veoh Services in violation of copyright law.

If you believe that a user has copied your work via the Veoh Services in a way that constitutes copyright infringement, you may submit a notification by providing our Copyright Agent with the following information in writing:

1. the electronic or physical signature of the owner of the copyright or the person authorized to act on the owner's behalf;

2. identification of the copyrighted work that you claim has been infringed;

3. identification of the material that is claimed to be infringing or to be the subject of infringing activity, and information sufficient to identify the Veoh user(s) you claim engaged in the infringement;

4. information reasonably sufficient to permit Veoh to contact you, such as your name, address, telephone number, and email address;

5. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

6. a statement, made under penalty of perjury, that the above information in your notification is accurate and that you are the copyright owner or are authorized to act on the copyright owner's behalf.

Veoh's designated Copyright Agent to receive notifications of claimed infringement is:

Dmitry Shapiro
7220 Trade St, Suite 115
San Diego, CA 92121
copyright-notice@veoh.com

In addition, with respect to any non-copyright-related violations of this policy, Veoh reserves the right to take any action it deems appropriate if it learns of such violations. Such action may include terminating your account, among other things. Veoh does not assume any responsibility to take such action with respect to non-copyright-related violations of this policy. Veoh expressly disclaims liability for failure to take such action, or for delay in taking action if it chooses to act. If you believe that there has been a non-copyright-related violation of this Acceptable Use Policy, please contact Veoh at abuse@veoh.com.

Content Filter: Off
FAQ | Help Forums | Veoh Blog | About Us | Jobs | Press | Terms of Use | Privacy Policy | Contact Veoh |
Download Veoh
Copyright © 2006 Veoh Networks, Inc.

200034

http://www.veoh.com/corporate/acceptableUse.html    6/13/2006