

**Military men**
By: flickrmen2
2 guys lurk by a river. You must see this.

**Tags:**
violence : men : guys : military : forced : Sucking : commando : piss : humiliation : Dirty : blond : penis : hairy : sperm : wrestling : mud : radio boy : soldiers : deliverance : fight : brutal : control : jerkoff :

[Add Tag]
*Enter one or more tags, separated by commas.*

Length: 08:06
Views: 9506
Added: 2 weeks ago
Rating: ★★★★☆
(42 votes)
Comments: 12
Favorites: 155
Vlogs: 0

**Video Details**
File Size: **20.32 MB**
Devices: **psp**
Plays On:
Windows
Apple with Flip4Mac

Download this video!

email)

Embeddable Video Preview:
<embed src="http://www.veoh.cor
(Put this video on your web page. Works on MySpace, Facebook, blogs and more.)

**Comments**

200109


**oneanders** | Videos (0) | Series (0)
What flick is this from? I like the real feel of it.
Posted 2 weeks ago | Reply to this comment


**thekidthatcant** | Videos (6) | Series (0)
Its from Titan Media.
Posted 2 weeks ago | Reply to this comment


**buddhamoon** | Videos (0) | Series (0)
dare I dream that the download offers even more of this FUCKING AWESOME CLIP!!! WOW......
Posted 2 weeks ago| Reply to this comment


**flickrmen2** | Videos (34) | Series (2) | Favorites (252) | Friends (171)
yes!! The clip is all here! There is no need to download it! Unless you want the mpeg on your computer. I'm saying that against my interest. Because my counters would raise if you download it...
Posted 2 weeks ago| Reply to this comment


**flickrmen2** | Videos (34) | Series (2) | Favorites (252) | Friends (171)
... But there is no need to download it if you wanna watch it all. Just if you wanna do me a favour vote it or add to your favourite or your vlog. Thanks
Posted 2 weeks ago| Reply to this comment


**lmnt626** | Videos (0) | Series (0)
It`s good
Posted 1 week ago| Reply to this comment


**ryanm6969** | Videos (0) | Series (0) | Favorites (7) | Friends (8)
wow this is the hottest vid here
Posted 1 week ago| Reply to this comment


**flickrmen2** | Videos (34) | Series (2) | Favorites (252) | Friends (171)
Thanks!!!
Posted 1 week ago| Reply to this comment


**ernotionx** | Videos (0) | Series (0)
It's really hot!!
Posted 1 week ago| Reply to this comment


**pollin63** | Videos (0) | Series (0) | Favorites (155) | Friends (43)
This one really got me going. I get hard just thinking about watching it. Thanks!!!
Posted 5 days ago| Reply to this comment

**flickrmen2** | Videos (34) | Series (2) | Favorites (252) | Friends (171)

200110

[Comment]

Content Filter: Off

FAQ | Help Forums | Veoh Blog | About Us | Jobs | Press | Terms of Use | Privacy Policy | Contact Veoh | Download Veoh
Copyright © 2006 Veoh Networks, Inc.