







IO Group, Inc. v. Veoh Networks, Inc.



Doc. 79 Att. 5

Content Filter: Off

FAQ | Help Forums | Veoh Blog | About Us | Jobs | Press | Terms of Use | Privacy Policy | Contact Veoh | Download Veoh
Copyright © 2006 Veoh Networks, Inc.

200146





**piss4**
By: JamiesLounge

**Tags:**
piss : swallow : Drink : balls : sperm : wet : golden showers : watersports : pee :

[Add Tag]

Enter one or more tags, separated by commas.

Length: 00:06
Views: 628
Added: 1 week ago
Rating: ★★★★★
(1 vote)
Comments: 0
Favorites: 5
Vlogs: 0

**Video Details**
File Size: **1.09 MB**
Devices: **psp**
Plays On:
Windows
Apple

Download this video!

**Comments**

[Comment]

Content Filter: Off

FAQ | Help Forums | Veoh Blog | About Us | Jobs | Press | Terms of Use | Privacy Policy | Contact Veoh | Download Veoh
Copyright © 2006 Veoh Networks, Inc.



**GWM-Short Series**
By: domsg08
GWM-Short Series

Tags:
GWM-Short Series : gay ;

[         ] [Add Tag]
Enter one or more tags, separated by commas.

Length: 00:06
Views: 36
Added: yesterday
Rating : Not Yet Rated

Comments: 0
Favorites: 1
Vlogs: 0

**Video Details**
File Size: **1.04 MB**
Devices: **psp**
Plays On:
Windows
Apple

Download this video!

**Comments**

[Comment]

Content Filter: Off
FAQ  |  Help Forums  |  Veoh Blog  |  About Us  |  Jobs  |  Press  |  Terms of Use  |  Privacy Policy  |  Contact Veoh  |  Download Veoh
Copyright © 2006 Veoh Networks, Inc.

200156

Case 5:06-cv-03926-HRL   Document 79-6   Filed 07/31/2007   Page 8 of 11



1 of 2    200139    6/13/2006 1:46 PM

**Rough Sex**
By: RStarr
Two guys get carried away out doors.

**Tags:**
Rough : outdoors :

[Add Tag]
Enter one or more tags, separated by commas.

Length: 05:09
Views: 1908
Added: 1 week ago
Rating: ★★★★★
(7 votes)
Comments: 2
Favorites: 44
Vlogs: 0

**Video Details**
File Size: **45.61 MB**
Devices: **psp**
Plays On:
Windows
Apple

Download this video!

**Comments**


**xaliegro** | Videos (34) | Series (2)
Very. hot. dudes. And the manhandling makes me hard.
Posted 1 week ago| Reply to this comment


**pollin63** | Videos (0) | Series (0) | Favorites (148) | Friends (43)
Wow! Incredible. Gorgeous dudes and ohhh so hot. I'm hard!!!
Posted 5 days ago| Reply to this comment

[Comment]

Content Filter: Off
FAQ || Help Forums || Veoh Blog || About Us || Jobs || Press || Terms of Use || Privacy Policy | Contact Veoh || Download Veoh
Copyright © 2006 Veoh Networks, Inc.



**Falcon Boner**



**Also included in these Vlogs**
- Ron's VLog by rthras2

**Favorite of**
- GregoryMl7
- rolgant
- jacobwyx
- drewstlouis
- Oralando

**Similar**                    View All »



Japanese massage
★★★★
(2 votes)
Japanese massage with a happy ...

Robo Falcon
★★★★
(1 vote)
Is it a bird or a plane

Massage Therapist!
Massage Therapist Slips

Exodus: Lessons in
If we want to get free, it's h...

- SEND TO A FRIEND
- SAVE TO FAVORITES
- EMBED THIS VIDEO
- RATE THIS VIDEO ★★★★★
- MESSAGE PUBLISHER
- ADD TO VLOG
- FLAG THIS VIDEO
- VIDEO SCREENCAPS

Like the Preview?
Download This Video

**Share**

Video URL (Permalink):
http://www.veoh.com/videoDetails
(Link to this page from the web or in an email)

Embeddable Video Preview:
<embed src="http://www.veoh.cor
(Put this video on your web page. Works on MySpace, Facebook, blogs and more.)

close X

   

 Redacted Redacted Redacted

   
Redacted Redacted

  
Redacted                    Redacted

200114

**Falcon Boner**
By: halifax222
massage leads to cocksucking leads to fucking - very hot

**Tags:**
massage : falcon : blake harper : tom vaccaro :

Add Tag

Enter one or more tags, separated by commas.

Length: 26:13
Views: 3214
Added: 1 week ago
Rating: ★★★★
(9 votes)
Comments: 1
Favorites: 40
Vlogs: 0

**Video Details**
File Size: **271.92 MB**
Devices: **psp**
Plays On:
Windows
Apple

Download this video!

**Comments**



**surfer** | Videos (0) | Series (0)
i like the cock between the legs...and the cute smile gesture into the camera...and the closeness of the hands getting to massage that piece of meat just begging (for me) to suck it. close, and hopefully gets better = *not hard yet*
Posted 1 week ago| Reply to this comment

Comment

Content Filter: Off
FAQ | Help Forums | Veoh Blog | About Us | Jobs | Press | Terms of Use | Privacy Policy | Contact Veoh | Download Veoh
Copyright © 2006 Veoh Networks, Inc.

200115