

Carny PA 1-221-850
Pg. 1

Dockets.Justia.com



Carny PA 1-221-850
Pg. 2



*First Crush*, PA 1-232-826



*Laid Up*, PA 1-040-878