Hi **keithwebb**! | ✉ (1) | Logout | Help | Down

# Veoh BETA

Home | My Veoh | Channels | Friends | Upload

Upload New Video    Upload Via RSS    Create Series

SEA

**UPLOAD (STEP 1 of 2)** ❓

**Publish Without Size Restrict**

**Perfect for:**
- Full screen, TV-quality content
- Longer form shows and movies
- Managing uploads when you have connections issues over the web

Download the Veoh Client now >

Title [                    ]

Description [                    ]

Tags [                    ]

**Enter one or more tags, separated by commas.**
*Tags are simply keywords used to describe your video so they are easily searched and organized. Separate multiple tags by commas.*

**Have a RSS Feed?**

Use our RSS integration to automatically publish to Veoh using RSS!

Publish via RSS now >

Categories
☐ Animation ☐ Arts ☐ Autos
☐ Comedy ☐ Documentary ☐ Drama
☐ Entertainment ☐ Family ☐ Food
☐ Hobbies ☐ Instructional ☐ Music
☐ News ☐ People ☐ Pets
☐ Politics ☐ Religion ☐ Short Features
☐ Sports ☐ Technology ☐ Travel
☐ Videoblogging ☐ Weirdorama ☐ Miscellaneous

IO Group, Inc. v. Veoh Networks, Inc. *Select between one to four categories that best describe your video. It helps to use relevant categories so that others can find your video!*

Doc. 79 Att. 7

Content Rating

As a open Internet Television Network, Veoh contains a wide range of content that may not be considered appropriate by all users. In order to ensure that users see only the content they feel is appropriate we ask publishers to identify potentially offensive or inappropriate contents when uploading their videos.

○ Suitable for all audiences

○ Contains inappropriate language, violence or adult situations

○ Contains nudity or sexually explicit content

All content published on Veoh must conform to our Terms of Use and Acceptable Use policies; Veoh reserves the right to remove any inappropriately identified videos or change its content filter.

[ Continue ]

Content Filter: Off

FAQ | Help Forums | Veoh Blog | About Us | Jobs | Press | Terms of Use | Privacy Policy | Contact Veoh | Download Veoh

Copyright © 2006 Veoh Networks, Inc.

200024