


Adult [ Straight | Gay | Untagged ]

Sort by: Rating, Most Popular, Most Recent, Most Discussed, Top Favorite, Run Length

<< Prev                                                                                                          Next

    

| Military men | The Party | Part One | All In One Da... | Webcamboy Dea... |
|---|---|---|---|---|
| Added: 2 weeks ago | Added: 1 month ago, | Added: 3 weeks ago | Added: 3 weeks ago | Added: 2 weeks ago |
| By: flickrmen2 | By: goodnnaughty | By: TRox | By: leeandrew | By: moments2006 |
| Length: 08:06 | Length: 18:37 | Length: 06:14 | Length: 03:54 | Length: 03:52 |
| Views: 8946 | Views: 8550 | Views: 8597 | Views: 8449 | Views: 8507 |
| (39 votes) | (20 votes) | (58 votes) | (6 votes) | (48 votes) |

    

| porn | It's ME | this boy is s... | Horse Hung Bo... | I Fucked My F... |
|---|---|---|---|---|
| Added: 3 weeks ago | Added: 3 weeks ago | Added: 2 weeks ago | Added: 2 months ago | Added: 1 month ago. |
| By: angusy | By: JCJohn00 | By: ivan85 | By: Chicabellisima | By: goodnnaughty |
| Length: 09:23 | Length: 00:50 | Length: 03:20 | Length: 11:23 | Length: 26:22 |
| Views: 8476 | Views: 8193 | Views: 8052 | Views: 8127 | Views: 8056 |
| (20 votes) | (67 votes) | (21 votes) | (29 votes) | (19 votes) |

    

| BIG LOAD!! | 8... | beautiful coc... | Webcam Captur... | How dare you? |
|---|---|---|---|---|
| Added: 3 weeks ago | Added: 2 weeks ago | Added: 2 weeks ago | Added: 1 month ago. | Added: 2 weeks ago |
| By: jellysoul | By: kairem | By: sacredfire | By: VicMackey | By: jellysoul |
| Length: 00:42 | Length: 06:19 | Length: 01:05 | Length: 00:05 | Length: 02:57 |
| Views: 7496 | Views: 7390 | Views: 7359 | Views: 7525 | Views: 7294 |
| (56 votes) | (28 votes) | (65 votes) | (19 votes) | (33 votes) |


**Brent Everett...**
Added: 3 weeks ago
By: moments2006
Length: 07:14
Views: 7119
★★★★½
(40 votes)


**Daniel Live s...**
Added: 2 weeks ago
By: caperboi
Length: 65:31
Views: 7060
★★★★
(24 votes)


**Pool Party II**
Added: 2 months ago
By: Chicabellisima
Length: 18:00
Views: 6951
★★★★
(22 votes)


**Skater boys a...**
Added: 3 weeks ago
By: blkfububoi
Length: 28:55
Views: 6960
★★★★½
(37 votes)


**hazing frat**
Added: 2 weeks ago
By: ricoricorico
Length: 15:38
Views: 6681
★★★★
(17 votes)

Pages:   1   **2**   3   4   5   6   7  ...  136   137     (2737 Vid

Content Filter: Off

FAQ  |  Help Forums  |  Veoh Blog  |  About Us  |  Jobs  |  Press  |  Terms of Use  |  Privacy Policy  |  Contact Veoh  |
Download Veoh
Copyright © 2006 Veoh Networks, Inc.

200095

http://www.veoh.com/search.html?order=mp&title=Adult&tag=gay&category=Adult&numResults=20&...         6/13/2006