

IO Group, Inc. v. Veoh Networks, Inc.

Doc. 79 Att. 9

200028