Hi keithwebb! | ✉ (1) | Logout | Help | Down

**veoh** BETA | Home | My Veoh | Channels | Friends | Upload | [search]

Most Recent | Top Rated | Most Popular | Most Discussed | Top Favorites | Categories | Tags

# Frequently Asked Questions

## Veoh Overview

1. What is Veoh?
2. Who are the people behind Veoh?
3. How can I get started using Veoh?

## Veoh Requirements and Technology

1. What operating systems and browsers does Veoh support?
2. What media players are required for Veoh?
3. What are the system requirements for the Veoh client software?
4. What are the bandwidth requirements for the Veoh client software?
5. Why does Windows XP issue a security warning when I try to install Veoh?
6. Why do I get a security warning from Windows Firewall when I run Veoh?
7. How do I uninstall the Windows XP installation?
8. How do I uninstall the Mac OSX installation?

## Watching Videos in the Veoh client software

1. How do watch videos in the Veoh Client?
2. Why do I get an error playing videos in the Veoh Client?
3. Why does my Veoh Client crash when resizing the Veoh Player?

## Publishing Videos

1. How do I begin publishing my video?
2. Is it really free to publish video?
3. What types of videos can I publish?
4. What file formats does Veoh accept?
5. Can I add information to my video to help people find it?
6. Is there a size limitation for video?
7. Is there a maximum number of videos I can publish?
8. Do I have to stay online after I publish my video?
9. When will my videos be available?
10. What is the Veoh review process?
11. Why does Veoh want to review my video?
12. Will Veoh alter my video or descriptive information?
13. Can I charge for my video?
14. How do Subscriptions work?
15. Your Publisher Page

## Copyrights and Licenses

1. Do I retain the copyright and other legal rights to my videos?
2. Can I publish my video if it's already licensed for distribution elsewhere?
3. What is your policy on copyright infringement?
4. How do I report copyright infringement?
5. What if I have been falsely accused of copyright infringement?

## Veoh Technology

1. What components are installed with Veoh?
2. How does Veoh work?

Sidebar:
- » What is Veoh?
- » FAQ
- » Veoh Blog
- » About Us
  - How does Veoh W
  - Team
  - Investors
- » Jobs at Veoh
- » Media Coverage
- » Press Releases
- » Contact Veoh
- » System Status
- » Known Issues

IO Group, Inc. v. Veoh Networks, Inc.                                                                                    Doc. 79 Att. 10

200045

http://www.veoh.com/corporate/faq.html;jsessionid=02EB14BD810292A6E17F792CBDC2CB59         6/29/2006

3. What is PeerCasting?
4. How is Veoh different than RSS?
5. How is Veoh different than BitTorrent?

## Veoh Overview

1. **What is Veoh?**
   Veoh is a new type of Television Broadcasting System, using the Internet and Peer-to-Peer technology is used as the broadcast medium. Unlike traditional Television Broadcasting Systems such as Cable or Satellite, Veoh is an OPEN system that allows ANYONE to broadcast Television-Quality Full-Screen video directly to consumers. If you have ever wanted to broadcast your own TV show, Veoh is what you've been dreaming of. No matter if you are a complete novice, or a large Hollywood studio, Veoh provides a broadcasting medium that lets you reach hundreds of millions of users around the world... And (ready for this?) it is COMPLETELY FREE to use!

2. **Who are the people behind Veoh?**
   Veoh Networks was founded in 2004 by Dmitry Shapiro, a world recognized P2P security pioneer. Prior to founding Veoh, Dmitry was the founder and CTO of Akonix Systems, Inc., the world's leading P2P security company with over 1 million licensed enterprise users. Akonix's customers include Disney, Viacom, MTV, Fox News, Fox Films, Weather Channel, Cingular, and countless other brand names. The Veoh team also includes Chief Scientist Dr. Ted Dunning, formerly the Chief Scientist at MusicMatch (now Yahoo Music), Chief Scientist at IDAnalytics (the leading identity fraud detection company), and Chief Scientist at Aptex Software (an HNC/FairIsaac company), and a core team of developers responsible for the creation and development of products such as Websense, Akonix and Collegeclub.com. Veoh received Series A financing from Shelter Capital in mid-2005. See our team profiles for more information.

