GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | C-06-03926 (HRL) |
| Plaintiff, | **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY** |
| vs. | |
| VEOH NETWORKS, Inc., a California Corporation, | DATE: April 10, 2007 |
| Defendant. | TIME: 10:00 a.m. |
| | COURTROOM: 2 |

I, GILL SPERLEIN, declare:

1.    I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Defendant Veoh Network's Director of Product Development, Joseph Papa, who testified on behalf of Defendant Veoh Networks, Inc. under F.R.C.P. 30(b)(6). The excerpted deposition pages accurately reflect the questions asked and the answers given

-1-

during depositions which I took on May 21 and 22, 2007, in San Diego, California. Defendant's deposition was reported by Nicole R. Harnish, RPR, CSR No. 13101.

      a.      Attached hereto as **Exhibit B** is a true and correct copy of Exhibit 3 to the Defendant's deposition;

      b.      Attached hereto as **Exhibit C** is a true and correct copy of Exhibit 11 to the Defendant's deposition;

      c.      Attached hereto as **Exhibit D** is a true and correct copy of Exhibit 16 to the Defendant's deposition.

3.      Attached hereto as **Exhibit E** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Defendant Veoh Network's Chief Scientific Officer, Dr. Ted Dunning ("Dunning").  The excerpted deposition pages accurately reflect the questions asked and the answers given during the Dunning deposition which I took on March 16, 2007, in San Diego, California.  Dr. Dunning's deposition was reported by Rita Burgess, RPR, CSR No. 8374.

4.      Attached hereto as **Exhibit F** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Defendant Veoh Network's Chief Executive Officer, Dmitry Shapiro ("Shapiro") who testified on behalf of Veoh Networks under F.R.C.P. 30(b)(6).  The excerpted deposition pages accurately reflect the questions asked and the answers given during the Shapiro deposition which I took on May 21, in San Diego, California.  Mr. Shapiro's deposition was reported by Nicole R. Harnish, RPR, CSR No. 13101.

      a.      Attached hereto as **Exhibit G** is a true and correct copy of Exhibit 5 to the Shapiro deposition.

5.      Attached hereto as **Exhibit H** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Mr. John Styn ("Styn") a paid consultant of Defendant Veoh

Network. The excerpted deposition pages accurately reflect the questions asked and the answers given during the Styn deposition which I took on May 31, in San Diego, California. Mr. Styn's deposition was reported by Regina L. Garrison, RPR, CSR No. 12921.

6. Attached hereto as **Exhibit I** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Mr. Arthur Bilger ("Bilger"), who testified on behalf of Shelter Capital Partners, LLC, under F.R.C.P. 30(b)(6). The excerpted deposition pages accurately reflect the questions asked and the answers given during the Bilger deposition which I took on June 5, 2007, in El Segundo, California. Mr. Bilger's deposition was reported by Chia Mei Jui, RPR, CSR No. 3287.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *July 31, 2007*                                             */s/ Gill Sperlein*

                                                                                                _____
GILL SPERLEIN,
Attorney for Plaintiff