1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4

5

6   IO GROUP, INC., a California )
    Corporation,                 )
7                                )
                    Plaintiff,   )
8                                )
       vs.                       )Case No. C-06-3926(HRL)
9                                )
    Veoh NETWORKS, Inc., a       )
10  California Corporation,      )
                                 )
11                  Defendant.   )
    _____)
12

13

14                    HIGHLY CONFIDENTIAL

15                DEPOSITION OF JOSEPH PAPA

16                        VOLUME I

17                  SAN DIEGO, CALIFORNIA

18                     MAY 21, 2007

19

20

21

22  REPORTED BY:  NICOLE R. HARNISH, CSR No. 13101

23

24

25

Dockets.Justia.com

1                   UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                       SAN JOSE DIVISION

4

5

6   IO GROUP, INC., a California )
    Corporation,                 )
7                                )
                    Plaintiff,   )
8                                )
       vs.                       )Case No. C-06-3926(HRL)
9                                )
    Veoh NETWORKS, Inc., a       )
10  California Corporation,      )
                                 )
11                  Defendant.   )
    _____)
12

13

14

15               DEPOSITION OF JOSEPH PAPA,

16  taken by the Plaintiff, commencing at the hour of

17  9:00 a.m., on Monday, May 21, 2007, at

18  530 B Street, Suite 350, San Diego, California,

19  before Nicole R. Harnish, Certified Shorthand

20  Reporter in and for the State of California.

21

22

23

24

25

```
 1  APPEARANCES:

 2

 3       For the Plaintiff:

 4            GILL SPERLEIN
              GENERAL COUNSEL
 5            TITAN MEDIA.COM
              BY:  GILL SPERLEIN, ESQ.
 6            584 Castro Street, Suite 849
              San Francisco, California  94114
 7

 8       For the Defendant:

 9            WINSTON & STRAWN
              BY:  JENNIFER A. GOLINVEAUX, ESQ.
10            101 California Street
              San Francisco, California  94111
11

12
          Also Present:  Keith Ruoff
13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    I N D E X

2  WITNESS:  JOSEPH PAPA

3

4  EXAMINATION:                          Page

5  By Mr. Sperlein                        5

6

7

8                  E X H I B I T S

9  MARKED FOR IDENTIFICATION

10  1    Document from the wiki site          65

11  2    Document from the wiki site         119

12  3    Various e-mail correspondence       121

13

14     Questions Witness Instructed Not To Answer
                    Page    Line
15                   54      25
                     98      24
16                  105       5

17

18

19

20

21

22

23

24

25

```
1                    JOSEPH PAPA,

2      having been duly sworn, testified as follows:

3

4                    EXAMINATION

5   BY MR. SPERLEIN:

6      Q.   Good morning, Mr. Papa.  My name is

7   Gill Sperlein.  I'm the attorney for Io Group.

8           Let me start off by asking you just a few

9   questions about the process here.

10          Have you ever been deposed before?

11     A.   No.

12     Q.   Okay.  It is -- our conversation today --

13  I'm going to ask you questions and ask you to respond

14  to them.  You are under oath as just indicated.  But

15  our conversation's going to be a little different

16  from day-to-day conversation, mostly because the

17  court reporter is recording everything that we say.

