**From:**      Dmitry Shapiro

**Sent:**      Thursday, August 24, 2006 9:01 AM

**To:**      Joseph Papa

**Subject:**      Re: Extremely offensive materal

---

Send him an email back saying that we listened to him and took it off the homepage.

D


On 8/24/06 8:52 AM, "Joseph Papa" <jpapa@veoh.com> wrote:

> Finally some recognition. ;-)
>
> -----Original Message-----
> From: Veoh Service [mailto:veoh@veoh.com]
> Sent: Wednesday, August 23, 2006 8:17 PM
> To: contact
> Subject: Extremely offensive materal
>
>
> User: gereiam
> Email: gereiam@gmail.com
>
> UserAgent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET
> CLR 1.1.4322; .NET CLR 2.0 50727)
>
> Subject: Extremely offensive materal
>
> Personal message:
> I see that part of your step to make Veoh better was to remove all the
> adult material from the site making it a heck lot more cleaner than
> YouTube however i dont see the use in doing that if your gonna let such
> ridiculosly religiously offensive videos like Motherfucking Jesus. My
> friends i understand its a free world but of all people you guys should
> know that this freedom comes with a responsibility. Now i gave this site
> address to a friend who was a christian too and the first video to show
> when he visited your page was that sensless and offensive Jesus show.
> Obviously the guy was offended, im not saying that i wasn't i was very
> offended too! and he has recommended that the site be banned any way
> possible for allowing such vids to be posted and to make things
> worse,put up as the first video on the website. Please guys. Better
> clean up your act and show that you know your responsibilities as
> moderators of vidoes on the net or at least on your site. I enjoy your
> site alot...I love it! i do but seeing such offensive material and the
> crazy people who praise it just kee reminding us of how trashed this
> world is getting. And if its too much to block out these kind of videos
> why not just bring back the porn? It dont make no sense taking off adult
> material to fill it in with offensive material. Really ope you guys are
> gonna do something. One thing is sure. I dont wanna see that
> Motherfucker Jesus show ever on your site again please.
> Thanks guys
> George
>
> ---------------------------------------------------------------
> --------
> Note: Please do not reply to this message. This e-mail was sent from a
> notification-only address that will not accept incoming e-mail.

IO Group, Inc. v. Veoh Networks, Inc.    Doc. 80 Att. 2

PLT / DEFT **EXHIBIT** PET/CLMT/ RES
WIT
NO: 3 1of 2 DATE 5/21/0

NICOLE HARNISH, CSR NO. 13101

**VEOH 00196**

Dmitry Shapiro
CEO
Veoh Networks, Inc.
619-602-3305
dshapiro@veoh.com
http://www.veoh.com

VEOH 00197