Veoh FORUMS

Forum Home ✦ Register ✦ Search ✦ FAQ ✦ Log in

Veoh Forum Index » Technical FAQ

The time now is Fri Jun 23, 2006 9:47 am

# BRING BACK ADULT SECTION!

Search

Goto page Previous 1, 2, 3, 4 Next

**joepep**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 7:41 pm

WHY OH WHY DID THEY TAKE IT AWAY????? I for one, would like an explanation please!!!
Thank you

VEOH PROFILE

**joshgalassi23**

Joined: 22 Jun 2006
Posts: 3

Posted: Thu Jun 22, 2006 7:44 pm

bring it back

VEOH PROFILE

**laurenk**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 7:57 pm

girls need porn too why someone plz tell me why?

IO Group, Inc. v. Veoh Networks, Inc. Doc. 80 Att. 3

VEOH PROFILE

**starsailor**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 8:00 pm

I knew it was too good to last. Glad I downloaded everything I wanted when I did. So long, Veoh. (Uninstall Client)

Flatline

VEOH PROFILE

**chgoczech**

Posted: Thu Jun 22, 2006 8:21 pm

I thought it was a bad call on Veoh's part to discontinue the Adult section with no prior warning to it's users. Shows how much they value their customers and our interests. It saddens and disappoints me and I'm considering removing my membership.

PLT / DEFT EXHIBIT PET/CLMT/ RES
WIT PAPPA
NO: 11 1 OF 23 DATE 5/22/07
NICOLE HARNISH, CSR NO. 13101

Joined: 22 Jun 2006
Posts: 1

VEOH PROFILE

**iowabred**

Posted: Thu Jun 22, 2006 8:28 pm

It's disheartening how little Veoh cares about it's members for them to do something like this. I hope there are other video client options because now I want to switch to a different one. I can get a better selection from YouTube and now that it doesn't have an adult section there is little to distinguish it from other video broadcasting sites.

Joined: 22 Jun 2006
Posts: 1

VEOH PROFILE

**rochlooking**

Posted: Thu Jun 22, 2006 8:38 pm

I for one do not like censorship of any kind. The lousy president wants to censor everything on the internet and looks like this company Veoh is run by republicans. Censorship, and secrets. Do the elimination overnight and not acknowledge it. A move to Canada maybe in my future. Veoh GET A BACKBONE AND BRING BACK THE ADULT STUFF OR LOSE ALL YOUR CUSTOMERS!

Joined: 22 Jun 2006
Posts: 1

VEOH PROFILE

**davilasfe**

Posted: Thu Jun 22, 2006 8:43 pm

This was the one thing that made Veoh great and unique and popular. What else is on here? CRAP!!!!! The adult section was the only section worth watching. ONE, they should have notified everyone before deleting all the files and TWO, the deleted a file off my computer. I would call that breaking and entering. Any lawyers want to comment on that?

Joined: 22 Jun 2006
Posts: 1

VEOH PROFILE

**smokeme8**

Posted: Thu Jun 22, 2006 8:57 pm

Joined: 22 Jun 2006
Posts: 1

11.2

200215

Well at the very least we know that some upstart will be making their presence known soon. Too bad for Veoh and I have to agree with some of the other comments. To not inform their visitors of such a sweeping and broad change of policy reflects a bad business sense. Copyright laws are one thing...adult content is another. I think an explanation is in order considering the amount of revenue this site has generated.

"Veoh Networks, announced that it had raised $12.5 million in a Series B venture capital financing from Michael Eisner, former chairman and CEO of The Walt Disney Company, Todd Dagres, managing partner of Spark Capital, and Time Warner."

What's interesting to me is that they MUST have known how the change is going to negatively impact their viewership but I guess they feel they made enough money catering to the "industry" and have sold their souls. Were they forced to take down the adult content? And if so, by whom? I for one just love having conservative facism shoved down my throat on the internet.

VEOH PROFILE

**daniel20sp**

Joined: 22 Jun 2006
Posts: 3

Posted: Thu Jun 22, 2006 9:13 pm

BRING BACK ADULT CONTENT!!!

Let's go back to youtube, guys...

VEOH PROFILE

**slatir**

Joined: 22 Jun 2006
Posts: 4

Posted: Thu Jun 22, 2006 10:04 pm

> rochlooking wrote:
> I for one do not like censorship of any kind. The lousy president wants to censor everything on the internet and looks like this company Veoh is run by republicans. Censorship, and secrets. Do the elimination overnight and not acknowledge it. A move to Canada maybe in my future. Veoh GET A BACKBONE AND BRING BACK THE ADULT STUFF OR LOSE ALL YOUR CUSTOMERS!

Canada would surley welcome you! Are you actually trying to imply that George Bush had something to do with Veoh deleting the Adult Content Category...the democrats lied about the election being stolen, they lied about the fact that Saddam had WMD, and now you are saying that the republicans were part of the Veoh conspiracy to publish porno? What the fuck?

Last edited by slatir on Thu Jun 22, 2006 10:41 pm; edited 1 time in total

VEOH PROFILE

**montrealguy**

Posted: Thu Jun 22, 2006 10:17 pm

Joined: 22 Jun 2006

200216

Posts: 3

i just recently found this site..fell in love with all the sex videos and now it is gone..WHY???
i thought u americans had this 'freedom of speech' thing...
i am in montreal, canada.....have a VEOH CANADA site... we arent so uptight here when it comes to sex..

