| | |
|---|---|
| From: | Joseph Papa |
| Sent: | Friday, June 9, 2006 3:14 PM |
| To: | Ted Dunning |
| Subject: | RE: The best |

If we can get this kind of reaction from non-gay-porno-watchers we're golden!

;-)

-----Original Message-----
From: Veoh Service [mailto:veoh@veoh.com]
Sent: Friday, June 09, 2006 3:07 PM
To: contact
Subject: The best

User: futurelover
Email: sigmund7x@yahoo.it

UserAgent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; Supplied by Tesco.net; .NET CLR 1.1.4322)

Subject: The best

Personal message:
I've just found out this amazing website and programme and i must say it's the best ever!very fast,easy to use,full of any kind of video...i am really surprised and i'll use it to download and upload!
my compliments!
absolutely the best ever!

-----------------------------------------------------------------
Note: Please do not reply to this message.  This e-mail was sent from a notification-only address that will not accept incoming e-mail.

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.8.3/360 - Release Date: 6/9/2006

IO Group, Inc. v. Veoh Networks, Inc.                                                                                                          Doc. 80 Att. 4

VEOH 00081

PLT / DEFT  **EXHIBIT**  PET/CLMT/ RES
WIT  PAPA
NO: 10        DATE 9/27/07
NICOLE HARNISH, CSR NO. 13101