```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                     PURSUANT TO FRCP (30)(b)(6)




        IO GROUP, INC., a California  )
        corporation,                  )
                                      )
                        Plaintiff,    )
                                      )
        versus                        )  No. C-06-3926 (HRL)
                                      )
        VEOH NETWORKS, Inc., a        )
        California corporation,       )
                                      )
                        Defendant.    )
        _____)



               DEPOSITION OF:  ARTHUR BILGER

               TAKEN ON:       June 5, 2007
```

```
        26770                    CHIA MEI JUI

                                 CSR No. 3287
```

Dockets.Justia.com
886efcd2-01c3-4538-b420-8b9701aec0c4

```
 1           DEPOSITION OF ARTHUR BILGER,
 2      taken on behalf of the Plaintiff at
 3      880 Apollo Street , Suite 222,
 4      El Segundo, California, on Tuesday,
 5      June 5, 2007, at 1:10 P.M.
 6      before Chia Mei Jui, CSR No. 3287.
 7
   APPEARANCES:
 8
        For Plaintiff:
 9
           IO GROUP, INC.
10         BY:  GILL SPERLEIN, GENERAL COUNSEL
           121 Capp Street
11         Suite 200
           San Francisco, California 94110-1209
12         (415) 487-1211

13
        For Defendant Veoh Networks, Inc., and
14      Shelter Capital Partners, LLC, and the
        Deponent Arthur Bilger:
15
           WINSTON & STRAWN, LLP
16         BY:  JENNIFER A. GOLINVEAUX, ESQ.
           101 California Street
17         San Francisco, California 94111-5894
           (415) 591-1506
18
19
20
21
22
23
24
25
                                                   2
```

```
 1                    I N D E X

 2   WITNESS                                          PAGE

 3
     ARTHUR BILGER
 4
           By Mr. Sperlein                              4
 5

 6                  E X H I B I T S

 7   PLAINTIFF'S                                     PAGE

 8    1      Amended Notice of Deposition of           45
             Shelter Capital Partners, LLC
 9           Pursuant to FRCP 30(b)(6)

10

11

12

13

14

15

16        I N F O R M A T I O N   R E Q U E S T E D

17                       (None.)

18

19         Q U E S T I O N S    M A R K E D

20                       (None.)

21

22

23

24

25
                                                        3
```

```
 1                El Segundo, California
 2              Tuesday, June 5, 2007
 3                    1:10 P.M.
 4
 5                      -oOo-
 6
 7              ARTHUR BILGER,
 8         having been duly sworn
 9            to tell the truth,
10     was examined and testified as follows:
11
12                  EXAMINATION
13  BY MR. SPERLEIN:
14      Q   Good afternoon, Mr. Bilger.
15          Thank you for coming.  I know you're busy.
16  I'm going to try to keep things as short as possible
17  today.  And I hope it wasn't too far for you.  We
18  tried to get a location that was convenient.
19          Have you ever had your deposition taken
20  before?
21      A   Yes.
22      Q   So you are familiar with this process.  But
23  I am going to go over the ground rules just to make
24  sure that we have a record, that we're clear on that
25  process.
```

Timestamps: 13:10:32 (line 15), 13:10:45 (line 20), 13:10:53 (line 25)

4

| | | |
|---|---|---|
| 13:10:54 | 1 | As you probably know, the court reporter |
| | 2 | will be taking down everything that we say today; so |
| | 3 | it's important that you allow me to finish my |
| | 4 | sentences before you start to respond. |
| 13:11:05 | 5 | And in turn I will do the same thing. I'll |
| | 6 | do my best to make sure you are finished with your |
| | 7 | answer before I start to ask my next question. |
| | 8 | Can we keep that in mind today? |
| | 9 | A   Yes. |
| 13:11:15 | 10 | Q   And, similarly, the court reporter can't |
| | 11 | record nods of the head and has difficulty with |
| | 12 | words like "Uh-huh" and things like that. |
| | 13 | So to the best of your ability, please keep |
| | 14 | in mind to use -- say "Yes" or "No" and use verbal |
| 13:11:30 | 15 | communications when responding to my questions. |
| | 16 | Okay? |
| | 17 | A   Yes. |
| | 18 | Q   It's very important that you understand my |
| | 19 | questions. So if there is something that you don't |
| 13:11:39 | 20 | understand, feel free to ask me about that. You can |
| | 21 | have me repeat the question to you. |
| | 22 | We can ask the court reporter to read the |
| | 23 | question back to you. Or if there is words that you |
| | 24 | are unsure of how I am intending to use them in that |
| 13:11:54 | 25 | particular question, you can ask me to clarify those |

