1  GILL SPERLEIN (172887)
2  THE LAW FIRM OF GILL SPERLEIN
   584 Castro Street, Suite 849
3  San Francisco, California 94114
   Telephone: (415) 487-1211 X32
4  Facsimile: (415) 252-7747
5  legal@titanmedia.com

6  Attorney for Plaintiff
   IO GROUP, INC.
7

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
10                         **SAN JOSE DIVISION**

11                                                    )
                                                      )  **CASE NO. C-06-3926 (HRL)**
12  IO GROUP, INC., a California corporation,         )
13                                                    )
                                                      )  **[PROPOSED] ORDER GRANTING**
14      Plaintiff,                                    )  **PLAINTIFF IO GROUP, INC.'S**
                                                      )  **MOTION FOR SUMMARY JUDGMENT**
15              vs.                                   )
16                                                    )
                                                      )
17  VEOH NETWORKS, Inc, a California                  )  Date:   September 4, 2007
    Corporation,                                      )  Time:   10:00 a.m.
18                                                    )  Place:  Courtroom 2
        Defendant.                                    )
19                                                    )
                                                      )
20  _____            )

21      Having considered PLAINTIFF IO GROUP, INC.'S MOTION FOR SUMMARY
22  JUDGMENT, the briefs in support and opposition, the evidence presented therewith, and any
23  argument of counsel, the Court hereby Grants Plaintiff's motion.
    Defendants are liable for infringement of Plaintiff's works and the Parties shall proceed
24  with adjudication on the issue of damages.
25      SO ORDERED
26

27  Dated:_____          _____
                                         HONORABLE HOWARD R. LLOYD
28                                       UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF IO GROUP, INC.'S
MOTION FOR SUMMARY JUDGMENT
C-06-3926 (HRL)

Dockets.Justia.com