GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO. C-06-3926 (HRL) |
| Plaintiff, | AMENDED CERTIFICATE OF SERVICE |
| vs. | |
| VEOH NETWORKS, Inc, a California Corporation, | |
| Defendant. | |

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF IO GROUP, INC.'S
MOTION FOR SUMMARY JUDGMENT
C-06-3926 (HRL)

Dockets.Justia.com

## AMENDED CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years , and not a party to the action within.  My business address is 69 Converse Street, San Francisco, California, 94103.  On July 31, 2007 I served the within documents:

- **PLAINTIFF IO GROUP INC.'S NOTICE AND MOTION FOR SUMMARY JUDGMENT**
- **GILL SPERLEIN'S DECLARATION IN SUPPORT OF PLAINTIFF IO GROUP INC.'S MOTION FOR SUMMARY JUDGMENT**
- **KEITH RUOFF'S DECLARATION IN SUPPORT OF PLAINTIFF IO GROUP INC.'S MOTION FOR SUMMARY JUDGMENT**
- **[PROPOSED] ORDER GRANTING PLAINTIFF IO GROUP INC.'S MOTION FOR SUMMARY JUDGMENT**

by causing a true and correct copy of the above to be placed with Specialty Delivery Service for personal delivery in a sealed envelope with postage prepaid, addressed as follows:

JENIFER A. GOLINVEAUX
WINSTON & STRAWN LLP
101 CALIFORNIA STREET, SUITE 3900
SAN FRANCISCO, CA  94111-5894

UNITED STATES DISTRICT COURT
280 South First Street
San Jose, CA  95113

E-Filing Chambers Copy
*Io Group, Inc. v. Veoh Networks, Inc.*,
C-06-06-3926 (HRL)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 31, 2007.

*/s/ Eric Burford*
_____
Eric Burford

I hereby attest that this is the declaration of Eric Burford and the original with Eric Burford's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party.  Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *July 31, 2007*    /s/ Gill Sperlein
GILL SPERLEIN,
Counsel for Plaintiff Io Group, Inc.