GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, ) | **C-06-03926 (HRL)** |
| ) | |
| Plaintiff, ) | **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. ) | |
| ) | |
| VEOH NETWORKS, Inc., a California Corporation, ) | DATE: September 4, 2007 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | COURTROOM: 2 |

I, GILL SPERLEIN, declare:

1.  I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Defendant Veoh Network's Director of Product Development, Joseph Papa, who testified on behalf of Defendant Veoh Networks, Inc. under F.R.C.P. 30(b)(6). The excerpted deposition pages accurately reflect the questions asked and the answers given

during depositions which I took on May 21 and 22, 2007, in San Diego, California. Defendant's deposition was reported by Nicole R. Harnish, RPR, CSR No. 13101.

3. Attached hereto as **Exhibit B** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Mr. John Styn ("Styn") a paid consultant of Defendant Veoh Network. The excerpted deposition pages accurately reflect the questions asked and the answers given during the Styn deposition which I took on May 31, in San Diego, California. Mr. Styn's deposition was reported by Regina L. Garrison, RPR, CSR No. 12921.

4. These pages supplement excerpted pages filed with Plaintiff's Motion for Summary Judgment.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *August 14, 2007*                    */s/ Gill Sperlein*

_____
GILL SPERLEIN,
Attorney for Plaintiff