```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5

 6  IO GROUP, INC., a California )
    Corporation,                 )
 7                               )
                 Plaintiff,      )
 8                               )
        vs.                      )Case No. C-06-3926(HRL)
 9                               )
    VEOH NETWORKS, Inc., a       )
10  California Corporation,      )
                                 )
11               Defendant.      )
    _____)
12

13

14                   HIGHLY CONFIDENTIAL

15               DEPOSITION OF JOSPEH PAPA

16                        VOLUME II

17                   SAN DIEGO, CALIFORNIA

18                      MAY 22, 2007

19

20

21  REPORTED BY:  NICOLE R. HARNISH, CSR No. 13101

22

23

24

25
```

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5

 6  IO GROUP, INC., a California )
    Corporation,                  )
 7                                )
                     Plaintiff,   )
 8                                )
        vs.                       )Case No. C-06-3926(HRL)
 9                                )
    VEOH NETWORKS, Inc., a        )
10  California Corporation,       )
                                  )
11                   Defendant.   )
    _____)
12

13

14

15            DEPOSITION OF JOSEPH PAPA,

16  taken by the Plaintiff, commencing at the hour of

17  8:10 p.m., on Tuesday, May 22, 2007, at

18  530 B Street, Suite 350, San Diego, California,

19  before Nicole R. Harnish, Certified Shorthand

20  Reporter in and for the State of California.

21

22

23

24

25
```

```
 1   APPEARANCES:

 2

 3        For the Plaintiff:

 4             GILL SPERLEIN
               GENERAL COUNSEL
 5             TITAN MEDIA.COM
               BY:  GILL SPERLEIN, ESQ.
 6             584 Castro Street, Suite 849
               San Francisco, California  94114
 7

 8        For the Defendant:

 9             WINSTON & STRAWN
               BY:  JENNIFER A. GOLINVEAUX, ESQ.
10             101 California Street
               San Francisco, California  94111
11

12
          Also Present:  Keith Ruoff
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    JOSEPH PAPA,
 2      having been duly sworn, testified as follows:
 3
 4                    EXAMINATION
 5
 6  BY MR. SPERLEIN:
 7      Q.   Good morning, Mr. Papa.  Everything that I
 8  said yesterday before we started the deposition also
 9  applies today, as far as remembering to give audible
10  responses.  You did a great job yesterday, so I think
11  we will be fine on that.
12           Yesterday you talked about prior to Veoh
13  going online that there was a possibility being
14  discussed of having community reviewers review
15  content before it was made generally available to the
16  Veoh community; is that correct?
17      A.   That's correct.
18      Q.   Do you remember that conversation?
19      A.   Yes.
20      Q.   You indicated later that Veoh found that to
21  be infeasible and decided not to implement that
22  program.
23           Is that an accurate portrayal of what you
24  said yesterday?
25      A.   Yes.
```

1    Q.    Do you know if Veoh ever did any studies to
2 figure out exactly what costs or technologies would
3 be required to implement that program?
4        MS. GOLINVEAUX:   Object to the form.
5        THE WITNESS:   What would constitute a
6 study?
7 BY MR. SPERLEIN:
8    Q.    Any kind of financial analysis.
9    A.    I would say an informal analysis was done.
10   Q.    And can you tell me how that informal
11 analysis was done?  Who was involved with the
12 informal analysis?
13   A.    The CEO, myself.  That is all I recall.
14   Q.    Is the CEO Dmitry Shapiro?
15   A.    Yes.
16   Q.    So did you and Mr. Shapiro discuss the
17 feasibility of implementing a community reviewer
18 program?
19   A.    Yes.
20   Q.    Did you discuss the cost of implementing
21 that program financially?
22   A.    Financially, no.
23   Q.    Did you discuss the possibility of hiring
24 individuals to review content?
25   A.    Yes.

1    Q.   And what was the nature of those
2  discussions?
3    A.   In light of the fact that there was not a
4  community for which there would be any status for
5  these community editors, we considered a staff of
6  interns to do the job until the community grew to the
7  point where it could sustain itself.
8    Q.   And did you ever hire a staff of interns?
9    A.   No.
10    Q.   Did you discuss how many interns would be
11  required to review content?
12         MS. GOLINVEAUX:  Object to the form.
13         THE WITNESS:  Reviewing content wasn't the
14  sole purpose.  The primary purpose of the community
15  editors was to maintain the metadata and
16  organization.
17  BY MR. SPERLEIN:
18    Q.   Did you discuss how many interns would be
19  required to serve those purposes?
20    A.   Informally.
21    Q.   Do you recall how many interns you
22  determined would be required?
23    A.   We would discuss it at the level -- back of
24  the envelope level.  Sort of guesstimates of around
25  half dozen or so.  But, again, no formal staffing

```
 1  plan was ever put together.  It was just discussions,
 2  speculation.
 3      Q.   At that time did you do any tests to
 4  determine how long it would take an individual to
 5  review any given file's metadata?
 6           MS. GOLINVEAUX:  Object to the form.
 7           THE WITNESS:  What specific metadata?
 8  MR. SPERLEIN:
 9      Q.   The metadata that you were discussing
10  having interns review.  In other words, did you
11  determine how many seconds or minutes it would take
12  for an intern to take one video file, review the
13  metadata, pass it on, and go on to the next one?
14      A.   Again, informally in broad terms.
15      Q.   You said you made a guesstimate that a half
16  dozen or so interns might be required; is that
17  correct?
18      A.   That is my recollection.
19      Q.   Do you recall how it is that you came up
20  with the half dozen?
21      A.   Even at low volumes it seemed to be a very
22  labor intensive task and if we projected, again, off
23  the cuff, even modest growth, it would take numerous
24  people.
25      Q.   Did you do an analysis of the salary ranges
```

```
 1  that would be required for interns to do these tasks?
 2          MS. GOLINVEAUX:  Object to the form.
 3          THE WITNESS:  I don't recall an analysis.
 4  BY MR. SPERLEIN:
 5      Q.   Does Veoh use the services of a company
 6  called LimeLight?
 7      A.   Yes.
 8      Q.   And can you describe briefly what services
 9  LimeLight performs for Veoh?
10      A.   LimeLight is a content distribution
11  network.
12      Q.   And how does the content distribution
13  network like LimeLight assist Veoh in providing its
14  services?
15          MS. GOLINVEAUX:  Object to the form.
16          THE WITNESS:  LimeLight is an industry
17  similar to Akamai.  You may have heard of -- CDNs are
18  Internet infrastructure that provides caching for Web
19  site content.
20  BY MR. SPERLEIN:
21
22      Q.   And the CDN you referred to there is a
23  content -- could you tell me what it is?
24      A.   Content distribution network.
25      Q.   CDN?
```

1  I, NICOLE R. HARNISH, Certified Shorthand Reporter

2  for the State of California, do hereby certify:

3

4  That the witness in the foregoing deposition was by

5  me first duly sworn to testify to the truth, the

6  whole truth and nothing but the truth in the

7  foregoing cause; that the deposition was taken by me

8  in machine shorthand and later transcribed into

9  typewriting, under my direction, and that the

10 foregoing contains a true record of the testimony of

11 the witness.

12

13 Dated:  This 6th day of June                    .

14 at San Diego, California.

15

16

17

18                              _NRH._____

19                              NICOLE R. HARNISH

20                              C.S.R. NO. 13101

21

22

23

24

25