```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                           SAN JOSE DIVISION

 4

 5     _____
                                   )
 6     IO GROUP, INC., a           )
       California Corporation,     )
 7                                 )
                 Plaintiff,        )
 8                                 )
       vs.                         )  CASE NO. C-06-3926(HRL)
 9                                 )
       VEOH NETWORKS, INC., a      )
10     California Corporation,     )
                                   )
11               Defendant.        )
       _____)
12

13

14

15

16                       DEPOSITION OF JOHN STYN

17                        SAN DIEGO, CALIFORNIA

18                            MAY 31, 2007

19

20

21

22     REPORTED BY REGINA L. GARRISON, CSR NO. 12921

23

24

25

                                                                  1
```

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5   _____
                                    )
 6   IO GROUP, INC., a              )
     California Corporation,        )
 7                                  )
              Plaintiff,            )
 8                                  )
     vs.                            )  CASE NO. C-06-3926(HRL)
 9                                  )
     VEOH NETWORKS, INC., a         )
10   California Corporation,        )
                                    )
11            Defendant.            )
     _____)
12
13
14
15
16           DEPOSITION OF JOHN STYN, taken on behalf of
17   the Plaintiff, at 530 B Street, Suite 350, San Diego,
18   California, on Thursday, May 31, 2007, at 9:57 a.m.,
19   before Regina L. Garrison, Certified Shorthand
20   Reporter, in and for the County of San Diego, State of
21   California.
22
23
24
25
```

```
 1                    A P P E A R A N C E S

 2
        FOR THE PLAINTIFF:
 3
            THE LAW OFFICES OF GILL SPERLEIN
 4          BY GILL SPERLEIN
            69 Converse Street
 5          San Francisco, California 94103
            (415) 487-1211, Ext. 32
 6
        FOR THE DEFENDANT:
 7
            WINSTON & STRAWN LLP
 8          BY JENNIFER A. GOLINVEAUX
            101 California Street
 9          San Francisco, California 94111-5894
            (415) 591-1506
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         I N D E X

 2        WITNESS:  JOHN STYN

 3
          EXAMINATION                              PAGE
 4
          By Mr. Sperlein                           5
 5

 6

 7                     INDEX TO EXHIBITS

 8        EXHIBIT                                  MARKED

 9        1      VEOH Networks FAQ sheets           54

10        2      May 31, 2006 e-mail to VEOH        63

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      know, maybe you have an additional recollection or you
 2      want to clarify something, feel free to bring that to
 3      our attention.  We'll take the time to stop and let you
 4      correct your previous statements.
 5           A.   Okay.
 6           Q.   That's relatively common.
 7           A.   Okay.
 8           Q.   Earlier, you said that part of your
 9      consultant service was helping do beta tests, new
10      projects; is that accurate?
11           A.   Yes.
12           Q.   Did you, as an individual, help VEOH to beta
13      test its product while it was in development?
14           A.   I'm not sure what "in development" means.
15           Q.   Are you aware of a period of time when VEOH
16      had what was called their "beta model" operating at
17      VEOH.com?
18           A.   I don't know if I ever used it when it wasn't
19      public.
20           Q.   Okay.
21           A.   But I used it very early on, as soon as it
22      was available.
23           Q.   Okay.  And when you say "available," is that
24      available through VEOH.com?
25           A.   I don't remember.
```

```
 1           Q.   Do you know if, at one time, in order to use
 2      the VEOH product, you were required to download a VEOH
 3      client in order to use it as opposed to being able to
 4      simply look at video at the website VEOH.com?
 5           A.   Yes.
 6           Q.   Did you download VEOH client to your personal
 7      computer prior to the ability for people to watch
 8      videos at VEOH.com?
 9           A.   Yes.
10           Q.   And did you look at videos through the VEOH
11      client at that time?
12           A.   Yes.
13           Q.   So at that time, did you engage in any of the
14      activities that you would usually associate with beta
15      testing?
16           A.   Yes.
17           Q.   Did you use the product and then give
18      feedback to VEOH as to how the product worked for you?
19           A.   Yes.
20           Q.   Were there other types of things that are
21      associated with beta testing that you did at that time?
22           A.   No.
23           Q.   That's the main idea, just using the product
24      and giving the company feedback?
25           A.   Correct.
```

```
 1   STATE OF CALIFORNIA

 2   COUNTY OF SAN DIEGO

 3

 4         I, REGINA L. GARRISON, a Certified Shorthand

 5   Reporter for the State of California, CSR No. 12921, do

 6   hereby certify: That the proceedings were taken before

 7   me at the time and place herein named; that the said

 8   proceedings were reported by me in shorthand and

 9   transcribed through computer-aided transcription, under

10   my direction; and that the foregoing is a true record

11   of the testimony elicited at proceedings had at said

12   proceedings to the best of my ability.

13         I do further certify that I am a disinterested

14   person and am in no way interested in the outcome of

15   this action or connected with or related to any of the

16   parties in this action or to their respective counsel.

17         In witness whereof, I have hereunto set my hand

18   this 21st day of June, 2007.

19

20

21         _____

22         REGINA L. GARRISON, CSR NO. 12921

23

24

25
```