

**Yahoo!** - **Help**

🟠 **Already have an ID or a Yahoo! Mail address? Sign In.**

Fields marked with an asterisk * are required.

## Create Your Yahoo! ID

* First name:

* Last name:

* Preferred content: [?]

* Gender:

* Yahoo! ID:                                   @yahoo.com

ID may consist of a-z, 0-9, underscores, and a single dot (.)

* Password:

Six characters or more; capitalization matters!

* Re-type password:

## If You Forget Your Password...

* Security question:

* Your answer:

Four characters or more. Make sure your answer is memorable for you but hard for others to guess!

* Birthday:                      ,          [?]

* ZIP/Postal code:

Alternate Email:                                        [?]

## Verify Your Registration

* Enter the code shown:        More info 🗗

This helps Yahoo! prevent automated registrations.



# Terms of Service

Please review the following terms and indicate your agreement below.  **Printable Version** 

By clicking "I Agree" you agree and consent to (a) the Yahoo! **Terms of Service** and **Privacy Policy**, and (b) receive required notices from Yahoo! electronically.

Code verification technology developed in collaboration with the **Captcha Project** at **Carnegie Mellon University**.

Copyright © 2007 Yahoo! Inc. All rights reserved. **Copyright/IP Policy** **Terms of Service**

**NOTICE: We collect personal information on this site.**

**To learn more about how we use your information, see our Privacy Policy**

   

**Yahoo!** - **Help**

## 🔒 Registration Completed: Welcome fauxuser01!

▶ A confirmation message has been sent to the Email Address you provided. Please read the email and follow the instructions to fully activate your account.

We also recommend that you **print out this page** for future reference.

| | |
|---|---|
| Your Yahoo! ID:<br>**fauxuser01** | |
| Your Yahoo! Mail Address:<br>fauxuser01@yahoo.com | |

▶ If you forget your password you will be asked for the following information.

| | |
|---|---|
| Security Question:<br>What is your pets name? | Date of Birth:<br>February 01, 1964 |
| Your Answer:<br>maddie | ZIP/Postal Code:<br>12345 |

▶ Your Marketing Preferences: Select and customize the categories of communications you receive about Yahoo! Products and services. You can also choose to opt-out of each. **Edit Marketing Preferences**

---

Copyright © 2007 Yahoo! Inc. All rights reserved.   **Copyright/IP Policy**   **Terms of Service**
**NOTICE: We collect personal information on this site.**
To learn more about how we use your information, see our **Privacy Policy**

**veoh**  Videos   Series   Channels   People   [Search Videos]   Publish

Hi fauxuser99! | ✉ 1 | 📺 ■ | Log out | Support | Family Filter: On

Upload   My Videos   My Series   My Channels   Syndicate

## Hi fauxuser99!

Your content filter is set to: **On**

### Complete your profile ⊙
Upload a photo and let other Veoh users know a little more about you!

### Upload a video ⊙
Upload videos of any file size, length or resolution.

### Invite your friends
To: (email addresses, separated by commas or newlines)

Import Addresses

Your Message Here: (optional)

[Send Invite]

## Welcome to Veoh!

Thank you for registering with Veoh, fauxuser99!
Get started with Veoh by taking the **Veoh Tour**!

Veoh Networks contains a wide range of video content from a virtually unlimited number of publishers. Some may not be appropriate for all users and can be filtered by changing your **content filter** on the My Settings page.

## Get VeohTV for Free

- VeohTV BETA is a free specialized video browser that turns online video into Internet Television.
- Watch video from thousands of web sites, in one easy-to-use full screen application. Watch streaming video from major television networks such as Fox and CBS, to independently-produced content available on sites such as YouTube, Google Video, Veoh.com and MySpace. Navigate with a keyboard and mouse or use a PC remote control. VeohTV is like a free DVR for web video. Watch video on-demand or record it to your hard drive to watch later.
- Automatically add your favorite shows to your library, and enjoy them anytime, anywhere. It's like TiVo for Internet TV, and it's free.

[Get VeohTV]

Veoh Player available for **Mac**.

## Create Your Own Channel

A channel is a collection of videos that you've discovered on Veoh and combined to reflect a topic, point of view, or interest. You can create a channel that can be customized with your own logo and branding and feature videos from other publishers, your own uploaded videos, or both. When a viewer subscribes to your channel, they'll automatically receive new videos as soon as you release them.

[Create a Channel]

Enter your email to get featured videos in your inbox [_____] [Submit]

FAQ | Help Forums | Veoh Blog | About Us | Partner with Veoh | Advertise With Us | Jobs at Veoh | Contact Veoh | Download VeohTV

Copyright © 2007 Veoh Networks, Inc.    Terms of Use | Copyright | Privacy Policy