1  RUSSELL J. FRACKMAN (SBN 49087), rjf@msk.com
   KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
2  MARC E. MAYER (SBN 190969), mem@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
3  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
4  Telephone: (310) 312-2000
   Facsimile:  (310) 312-3100
5
   Attorneys for VIACOM International, Inc. and
6  NBC UNIVERSAL, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 | IO GROUP, INC.,                    | CASE NO. C 06-3926 HRL
12 |         Plaintiff,                 | The Honorable Howard R. Lloyd
13 |     v.                             | **CERTIFICATION AS TO INTERESTED PARTIES**
14 | VEOH NETWORKS, INC.,               |
15 |         Defendant.                 | **Motion Cut-Off: Sept. 4, 2007**
                                          **Trial: Oct. 22, 2007**

Mitchell Silberberg & Knupp LLP

1491227.1

CASE NO. C 06-3926 HRL
CERTIFICATION AS TO INTERESTED PARTIES

Dockets.Justia.com

Pursuant to Local Rule 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for *Amici Curiae*, certifies that the following listed corporations have a financial interest in *Amici Curiae*. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Viacom International Inc., a company publicly traded on the New York Stock Exchange (of which no publicly traded company owns 10% or more of the stock);

2. NBC Universal, Inc. (which is wholly owned indirectly by General Electric Company, a publicly held company, and Vivendi, S.A., a publicly held company);

3. General Electric Company, a publicly held company;

4. Vivendi, S.A., a publicly held company.

DATED: August 14, 2007

RUSSELL J. FRACKMAN
KARIN G. PAGNANELLI
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Karin G. Pagnanelli*
    Karin G. Pagnanelli
    Attorneys for *Amici Curiae*
    Viacom International Inc. and NBC Universal, Inc.