1   RUSSELL J. FRACKMAN (SBN 49087), rjf@msk.com
    KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
2   MARC E. MAYER (SBN 190969), mem@msk.com
    MITCHELL SILBERBERG & KNUPP LLP
3   11377 West Olympic Boulevard
    Los Angeles, California 90064-1683
4   Telephone: (310) 312-2000
    Facsimile: (310) 312-3100
5
6   Attorneys for VIACOM International, Inc. and
    NBC UNIVERSAL, INC.

8                             UNITED STATES DISTRICT COURT
9                           NORTHERN DISTRICT OF CALIFORNIA
10                                  SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., | CASE NO. C 06-3926 HRL |
|        Plaintiff, | The Honorable Howard R. Lloyd |
|        v. | **[PROPOSED] ORDER GRANTING VIACOM INTERNATIONAL INC.'S AND NBC UNIVERSAL, INC.'S MOTION FOR LEAVE TO APPEAR AND FILE BRIEF AS *AMICI CURIAE*** |
| VEOH NETWORKS, INC., | |
|        Defendant. | |

                             Motion Cut-Off: Sept. 4, 2007
                             Trial: Oct. 22, 2007

# [**PROPOSED**] ORDER

The Court has read and considered the Motion For Administrative Relief Of Viacom International Inc. And NBC Universal, Inc. For Leave To Appear And File Brief As *Amici Curiae* (the "Motion").

Good cause appearing, the Motion is GRANTED. Leave is hereby granted for Viacom International Inc. and NBC Universal, Inc. to appear and file a brief as *amici curiae*. The brief of *amici curiae*, attached to the Motion, hereby is ordered filed.

**IT IS SO ORDERED.**

DATED: _____

_____
Howard R. Lloyd
United States Magistrate Judge
Northern District of California