# EXHIBIT A

Dockets.Justia.com



**EXHIBIT A**



1492288.1                                                          EXHIBIT A



1492288.1                                                                                                                       **EXHIBIT A**



1492288.1                                                                                                                                                            **EXHIBIT A**



Online Video: One Piece episode 145 FULL | Veoh Video Network - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

Address http://www.veoh.com/videos/v6257416NzACfKX?searchId=18370651042020141008rank=13 Go Links

00:09 / 23:04

## One Piece episode 145 FULL

ATTENTION!: Sorry I couldn't post episode 144, Veoh kept rejecting it due to it being a video that was once removed for copyright, so it was rejected. Funny how only that one episode of One Piece isn't allowed on for copyright reasons. Anyway, I can't upload it, but the episode is here on Veoh anyway at this link: http://www.veoh.com/videos/v567042gj2GCaQ4?searchId=7272511331218939353&rank=0 -- "Monsters Appear! Don't Touch the Whitebeard Pirates" -- The Straw Hats decide to go to Jaya island to look for information on Skypeia. Meanwhile, Ace suddenly shows up on Buggy's ship; Buggy doesn't let any of his men attack Ace, fearing Whitebeard's retribution. -- If you want episodes 1-128 of One Piece, either search around this site, or go here and look at her videos: http://www.dailymotion.com/queenoftea -- Ma ke sure to leave a comment and rate! « less

Download Video | Send to a Friend

This Computer | ▶ More download options

By: Rostislav : Subscribe to Publisher
In Series: One Piece episodes 129 and up : Subscribe to Series
Added: 1 month ago Category: Movies & TV
Country of Origin: Japan
Language: Japanese Subtitle: English
Tags: one piece , 145 , kaizoku fansubs , whitebeard , jaya island , skypeia

Size: 232.87 MB
Views: 3918 | Downloads: 85 | Favorites: 7

Rate this Video
10 Ratings

Save to Favorites | Share Video | Screencaps
Add to Channel | Add to Blog | Flag

**37 Comments**

Online Video: One Piece episode 145 FULL | Veoh Video Network Internet

Start Novell-delivered Applicati... Online Video: One Piec... Document2 - Microsoft ... 2:55 PM

**EXHIBIT A**



1492288.1                                                                **EXHIBIT A**