GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>   Plaintiff,<br><br>          vs.<br><br>VEOH NETWORKS, Inc., a California Corporation,<br><br>   Defendant. | ) CASE NO.: C-06-03926 (HRL)<br>)<br>) **STATEMENT OF NON-OPPOSITION TO VIACOM INTERNATIONAL AND NBC UNIVERSAL, INC.'S MOTION FOR LEAVE TO APPEAR AND FILE BRIEF AS** *AMICI CURIAE*<br>)<br>)<br>) **DATE: September 4, 2007**<br>) **TIME: 10:00 a.m.**<br>) **COURTROOM: 2**<br>) |

     Pursuant to Civil L.R. 7-3(b), Plaintiff, Io Group, Inc. hereby notifies the Court and all parties in the above-referenced matter that it does not oppose Viacom International and NBC Universal, Inc.'s motion for leave to appear and file brief as *amici curiae*.

Dated: August 16, 2007                            Respectfully Submitted,

                                                            */s/ D. Gill Sperlein*
                                                            GILL SPERLEIN
                                                            GENERAL COUNSEL, IO GROUP, INC.
                                                            Attorney for Plaintiff Io, Group, Inc.