1 | Michael S. Elkin (admitted *pro hac vice*)
  | WINSTON & STRAWN LLP
2 | 200 Park Avenue
  | New York, NY 10166-4193
3 | Telephone:   212-294-6700
  | Facsimile:   212-294-4700
4 | Email: melkin@winston.com

5 | Jennifer A. Golinveaux (SBN: 203056)
  | Matthew A. Scherb (SBN: 237461)
6 | WINSTON & STRAWN LLP
  | 101 California Street
7 | San Francisco, CA 94111-5894
  | Telephone:   415-591-1000
8 | Facsimile:   415-591-1400
  | Email: jgolinveaux@winston.com; mscherb@winston.com

9 | Attorneys for Defendant
10 | VEOH NETWORKS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| IO GROUP, INC. | Case No. C 06-3926 HRL |
|---|---|
| Plaintiff, | **DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF DEFENDANT VEOH NETWORKS, INC.'S OPPOSITION TO VIACOM INTERNATIONAL INC. AND NBC UNIVERSAL'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO APPEAR AND FILE BRIEF AS *AMICI CURIAE*** |
| vs. | |
| VEOH NETWORKS, INC. | |
| Defendant. | |

DECL. OF JENNIFER A. GOLINVEAUX ISO DEF. VEOH NETWORKS, INC.'S OPP. TO VIACOM AND NBC UNIVERSAL'S MTN.
FOR ADMIN. RELIEF FOR LEAVE TO APPEAR AND FILE BRIEF AS *AMICI CURIAE*            CASE NO. C 06-3926 HRL

I, Jennifer A. Golinveaux, declare as follows:

1. I am an attorney with the law firm of Winston & Strawn LLP and am counsel for defendant Veoh Networks, Inc. in this action. I have personal knowledge of all facts stated in this declaration.

2. Attached as **Exhibit A** is a true and correct copy of email correspondence between counsel for Viacom International, Inc. in litigation pending against YouTube in New York, Donald B. Verrilli, Jr. and Gil Sperlein, General Counsel and counsel of record in this case for Plaintiff Io Group, Inc. This email correspondence was produced by Io to Veoh on a CD Rom bearing Bates No. 200283.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2007

      /s/ Jennifer A. Golinveaux
      Jennifer A. Golinveaux

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

DECL. OF JENNIFER A. GOLINVEAUX ISO DEF. VEOH NETWORKS, INC.'S OPP. TO VIACOM AND NBC UNIVERSAL'S MTN.
FOR ADMIN. RELIEF FOR LEAVE TO APPEAR AND FILE BRIEF AS *AMICI CURIAE*    CASE NO. C 06-3926 HRL

# EXHIBIT A

**From:** Gill Sperlein
**Sent:** Monday, March 19, 2007 2:42 PM
**To:** 'Verrilli, Donald'
**Subject:** RE: Viacom v. Youtube:

Don:

Would you be willing to enter a Joint Defense Agreement so that we can share information without fear of being required to disclose such conversations.

Gill


Gill Sperlein
General Counsel, Titan Media


-----Original Message-----
From: Verrilli, Donald [mailto:DVerrilli@jenner.com]
Sent: Wednesday, March 14, 2007 7:18 PM
To: Gill Sperlein
Subject: RE: Viacom v. Youtube:

Gill: Of course I remember you. We are happy to help by sharing information and ideas. One place you might go for some useful pleadings is the Tur case in the CD Cal. Are you following that case? I can get you the initial summary judgment pleadings, which lay out both sides' cases pretty well. Let me know if you don't have them. Also, let us know how we can be helpful in other ways. Best of luck.
Don

Dear Donald:

Congratulations to you and your team on filing the action against Youtube/Google.

You may recall meeting me briefly when you were in San Francisco several years ago for oral argument on the RIAA's motion to dismiss Pac Bell's Declaratory action re DMCA subpoenas. The company I represent, Io Group, Inc., was a named defendant in that action and I also argued that day.

I write today to make sure you are aware that Io Group, Inc. is currently in litigation with another video sharing site, the Michael Eisner-backed Veoh.com. The case is in the Northern District of California, Io Group, Inc. v. Veoh Networks, C-06-3926 (HRL). There is also a related case, Io Group, Inc. v. Webnovas Technologies, Inc. et al., C-065334 (HRL).

Recognizing that a ruling in our cases could effect your litigation, I want to offer to work cooperatively in any way. I haven't nearly the resources or experience of your team, but I am devoting 100% of my time and effort to this matter. We have one great advantage in that Veoh issued press releases stating they reviewed all material before broadcasting.

I will be in San Diego deposing several people from Veoh on Thursday and Friday, but otherwise am available to speak should you so desire. My mobile phone is 415-378-26265 and my office number is

415-487-1211 X32.

Very truly yours,


Gill Sperlein

General Counsel, Titan Media



IMPORTANT NOTICE: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message. This message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may violate the legal rights of the sender or others. No confidentiality or privilege is waived or lost by any misdirection of this message. If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies and notify the sender by return e-mail or by telephoning 415-487-1211 X32.
-----------------------------------------------

Donald B. Verrilli, Jr
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6095
Fax (202) 661-4957
DVerrilli@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.


-----------------------------------------------