3. **How can I get started using Veoh?**
   Veoh makes it easy to find great video content, participate in the Veoh community and broadcast your own videos, all with just your PC or Mac and a broadband connection. Use the Veoh.com web site to browse the catalogue of tens of thousands of videos, you can immediately watch a preview of the video, which shows up to 3 minutes in a streaming web format. To download the video (full length and full quality as broadcast by the user) to your computer, you need to register and download the Veoh client software - then you simply add new videos to your download queue and the Veoh Network handles the rest - placing the full video files on your computer to watch in full-screen, load on your iPod or PSP, or even bring to the living room to watch on your big-screen TV.

   Here are some links to help you get started:
   Using Veoh
   Broadcasting on Veoh

## Veoh Requirements and Technology

1. **What operating systems and browsers does Veoh support?**
   The Veoh.com web site and catalogue work with Internet Explorer 5.0 or higher, Firefox 1.0 or higher and Safari 2.0 or higher.
   The Veoh client software is available for Windows XP and Mac OS X version 10.3.9 or higher.

2. **What media players are required for Veoh?**
   The Veoh.com web site requires Macromedia Flash for video previews, if you do not have the Flash plug-in installed follow the instructions from your browser to get it when you are prompted.
   The Veoh client software requires software be installed on your machine to playback videos.
   - Microsoft .NET Framework Version 1.1 (this will be installed if not already present)
   - Microsoft Windows Media Player 9 or 10 (this will be installed if not already present)
   - Quicktime 7.0 (this is optional, but strongly recommended and is available from Apple.)

3. **What are the system requirements for the Veoh client software?**
   You must have the following minimum resources available to install:
   - 30 Megabytes of free disk space on Windows XP
   - 10 Megabytes of free disk space on Mac OSX
   - 256 Megabytes of RAM memory

200046

NOTE: Video consumes significant amounts of disk space; you should make sure that you have enough free disk space available to accommodate your additional video requirements, during installation Veoh will ask you how much of your available storage to allocate to Veoh videos. You can change this setting at any time.

4. **What are the bandwidth requirements for the Veoh client software?**
   Veoh requires a broadband Internet connection. Actual bandwidth requirements depend on your usage. Generally, publishers will need 20Kbps or greater upload speed, which is the minimum upload rate for cable and DSL connections. Most broadband connections offer significantly higher rates. Dial-up connections, including ISDN, are not supported for Veoh. The upload and download speeds associated with dial-up are generally not sufficient to support video.
5. **Why does Windows XP issue a security warning when I try to install Veoh?**
   After you run the Installer for Veoh on Microsoft Windows XP Service Pack 2, you may see a security warning dialog box. The security warning dialog box may indicate that the publisher of the file could not be verified. This simply indicates that there is not a digital signature on the Installer. If you received the executable from *any* source other than Veoh, cancel the installation and download the Installer from the Veoh download page. Veoh does not use third party sites to distribute software. If you have downloaded the Installer directly from Veoh, simply click the **Run** button to continue with the installation.
6. **Why do I get a security warning from Windows Firewall when I run Veoh?**
   The Windows Firewall is a simple protection mechanism for Windows XP Service Pack 2 that helps to prevent malicious software from using your computer without your knowledge. When you see this warning, you should select the **Unblock** button to allow Veoh to make Internet connections. If you choose to block Veoh, you will be unable to upload video. If you have selected to block Veoh, you will need to do the following to enable Veoh to run properly:
   - Click the **Start Menu** button
   - Choose the **Control Panel**
   - When the Control Panel window appears, choose the **Windows Firewall**
   - When the Windows Firewall dialog appears, choose the **Exceptions** tab
   - If it is not listed, click the **Add Program** button
   - Click the **Browse** button
   - Navigate to the Veoh programs directory (typically C:\Program Files\Veoh)
   - Choose the **VeohClientService** program
   - Click the **Open** button
   - If the **ClientService** appears in the list, make sure that it is checked
   - Click the **OK** button to save the changes
   - Close the Control Panel window
7. **How do I uninstall the Windows XP installation?**
   The Uninstaller may be run from any of these locations:
   - the Veoh programs menu; select **Uninstall**
   - from *Add and Remove Programs* choose Veoh and click **Change/Remove**
   - the Veoh installation directory (typically: C:\Program Files\Veoh\uninst.exe)
8. **How do I uninstall the Mac OSX installation?**
   Uninstalling Veoh for Mac OSX has only a few basic steps:
   This can also be viewed under Help -> Uninstall Veoh.
   - You must be an Administrator of the machine to uninstall Veoh.
   - Open the application Terminal (In Finder go to Applications -> Utilities)
   - At the command prompt type the following:
     prompt> ***sudo /Applications/Veoh.app/Contents/Resources/uninstallveoh.sh***

     Note: any downloaded media files will not be removed.
   - You will be prompted for your password; enter it and the uninstaller will run
   The cleanup script will remove all files associated with the installation.