18  Fortunately that doesn't happen in your regular life.

19          So it is common for people to respond with

20  a shake of the head or a yes or a kind of a verbal

21  sound that may not really be a yes or a no, something

22  in between.  What I am going to ask you to do is to

23  respond to each of my questions verbally.  And if it

24  requires a yes or no, to use a yes or no rather than

25  uh-huh or something like that.
```

1  ask it in a very clear way.  Would it also work on

2  Windows 2000?

3      A.  Yes.

4      Q.  Thank you.

5          And currently you are the director of

6  product development; is that correct?

7      A.  That's correct.

8      Q.  I assume your duties broadened even further

9  at that point; is that correct?

10     A.  No.

11     Q.  No.

12         Are you still responsible for product

13  architecture under that new title?

14     A.  Yes.

15     Q.  Were there any specific new

16  responsibilities that you took over when you became

17  director of product development?

18     A.  No.

19     Q.  Was that new title considered a promotion?

20     A.  Yes.

21     Q.  And was it a promotion designed to

22  recognize that you were an important part of the

23  company?

24     A.  I don't think I can answer that properly.

25     Q.  Okay.  Fair enough.

1              When a user wishes to upload a video onto

2    the Veoh server or -- I'm sorry -- onto the Veoh

3    system, what steps does the user have to take to

4    accomplish that task?

5        A.    They have to navigate to veoh.com in their

6    web browser.  They have to select the uploading tab.

7    They have to pick the video file off their local

8    system.  They have to enter the title and description

9    of the video, and then they press "okay," and the

10   file will be transferred to their system.

11       Q.    Okay.  You said they had to enter the title

12   and description of the video file.  Are those

13   required fields?

14       A.    Yes.

15       Q.    Now, before --

16       A.    Can I correct that?

17       Q.    Absolutely.

18       A.    Title is required.  I believe description

19   is optional.

20       Q.    And that brings up another point.  If at

21   any point during the day you realize that you gave an

22   incomplete answer or maybe something that wasn't

23   quite right, feel free to bring that to our attention

24   and we can take your corrected answer and make sure

25   it is on the record.

11

1        A.    Okay.

2        Q.    Before the user is able to pick a video

3   file off of their system and upload it to Veoh, are

4   they required to register with Veoh?

5        A.    Yes.

6        Q.    And are they required to download the Veoh

7   client onto their system before they can upload a

8   video?

9        A.    No.

10       Q.    Are users only able to upload video files

11  to the Veoh system as opposed to any other type of

12  file?

13       A.    Only video.

14       Q.    Only video.

15             If a user attempted to upload a software

16  file, what would happen?

17       A.    It would be rejected.

18       Q.    Would they get a message that said it was

19  being rejected?

20       A.    Yes.

21       Q.    Do you know exactly what that message would

22  say -- or I shouldn't say "exactly."  Do you know

23  approximately what the message would say?

24       A.    Approximately it says "unknown codec."

25       Q.    So is the codec what the system would look

12

1  for to determine if a file was in a proper format to

2  be loaded?

3      A.   Can you clarify "proper format to be

4  loaded"?

5      Q.   That it was in a file format that the

6  system could accept.

7           MS. GOLINVEAUX:  Object to the form of the

8  question.

9  BY MR. SPERLEIN:

10     Q.   You can go ahead and answer as best you

11  can.

12     A.   Can you just repeat it?

13     Q.   You said earlier that if a user attempted

14  to upload a software file, that the user would get a

15  message that would say "improper codec" or something

16  to that affect; is that correct?

17     A.   That's correct.

18     Q.   For what reason would that message be

19  generated?

20     A.   To communicate to the user that the file

21  they uploaded is not a video file.

22     Q.   Do all video files have a codec associated

23  with it?

24     A.   Yes.

25     Q.   Let's take a moment to clarify what a codec

13

1   is.  Could you tell me, in relatively simple layman's

2   terms as you can, what a codec is?

3        A.   A codec is a compression scheme.

4        Q.   So codec is used to compress video files so

5   that it can be transferred more quickly; is that an

6   accurate statement?

7        A.   Yes.

8        Q.   Do files that are not video files ever

9   contain codecs?

10       A.   Yes.

11       Q.   Are the codecs that are used with video

12  files unique to video files?

13       A.   They can be.

14       Q.   Are there some codecs that work with both

15  video and other types of files?

16       A.   Yes.

17       Q.   Can you give me an example?

18       A.   MPEG-2.

19       Q.   An MPEG-2 is able to be used with video

20  files as well as some other type of file?

21       A.   Correct.

22       Q.   And what type of file is that?

23       A.   Audio.

24       Q.   If a user were to attempt to upload an

25  audio file that had an MPEG-2 codec, would the user

                                                    14

1  get the same message from Veoh rejecting the file?

2       A.   Yes.

3       Q.   And how is the system able to determine

4  that that is an audio file and therefore reject it as

5  opposed to a video file?

6       A.   An audio file doesn't contain a video

7  codec.

8       Q.   Just for clarification, the audio file can

9  contain a codec that is an MPEG-2 codec?

10      A.   Correct.

11      Q.   And can MPEG-2 codec be either audio or

12  video?

13      A.   Correct.

14      Q.   Okay.  Thank you.

15           So to just summarize this area and clarify,

16  Veoh does not accept any files that are not video

17  files; is that correct?

18           MS. GOLINVEAUX:  Object to the form of the

19  question.

20           THE WITNESS:  Can you clarify "accept"?

21  BY MR. SPERLEIN:

22      Q.   Can users upload any files that are not

23  video files to the Veoh system?

24           MS. GOLINVEAUX:  Object to the form.

25           THE WITNESS:  Users can upload anything

1  they choose.  If it is not a video file, they will

2  get the "unknown codec" message.

3  BY MR. SPERLEIN:

4      Q.   Will the Veoh system accept any files that

5  a user attempts to upload that are not video files?

6          MS. GOLINVEAUX:  Object to the form of the

7  question and still vague and ambiguous.

8          THE WITNESS:  Can you clarify what you mean

9  by "accept"?

10 BY MR. SPERLEIN:

11     Q.   By "accept" I mean allow the file to be

12 transferred onto the Veoh system.

13         MS. GOLINVEAUX:  Sorry.  With that

14 clarification can you read back the question?

15         MR. SPERLEIN:  I will ask it once more.

16         MS. GOLINVEAUX:  Sure.

17 BY MR. SPERLEIN:

18     Q.   If a user attempts to upload a file that is

19 not a video file, will the Veoh system allow that

20 video file to transfer to the Veoh system?

21     A.   Yes.

22     Q.   And if it is not a video file, what will

23 the Veoh system do at that time with that file?

24         MS. GOLINVEAUX:  Asked and answered.

25 BY MR. SPERLEIN:

1      Q.    Would you answer the question?

2      A.    It will attempt to recognize the audio and

3  video codec in the file.

4      Q.    Okay.  And if it is not a codec that is

5  associated with video, what will the Veoh system then

6  do with that file?

7      A.    The file stays in the video system and is

8  marked as "unknown codec."

9      Q.    And how long will the Veoh system continue

10  to keep that file on the system?

11      A.    Our current policy is 90 days.

12      Q.    After 90 days -- strike that.

13           Is there anything that might occur during

14  that 90 days that would cause Veoh to maintain the

15  file beyond that 90 days?

16      A.    For a file that has been deemed "codec

17  unknown"?

18      Q.    Correct.

19      A.    90 days is our policy, but we don't have a

20  guarantee that it happens at the 90-day mark.  No

21  less than 90 days is the policy.

22      Q.    What is the reason for maintaining those

23  files at all?

24           MS. GOLINVEAUX:  I would object.  To the

25  extent the answer would call for the witness to

1  whether or not to eliminate those files.

2      Q.   Does the operations team routinely

3  eliminate files, or does the operational team make

4  specific decisions about specific files for deletion?

5          MS. GOLINVEAUX:  Object to the form of the

6  question.

7  BY MR. SPERLEIN:

8      Q.   I'm going to rephrase that for you,

9  Mr. Papa.

10     A.   Okay.

11     Q.   After the files have been made available

12 for deletion by the operations team, does the team

13 evaluate each individual file to determine if it

14 should be eliminated or not?

15     A.   No.

16          MS. GOLINVEAUX:  Mr. Sperlein, I am going

17 to stop you for a moment and ask you -- as you know,

18 Mr. Papa is here to designate on behalf of Veoh on

19 matters specified in your notice, and which

20 matter does this extended topic fall under?

21          MR. SPERLEIN:  The process of uploading

22 files to Veoh.

23          MS. GOLINVEAUX:  I think your topic was a

24 process of uploading video files to Veoh.

25          MR. SPERLEIN:  I think this is included

22

1  it?

2      A.    No.

3      Q.    You said that Veoh -- that you value Veoh

4  based on registrations.  Does that mean that the more

5  users are registered with Veoh, the more valuable

6  Veoh is?

7          MS. GOLINVEAUX:  Object to the form.

8          THE WITNESS:  Valuing any company is

9  complicated.  User registrations are one way to

10 measure our growth.

11 BY MR. SPERLEIN:

12     Q.    In addition to users uploading video files

13 onto the Veoh system, do video files -- are video

14 files placed on the Veoh system by nonusers?

15     A.    Define users.

16     Q.    Does Veoh itself ever load or add content

17 onto the Veoh system?

18     A.    Yes.

19     Q.    Under what circumstances would Veoh add

20 video files to the Veoh service?

21     A.    We produce a series called Viral, and there

22 are a variety of promotional videos produced by our

23 marketing department.

24     Q.    Are those promotional videos, videos that

25 promote Veoh?

1      A.    Correct.

2      Q.    Are there promotional videos that promote

3 anything else?

4      A.    No.

5      Q.    Does Veoh ever obtain content from other

6 companies which Veoh employees then load onto the

7 Veoh system?

8      A.    Veoh has a content programming team that is

9 responsible for relationships with content providers.

10     Q.    And when the content and programming

11 team -- does the content and programming team obtain

12 content from other individuals or companies to play

13 on the Veoh system?

14          MS. GOLINVEAUX:  Object to the form.

15          THE WITNESS:  Can you repeat it?  Sorry.

16 BY MR. SPERLEIN:

17     Q.    Is there content that is associated with --

18 strike that.

19          Does Veoh itself upload content other than

20 the Viral series and promotional videos onto the Veoh

21 system?

22     A.    Yes.

23     Q.    Under what circumstances?

24     A.    The content -- if the content team has a

25 relationship, and that relationship merits personal

29

1  attention, then we have uploaded content for third

2  parties.

3        Q.   Can you give me any examples of such

4  situations?

5        A.   Unfortunately I don't know any names.  I am

6  just involved on the technology side.  I don't know

7  the company names, for example.

8        Q.   Do you know if Veoh uploads any content on

9  behalf of Turner Broadcasting?

10        A.   We did load content on behalf of Turner

11  Broadcasting.

12        Q.   At some point in the past did Veoh obtain

13  content from video bloggers that had RSS feeds?

14        A.   Yes.

15        Q.   And did Veoh upload that content onto the

16  Veoh system?

17        A.   Can you clarify what you mean by "did

18  Veoh"?  Are you speaking did a person, an individual?

19        Q.   Someone on behalf of Veoh?

20        A.   No.

21        Q.   Did Veoh develop technology that would

22  spider video blogs to obtain content?

23        A.   Yes.

24        Q.   Do you know if Veoh asked permission to use

25  the content that those spiders obtained?

1          MS. GOLINVEAUX:  Object to the form.

2          THE WITNESS:  I don't know the answer to

3   that.

4   BY MR. SPERLEIN:

5      Q.   Going back to individual users that upload

6   content onto the Veoh system.  Does Veoh ask those

7   users if they have permission -- strike that.

8          Does Veoh ask users if they own the content

9   that they're uploading onto the Veoh system?

10          MS. GOLINVEAUX:  Objection to the form.

11          THE WITNESS:  "Ask"?  What do you mean by

12   "ask"?

13   BY MR. SPERLEIN:

14      Q.   During the upload process, are users

15   required to respond to any questions about the video

16   file that they are attempting to upload?

17          MS. GOLINVEAUX:  Object to the form.

18          THE WITNESS:  Users have to agree to our

19   terms of service prior to uploading.