VEOH PROFILE

**cxris**

Joined: 22 Jun 2006
Posts: 2

Posted: Thu Jun 22, 2006 10:17 pm

I just discovered Veoh two days ago and was very happy with the adult content, recommending it to several of my friends. Tonight, I log on and the Adult section is gone. Without it, I have no need for this website and will be removing the software from my computer. What's the point?

VEOH PROFILE

**slatir**

Joined: 22 Jun 2006
Posts: 4

Posted: Thu Jun 22, 2006 10:26 pm

Look,
I agree with you montreal guy. I have friends in Canada and they enjoy the privaleges there that are not available in the US. I just think that blaming the deletion of adult content (on this website) on a political party is stupid. My comment about Canada was meant to reflect an aknowlegment of the more liberal attitude in Canada (particularly the french canadian provinces). We here in the US fully appreciate the Canadian culture...some of us may even envy it.

VEOH PROFILE

**hanxugu**

Joined: 22 Jun 2006
Posts: 3

Posted: Thu Jun 22, 2006 10:34 pm

BRING BACK ADULT CONTENT!!! 

No Adule Content NO Veoh!!!!!

maybe we should go to www.xtube.com 

VEOH PROFILE

**BRING BACK ADULT SECTION!**

POST REPLY

Page **2** of **4**

**Goto page Previous 1, 2, 3, 4 Next**

All Posts | Oldest First | Go

Select a forum | Go

**Veoh Forum Index » Technical FAQ**

The time now is Fri Jun 23, 2006 9:47 am

Powered by phpBB | Forum Design by phpBBStyles.com | Content © Veoh Networks

11.3

200217



Forum Home ✦ Register ✦ Search ✦ FAQ ✦ Log in

**Veoh Forum Index** » **Technical FAQ**

The time now is Fri Jun 23, 2006 9:56 am

# BRING BACK ADULT SECTION!

Search

Goto page **Previous** **1**, **2**, **3**, 4

**ettolig**

Joined: 22 Jun 2006
Posts: 2

Posted: Fri Jun 23, 2006 4:25 am

Do we know that the adult content has been removed? Maybe there is some glitch they're dealing with and this is a temporary issue. I haven't seen one message on this forum confirming that Veoh actually made a decision to remove adult content. If that were the case, there would be no need for the filter.

Let's give it some time and wait to hear from Veoh.

VEOH PROFILE

**Legalknievel**

Joined: 23 Jun 2006
Posts: 1

Posted: Fri Jun 23, 2006 4:46 am

I agree. VEOH chose to lose its competitive edge in the market as well as alienate its new customers by providing no notice or explanation to members.

That's a horrible way to run a business and treat people you want to make use of your site.

I encourage people to cancel their accounts and use the competitiors if the section isn't restated..

VEOH PROFILE

**MrLondoner**

Joined: 23 Jun 2006
Posts: 1

Posted: Fri Jun 23, 2006 4:55 am

Now that veoh is going to be as boring as most of the other video sites, can you please let us know how we delete our accounts.

VEOH PROFILE

**mcneilskate1257**

Joined: 11 Jun 2006
Posts: 4

Posted: Fri Jun 23, 2006 6:34 am

well now I urge all members to go back to u tube. They have just finished updating everything and believe me offers more than VEOH.All VEOH members I urge you to cancel and if you do not know about it try u tube. For you adult viewers remember there is xtube

VEOH PROFILE

11.4

200218

Case 5:06-cv-03926-HRL Document 80-4 Filed 07/31/2007 Page 6 of 26

**erbaceous**

Joined: 23 Jun 2006
Posts: 1

Posted: Fri Jun 23, 2006 7:08 am

I'm as disappointed as the rest of you regarding this adult content. I don't see the issue with copyrighting since the others websited don't. I'm cancelling my membership and hope you all will do the same.

VEOH PROFILE

**saexpat83**

Joined: 23 Jun 2006
Posts: 1

Posted: Fri Jun 23, 2006 8:41 am

Well another great site bites the dust. Another MySpace/Youtube is not what we need. Why is it that this always happens. If it is a copyright issue thats one thing...but preventing us from sharing our own video is insane.

VEOH PROFILE

**BRING BACK ADULT SECTION!**

POST REPLY

Page **4** of **4**

**Goto page Previous 1, 2, 3, 4**

All Posts | Oldest First | Go

Select a forum | Go

**Veoh Forum Index » Technical FAQ**

The time now is Fri Jun 23, 2006 9:56 am

Powered by phpBB | Forum Design by phpBBStyles.com | Content © Veoh Networks

11.5

200219





# BRING BACK ADULT SECTION!

Search

Goto page 1, 2, 3, 4 Next

**jimmyseaside**

Joined: 22 Jun 2006
Posts: 8

Posted: Thu Jun 22, 2006 6:32 pm

if you have problems with kids using the adult section or something, make a section where u have to be over 18 verification page. either way, dont punish the dedicated adult category users. please bring it back today, now!