5

| | | |
|---|---|---|
| 13:59:35 | 1 | aware that Veoh allowed sexually explicit video |
| | 2 | files on its system? |
| | 3 | A    No. |
| | 4 | Q    Did discovering this fact cause concern for |
| 13:59:55 | 5 | Shelter? |
| | 6 | A    Yes. |
| | 7 | Q    And what was the nature of that concern? |
| | 8 | A    We felt that it would be harmful to the |
| | 9 | business that we were trying to build. |
| 14:00:23 | 10 | Q    Was it your concern that the Veoh Networks |
| | 11 | would be perceived as an adult business? |
| | 12 | A    Yes. |
| | 13 | Q    Did you believe that that would make it |
| | 14 | more difficult for you to -- for Shelter -- or -- |
| 14:00:46 | 15 | I'm sorry.  For Veoh -- start over so it's clear. |
| | 16 |         Were you concerned that the appearance of |
| | 17 | sexually explicit video files on the system would |
| | 18 | make it difficult for you to form relationships with |
| | 19 | mainstream content producers? |
| 14:01:07 | 20 | A    Yes. |
| | 21 | Q    Why is that? |
| | 22 |         Why do you think that would become more |
| | 23 | difficult because of the sexually explicit material? |
| | 24 | A    Because mainstream content producers don't |
| 14:01:25 | 25 | want their content alongside sexually explicit -- |

34

| | | |
|---|---|---|
| 14:01:28 | 1 | and advertisers don't want their brands associated |
| | 2 | with it. |
| | 3 | Q    Is it your testimony that, prior to the |
| | 4 | spring of 2006, Shelter was unaware that Veoh |
| 14:01:55 | 5 | allowed sexually explicit video files on the Veoh |
| | 6 | system? |
| | 7 | A    I don't know what I might have known prior |
| | 8 | to that.  My testimony is that I specifically |
| | 9 | remember the spring of '06. |
| 14:02:08 | 10 | Q    Why is it that you specifically remember |
| | 11 | that? |
| | 12 | A    Because there was a large increase of |
| | 13 | traffic and sexual content that was brought to my |
| | 14 | attention. |
| 14:02:33 | 15 | Q    Did that -- did the increase in traffic |
| | 16 | that you just spoke of -- do you know if it was |
| | 17 | directly related to the availability of adult |
| | 18 | content on the Veoh system? |
| | 19 | MS. GOLINVEAUX:  I object.  I think that |
| 14:02:47 | 20 | misstates the testimony. |
| | 21 | BY MR. SPERLEIN: |
| | 22 | Q    What I am trying to get at is did -- was |
| | 23 | there a surge in traffic and then, in seeking an |
| | 24 | understanding of why there was -- the site was |
| 14:02:59 | 25 | become being more popular, you learned that it was |

35

| | | |
|---|---|---|
| 14:03:03 | 1 | associated with adult material being on the |
| | 2 | Web site? |
| | 3 | MS. GOLINVEAUX: I'm not sure what the |
| | 4 | question is; so I object. |
| 14:03:12 | 5 | BY MR. SPERLEIN: |
| | 6 | Q   Mr. Bilger -- |
| | 7 | A   I don't know what was the chicken and the |
| | 8 | egg at that time. |
| | 9 | Q   Was there a large increase of traffic, |
| 14:03:25 | 10 | regardless of nature of traffic, to veoh.com in the |
| | 11 | spring of 2006? |
| | 12 | A   Yes. |
| | 13 | Q   Did knowledge of the increased amount of |
| | 14 | adult material on veoh.com in the spring of 2006 |
| 14:04:00 | 15 | prompt Shelter to take any action? |
| | 16 | A   Not that I recall. |
| | 17 | Q   Did Shelter communicate via you or someone |
| | 18 | else to Veoh that they were concerned about this |
| | 19 | situation? |
| 14:04:21 | 20 | A   I don't recall. |
| | 21 | Q   And do you recall if Shelter specifically |
| | 22 | said "We don't think you should allow adult video |
| | 23 | files on the Veoh network anymore"? |
| | 24 | A   I don't recall. |
| 14:04:41 | 25 | Q   Do you know if -- strike that. |

36

```
 1          I, CHIA MEI JUI, CSR 3287, certify:
 2          That the foregoing deposition of
 3  ARTHUR BILGER was taken before me at the time and
 4  place therein set forth, at which time the witness
 5  declared under penalty of perjury to tell the truth;
 6          That the testimony of the witness and all
 7  objections made at the time of the deposition were
 8  recorded stenographically by me and were reduced to
 9  a computerized transcript under my direction;
10          That the transcript is a true record of the
11  testimony of the witness and of all objections and
12  colloquy made at the time of the deposition.
13          I further certify that I am neither counsel
14  for nor related to any party to said action nor
15  interested in the outcome thereof.
16          The certification of this transcript does
17  not apply to any of the same by any means unless
18  under the direct control and direction of the
19  certifying deposition reporter.
20          IN WITNESS WHEREOF, I have subscribed my
21  name this 18th day of June, 2006.
22
23
24                    _____
                          CHIA MEI JUI, CSR No. 3287
25
                                                   48
```