## Watching Videos in the Veoh client software

1. **How do watch videos in the Veoh Client?**
   Select a video in your Library and press Play or double-click the video. This will launch the Veoh Player and start playing the video.
2. **Why do I get an error playing videos in the Veoh Client?**
   Veoh does not install any video or audio codecs when it is installed. It relies on existing codecs

200047

installed with Windows Media Player (on Windows) and Quicktime (on both platforms.)

The error message "Veoh Player is unable to play video. This may be due to incompatibilities in video format or encoding." indicates a codec necessary to play the file is missing. Most often this is fixed by installing the newest versions of Quicktime and Windows Media.

For Windows, please make sure that you have Quicktime 7 and DivX installed. For Mac, make sure that you have Flip4Mac and DivX 6 installed.

If you have the latest Windows Media Player and Quicktime installations then the file may be DivX or MPEG-2. DivX is freely available codec, while MPEG-2 requires a fee (Windows Media Player or Quicktime.)

3. **Why does my Veoh Client crash when resizing the Veoh Player?**
   There is a known issue with certain ATI RADEON video cards. Updating to the latest driver version should fix this problem. Please consult your computer manufacturer's web site for driver updates.

## Publishing Videos

1. **How do I begin publishing my video?**
   You will need a digital version of your video, a broadband connection, and ownership of the necessary rights. To make sure that your video is submitted properly, please continue reading about the Veoh publishing requirements, preferred file formats, and the Veoh approval process.
2. **Is it really free to publish video?**
   It is *free* for everyone to publish video on the Veoh network. And free means free. Veoh does not charge for any reason, including bandwidth usage or storage costs, regardless of the size or popularity of your video.
3. **What types of videos can I publish?**
   If it complies with the terms of use, we'll take it.
4. **What file formats does Veoh accept?**
   Veoh will accept video in any format. The general rule of thumb is to encode video at a sufficient resolution and framerate to display nicely in full-screen mode at 1024x768 resolution. You do not need to encode at this resolution, simply test your video at this playback resolution to make certain that it meets *your* quality standards. Veoh strives to provide the highest quality content for the broadest range of users. Very low resolution video, obscure codecs or incorrect encoding may be rejected during the review process.
5. **Can I add information to my video to help people find it?**
   Yes. Veoh provides an area for you to enter the video's description, as well as the ability to supply an unlimited number of tags (keywords) for users to search. In addition, the tags will be used to help categorize your video with other videos that have similar tags.
6. **Is there a size limitation for video?**
   The is no upper limit on the file size of video, but video should be large enough to be interesting to users. As a general rule, you should strive to balance the overall size of a video with the resolution. For instance, video with extremely high resolution is unlikely to be noticeably better quality for viewers.
7. **Is there a maximum number of videos I can publish?**
   There is no maximum number of videos that you can publish.
8. **Do I have to stay online after I publish my video?**
   You will need to remain online until your video is fully transferred to the Veoh network. After that, you are no longer responsible for hosting your video. This feature is a significant benefit for publishers, as it radically reduces your operating costs. For more information, refer to the Veoh PeerCasting overview.
9. **When will my videos be available?**
   Videos will generally be available within 1 hour of being published. If the video does not pass the Veoh review process, it may take longer. See What is the Veoh review process? for more information.
10. **What is the Veoh review process?**
    Before any video is made available for viewing, it will go through a number of quality steps. After completing the publishing process, the video will move to the Veoh review process. This process is managed by Veoh to ensure the video complies with the Terms of Use, as well as the accuracy and appropriateness of the descriptive information. In general, this process takes about one day.

200048

Things that might cause your video to not pass the Veoh review process include:
- Misleading or incorrect descriptive information, including the following items:
    - The video's descriptive information must be accurate and relevant to the content you upload
    - The video's content filtering must be correct
- Unplayable video
- The quality of the video is particularly low
- The video codec is not in common usage.