20   BY MR. SPERLEIN:

21      Q.   Okay.  And earlier you said that users are

22   required to input a title for the video file before

23   they uploaded it; is that correct?

24      A.   That's correct.

25      Q.   And you also said earlier that users have

31

1      A.   It let's the publisher assign keywords to

2  the video.

3      Q.   And can users later use those keywords to

4  help them search for video files on the Veoh system?

5      A.   Correct.

6      Q.   Are there any other fields that users are

7  given the option of filling in information for?

8      A.   They can assign it to a series.

9      Q.   Any others?

10     A.   Not that I can recall.

11     Q.   Can users associate it with a channel --

12  strike that.

13          Can users associate it with a category?

14     A.   Yes.

15     Q.   Can you recall any other information that

16  users are allowed to fill in during the upload

17  process?

18     A.   No.

19     Q.   Is there a question -- let me start over.

20          Does the interface ask the user at that

21  time if they have permission to upload the video

22  file?

23     A.   They have to reafirm they agree to the

24  terms of service.

25     Q.   Other than that, are users specifically

1   asked at that time if they have permission to upload

2   the video file?

3        A.   Not that I recall.

4        Q.   Are users asked for their address at that

5   time?

6        A.   No.

7        Q.   Are users asked for their telephone number

8   at that time?

9        A.   No.

10       Q.   Are users asked if the video file has been

11  registered with the U.S. Copyright Office at that

12  time?

13       A.   No.

14       Q.   Are users asked for a copyright

15  registration number at that time?

16       A.   No.

17       Q.   Are users asked if they have a license to

18  distribute the video file at that time?

19       A.   They are asked to reaffirm the terms of use.

20       Q.   Are they asked if they have a license to

21  distribute the file?

22       A.   Not specifically.

23       Q.   Are they asked for -- to upload a copy of

24  any document that shows ownership of the video file?

25       A.   Upload a document?  No.

1    Q.    Does Veoh have a system for reviewing some

2    video files on its own accord that are available on

3    the Veoh system.

4         MS. GOLINVEAUX:  Object to the form.

5         THE WITNESS:  What do you mean by "system"?

6    BY MR. SPERLEIN:

7    Q.    Procedure.  So let me rephrase.

8         Does Veoh have procedures in place for

9    reviewing certain video files?

10    A.    The content and programming team has

11    procedures to confirm that all the content is within

12    our terms of service.

13         Let me rephrase that.  I am aware that the

14    content team has procedures.  I don't participate in

15    those procedures, and they don't review all content.

16    There's a few mechanisms by which they would review

17    content.

18    Q.    Do you know how they determine which

19    content will be reviewed?

20    A.    My understanding is that they will

21    periodically review recently published videos to

22    confirm that they are within our terms of service.

23    We also have a community feature where users will

24    communicate to us if a video is inappropriate.

25    Q.    You said the content and programming team

36

1    is successfully ingested into the system it is marked

2    active and that when it is active, then it will show

3    up on the recently published area; is that correct?

4         A.   That's correct.

5         Q.   How long does the video file remain active?

6         A.   Indefinitely.

7         Q.   So does that mean that a video file is

8    indefinitely on the recently published area?

9         A.   No.

10        Q.   So what I want to know is how long a video

11   file stays in the recently published area.  Can you

12   respond to that?

13        A.   It is not based on time duration.

14        Q.   Is it based on a number of different

15   factors that are considered in tandem?

16        A.   No.

17        Q.   Is it a raw number?  Is it the last

18   100 videos that have been published, for example?

19        A.   The main page contains the last 20 videos

20   published.

21        Q.   Can users of the Veoh system go to a second

22   page to see the next 20 or so?

23        A.   Yes.

24        Q.   So if something is marked recently or if it

25   is in the recently published area, is that just a

1  mechanism for showing order in which the video files

2  came into the system most recently?

3      A.  It does show that, yes.

4      Q.  So understanding that there may be some

5  variation the general idea is that the video at the

6  top of the most recently published list is the most

7  recently published video that came onto the system;

8  is that correct?

9      A.  That's correct.

10      Q.  And then you can go on through --

11      A.  Actually that is not correct.  It is the

12  most recently published video that is marked active.

13      Q.  And let's go back to that.  Before, you

14  said that a video file is marked active after it is

15  ingested into the system.  Can you tell me what all

16  has to be completed in the process before a video

17  file is marked active?

18          MS. GOLINVEAUX:  Object to the form.

19          MR. SPERLEIN:  I am going to strike that

20  because I think we have those answers.

21  BY MR. SPERLEIN:

22      Q.  To clarify your earlier statements, the

23  content and programming team periodically reviews the

24  video files to determine if they are consistent with

25  Veoh's terms of service; is that correct?

1            MS. GOLINVEAUX:  Object to the form.

2    BY MR. SPERLEIN:

3        Q.    We were most recently speaking about how

4    the content and programming team performs periodic

5    reviews of video files or the metadata video files

6    currently.  Going back to the area of June 2006, did

7    Veoh have any similar review type of process in

8    effect at that time?

9            MS. GOLINVEAUX:  Object to the form.

10           THE WITNESS:  Similar to the current

11   process?

12   BY MR. SPERLEIN:

13       Q.    Yes.

14       A.    We would periodically review most recent to

15   verify that the videos were in accord with the terms

16   of service.

17       Q.    And were you personally involved in the

18   process at that time?

19       A.    Yes.

20       Q.    So just to clarify, you personally -- did

21   you personally periodically review recently published

22   video files to determine if they were compliant with

23   Veoh's terms of use?

24       A.    I would periodically review the most recent

25   to confirm that they applied -- were acceptable.

                                                        48

1    Q.   So there is no mechanism for marking that a
2  video file had been reviewed for terms of service
3  violations; is that correct?
4    A.   That's correct.
5    Q.   So when you reviewed the video files -- or
6  when you reviewed the most recently published page
7  looking for violations, what types of things were you
8  looking for at the time?
9    A.   Pornographic content.
10    Q.   And if you saw something -- let me clarify
11  something for you -- or with you.
12        The word "pornographic" is a little bit
13  ambiguous and under some people's estimation.  Were
14  you looking for video files that contained sexually
15  explicit material?
16    A.   Yes.
17    Q.   And what about mere nudity?  If there was
18  just one picture of a woman or man who was unclothed,
19  would that be something that would cause you to take
20  a closer look?
21    A.   Yes.
22    Q.   And if you witnessed a thumbnail that
23  clearly showed sexually explicit activity, what would
24  your next step be?
25    A.   I would select the video and it would be

1  taken to the -- what we call the video details page

2  which is where the video was presented.  And then I

3  would select the edit function, and then from that

4  page I would cancel the video.

5      Q.   And to clarify the time frame -- let's

6  narrow down to the first two weeks of June 2006, June

7  1st to June 15th.  If you saw a sexually explicit

8  video file that contained sexually explicit material

9  at that time, would you select the edit page and

10 delete the video file?

11     A.   I don't recall when we stopped permitting

12 sexually explicit content.  If those two weeks were

13 prior to that, then I would confirm -- rather than

14 cancal the video, I would confirm that the rating was

15 adult.

16     Q.   And if the rating was adult, would you take

17 no further action?

18     A.   I would change the rating.

19     Q.   If the rating were correctly indicated as

20 adult?

21     A.   So when viewing the most recent page I

22 would do that with the content filter turned on.  So

23 my expectation would be that there would be no adult.

24 So the presence of adult implies that it was

25 improperly rated.

1  referred to as the most recent page?

2       A.   Yes.

3       Q.   So once you were on the most recent page

4  you would limit your search results so that only

5  video files that were not marked as adult would show

6  up; is that accurate?

7       A.   Yes.  You turn the content filter off.

8       Q.   And then you would review those video

9  files, you would look at the thumbnails and metadata

10 on that page; is that correct?

11      A.   correct.

12      Q.   Did that process allow you to review for

13 any terms of use violation other than improperly

14 designating the adult category for a video file?

15           MS. GOLINVEAUX:  Object to the form of the

16 question.

17           THE WITNESS:  What other violations?

18 BY MR. SPERLEIN:

19      Q.   I'm sorry?

20      A.   Which other violations?

21      Q.   Did that process allow you to check for

22 anything else?

23           MS. GOLINVEAUX:  Same objection.

24           THE WITNESS:  On rare occasion there would

25 be a violent video that was clear.

1  BY MR. SPERLEIN:

2      Q.   And was your process the same there as if

3  it were miscategorized.

4      A.   No.  That would result in the cancellation.

5      Q.   On a cancellation, what happens to the

6  video file?

7      A.   For a terms of use cancellation it is

8  marked as canceled.  So it was no longer available on

9  the site.

10     Q.   And is that different from deleted?

11     A.   Yes.

12     Q.   And what happens if it is deleted?

13     A.   Deleted refers to physically removing the

14  file from disk.  Cancellation refers to the logical

15  state in the database.

16     Q.   If Veoh deletes a file, does it also delete

17  that file from the computers of individuals that have

18  downloaded the Veoh client?

19     A.   That capability exists, and it depends on

20  circumstances.

21     Q.   So to be clear, Veoh does have the

22  capability of removing video files that are on the

23  users' computers if those video files were obtained

24  through the Veoh system?

25     A.   Correct.

1      Q.    During your -- at any time when you were

2 reviewing video files through the most recent video

3 page, did you ever cancel a video file for any reason

4 other than the video file being violent?

5      A.    I canceled beastiality and child

6 pornography.

7      Q.    And when you did that, were those files not

8 marked as adult by the user that uploaded the file?

9      A.    Correct.

10      Q.    Did you ever cancel a video file because

11 you thought it was an instance of copyright

12 infringement?

13      A.    Have I personally ever deleted a file?

14      Q.    Yes.

15      A.    Yes.

16      Q.    Can you give me an example of what files

17 you have deleted?

18      A.    What time frame are we speaking of?

19      Q.    This is anytime?

20      A.    Anytime.  I deleted a copy of 300 that was

21 available on the site -- or, excuse me, I canceled a

22 copy of 300 that was available on the site.

23      Q.    And why did you cancel that?

24      A.    I was in the process of testing some new

25 functionalty, and I encountered it.  I happened to

1  I would say that all employees are expected to comply

2  with the DMCA policy.  But I can't recall a specific

3  conversation.

4      Q.   Under your DMCA policy -- let's start with

5  currently -- is it Veoh's policy to remove a video

6  file for copyright violation in the absence of a

7  notice from the owner of that video file to take it

8  down or someone acting on behalf of the owner?

9      A.   There are circumstances which Veoh

10  employees may take down content absence of a form of

11  takedown request.

12      Q.   And what are those circumstances?

13      A.   If in the course of using veoh.com somebody

14  encounters blatantly copyrighted material, then they

15  can take it down, but they need to follow the

16  guidelines for doing so, which includes

17  communicating to our internal DMCA designate and

18  keeping a written record of what was done.

19          MS. GOLINVEAUX:  I want to object and move

20  to strike to the extent the witness testified about

21  "blatantly copyrighted material" as he's not a legal

22  expert and would constitute an opinion.

23  BY MR. SPERLEIN:

24      Q.   When you took down 300 -- or canceled the

25  video file of the movie 300, you testified that that

100

1  was at the same time that the video was actually

2  playing in theaters; is that correct?