VEOH PROFILE

**collinspetert**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 6:36 pm

Bye Bye Veoh. I'll stick to the Disney Channel.

Pete

VEOH PROFILE

**coolbeans2369**

Joined: 22 Jun 2006
Posts: 7

Posted: Thu Jun 22, 2006 6:47 pm

Down boys lol

Playboy is only $20 a year.

VEOH PROFILE

**rs18550**

Joined: 22 Jun 2006
Posts: 5

Posted: Thu Jun 22, 2006 6:47 pm

I'll bet they wont' dare do a poll. The response would be overwhelming.

VEOH PROFILE

**tjesse**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 6:49 pm

They took the best part of the program away... I will not use VEOH again unless they bring back to adult content!

VEOH PROFILE

11.6

260220

**JamiesLounge**

Joined: 14 Jun 2006
Posts: 6

Posted: Thu Jun 22, 2006 6:51 pm

Could veoh explain why they did this? Would be nice to hear an explanation. Thank you.

VEOH PROFILE

**coolbeans2369**

Joined: 22 Jun 2006
Posts: 7

Posted: Thu Jun 22, 2006 6:58 pm

Its good to actually have somewhere to go and not have porn rammed (no pun intended) at me as soon as you log on.

This site is free - Since when has porn been free.
i wouldnt want a child stumbling on "firemen making fire"

Would you wanna be the parent that gets the questions "whats this"

Veoh would be closed down by the weekend.

VEOH PROFILE

**JamiesLounge**

Joined: 14 Jun 2006
Posts: 6

Posted: Thu Jun 22, 2006 7:06 pm

> coolbeans2369 wrote:
>
> Its good to actually have somewhere to go and not have porn rammed (no pun intended) at me as soon as you log on.
>
> This site is free - Since when has porn been free.
> i wouldnt want a child stumbling on "firemen making fire"
>
> Would you wanna be the parent that gets the questions "whats this"
>
> Veoh would be closed down by the weekend.

Dear coolbeans2369, I totally agree with you, but the content filter its (was) allways on "strict" by default. So no child could see the firemen making fire only by accesing th ehomepage of veoh. Its not only about the adult content here, but also about the copyright. And if we talk about copyright, I think you uploaded some copyrighted videos on ur veoh account, such as music videos (not live performances). If veoh want to clean this site, they should filter everything, also the WORDS, which is not the case, yet.

But anyway, we will get over it.

Jamie

VEOH PROFILE

**dusty8118**

Posted: Thu Jun 22, 2006 7:10 pm

kids will find porn whether you hide it from them or not.... atleast i did

11.7

200221

Joined: 22 Jun 2006
Posts: 2

VEOH PROFILE

**coolbeans2369**

Posted: Thu Jun 22, 2006 7:12 pm

most of the videos on veoh are copyrighted.

All i did was borrow it and record it - remember blank tapes.

Dont think that answer would fly in a court of law though, lol.

Joined: 22 Jun 2006
Posts: 7

VEOH PROFILE

**coolbeans2369**

Posted: Thu Jun 22, 2006 7:14 pm

lol dusty and yet as adults we still hide it in the same places.

Joined: 22 Jun 2006
Posts: 7

VEOH PROFILE

**slatir**

Posted: Thu Jun 22, 2006 7:20 pm

Joined: 22 Jun 2006
Posts: 4

11.8

200225

> coolbeans2369 wrote:
>
> Its good to actually have somewhere to go and not have porn rammed (no pun intended) at me as soon as you log on.
>
> This site is free - Since when has porn been free.
> i wouldnt want a child stumbling on "firemen making fire"
>
> Would you wanna be the parent that gets the questions "whats this"
>
> Veoh would be closed down by the weekend.

Coolbeans you are a fucking idiot
1. Either you are new to the internet or you are retarded...porn IS FREE...you can find free porn everywhere. You can find it on forums, you can find it on rapidshare, you can find it by googling for fucking "porn" you moron.

2. If you are a parent and you are letting your kid surf the internet unattended or without the proper filters then you should be reported to child services asshole!

3. If you want to go somewhere to "not have porn rammed down your throat" then there are millions of sites that you can visit dickwad!

4. Why are you posting in this thread if you don't want to bring back the adult content you idiot!

5. What the fuck is "firemen making fire"? Did you make that up or were you actually enjoying browsing the adult content category on veho?

You are a complete buttnutt. please do not post here anymore!

VEOH PROFILE

**transgression**

Joined: 22 Jun 2006

Posts: 4

Posted: Thu Jun 22, 2006 7:21 pm

> coolbeans2369 wrote:
>
> lol dusty and yet as adults we still hide it in the same places.

dude, youve made your point that you dont like the porn section. Horay for you. Your the man. But with the filter you never had to look at it anyways. So why are you complaining that you dont want something back you never had to look at in the first place?

VEOH PROFILE

**slatir**

Joined: 22 Jun 2006

Posts: 4

Posted: Thu Jun 22, 2006 7:25 pm

11.9

200223

transgression wrote:

coolbeans2369 wrote:

lol dusty and yet as adults we still hide it in the same places.

dude, youve made your point that you dont like the porn section. Horay for you. Your the man. But with the filter you never had to look at it anyways. So why are you complaining that you dont want something back you never had to look at in the first place?