After verification, your video will be made available for users to search, download, and play. At any time after you publish your video to Veoh, you'll have the opportunity to add more videos, update the information about each video, or remove your video from the directory.

11. **Why does Veoh want to review my video?**
Veoh will review every video submission for accuracy and appropriateness. This will provide a higher level of quality to the Veoh network than is currently available on existing file-sharing networks. The review process allows Veoh to be able to correctly categorize video content, so that users may be certain that videos have the content and technical quality that they expect. Users that ask for a *cartoon* should get a *cartoon*, not a *news* video. By enforcing quality during publishing, the Veoh network will be the trustworthy source for accurate, quality video content.

12. **Will Veoh alter my video or descriptive information?**
Veoh may in rare occasions make constructive edits to descriptions or information for your series or video, but the video content will never be altered in any way.

13. **Can I charge for my video?**
Yes and no. The Veoh Beta Program does not provide the ability to charge for video. This will be a key feature in the public release. The details of fee-based viewing will be made available at that time.

14. **How do Subscriptions work?**
Veoh members are able to subscribe to a series, publisher, or tag in much the same way that a Season Pass works on TiVo. For example, if someone enjoys a video in your series, they can easily choose to subscribe to it so that any future videos will be downloaded automatically.

15. **Your Publisher Page**
Every series automatically has a series page created for it. In addition, you will have a publisher page, which will have the information about you and your published videos.

## Copyrights and Licenses

1. **Do I retain copyrights and other legal rights to my videos?**
Yes. You retain all rights to your content. Veoh assumes no copyright to your material.

2. **Can I publish my video if it's already licensed for distribution elsewhere?**
Veoh will not restrict you from distributing your video through other means, including other video sharing networks. You are free to license the rights to your content outside Veoh's network.

3. **What is your policy on copyright infringement?**
Veoh respects the rights of copyright holders. Our policy is to respond to any notices of alleged infringement that comply with the Digital Millennium Copyright Act (DMCA). If we receive a notice or otherwise have reason to believe that content you submitted infringes another party's copyright, your account may be terminated and the Show removed from Veoh. More information about our DMCA process is available here.

4. **How do I report copyright infringement?**
If you believe that someone else has published your **copyrighted** content without your permission, we encourage you to contact that person in order to resolve any differences with them directly. You can also contact our support team for instructions on how to submit a copyright infringement notice to Veoh, or follow the directions available here.

5. **What if I have been falsely accused of copyright infringement?**
We'll let you know if we receive a copyright complaint about any of your Show content that is hosted on Veoh. We'll give you the opportunity to file a DMCA counter notification following the steps outlined here.

## Veoh Technology

1. **What components are installed with Veoh?**

200049

- Veoh (VeohClient.exe on Windows, Veoh.app on OSX) This is the GUI component of Veoh.
- Veoh Player (VeohPlayer.exe on Windows and VeohPlayer.app on OSX) This is a player for video files downloaded. It is recommended for usage only from within Veoh.
- The Peercasting service (VeohClientService.exe on Windows and veohd on OSX) This is the service (or daemon) component that runs in the background and is responsible for downloading and uploading content. It periodically contacts Veoh servers to maintain synchronization. This component communicates only to the Veoh servers and sends only that information required to upload and download user requested content. This service is required for Veoh to operate.