3       A.   That's correct.

4       Q.   Would you consider -- did you consider that

5  a blatant copyright violation?

6       A.   I did, yes.

7       Q.   Can you tell me other factors that would

8  indicate to you that something is blatantly copyright

9  infringing?

10           MS. GOLINVEAUX:   Object.   It calls for

11  legal opinion.

12           THE WITNESS:   Duration is a factor.

13  BY MR. SPERLEIN:

14       Q.   And how is that a factor?

15       A.   Videographers will often use clips of this

16  or that, you know, editorial content that likely

17  constitutes fair use.   So we don't -- I don't

18  consider that -- if it is a complete copy and that I

19  am aware that it is something that would be an

20  extreme stretch for one of our users to own the

21  rights to and it is not a user who I know that we

22  have a relationship with on the content side, those

23  factors would weigh into my personal determination

24  and opinion as to what is blatant.

25       Q.   Okay.   I want to break those down a little

1  bit.  The first thing you said was the duration of

2  the clip; is that correct?

3      A.   Uh-huh.

4      Q.   Or duration of the file.  And it is your

5  opinion that if the video file is there in its

6  entirety that is a factor that goes towards showing

7  that it may be copyright infringement; is that

8  accurate?

9          MS. GOLINVEAUX:  Objection.  Calls for

10  legal conclusion.

11          THE WITNESS:  My opinion is if the video is

12  there in its entirety, that content publisher has a

13  weak fair use argument, and so that is a factor.

14  BY MR. SPERLEIN:

15      Q.   So is it your opinion that if someone puts

16  a shorter clip, even if they don't have permission,

17  it may be legal because there may be a fair use

18  argument; is that what you are saying?

19          MS. GOLINVEAUX:  Object.  Calls for legal

20  conclusion.

21          THE WITNESS:  My opinion of blatant --

22  well, let me rephrase that.  I would say it is -- for

23  me personally, it is very difficult to determine if a

24  clip is violating somebody's copyright.

25  BY MR. SPERLEIN:

1     Q.   Okay.  But there are some factors that you

2   believe make it easier to make that determination; is

3   that correct?  We've talked about at least one

4   factor, the fact that the movie is still playing in

5   the movie theater.

6          Is that -- let's focus in on that for just

7   a second.  The fact that 300 was still in the movie

8   theaters was an indicater to you that the copy that

9   was submitted to Veoh was not likely there with the

10  permission of the owner; is that correct?

11    A.   That was one factor, yes.

12    Q.   And is that because it is not a very common

13  business practice for movie distributors to give away

14  their movies in there entirety by some other channel

15  when they are still trying to get sales from theater

16  attendance?

17          MS. GOLINVEAUX:  Object to the form of the

18  question.

19  BY MR. SPERLEIN:

20    Q.   Let me ask you why you think that's a

21  factor that shows a likelihood of copyright

22  infringement.

23    A.   Knowing that we don't have a relationship

24  with that publisher and knowing that the entire

25  content in it's entirety did not constitute something

1  promotional that may have been published by somebody

2  with permission, in my opinion, that led me to

3  determine that it was blatantly copyrighted.

4      Q.   Are you generally aware of who Veoh has

5  relationships with, with regard to content, and who

6  they don't?

7          MS. GOLINVEAUX:  Mr. Sperlein, can you

8  direct me back to where in the 30B6 where this --

9  which topic this is?

10         MR. SPERLEIN:  If you look at 22, it is the

11  policies for preventing copyright infringement.

12         MS. GOLINVEAUX:  And what does that have to

13  do with this question?

14         MR. SPERLEIN:  It has to do with, if there

15  is a policy about blatant copyright infringement, I

16  want to know how the determination is made to

17  exploit.

18         MS. GOLINVEAUX:  Would you read back the

19  question, please?

20         (Record read.)

21         MS. GOLINVEAUX:  I will make the objection

22  that this is outside the scope of the topics for

23  which this witness has been desinginated and to that

24  extent that would count as his personal testimony

25  rather his testimony of Veoh.

1            THE WITNESS:  Repeat.

2            (Record read.)

3            THE WITNESS:  I am generally aware, yes.

4    BY MR. SPERLEIN:

5        Q.   Have you discussed with other employees of

6    Veoh what may be an example of blatantly copyrighted

7    infringement?

8            MS. GOLINVEAUX:  Object to the extent it

9    would require the witness to disclose attorney-client

10   communications.  I would instruct him not to answer.

11           THE WITNESS:  I am not going to answer.

12   BY MR. SPERLEIN:

13       Q.   Would you feel that it would help you to

14   determine if something was an example of copyright

15   infringement or not if you knew the producer of the

16   video clip that appeared on Veoh?

17           MS. GOLINVEAUX:  Objection.  Calls for

18   legal conclusion.

19           THE WITNESS:  If I knew that Veoh had a

20   relationship with the producer, then that would

21   clearly mean it was not problematic.

22   BY MR. SPERLEIN:

23       Q.   Did Veoh ever implement a policy that

24   allowed users to be community editors?

25       A.   No.

1    Q.   Of 2007 or -- no --

2    A.   2006 through now it has grown quite

3  substantially.

4    Q.   Has Veoh reconsidered the possibility of

5  using community editors now that there is a

6  significant community?

7    A.   I have not been involved in any discussions

8  about doing that.

9    Q.   Okay.  When a Veoh employee is reviewing

10  a video file in the video editor page, can the

11  employee tag the video file in such a way that the

12  places on the Veoh system where the video file

13  appears are limited?

14    A.   Yes.

15    Q.   And for an example, if a video file

16  contains nudity, but is within Veoh's terms of use,

17  can a Veoh employee mark that video file in such a

18  way that it would not appear on Veoh's home page?

19    A.   Yes.

20    Q.   And if that is done, are there a number of

21  areas on the Web site where that video file would not

22  appear?

23    A.   My recollection is home page and most

24  popular.

25    Q.   Is there only one -- strike that.

113

1       Q.   When a user goes to the home page of

2   Veoh.com, does Veoh immediately recognize the

3   computer that that user -- based on the computer that

4   the person is using, regardless of whether they've

5   registered or not?

6       A.   What do you mean "recognize"?

7       Q.   If a computer has been used to visit

8   Veoh.com previously, and someone on that computer

9   comes back to veoh.com, does Veoh recognize the

10  computer -- recognize that that person is returning

11  to Veoh and change the interfacing anyway because

12  of -- or based on his earlier visits to the Web site?

13      A.   I am not aware of the interface changing

14  for first time versus repeat visitors.

15      Q.   And when a user goes to the video home

16  page, is there a -- does the video file immediately

17  launch in the Flash Player?

18      A.   Yes.

19      Q.   And what determines which video file plays

20  when a user goes to the home page?

21      A.   Content and programming team select the

22  videos.

23      Q.   They select which videos will play on the

24  home page?

25      A.   Correct.

1    Q.   And is it at any given time the same for

2 all users on the system?

3    A.   There's different kinds of users.  There's

4 registered users and not registered users.

5 Registered users get their own recommendations.

6 Nonregistered users get the home page that is

7 programmed by the content team.

8    Q.   If a user goes to veoh.com and is

9 registered, but does not log in on this new visit,

10 does Veoh recognize that person as the registered

11 user based on the IP address that they are coming

12 from; or does it see that user as a new user -- or an

13 unregistered user?  Sorry.

14    A.   I don't believe the IP address is used at

15 all.

16    Q.   Does the user have to be registered to view

17 video files?

18    A.   No.

19    Q.   Are the ads served by Veoh generated based

20 in part on what video files a user has viewed?

21    A.   Has viewed?

22    Q.   Has viewed.

23    A.   No.

24    Q.   I want to clarify that.  If a registered

25 user is on veoh.com, does Veoh keep track of the

1   video files that that user has viewed?

2       A.   Yes.

3       Q.   And does Veoh have the capability of

4   distinguishing which ads they want to show to that

5   user based on what his interests might be based on

6   what video files that he's watched?

7            MS. GOLINVEAUX:  Object to the form of the

8   question.

9            THE WITNESS:  Ads on video do not take into

10  account user viewing history.

11  BY MR. SPERLEIN:

12      Q.   Does Veoh make recommendations of other

13  videos that the user might wish to view based on his

14  past viewing history?

15      A.   Yes.

16      Q.   Are there any advertisements on the Veoh

17  system that are served in the same manner as video

18  files?

19           MS. GOLINVEAUX:  Sorry.  Mr. Sperlein, can

20  you direct me back to our 30B6 notice and just what

21  related topics you are talking about?

22           MR. SPERLEIN:  With regard to whether they

23  are treated like other video files, it would be under

24  Section No. 5, which is --

25           MS. GOLINVEAUX:  Whether what is treated as

1           Let me show you another exhibit we will

2    mark Exhibit 3.  Okay.  This is Defendant's

3    Exhibit -- or I'm sorry, Document No. Veoh00196 and

4    197.  It appears to be an e-mail from Dmitry Shapiro,

5    D-m-i-t-r-y, S-h-a-p-i-r-o, to Joseph Papa, from

6    August 24th, 2006.

7           Do you recall this e-mail, Mr. Papa?

8           (Plaintiff's Exhibit No. 3 was marked.)

9           THE WITNESS:  I can't say I can recall it,

10   but it is clearly to me, so --

11   BY MR. SPERLEIN:

12      Q.   And just to clarify, if we go down a bit,

13   it is actually -- this is a response.  And the e-mail

14   trail further down shows that -- some comments that

15   were made by you.

16      A.   Yep.

17      Q.   But at the very top here the part that

18   appears to come from Dmitry Shapiro to you it says,

19   "Send him an e-mail back.  We listened to him and we

20   took it off the home page."

21          Would this be an example of a video file

22   that was marked so that it wouldn't show up on the

23   home page or the most popular sections?

24      A.   I can't recall if that same mechanism was

25   used here.  I would speculate that that is true.

1    Q.    Is there any other mechanism that would

2 achieve that same task of keeping the video on the

3 system while at the same time not making it available

4 on the home page?

5    A.    Just time.  More videos are published and

6 it is bumped off the home page.

7    Q.    Okay.  And when you look down at the body

8 of the original e-mail that came to you, is this

9 e-mail dealing with a video that a user found

10 offensive but was not necessarily violative of the

11 terms of use?

12    A.    I think that is accurate.

13    Q.    If it was a violation of the terms of use,

14 would the video have been canceled rather than just

15 taken off the home page?

16    A.    Yes.

17    Q.    Thank you.

18        Going back to the idea of reviewing,

19 indexing, and categorization to make sure it is

20 accurate, do you know if Veoh ever had a policy in

21 the past where Veoh's employees checked

22 categorization to make sure that it was appropriate?

23    A.    "A policy" was the question?

24    Q.    Yes.

25    A.    I am not aware of a policy for

1  categorization.

2      Q.   Were there any procedures in place for

3  reviewing categorization to make sure it was

4  appropriate?

5      A.   Categorization" is somewhat ambiguous.  Do

6  you mean something very specific in the Veoh system?

7  Is that what you are referring to?

8      Q.   I am talking about specifically which

9  categories are associated with the video file in the

10  Veoh system.

11      A.   Okay.  Can you repeat the question?  I'm

12  sorry.

13      Q.   Did Veoh have a procedure for reviewing the

14  categorization as done by the users when they

15  uploaded to make sure that that categorization was

16  accurate?

17      A.   I am not aware of a procedure for that.

18      Q.   Are you familiar with procedures for

19  transforming user submitted video files into Flash

20  format.

21      A.   Yes.

22      Q.   Is that an important area of your job

23  function at Veoh?

24      A.   Important area?

25      Q.   Are you directly involved with that

1  process?

2      A.   Yes.

3      Q.   Are all video files that are submitted to

4  Veoh transcoded into Flash format?

5      A.   No.

6      Q.   In what circumstances would a video file

7  not be transcoded into Flash format?

8      A.   If the format of the video file is not

9  compatible.

10     Q.   And in that case it would be -- it would be

11  marked as noncompatible and possibly maintained for

12  up to 90 days?

13     A.   Correct.

14     Q.   If a video file is in a compatible format,