Thankyou! Why does coolbeans have a stick up his ass? Why don't you go back to AOL with your "lol" little fucking tags.

VEOH PROFILE



**shyboynyc**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 7:40 pm

Yeah, I guess it was too good to last!
They could at least put an announcement on the home page -- or in the help section.
You know, if there's no adult content, I'll just stick to the main competitor. The adult content was the only thing that made this site superior.

VEOH PROFILE

**BRING BACK ADULT SECTION!**

POST REPLY

Page **1** of **4**

**Goto page 1, 2, 3, 4 Next**

All Posts | Oldest First | Go

Select a forum | Go

**Veoh Forum Index » Technical FAQ**

The time now is Fri Jun 23, 2006 9:44 am

Powered by phpBB | Forum Design by phpBBStyles.com | Content © Veoh Networks

11.6

200224

Veoh FORUMS

Forum Home ✦ Register ✦ Search ✦ FAQ ✦ Log in

Veoh Forum Index » Veoh.com

The time now is Fri Jun 23, 2006 10:24 am

# All porn gone? Content settings.

Search

Goto page 1, 2, 3 Next

**Is this permanant?**

| | | |
|---|---|---|
| Yes | 32% | [ 8 ] |
| No | 40% | [ 10 ] |
| I don't know | 28% | [ 7 ] |

**Total Votes : 25**

**BabyFumigation**

Joined: 22 Jun 2006
Posts: 4

Posted: Thu Jun 22, 2006 6:21 pm

What happened? Did Veoh go mormon and rid the site of the porn? That's the only reason I went, to watch porn. I was surfing through my favorite gay porn and now there's nothing. What the fuck? Is this permanant? Anyone know?

I NEEDS ME MY PRON

VEOH PROFILE

**blader**

Veoh STAFF
The Metro Guy

Joined: 25 May 2006
Posts: 17

Posted: Thu Jun 22, 2006 6:30 pm

Yes, today Veoh changed its policy and no longer allows the publishing of adult content. We have amended our Terms of Service consistent with this change.

If you have any questions please contact betasupport@veoh.com or see our FAQs http://www.veoh.com/corporate/faq.html.

We hope you continue to use Veoh.

VEOH PROFILE

**langel22**

Joined: 22 Jun 2006
Posts: 3

Posted: Thu Jun 22, 2006 6:30 pm

omg wtf. the porn was the only thing keeping me here and off youtube. whatever. back to youtube i guess.

VEOH PROFILE

**jimmyseaside**

Posted: Thu Jun 22, 2006 6:36 pm

11.11

200225

VEOH OFFICIALLY SUCKS AND IM GOIN BACK TO YOUTUBE TOO. BRING BACK PORN OR IM GONE FOR GOOD

Joined: 22 Jun 2006
Posts: 8

VEOH PROFILE

**rs18550**

Posted: Thu Jun 22, 2006 6:38 pm

Why is there a poll as to wether this is permanent or not? The poll should be do we want the adult content back.

Joined: 22 Jun 2006
Posts: 5

VEOH PROFILE

**cubby6**

Posted: Thu Jun 22, 2006 6:43 pm

This sucks!!

I really come here was for the porn.

The only advantage Veoh now has over youtube is you can download the videos, but youtube has a better selection.

At least they could have gace a warning.

Joined: 14 Jun 2006
Posts: 3

VEOH PROFILE

**langel22**

Posted: Thu Jun 22, 2006 6:45 pm

> cubby6 wrote:
> This sucks!!
>
> I really come here was for the porn.
>
> The only advantage Veoh now has over youtube is you can download the videos, but youtube has a better selection.
>
> At least they could have gace a warning.

meh , too many places to download videos. VEoh had an edge with porn. thats too bad really.

Joined: 22 Jun 2006
Posts: 3

VEOH PROFILE

**Panda2**

Posted: Thu Jun 22, 2006 6:47 pm

now this REALLY sucks....back to youtube than....

Joined: 20 Jun 2006
Posts: 3

VEOH PROFILE

11:12

200226

**Arteest**

Joined: 22 Jun 2006
Posts: 1

I guess I'll go back to XTube which is just like youtube and has nothing but adult content

VEOH PROFILE



**transgression**

Joined: 22 Jun 2006
Posts: 4

Posted: Thu Jun 22, 2006 7:14 pm

> blader wrote:
>
> Yes, today Veoh changed its policy and no longer allows the publishing of adult content. We have amended our Terms of Service consistent with this change.
>
> If you have any questions please contact betasupport@veoh.com or see our FAQs http://www.veoh.com/corporate/faq.html.
>
> We hope you continue to use Veoh.

great job guys. now nothing sets you appart from the 100 of other video sites. oh but you can download here. like i wanna download a car hitting a motorcycle or a guy falling off a skateboard. This thing was growing but whats gonna make people come here? Youtube has a much better selection. I quit Youtube because this site offered everything. Now its just like the rest.

If you guys ever go back to the old way, i hope you send a email out. That way i can redownload the Veoh Client and bookmark this place again.