2. **How does Veoh work?**
The Veoh network uses an advanced peer-to-peer transfer network to share video amongst the Veoh users. This allows the network to "spread the load" between a massive number of computers that are typically under-utilizing their network bandwidth. In essence, Veoh has designed a globally-hosted video server, capable of transferring enormous amounts of video in a fraction of the time and cost of traditional systems. For each computer in the Veoh network, the Veoh network uses a portion of the system's capacity to "trade" small bits of video content between users, without compromising the security of any of the systems. The amount of resources used will vary from one computer to another, and will generally not be noticeable by someone using the computer. Using this technology, the network is self-repairing. What this means is that as one computer becomes unavailable, others will accommodate. Each video is securely hosted on hundreds or thousands of computers on the network, which means that there is always plentiful access to any video, at any time. Individual computers or servers are not necessary to make the Veoh network function; it's all about making millions of computers work together to achieve a goal that a few servers could never handle. There is a nearly unlimited amount of resources available across the Veoh network, which makes it possible to provide access to any video at any time. By making use of computer resources that are not in use, the Veoh network can provide every user with a super video server that is always available. By using a small amount of resources from an incredibly large population, the Veoh network will provide unprecedented performance on a global scale. Unlike traditional server-based video distribution, the costs associated with this approach are already paid. Each user already has a broadband connection, typically paid on a monthly basis. Much, if not most, of the bandwidth is unused. Even so, the monthly fees don't credit this unused bandwidth. The Veoh network will use a portion of this unused bandwidth to serve the video to the global community. While no individual computer has enough bandwidth to support a network of this magnitude, millions of computers have ample resources to do it. Using this approach, Veoh can make unlimited video available to users for free. In this case, free means, "no out-of-pocket expenses". Instead, each user's computer participates in the network, providing bandwidth for other users. This is the only cost: your unused resources. It doesn't get much more free than that.

3. **What is PeerCasting?**
PeerCasting is a new video hosting technology that Veoh has designed to serve TV-quality video via the Internet. This uses principles of other existing technologies, such as peer-to-peer file sharing, to implement a private distributed video network. PeerCasting extends the concepts of traditional peer-to-peer technology, making it easier to protect and much more reliable. By implementing a managed network, PeerCasting can significantly reduce video piracy, improve overall quality, and provide user-specific features not available in traditional peer-to-peer systems. In essence, PeerCasting is the next generation of peer-to-peer sharing. The differences are much more significant than the similarities. Most peer-to-peer networks are built to enable piracy of various forms of content, including video. PeerCasting makes this almost impossible, by preventing piracy up front. While current peer-to-peer networks have typically been less than ethical, they have demonstrated that the technology itself works very well. The Veoh network improves upon this technology to provide an ethical solution to a global market. PeerCasting is also server-free; publishers no longer have to host any portion of their content, including seeds or other references. This will greatly reduce the operating costs for small and independent filmmakers and producers. With such a significant reduction in distribution costs, it affords more time and money to the creative process.

4. **How is Veoh different than RSS?**
RSS is a content publishing technology that grew from online news article feeds. It's original intent was to notify any application listening that new material was available. RSS provides a relatively standard way for publishers to notify subscribers that they have published something new. The weak point of RSS is that it does not actually distribute content; it simply notifies you

200050

that new content is available for you to retrieve with some other technology. Since RSS doesn't provide a standard way to retrieve the content, it is typically coupled with other technologies, such as BitTorrent or HTTP. In addition, it is common to subscribe to an RSS feed and not be able to get the content because it can only be retrieved with a technology that you don't have available. A combination of newer RSS readers and publishing with "accepted" distribution technologies reduce this somewhat, but not completely. The other significant issue with RSS is that it is server-based. To make certain that your video content is available, you must either manage an RSS server or use a public server. Managing a private server is costly, and is prone to being unavailable when you need it the most. A private server is a single point-of-failure, so when it fails, you are no longer able to serve your audience. Public servers are generally free or available at low cost, but they can and do suffer from the same problems as private servers: they're still single points-of-failure. And if you have a problem with a public server, it may take days or weeks to get the problem resolved.

5. **How is Veoh different than BitTorrent?**
BitTorrent is the technology behind much of the current peer-to-peer sharing on the Internet. While BitTorrent is not itself a network, it allows small Internet networks to be created to share files. BitTorrent is a prime example of an open network; anything added to the network can be copied and added to another network. The primary weakness that makes BitTorrent unsuitable for video publishing is that when you publish a file, you must remain online at all times. BitTorrent uses the concept of a seed, which is the original place that the content was published, to start file sharing. It is common to find useless BitTorrent seeds, because the original server is no longer online, has changed IP addresses, or has simply revoked the seed. BitTorrent forces the publisher to act as a server, if only to provide seeding. Again, your computer becomes a single point-of-failure and your costs and levels of effort increase. BitTorrent's other issue is that it is not designed to support more than a few thousand users on a single network. This prevents its use in a global video hosting network.

Content Filter: Default
FAQ | Help Forums | Veoh Blog | About Us | Jobs | Press | Terms of Use | Privacy Policy | Contact Veoh |
Download Veoh
Copyright © 2006 Veoh Networks, Inc.