15  is that video file then transformed into Flash

16  format?

17     A.   Yes.

18     Q.   Are there any other exceptions to what

19  would be -- what video files would be transcoded into

20  Flash format?

21     A.   All valid videos are encoded into Flash

22  format.

23     Q.   All what kind of videos?

24     A.   Valid videos.

25     Q.   Is the entire video file transcoded into

1  Flash format?

2      A.   Currently, yes.

3      Q.   Was there a different policy in the past

4  where the entire video file was not transcoded into

5  Flash format?

6      A.   Yes.

7      Q.   Why are video files transcoded into Flash

8  format after they are submitted to Veoh?

9      A.   Adobe's Flash player has something like

10 98 percent penetration in the browser market, so a

11 video formatted into Flash can be played by just

12 about anybody on the Web.

13     Q.   When a viewer views a video file through

14 the web-based application at veoh.com, is the video

15 file the person is viewing in Flash format?

16     A.   Is the video file in Flash format?  Yes.

17     Q.   Does Veoh make more than one flash -- does

18 Veoh make more than one Flash formatted file for

19 playing through the Veoh system for each video file?

20     A.   Under some circumstances, yes.

21     Q.   Are some video files transcoded into a

22 higher and a lower resolution version?

23     A.   Some files are, yes.

24     Q.   Is it ever anymore than two versions?

25     A.   Only two Flash versions.

1      Q.    What is the purpose for -- strike that.

2   Let me ask a different question.

3          When there is two Flash format versions

4   made, is the only difference between those two

5   versions the resolution?

6      A.    And the codec.

7      Q.    And what is the purpose for making two

8   different types of Flash format files?

9      A.    Publishers that are in our Pro program get

10  the higher quality version generated.  It is a value

11  added to the service.

12     Q.    It the Pro Publisher service is a service

13  whereby the publisher can actually earn revenue from

14  his video file on Veoh?

15     A.    Correct.

16     Q.    Is there software associated with

17  transcoding the original video file into a Flash

18  format file?

19     A.    Yes.

20     Q.    And what software does Veoh use?

21     A.    We use a commercial product called, Flix

22  engine.

23     Q.    And does Flix engine come with preset

24  options for specifications?

25     A.    I don't know.

1      Q.   Does Veoh use preset specifications from

2  Flix?

3      A.   We have a standard format for both the low

4  and high res.

5      Q.   What bit rate are the Flash files set up

6  in?

7      A.   512 kilobits per second is the maximum bit

8  rate.  They are variable.

9      Q.   And does Veoh set the frame size?

10     A.   Correct.

11     Q.   And what frame size is it set at?

12     A.   For the low res version it is 320 by 240.

13  The high res version is escaping me.  It is the same

14  aspect ratio, 4 by 3.  So it is approximately 400 by

15  300.

16     Q.   So that would appear larger on a user

17  screen when they see it?

18     A.   No.

19     Q.   Would it appear the same size on the user

20  screen?

21     A.   Yes.

22     Q.   But would it appear sharper image than --

23     A.   Yes.

24     Q.   And to be clear, the frame size is -- does

25  Veoh set that frame size, or is it set by -- as a

1  preset in the Flix software?

2      A.   We can control the frame size.  That's the

3  output of the Flix engine, and we elect to set it at

4  those sizes.

5      Q.   And is that the same for the bit rate?

6      A.   Correct.

7      Q.   And what about the frame rate?  Do you set

8  the frame rate?

9      A.   We do.

10      Q.   And what do you set the frame rate at?

11      A.   I don't know.

12      Q.   Is it different for the two different

13  versions?

14      A.   It is likely higher in the high res

15  version.

16      Q.   Can a user tell Veoh what frame rate they

17  want the video file set at when it is transcoded into

18  Flash?

19      A.   No.

20      Q.   Can a user instruct Veoh on any of the

21  other specifications?

22      A.   No.

23      Q.   Does the Flix software allow Veoh to track

24  any user viewing statistics?

25      A.   No.

1      Q.   And does Veoh sniff a user's bandwidth to

2   determine if a different bit rate should be used for

3   that viewer?

4      A.   No.

5      Q.   So it's -- for whatever -- for a particular

6   video file that has been transcoded into Flash, it

7   would have the same bit rate regardless of what user

8   viewed video file on the system?

9      A.   That's correct.

10      Q.   And currently once a video file is

11   submitted and then transcoded into Flash format the

12   entire video file is transcoded into Flash; is that

13   your testimony?

14      A.   Currently, yes.

15      Q.   And is the entire Flash version of that

16   file then available to users using the veoh.com

17   interface?

18      A.   Yes.

19      Q.   And at some time in the past was something

20   other than the full video file transcoded into Flash

21   format?

22      A.   Yes.

23      Q.   And when was that change made?

24      A.   October of '06.

25      Q.   And prior to that was it a smaller version

1   of the video that was transcoded into Flash format?

2        A.   Yes.

3        Q.   And how was the length determined?  Was it

4   a standard cutoff?

5        A.   If it was longer than ten minutes -- if the

6   duration of the incoming video was longer than ten

7   minutes we would encode a three-minute Flash version.

8   If it was shorter than ten minutes, we would encode

9   the entire thing.

10       Q.   Shorter than three minutes?

11       A.   Ten minutes.

12       Q.   Okay.  Ten minutes.

13            And why was that change made?

14       A.   From a marketing and product placement

15   perspective we wanted to have a clear

16   differentiator for publishers.  And YouTube and other

17   competitors were limiting, so we wanted to be

18   unlimited.

19       Q.   But at all times when a user viewed a video

20   file or a part of a video file on the veoh.com Web

21   site, was that user also able to download an entire

22   version of that file if the user had the Veoh client

23   installed on their computer?

24       A.   Yes.

25       Q.   Is it a challenge to get users to down-load

1  Veoh client onto their home computers?

2      A.   That is a fair statement.

3      Q.   Was the original hope that by not having

4  the entire video clip on the Web site users might be

5  persuaded into downloading the client so that they

6  could see the full version?

7      A.   The primary motivator for the truncated

8  previews was cost.

9      Q.   Was there a second area motive?

10      A.   We acknowledged that it may help drive

11  player adoption.  The cost was what drove the

12  decision.

13      Q.   And what costs would be incurred by having

14  the full video files available in a Flash format?

15      A.   Bandwidth.

16      Q.   Bandwidth as the user actually viewed video

17  files?

18      A.   Correct.

19      Q.   How about storage?  Was that a concern?

20      A.   To a lesser extent.

21      Q.   When a video file is submitted to Veoh and

22  a Flash version is made, is that Flash version made

23  as part of the publication process?

24      A.   Yes.

25      Q.   It is not made on the fly as someone goes

131

1   to veoh.com and clicks on a video to watch, that's

2   not transcoded at that point in order for the user to

3   watch it; is that correct?

4         A.   That's correct.

5              MS. GOLINVEAUX:  What time is it?

6              MR. SPERLEIN:  It is about 20 after.

7   BY MR. SPERLEIN:

8         Q.   Does Veoh also, in some cases, make a PSP

9   file of the video files?

10        A.   Not currently.

11        Q.   Did they in the past?

12        A.   Not as part of the product.

13        Q.   What does that mean, "not as part of the

14   product"?

15        A.   We developed it, but never made it publicly

16   available, part of the product.

17        Q.   Are there any video files that are

18   currently available in PSP format.

19        A.   If the user has published a file that's in

20   PSP format then, yes.

21        Q.   So Veoh has never transcoded into PSP

22   format?

23        A.   That's correct.

24        Q.   How about an iPod type format?

25        A.   Yes.

1      Q.   Yes, Veoh has transcoded into iPod.

2      A.   Yes.

3      Q.   What's the extension for the current --

4      A.   MP4.

5      Q.   MP4.  And why did Veoh transcode into MP4

6   for the iPod?

7      A.   Pro Publishers get iPod compatible versions

8   as part of the value add.

9           MR. SPERLEIN:  I think -- let me just look

10   over this one area here real quick and see if there

11   are other questions in this area; and then we will

12   break, get some lunch.

13   BY MR. SPERLEIN:

14      Q.   Does Veoh progressive download or streaming

15   download Flash preview files?

16      A.   Progressive download.

17      Q.   Do the specifications on the Flash preview

18   files correlate with the specification on the

19   original video file that the user downloaded; or to

20   the contrary, does Veoh set standard specs for every

21   file, regardless of what the specs of that file are

22   coming into the system?

23      A.   So the aspect ratio is determined by the

24   incoming file.  And we won't exceed the 400 by 300,

25   approximately.  So if somebody publishes 1024 by 768,

1  I, NICOLE R. HARNISH, Certified Shorthand Reporter

2  for the State of California, do hereby certify:

3

4  That the witness in the foregoing deposition was by

5  me first duly sworn to testify to the truth, the

6  whole truth, and nothing but the truth in the

7  foregoing cause; that the deposition was taken by me

8  in machine shorthand and later transcribed into

9  typewriting under my direction; and that the

10 foregoing contains a true record of the testimony of

11 the witness.

12

13 Dated:  This _____ day of _____

14 at San Diego, California.

15

16

17

18                             _____

19                             NICOLE R. HARNISH

20                             C.S.R. NO. 13101

21

22

23

24

25

1    I, NICOLE R. HARNISH, Certified Shorthand Reporter

2    for the State of California, do hereby certify:

3

4    That the witness in the foregoing deposition was by

5    me first duly sworn to testify to the truth, the

6    whole truth and nothing but the truth in the

7    foregoing cause; that the deposition was taken by me

8    in machine shorthand and later transcribed into

9    typewriting, under my direction, and that the

10    foregoing contains a true record of the testimony of

11    the witness.

12

13    Dated:  This _8th_ day of _June 2007_

14    at San Diego, California.

15

16

17

18    _____NRH._____

19    NICOLE R. HARNISH

20    C.S.R. NO. 13101

21

22

23

24

25

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5

6   IO GROUP, INC., a California )
    Corporation,                 )
7                                )
                    Plaintiff,   )
8                                )
       vs.                       )Case No. C-06-3926(HRL)
9                                )
    VEOH NETWORKS, Inc., a       )
10  California Corporation,      )
                                 )
11                  Defendant.   )
    _____)
12

13

14

15            DEPOSITION OF JOSEPH PAPA,

16  taken by the Plaintiff, commencing at the hour of

17  8:10 p.m., on Tuesday, May 22, 2007, at

18  530 B Street, Suite 350, San Diego, California,

19  before Nicole R. Harnish, Certified Shorthand

20  Reporter in and for the State of California.

21

22

23

24

25

1  APPEARANCES:

2

3        For the Plaintiff:

4            GILL SPERLEIN
             GENERAL COUNSEL
5            TITAN MEDIA.COM
             BY:  GILL SPERLEIN, ESQ.
6            584 Castro Street, Suite 849
             San Francisco, California  94114
7

8        For the Defendant:

9            WINSTON & STRAWN
             BY:  JENNIFER A. GOLINVEAUX, ESQ.
10           101 California Street
             San Francisco, California  94111
11

12
          Also Present:  Keith Ruoff
13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    I N D E X

 2  WITNESS:  JOSEPH PAPA

 3

 4  EXAMINATION:                               Page

 5  By Mr. Sperlein                               5

 6

 7

 8

 9                  E X H I B I T S

10  MARKED FOR IDENTIFICATION

11  11    Printouts from Veoh Forum section        201

12  12    E-mail correspondence from Joseph Papa   206
           to Brad Seraphin, Engineering, dated
13         6/21/2006

14  13    Various e-mail correspondence            232

15  14    Section of the Wiki                      233

16  15    E-mail correspondence from Dmitry Shapiro 236
           to John MacDonald, Ted Meisel,
17         Francis Costello, Todd Leeloy,
           dated 12/23/2006
18
    16    E-mail correspondence from Joseph Papa   239
19         to Ted Dunning, dated 6/9/2006

20  17    E-mail correspondence from Joseph Papa   240
           to Ted Dunning, dated 5/23/2006
21

22        Questions Witness Instructed Not To Answer
                        Page      Line
23                      174        13
                        176        20
24                      180        18
                        182        24
25                      184        18
```