VEOH PROFILE

**padnerkin**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 7:27 pm

I am out of here as well....how sad... Perhaps if more parents actually gave a darn about what their kids were doing and stop blaming others for their lack of supervision this kind of junk would end... Here is a hint- lock up the computer sometime or WATCH YOUR KIDS.

See ya Veoh...has been fun.

VEOH PROFILE



**xxYamiBakuraxx**

Joined: 22 Jun 2006
Posts: 5

Posted: Thu Jun 22, 2006 7:35 pm

11.13

200227

I agree. There's nothing to this site to keep me on anymore. I have to go back to the a**holes on youtube. I brought a lot of them from there to join this site,but know it's just a waste of time.I hope this gets resolved in favor of adult content coming back . Whatever the reason was that it was removed, I know it was veoh's fault. A nine year old can verify into saying he's over 18 by clicking on a stupid box and at the same time say he's 105! This site should of made the site more strict and enjoyable for all of us adults who were enjoying this material in the 1st place.I am saddened and enfuriated as many are at this time that we wasted our time in uploading our adult content for everyone to see what we had up.It's not our fault that we had adult content nor is it our job to keep it from seeing unprivileged eyes from seeing this type of content! Thanks a lot veoh for ruining this site and wasting our time.May this site burn in the lake of ether. Someone please message me if anyone knows of a better site to go to so I can get my hentai up and all my friends adult material up and runnning again. My address is xxRyouBakuraxx@hotmail.com



VEOH PROFILE

**joshgalassi23**

Joined: 22 Jun 2006
Posts: 3

Posted: Thu Jun 22, 2006 7:38 pm

This truly is a shame.

I find no reason for coming back to this site anymore..

See ya.

VEOH PROFILE

**hnym01**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 8:04 pm

i cant find one on youtube.. look like they dont have adult there..email me and how to get to adult on youtube.com thank you

VEOH PROFILE

**akumal**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 8:06 pm

off to you tube....

VEOH PROFILE

**All porn gone? Content settings.**

POST REPLY

Page **1** of **3**

**Goto page 1, 2, 3 Next**

All Posts | Oldest First | Go

Select a forum | Go

**Veoh Forum Index » Veoh.com**

The time now is Fri Jun 23, 2006 10:24 am

Powered by phpBB | Forum Design by phpBBStyles.com | Content © Veoh Networks

11.14

200228

Veoh FORUMS

Forum Home ✦ Register ✦ Search ✦ FAQ ✦ Log in

Veoh Forum Index » Veoh.com

The time now is Fri Jun 23, 2006 10:31 am

# All porn gone? Content settings.

Search

Goto page Previous 1, 2, 3 Next



**Is this permanant?**

| | | | |
|---|---|---|---|
| Yes | | **32%** | [ 8 ] |
| No | | **40%** | [ 10 ] |
| I don't know | | **28%** | [ 7 ] |

**Total Votes : 25**

**BabyFumigation**

Joined: 22 Jun 2006
Posts: 4

Posted: Thu Jun 22, 2006 8:20 pm

You guys had a respectable amount of members because of you rarely censoring anything, now you will lose a lot of the community. You people are ridiculously retarded, now you have nothing to seperate you from the dozens of websites who's foundation is the same as yours.

Back to youtube, censoring pussies.

Last edited by BabyFumigation on Thu Jun 22, 2006 8:21 pm; edited 1 time in total

VEOH PROFILE

**immunis**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 8:21 pm



Well, it's back to youtube. Better selection of non-porn and I can watch the entire video (and not just a clip) online. Call me freaky or kinky or whatever but the only reason I was here was for the porn. Veoh just lost a user.

VEOH PROFILE

**kramnarace**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 8:27 pm



BRING BACK THE PORN FAST - GETTING RID OF IT WAS STUPID!!!!

VEOH PROFILE

11.15

200229

**masonbrown**

Joined: 02 Jun 2006
Posts: 2

Posted: Thu Jun 22, 2006 8:29 pm

Time to find how to completely, permanently uninstall the Veoh software. Until the porn comes back that is.

VEOH PROFILE

**CalcifiedSolid**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 8:39 pm

What's THAT Shit?!

Dude, I'm Not Big On Porn, But This Is A Matter Of Freedom Of Expression, Speech, and Fucking Censorship.

Bring The Shit Back. It's Not That It's Not Controversal, But It's Fucking Content. Content That Sets You Apart From Everyone Else.

VEOH PROFILE

**bigeasybiguy**

Joined: 11 Jun 2006
Posts: 6

Posted: Thu Jun 22, 2006 8:54 pm

I have to agree with everyone else here: Veoh was notable for its willingness to host a wide variety of vidclips, without placing limits on size, length, or content. By adding a censorship component, Veoh has essentially lost its brand. Now, it's no different from any other vidsharing site--except, of course, that its embedded player app is inferior to the others.

To the decision-makers at Veoh, I have to say congratulations, guys: you've just lost the most important element of your product differentiation package. With all things equal again, there's no reason any of us should stick around. I for one will be migrating back to YouTube, and I imagine a sizeable chunk will do the same. Good luck rebuilding the brand. I wouldn't wanna be in your shoes.