140

1                    JOSEPH PAPA,

2        having been duly sworn, testified as follows:

3

4                    EXAMINATION

5

6   BY MR. SPERLEIN:

7        Q.   Good morning, Mr. Papa.  Everything that I

8   said yesterday before we started the deposition also

9   applies today, as far as remembering to give audible

10  responses.  You did a great job yesterday, so I think

11  we will be fine on that.

12            Yesterday you talked about prior to Veoh

13  going online that there was a possibility being

14  discussed of having community reviewers review

15  content before it was made generally available to the

16  Veoh community; is that correct?

17       A.   That's correct.

18       Q.   Do you remember that conversation?

19       A.   Yes.

20       Q.   You indicated later that Veoh found that to

21  be infeasible and decided not to implement that

22  program.

23            Is that an accurate portrayal of what you

24  said yesterday?

25       A.   Yes.

1  concerned about end user perception.  And the

2  efficiency of the peer network was sufficient without

3  it.

4  BY MR. SPERLEIN:

5      Q.  The first item you mentioned, that Veoh was

6  concerned with end user perception, what type of

7  perception might an end user get if this system was

8  implemented?

9      A.  There was concerns that end user would

10  perceive our distributing content without their

11  specifically requesting it as negative.

12     Q.  Does Veoh, under any other circumstances,

13  send video files out to Veoh clients without the

14  users requesting it?

15     A.  No.

16     Q.  When a user uploads video file onto the

17  Veoh system, does Veoh sometimes create a group of

18  sample images of that video file?

19        MS. GOLINVEAUX:  Object to the form.

20        THE WITNESS:  Uploading just moves the file

21  from the client machine to the video system.

22  BY MR. SPERLEIN:

23     Q.  At that time does the Veoh system create a

24  Flash version of that video file?

25        MS. GOLINVEAUX:  Object to the form.

154

1              THE WITNESS:  At what time?

2    BY MR. SPERLEIN:

3        Q.   After the user uploads a new video file

4    onto the Veoh system.

5        A.   After a user uploads a new video, we verify

6    that the codec is one that we support.

7        Q.   And after that is a Flash file generated?

8              MS. GOLINVEAUX:  Object to the form.

9              THE WITNESS:  A Flash file is generated

10   after we confirm the version is supported.

11   BY MR. SPERLEIN:

12       Q.   And is that Flash file created on a

13   computer or a computer that is owned and operated by

14   Veoh?

15       A.   Yes.

16       Q.   At around that same time when the Flash

17   file is being generated, are there also screen

18   captures generated?

19             MS. GOLINVEAUX:  Object to the form.

20             THE WITNESS:  Yes.

21   BY MR. SPERLEIN:

22       Q.   Are screen captures generated for every

23   video file?

24       A.   Yes.

25       Q.   Has it always been the case that screen

1  captures were generated for every video file?

2      A.   We attempt to generate screen captures for

3  every video file, and that has always been the case.

4      Q.   And how many screen captures are made for

5  each video file?

6      A.   Currently 32.

7      Q.   And has that changed over time?

8      A.   Yes.

9      Q.   How many screen captures were made for each

10 video file in the past?

11     A.   My recollection is two were made initially.

12     Q.   Between the time that two screen captures

13 were made, or at least as you best recollect two were

14 made, and the time that 32 screen captures were made

15 was there any other period of time when a different

16 number were made?

17     A.   Not that I recall.

18     Q.   And do you recall when that change was

19 made?

20     A.   My recollection is it preceded the launch

21 of veoh.com, but I don't remember specifically when.

22     Q.   Can you tell me why Veoh made decision

23 to increase the number of screen captures from 2 to

24 32?

25     A.   We introduced a product feature where users

1  could look at the screen caps for a video.

2      Q.   And did that add value to the user's

3  experience?

4           MS. GOLINVEAUX:  Object to the form.

5           THE WITNESS:  I can't speak for all users.

6  I used it quite a bit.

7  BY MR. SPERLEIN:

8      Q.   You used the screen capture feature?

9      A.   Yes.

10     Q.   Did you use that when you were accessing

11  Veoh as an end user, as a regular user?

12          MS. GOLINVEAUX:  Object to the form.

13          THE WITNESS:  Yes.

14  BY MR. SPERLEIN:

15     Q.   And how about professionally when you were

16  accessing the Veoh system for something that was

17  related to your working for Veoh?  Did you use the

18  screen capture feature in those situations?

19     A.   I periodically test all features.

20     Q.   How would the screen capture feature

21  enhance a user's experience, if at all?

22          MS. GOLINVEAUX:  Object to the form.

23          THE WITNESS:  I can't speak for all users.

24  BY MR. SPERLEIN:

25     Q.   How did -- Veoh added this feature for a

1  reason.  Why did Veoh add this feature?

2            MS. GOLINVEAUX:  Object to the form.  And

3  it assumes facts not in evidence.

4            THE WITNESS:  Prior to the launch of

5  Veoh.com there was no video preview.  The screen caps

6  feature provided a way to get a little bit more

7  information about the content of the video, prior to

8  downloading it.

9  BY MR. SPERLEIN:

10     Q.  At that time, prior to the launch of

11  Veoh.com, were there any other reasons that Veoh

12  thought the screen capture feature would be

13  beneficial?

14     A.  I am not aware of any.

15     Q.  And then once the veoh.com site was

16  launched, at that time is it your recollection that

17  at that time there were 32 screen captures available

18  for each video file?

19     A.  Yes.

20     Q.  And at that time did Veoh believe that

21  there was some benefit to having 32 screen captures

22  for each video file on the Veoh system?

23            MS. GOLINVEAUX:  Object to the form.

24            THE WITNESS:  I can't speak for all of

25  Veoh.

1  BY MR. SPERLEIN:

2      Q.   Well, actually, that is why you are here

3  today, to speak for all of Veoh, unfortunately.

4           MS. GOLINVEAUX:  Would you repeat the

5  question, please?

6           (Record read.)

7           THE WITNESS:  I understood that the value

8  of that was significantly diminished with the advent

9  of previews.

10 BY MR. SPERLEIN:

11     Q.   Do you know why Veoh continued to generate

12 screen captures after the preview feature was

13 available?

14     A.   It is not common practice to remove

15 features.

16     Q.   So the fact that the screen capture feature

17 remained on the system may be somewhat of a legacy

18 type of situation?

19     A.   That is a fair characterization.

20     Q.   Can you tell me what the -- just a minute.

21          What format, file format are the screen

22 captures in?

23     A.   JPEG.

24     Q.   And what is the pixel resolution?

25     A.   There is two resolutions, 16 of them are

1  the same resolution as the incoming video.  16 of

2  them are reduced resolution, approximately 90 pixels

3  by 60 pixels.  I don't recall the exact dimensions of

4  the small range.

5      Q.   Is there a reason for having one set of 16

6  that is at a reduced resolution?

7      A.   Prior to the launch of veoh.com, the visual

8  design on the videos pages dictated two sizes.

9      Q.   Was there a reason why two sizes were

10  dictated?

11      A.   The visual designers preferred a layout

12  that required two sizes.

13      Q.   After the launch of veoh.com, was there any

14  longer a reason for having two different sets with

15  different resolution sizes?

16      A.   No.

17      Q.   When a user is accessing veoh.com and

18  they're at a video details page, are they required to

19  click a button to show the screen captures?

20      A.   Yes.

21      Q.   And when they click that button, do they

22  see all 32 screen captures?

23      A.   No.

24      Q.   Do they just see 16 screen captures?

25      A.   Yes.

1      Q.   And the screen captures that they see, are

2   they the screen captures that are set in the original

3   pixel resolution?

4      A.   No.

5      Q.   Are the screen captures that they see in

6   the reduced pixel resolution?

7      A.   Yes.

8      Q.   Are the screen captures that are in the

9   original pixel resolution available for an end user

10  to view at all?

11     A.   No.

12     Q.   Where do they reside?

13     A.   On Veoh storage system.

14     Q.   So to be clear, there are 16 screen

15  captures that are generated that reside on the Veoh

16  system that users cannot view at all; is that

17  correct?

18     A.   That is accurate.

19     Q.   Are any of the screen captures made

20  available to users in a larger size on the Veoh Web

21  site anywhere?

22          MS. GOLINVEAUX:  Object to the form.

23          THE WITNESS:  No.

24  BY MR. SPERLEIN:

25     Q.   If an end user points his cursor over top

1   the content and programming teams' responsibility.

2        Q.   Do you know if anyone in that department

3   then takes any action?

4             MS. GOLINVEAUX:  Object to the form.

5             THE WITNESS:  I am aware that action has

6   been taken in response to flags, but I am not aware

7   of the business process that guarantees that all

8   flags are addressed.