And FYI, to the previous poster: to get rid of the Veoh client, all you have to do is go to Control Panel/Add and Remove Programs and uninstall it. I highly encourage everyone to do so--it feels GREAT.

VEOH PROFILE

**leon45sant**

Joined: 22 Jun 2006
Posts: 1

Posted: Thu Jun 22, 2006 9:12 pm

is not just about the porn is that it was turly the uncensored video site but now is just the same as yourube just slower downloads they are dumb instead of marketing ont he idea they throw it down the drain.Bye veoh

VEOH PROFILE

**daniel20sp**

Posted: Thu Jun 22, 2006 9:23 pm

11.16

200230

Joined: 22 Jun 2006
Posts: 3

> blader wrote:
>
> Yes, today Veoh changed its policy and no longer allows the publishing of adult content. We have amended our Terms of Service consistent with this change.
>
> If you have any questions please contact betasupport@veoh.com or see our FAQs http://www.veoh.com/corporate/faq.html.
>
> We hope you continue to use Veoh.

Of course we WON'T continue, stupid.

VEOH PROFILE

**mindthegap18**

➔ Posted: Thu Jun 22, 2006 9:25 pm

Joined: 22 Jun 2006
Posts: 1

you guys just screwed yourselves. when you go bankrupt, I hope you all know why we're laughing at you.

Ve-oh, what could have been.

Stop the censorship. When you do, I'll come back. Otherwise, I'll stay at YouTube. Good luck with your currently doomed company.

Seriously though, you guys suck.

VEOH PROFILE



**j4yforu**

➔ Posted: Thu Jun 22, 2006 9:44 pm

Joined: 22 Jun 2006
Posts: 1

UGH WELL THANKS ALOT VEOH
EVERYONE BACK TO YOUTUBE AND THE BOOTY SHAKIN VIDEOS.



VEOH PROFILE

**willmasturb8**

➔ Posted: Thu Jun 22, 2006 10:08 pm

Joined: 22 Jun 2006
Posts: 2

This site was cool because you could watch WHATEVER you wanted on here. You didn't have to go to xtube.com for porn and then youtube.com for other entertainment. Now you guys have gone all censorship-nazi on us! What gives?! I understand that it was easy for minors to access the porn, but create a new verification system; don't just shut it out! Do you have any idea how much business you're gonna lose from this little act?!

If something isn't changed soon, you've lost me as a customer as well as my friends.

People, go check out www.xtube.com for your adult entertainment needs. Besides, www.youtube.com has more non-adult content to watch than this site anyway.

VEOH PROFILE

11.17

200231

**WeAreUs**

Posted: Thu Jun 22, 2006 10:48 pm

HEY! BRING BACK THEN ADULT CONTENT OR I'M OUTTA HERE!!!!

Joined: 22 Jun 2006
Posts: 7

VEOH PROFILE

**twopair1**

Posted: Fri Jun 23, 2006 12:15 am

Veoh totally sucks now!!!!!!!!!!!!!

Joined: 23 Jun 2006
Posts: 1

VEOH PROFILE

**JohnT2007**

Posted: Fri Jun 23, 2006 12:43 am

lol after reading EVERY comment on these forums regarding you taking away the adult section, I think its just a matter of how long until its back....every member is leaving this site now because of this chance. You were the only site that allowed this, which attracted a lot of people, now you are just like every other horrible video site out there.... good for nothing. I'm out myself. Ill occasionally check back to see if you added the adult section back, and I hope its soon, because ve-oh wil crash-oh so soon

Joined: 23 Jun 2006
Posts: 1

VEOH PROFILE

**joebkk**

Posted: Fri Jun 23, 2006 12:44 am

the only reason i came here is gay porn. hey give it back

Joined: 23 Jun 2006
Posts: 1

VEOH PROFILE

**All porn gone? Content settings.**

POST REPLY

Page **2** of **3**

**Goto page Previous 1, 2, 3 Next**

All Posts | Oldest First | Go

Select a forum | Go

**Veoh Forum Index » Veoh.com**

The time now is Fri Jun 23, 2006 10:31 am

Powered by phpBB | Forum Design by phpBBStyles.com | Content © Veoh Networks

11.18

200232



VEOH FORUMS

Forum Home + Register + Search + FAQ + Log in

Veoh Forum Index » Feedback — The time now is Fri Jun 23, 2006 10:51 am

NEW POST — Moderators: None — Users browsing this forum: None — Search

**Feedback**

| Topics | Replies | Author | Views | Last Post |
|---|---|---|---|---|
| no more adult content | 5 | asquaredjoe6 | 215 | Fri Jun 23, 2006 10:18 am angie999 |
| Veoh - Censorship | 0 | visitor2538 | 40 | Fri Jun 23, 2006 7:57 am visitor2538 |
| Why no more adult content? | 0 | bunnyfromhell | 49 | Fri Jun 23, 2006 7:31 am bunnyfromhell |
| ADULT CONTENT GONE>>> GOOD BYE VEOH | 1 | xxxethan | 120 | Fri Jun 23, 2006 6:14 am mcneilskate1257 |
| Removal of Adult Content. | 1 | WeAreUs | 150 | Fri Jun 23, 2006 12:27 am makkow |
| AAAAHA!!! | 0 | j0ey9heat | 116 | Thu Jun 22, 2006 10:52 pm j0ey9heat |
| Criticism: No preview video length and no volume adjust | 1 | sk8wearDE | 81 | Fri Jun 16, 2006 3:58 pm mrscott |
| a question... | 1 | stellarsky1 | 117 | Thu Jun 15, 2006 4:16 pm mrscott |
| How to monitor download | 1 | febn2005 | 116 | Thu Jun 08, 2006 8:43 am mnielsen |
| Tracking cookies!!! and more! What a surprise I received! | 1 | Jock25 | 268 | Sat Jun 03, 2006 12:01 pm nik |
| Positives and negatives | 1 | Randolfe | 228 | Wed May 31, 2006 11:26 am pharoahe |