9   BY MR. SPERLEIN:

10       Q.   You said earlier that there is a flag that

11  says something to the effect of should be featured on

12  Veoh; is that correct?

13       A.   That's correct.

14       Q.   And what is the purpose of that flag?

15       A.   Gives the community an opportunity to

16  communicate to Veoh if there is a video that they

17  think should be featured.

18       Q.   And what does it mean to feature a video?

19       A.   Give it special treatment in the visual

20  design.

21       Q.   And what kind of special treatment would it

22  receive?

23       A.   It might be presented in a box at the top

24  of the page on any one of our browse navigation

25  pages.

172

1     Q.   Anything else?

2     A.   It could also be added to the list of

3   videos which play on the home page.

4     Q.   And are the videos that are listed on the

5   home page -- does at least one of those automatically

6   begin playing when someone navigates to veoh.com?

7     A.   Yes.

8     Q.   Is there any other special treatment that a

9   featured video would get?

10    A.   Not that I am aware of.

11    Q.   How long does it remain a featured video?

12    A.   Content and programming team have a

13   rotation schedule and it varies.

14    Q.   Is there any method for a video file

15   becoming a featured video other than have the

16   community flag it with the featured flag?

17    A.   We often feature content from producers

18   with whom we have relationships.

19    Q.   And does Veoh ever select a featured video

20   file on its own accord?

21         MS. GOLINVEAUX:  Object to the form.

22         MR. SPERLEIN:  Let me clarify.

23   BY MR. SPERLEIN:

24    Q.   Other than those that are featured because

25   of a relationship with the content producer --

173

1  excluding those situations does Veoh sometimes select

2  a video file that Veoh wishes to feature?

3       A.   Yes.

4       Q.   Under what circumstances?

5       A.   If there's a video that is interesting, the

6  content and program team may feature it.

7       Q.   Prior to June 21st 2006, was there a flag

8  menu item that says "appears to be copyrighted

9  material"?

10      A.   My recollection is yes.

11      Q.   Can you tell me when that was changed?

12      A.   I would estimate July or August of 2006.

13      Q.   Do you know why it was changed?

14           MS. GOLINVEAUX:  I would instruct the

15  witness not to answer to the extent it discloses

16  attorney-client communications.

17           THE WITNESS:  It was communicated to me

18  that it was guidance from our counsel.

19  BY MR. SPERLEIN:

20      Q.   During the time frame when there was a flag

21  that says "appears to be copyrighted material," did

22  Veoh employees review a video file that was so

23  flagged?

24      A.   I am not aware of a business process that

25  would guarantee that all flags were addressed.

1  question, please?

2          (Record read.)

3          MS. GOLINVEAUX:  Thank you.

4          THE WITNESS:  I am personally aware that

5  adult sites --

6          MS. GOLINVEAUX:  I am going to interject

7  now.  If you are about to reveal the content of any

8  attorney-client communications that was passed on to

9  you from an attorney, I would instruct you not to

10  answer the question.  If you aren't, you can proceed

11  to answer the question.

12          THE WITNESS:  Yeah.  As I indicated

13  earlier, I was personally concerned about underage

14  content.  And that is because I was personally aware

15  that adult sites require -- or are required to keep

16  documentation.

17  BY MR. SPERLEIN:

18      Q.  Were you aware of that prior to your

19  employment with Veoh?

20      A.  I believe so.

21      Q.  And how is it that you were personally

22  aware of that fact?

23      A.  I read a lot of technology blogs, and that

24  subject is sort of an important issue for free speech

25  advocates and other active, you know, groups.

192

1      Q.   Were you familiar at that time -- had you

2  ever heard of those requirements being referred to as

3  2257 requirements?

4           MS. GOLINVEAUX:  Again, outside anything

5  counsel may have told you.

6           THE WITNESS:  I've heard of that.

7  BY MR. SPERLEIN:

8      Q.   And at the time that you were considering

9  these issues for Veoh and ways of keeping

10  child pornography off of Veoh, did you take any

11  further steps to learn more about what 2257 might

12  mean?

13           MS. GOLINVEAUX:  Outside communications

14  with counsel, he's asking.

15           THE WITNESS:  Uh-huh.  I have read about

16  2257 on a variety of blogs and other Web sources.

17  BY MR. SPERLEIN:

18      Q.   And from that research -- or from reading

19  those blogs, can you tell me what you learned about

20  2257?

21      A.   Essentially that producers of explicit

22  content are required to maintain documentation

23  pertaining to the age of participants.

24      Q.   Anything else?

25      A.   That is pretty much it.

1    Q.   In your investigation, did anyone ever

2 discuss whether or not sexually explicit video files

3 were required to be labeled as to where records were

4 maintained?

5         MS. GOLINVEAUX:  Object to the form of the

6 question.

7         THE WITNESS:  Can you repeat it?

8 BY MR. SPERLEIN:

9    Q.   During your -- is it fair to call your

10 looking into these issues as an investigation?

11    A.   I wouldn't characterize it as an

12 investigation.

13    Q.   Did you actively seek answers to your

14 questions about what was required under the law to --

15 for a Web site that contains sexually explicit

16 material?

17         MS. GOLINVEAUX:  Object to the form of the

18 question.

19         THE WITNESS:  I was curious about the

20 subject matter because I encountered it on various

21 blogs and other web sources.

22 BY MR. SPERLEIN:

23    Q.   Were you seeking to understand what was

24 required?

25         MS. GOLINVEAUX:  Object to the form of the

194

1  question.

2         THE WITNESS:  I was looking for additional

3  information after I encountered the subject matter.

4  BY MR. SPERLEIN:

5     Q.   Have you ever witnessed on a Web site that

6  contained sexually explicit material statements about

7  2257?

8     A.   I have.

9     Q.   Have you witnessed statements that said --

10  indicated an address where a keeper of records for

11  2257 material was?

12         MS. GOLINVEAUX:  I would like to say on the

13  record that I think this is outside of the scope of

14  the 30B6, and this is not testimony that would be

15  related to Veoh networks.

16         THE WITNESS:  I don't remember seeing an

17  address.

18  BY MR. SPERLEIN:

19     Q.   Did you ever advise anyone else at Veoh of

20  anything that you had learned about 2257?

21         MS. GOLINVEAUX:  Other than attorneys.

22         THE WITNESS:  I communicated to others

23  concerns that were expressed in the blog community

24  about the ambiguity of the producer definition.

25  BY MR. SPERLEIN:

1    Q.   Do you recall who you had those

2  conversations with?

3    A.   Dmitry and Francis.

4    Q.   Did you ever have those conversations with

5  Dr. Dunning?

6    A.   I don't specifically recall discussing it

7  with Dr. Dunning.

8    Q.   After Veoh's policy changed so that

9  adult -- sexually explicit adult material was no

10  longer allowed on Veoh, were video files that

11  contained simple nudity still allowed on video?

12        MS. GOLINVEAUX:  Object to the form of the

13  question.

14        Did you call it "simple nudity"?  I'm

15  sorry.  I didn't hear.

16        MR. SPERLEIN:  I think that is what I said.

17        MS. GOLINVEAUX:  Okay.

18        THE WITNESS:  Our terms of service

19  prohibited -- or continued to prohibit nudity.

20  BY MR. SPERLEIN:

21    Q.   Do you know if Veoh currently enforces its

22  terms of use with regard to video files that contain

23  nudity, but not sexually explicit activity?

24    A.   Not sexually explicit, nudity is tolerated.

25    Q.   By "tolerated" you mean that it is not

1  removed from the Veoh system?

2      A.   Correct.

3      Q.   Can you tell me why nudity or video files

4  that contain nudity, but not sexually explicit

5  activity, are allowed to remain on the Veoh system?

6      A.   The CEO stated that the standard should be

7  HBO, which permits not sexually explicit nudity.

8      Q.   Do you know if that policy is written

9  anywhere?

10     A.   Not that I am aware of.

11     Q.   Can you tell me -- when you said "the CEO,"

12 are you speaking of Dmitry Shapiro?

13     A.   Yes.

14     Q.   And can you tell me when he made those

15 statements?

16     A.   I would say approximately September

17 of '06 -- excuse me -- November, November of '06,

18 give or take.

19     Q.   Did Veoh at any point require video files

20 that contained sexually explicit material to be

21 labeled with information about where age verification

22 records are maintained?

23     A.   No.

24     Q.   Did Veoh require at any time sexually --

25 let me start over.

1          If the person reviewing the e-mail knew the

2    user name or e-mail to be that of a Veoh employee,

3    then they might know it was generated by that Veoh

4    employee; is that accurate?

5        A.   That's accurate.

6        Q.   But if they did not know that information,

7    they would not be able to tell if it was a Veoh

8    employee; is that accurate?

9        A.   That is accurate.

10       Q.   Are you familiar with the forum section of

11   the Veoh Web site?

12       A.   Yes.

13       Q.   And do you know when Veoh changed it's

14   policy on adult material whether people expressed --

15   users expressed their unhappiness with that decision

16   in the Veoh forums?

17       A.   There were a small number of posts, I would

18   say, that expressed displeasure.

19       Q.   Can you describe what a small number would

20   be?

21       A.   A dozen or two.

22       Q.   I just handed you a document with

23   Plaintiff's Production No. 200214 to 239.  Are these

24   printouts from Veoh's forum section?

25          (Plaintiff's Exhibit No. 11 was marked.)

1            THE WITNESS:  That appears to be true.

2  BY MR. SPERLEIN:

3      Q.   Is there any reason to believe that this

4  isn't an accurate printout of Veoh's forum section as

5  of the date June 23rd, 2006?

6      A.   That seems accurate.

7            MS. GOLINVEAUX:  Note for the record that

8  the page numbers at the bottom of the exhibit are cut

9  off.

10            MR. SPERLEIN:  Which -- Counsel, are you

11  talking about on the left-hand side?

12            MS. GOLINVEAUX:  Correct.  The lower

13  left-hand side of most of these pages, the page

14  number is cut off.

15            MR. SPERLEIN:  And it says "of 4" without

16  the number in front, or in some cases --

17            MS. GOLINVEAUX:  Right.  Correct.

18            MR. SPERLEIN:  That is all the questions I

19  have about that document.  I am going to ask you just

20  a couple quick questions I think we went over

21  yesterday, but I want to make sure.