Display topics from previous: All Topics Go — All times are GMT - 7 Hours

NEW POST

New posts — No new posts
New posts [ Popular ] — No new posts [ Popular ]
New posts [ Locked ] — No new posts [ Locked ]

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Select a forum Go

Veoh Forum Index » Feedback — The time now is Fri Jun 23, 2006 10:51 am

Powered by phpBB | Forum Design by phpBBStyles.com | Content © Veoh Networks

11.19

200233

Veoh FORUMS

Forum Home ✦ Register ✦ Search ✦ FAQ ✦ Log in

Veoh Forum Index » Veoh.com

The time now is Fri Jun 23, 2006 10:45 am

# POLL

Search

**WHO WANTS THE ADULT SECTION BACK ASAP?**

| | | |
|---|---|---|
| YES, BUT JUST PUT A OVER 18 VERIFICATION PAGE BEFORE ENTERING ADULT SECTION | **88%** | [ 22 ] |
| NO, LEAVE IT OUT | **12%** | [ 3 ] |

**Total Votes : 25**

**jimmyseaside**

Posted: Thu Jun 22, 2006 6:43 pm

QUOTE

WHO WANTS THE ADULT SECTION BACK? WE DEMAND IT BACK

Joined: 22 Jun 2006

Posts: 8

VEOH PROFILE SEARCH

**awag1**

Posted: Thu Jun 22, 2006 6:46 pm

QUOTE

The option for adult videos is the only thing that makes Veoh better than Youtube, and now they have lost that.

Joined: 22 Jun 2006

Posts: 1

VEOH PROFILE SEARCH

**xxYamiBakuraxx**

Posted: Thu Jun 22, 2006 7:37 pm

QUOTE

I know. Veoh is now oficially dead now.Back to youtube which I truly hate.

Joined: 22 Jun 2006

Posts: 5

VEOH PROFILE SEARCH

**jj99**

Posted: Thu Jun 22, 2006 7:45 pm

QUOTE

this site is DEAD

Joined: 22 Jun 2006

Posts: 3

11.70

200234

VEOH PROFILE SEARCH

**shawnis**

Joined: 22 Jun 2006

Posts: 1

Posted: Thu Jun 22, 2006 8:00 pm QUOTE

totally back to youtube...at least it is much more user friendly and has some edge to it. Veoh has become like Bush to me...dead and out of touch

VEOH PROFILE SEARCH

**WeHateVeoh**

Joined: 22 Jun 2006

Posts: 3

Posted: Thu Jun 22, 2006 8:08 pm QUOTE

I WANT IT BACK!

VEOH PROFILE SEARCH

**POLL**

POST REPLY

Page **1** of **1**

All Posts | Oldest First | Go | Select a forum | Go

**Veoh Forum Index** » **Veoh.com**

The time now is Fri Jun 23, 2006 10:45 am

Powered by phpBB | Forum Design by phpBBStyles.com | Content © Veoh Networks

200235

11.21




Veoh Forum Index » Veoh.com

The time now is Fri Jun 23, 2006 10:43 am

# This is why Veoh closed down the adult section...

Search

**gnosistruth**

Joined: 23 Jun 2006
Posts: 2

Posted: Fri Jun 23, 2006 3:21 am

QUOTE

You all have to understand that Veoh.com only made the adult section to get more people to sign up here! It was all a marketing scheme to get as many people as they can before closing down the adult section and fu*king us all over by not being able to watch or download porn.

That's how companies like this work! Youtube did the same thing for copyrighted music content. They didn't start deleteing anything until weeks later after thousands signed up. Go figure!

What can you do now? Check out...

**Gay-torrents.net**

**http://en.gay-torrents.net/**

Its free! Just sign up!

Thousands of full length gay porn is there, and other gay movie content.
They have been around longer, and it works well.
They have forums and a webcam chat room too! Check it out. Goodbye..
(you cant embed anything in your myspace or webpage, but ohwell)

VEOH PROFILE SEARCH



**gnosistruth**

Joined: 23 Jun 2006
Posts: 2

Posted: Fri Jun 23, 2006 3:26 am

QUOTE

also check out:

tominparis.blogspot.com

great blog of gay porn you can download!