22  BY MR. SPERLEIN:

23      Q.   When a Veoh employee in the normal course

24  of their job function sees or identifies a file that

25  contains offensive material, are they authorized to

202

1  change the rating?

2      A.   In the course of their -- can you repeat

3  the question?

4      Q.   In the normal course of their job, if they

5  see a video file that contains offensive material,

6  but was not checked with the offensive material box,

7  are they permitted to change that rating?

8           MS. GOLINVEAUX:  Object to the form of the

9  question.

10          THE WITNESS:  Yes.

11 BY MR. SPERLEIN:

12     Q.   And if an employee sees a video file that

13 contains nudity, can they change the rating on that

14 file if it doesn't have a proper rating?

15     A.   Yes.

16     Q.   If an individual sees a video file that

17 they deem to be an obvious violation of copyright are

18 they permitted to delete that video file?

19          MS. GOLINVEAUX:  Object to the form of the

20 question.

21          THE WITNESS:  What would constitute an

22 "obvious copyright"?

23 BY MR. SPERLEIN:

24     Q.   Based on the individual's own personal

25 estimation?

1  along the process that should be filtering this out?

2          MS. GOLINVEAUX:  Object to the form of the

3  question.  Calls for speculation.

4          THE WITNESS:  The content and programming

5  team periodically review recently published videos to

6  confirm that they all meet our terms of service.  If

7  I have to speculate, I would say that that is what

8  Dmitry is referring to.

9  BY MR. SPERLEIN:

10     Q.   Thank you.

11          Do you have any idea at the time that you

12  removed -- or changed the policy regarding allowing

13  sexually explicit video files on the Veoh system, at

14  that time with regard to video files that might be

15  categorized as gay versus categorized as straight, do

16  you have any idea what the ratio or percentage or

17  some other way of comparing those two figures?  Can

18  you give me any statistical data on that?

19          MS. GOLINVEAUX:  Object to the form of the

20  question.

21          THE WITNESS:  I can't recall any numbers

22  about that.

23  BY MR. SPERLEIN:

24     Q.   Let me just show you this.  This is

25  Defendant's Document Production 00081, and it is --

1    the top header indicates it's an e-mail from

2    Joseph Papa to Ted Dunning on June 9th, responding to

3    an earlier e-mail.  But what you wrote there,

4    Mr. Papa, "If we can get this kind of reaction from

5    nongay porno watchers we are golden."

6              Did I read that correctly?

7              (Plaintiff's Exhibit No. 16 was marked.)

8              THE WITNESS:  That's correct.

9    BY MR. SPERLEIN:

10       Q.   When you wrote this it seems to imply to me

11   that there was a lot of interest in gay pornos

12   that -- is that a correct characterization of why you

13   may have written this in the way you did?

14             MS. GOLINVEAUX:  Object to the form of the

15   question.

16   BY MR. SPERLEIN:

17       Q.   Mr. Papa, at the time that you wrote this

18   did you have a perception that there was a lot of

19   interest in gay content on veoh.com?

20       A.   Yes.

21             MR. SPERLEIN:  Let me take five minutes and

22   look through my documents and my outline; but other

23   than that, we are close to being finished.

24             Give me five minutes on the other end.

25             MS. GOLINVEAUX:  Really, five minutes.

239

1  Because we didn't negotiate.

2          MR. SPERLEIN:  We won't take a lot of time.

3  We can keep the clock running.

4          MS. GOLINVEAUX:  Okay.  Fine.

5          (Recess.)

6          MR. SPERLEIN:  Handing the court reporter

7  another exhibit, which I will ask her to mark as

8  Exhibit 17.  You guys may see it.

9          MS. GOLINVEAUX:  That is a good idea.

10  BY MR. SPERLEIN:

11      Q.  This exhibit bears Defendant's Document

12  Production No. 00120.  It is an e-mail from

13  Joseph Papa to Ted Dunning copied to Jarrod Cuzens or

14  Cuzens.  It is from May 23rd, 2006, and the subject

15  line is "gay vs straight."  I am going to read this

16  out loud, if you will read it to yourself along with

17  me.

18          "Ted, can you take a crack at separating

19  gay from straight porn, via tags, publisher, and

20  other metadata?  I would rather not have to ask as

21  part of the upload process thanks, Joe."

22          (Plaintiff's Exhibit No. 17 was marked.)

23          THE WITNESS:  Yes.

24  BY MR. SPERLEIN:

25      Q.  Can you explain why you would rather not

1  ask that as part the upload process?  And that, I

2  assume, being you did not want to ask video uploaders

3  to identify material as gay or straight during the

4  upload process.  Is that what you meant by that

5  second sentence?

6       A.   Yes.

7       Q.   And why were you reticent to ask that?

8       A.   The simple way of implementing that

9  question would be to present it on the page for all

10  uploaders.  I didn't want to do that, because I

11  didn't want to reinforce the level of pornographic

12  content that was coming into Veoh.

13          A preferable way of implementing that would

14  have been to implement an additional upload step,

15  where, had a user elected to rate their content

16  adult, they would then be given a secondary page to

17  select whether or not it was gay or straight.  And I

18  just simply didn't want to spend the engineering

19  resources to implement that.

20       Q.   So the other solution that you are asking

21  Dr. Dunning to look at, by way of this e-mail, is to

22  take existing metadata associated with adult files

23  and based on that metadata make a determination as to

24  if something is more likely to fall in a gay category

25  than a straight category; is that accurate?

241

1     A.    That is accurate.

2     Q.    And did you ever implement such a system?

3     A.    No.

4     Q.    Did you implement one of the other systems

5 that you described earlier, namely either having a

6 separate place to indicate it on the upload page or

7 to have a secondary page asking just that one

8 question?  Did you pick from one of those two?

9     A.    We did not pick from one of those two.

10     Q.    Did you come up with some other way of

11 separating gay adult video files from straight adult

12 video files?

13     A.    We presented on the adult category page a

14 tag search for gay and a tag search for straight.

15 And that, I believe, successfully reinforced amongst

16 the community that if they tagged their videos gay or

17 straight it would go into the correct bucket.

18     Q.    Was that division into gay and straight by

19 those two sole tags administered prospectively so

20 that all previous video files that had been uploaded

21 onto the Veoh system were separated into those two

22 tags if they contained those tags?

23     A.    If they contained those tags, they went

24 into one of those groups.  And if they contained

25 neither or both, then there was another category.

242

1      Q.   And is that the way -- do you know when

2  that system went into effect?

3      A.   I would guess that that went into effect in

4  a matter of weeks before we decided to change our

5  terms of service to disallow explicit content.

6      Q.   All right.  This e-mail is on May 23rd, and

7  by June 21st content was gone.  So somewhere in that?

8      A.   Yeah.

9      Q.   Why separate it into gay and straight?  Was

10  that something that you felt was beneficial to the

11  end user?

12      A.   Yes.

13      Q.   And how was it beneficial to the end user?

14      A.   There were a number of e-mails that

15  indicated that commingling those was a bad

16  experience.

17      Q.   Just to clarify, when someone uploaded a

18  video file to the Veoh system, did they at that time

19  specifically direct Veoh whether to put their

20  sexually explicit video file into a gay category or a

21  straight category?

22      A.   If a video was tagged gay or straight, that

23  tag could be added at upload time or it could be

24  added after upload by the publisher or the community

25  member.

1    Q.   Did the upload page indicate to users that

2  if they wanted their material to appear in the gay

3  category, they needed to add a tag that said gay; or

4  conversely with the straight?

5    A.   My recollection is no.

6    Q.   Did anyone from Veoh ever review adult

7  video files and add either the word gay or straight

8  so that tag searches would put the -- a video file

9  into a corresponding group, the gay group of videos

10  or the straight group?

11    A.   Yes.

12    Q.   And under what circumstances would people

13  do that -- Veoh employees make those changes?

14    A.   The other category which could contain

15  neither gay or straight or both would be separated

16  periodically.

17    Q.   So let me see if I understand this

18  correctly.  Would Veoh employees go and look at video

19  files that were in the other category and determine

20  whether they would be more appropriate in straight or

21  gay and then adjust the tags so that they would go

22  into those other categories?

23    A.   It is essentially the same process as the

24  recently published process, recently published videos

25  that had no tag or both tags -- excuse me -- recently

1 tagged videos, not recently published videos.  But

2 recently tagged videos that had both or neither would

3 periodically be cleaned so that they would fall into

4 one or the other category.

5      Q.   And was that something that was done in

6 your department at the time?

7      A.   Yes.

8      Q.   Did you personally do that from time to

9 time?

10      A.   On rare occasion.

11      Q.   Did you have other employees that did that?

12      A.   Yes.

13      Q.   And when I say "that," I mean go into the

14 recently tagged section and look at video files that

15 were in the other category and separate them using

16 tags into straight and to gay?

17      A.   Yes.

18           MR. SPERLEIN:  That is all I have.  Thank

19 you for your time.  Send the original to

20 Ms. Golinveaux.  But be sure to notify me when you

21 send it to her.  Can you send a copy to me at that

22 same time?

23           MS. GOLINVEAUX:  And as I said yesterday,

24 both witnesses would like the opportunity to review

25 their transcripts, and the entire transcript will be

245

1    I, NICOLE R. HARNISH, Certified Shorthand Reporter

2    for the State of California, do hereby certify:

3

4    That the witness in the foregoing deposition was by

5    me first duly sworn to testify to the truth, the

6    whole truth and nothing but the truth in the

7    foregoing cause; that the deposition was taken by me

8    in machine shorthand and later transcribed into

9    typewriting, under my direction, and that the

10   foregoing contains a true record of the testimony of

11   the witness.

12

13   Dated:  This _14th_ day of _____June_____.

14   at San Diego, California.

15

16

17

18                                 _NRH_.

19                    NICOLE R. HARNISH

20                    C.S.R. NO. 13101

21

22

23

24

25