VEOH PROFILE SEARCH



**SergeyGR**

Joined: 23 Jun 2006
Posts: 1

Posted: Fri Jun 23, 2006 4:01 am

QUOTE

www.xtube.com very nice homepage with adult section

VEOH PROFILE SEARCH

**mikelive**

Posted: Fri Jun 23, 2006 5:14 am

QUOTE

200236

11.22

| | |
|---|---|
| Joined: 22 Jun 2006<br>Posts: 5 | Hot Content, Gay Men: http://www.theploycast.com |
| | VEOH PROFILE SEARCH |

| | |
|---|---|
| **patricdfw** | Posted: Fri Jun 23, 2006 7:10 am QUOTE |
| Joined: 21 Jun 2006<br>Posts: 5 | You have to wonder how long it will take them to shut down the forums. Folks that do this sort of thing tend to not take criticism very well, sometimes even refering to people with different opinions as traitors. |
| | VEOH PROFILE SEARCH |

| | |
|---|---|
| **spoogeload** | Posted: Fri Jun 23, 2006 7:29 am QUOTE |
| Joined: 23 Jun 2006<br>Posts: 1 | Mickey Mouse didn't approve of porn and asked Michael Eisner to get rid of it |
| | VEOH PROFILE SEARCH |

| | |
|---|---|
| **antyatl** | Posted: Fri Jun 23, 2006 8:05 am QUOTE |
| Joined: 23 Jun 2006<br>Posts: 7 | hey guys! check out the FAQ section under the question of whether veoh is free or not. the reply is that it's free now, but soon there will be software offered for a subscription fee. i have a feeling this is what they're gonna do with the adult content section. i think they figured 'wait, with this much adult traffic, we could be making billions in stead of millions!' mark my words... |
| | VEOH PROFILE SEARCH |

**This is why Veoh closed down the adult section...**

POST REPLY — Page **1** of **1**

All Posts | Oldest First | Go | Select a forum | Go

**Veoh Forum Index » Veoh.com** — The time now is Fri Jun 23, 2006 10:43 am

Powered by phpBB | Forum Design by phpBBStyles.com | Content © Veoh Networks

200237

11.23



Veoh FORUMS

Forum Home ✦ Register ✦ Search ✦ FAQ ✦ Log in

Veoh Forum Index » Veoh.com

The time now is Fri Jun 23, 2006 10:41 am

# Post your Veoh farewells HERE!!

Search

**WeHateVeoh**

Joined: 22 Jun 2006
Posts: 3

Posted: Thu Jun 22, 2006 11:16 pm QUOTE

If you are leaving the site due to the Adult Content issue, POST HERE with your goodbyes and whatever words you may want to express about the issue...

Well, I must say - I am going. Veoh, you were GREAT until after today. Honestly, without that section, I find no reason in returning. I suppose the only way you will be seeing me on this site is not from downloading the remaining RETARDED & POINTLESS videos, but when I check to see if the Adult part is back.

Until then - Peace Veoh. And good luck in the future.

VEOH PROFILE SEARCH

**xxYamiBakuraxx**

Joined: 22 Jun 2006
Posts: 5

Posted: Thu Jun 22, 2006 11:21 pm QUOTE

Veoh has absolutely nothing now. I won't be sticking around any time soon as many that are going to leave as the adult content is gone. We have all wasted our time in uploading our adult content to the site and look what happens. It was all in vain. This site is going to crash and burn as there is no variety as the other sites.

VEOH PROFILE SEARCH

**mikelive**

Joined: 22 Jun 2006
Posts: 5

Posted: Thu Jun 22, 2006 11:25 pm QUOTE

Veoh Before = Good
Veoh Now = YouTUbe

Everyone just go to YouTube it the same but has more and better videos. Bye Veoh

VEOH PROFILE SEARCH

**langel22**

Joined: 22 Jun 2006
Posts: 3

Posted: Fri Jun 23, 2006 7:39 am QUOTE

Leaving . cancelling my account . uninstalling veoh client.

Not even going to enter the forums anymore or veoh at all because i dont want to count as one of their unique visitors.

You suck Veoh.

VEOH PROFILE SEARCH

**antyatl**

Posted: Fri Jun 23, 2006 8:04 am QUOTE

hey guys! check out the FAQ section under the question of whether veoh is free or not. the

| | |
|---|---|
| Joined: 23 Jun 2006<br>Posts: 7 | reply is that it's free now, but soon there will be software offered for a subscription fee. i have a feeling this is what they're gonna do with the adult content section. i think they figured 'wait, with this much adult traffic, we could be making billions in stead of millions!' mark my words...<br>VEOH PROFILE SEARCH |
| **rccrdmls**<br>Joined: 23 Jun 2006<br>Posts: 3 | Posted: Fri Jun 23, 2006 9:22 am QUOTE<br>I think adult contents where the reason that made the 90% of your users came here. Now you are gonna lose them. VEOH, YOU SUCK. Bye<br>I WILL CANCEL MY MEMBERSHIP. PLEASE, DO THE SAME: MAYBE THEY WILL THINK OF WHAT THEY HAVE DONE.<br>VEOH PROFILE SEARCH |

**Post your Veoh farewells HERE!!**

POST REPLY Page **1** of **1**

All Posts Oldest First Go Select a forum Go

**Veoh Forum Index » Veoh.com** The time now is Fri Jun 23, 2006 10:41 am

Powered by phpBB | Forum Design by phpBBStyles.com | Content © Veoh Networks

200239 11.25