1   Michael S. Elkin (admitted *pro hac vice*)
    WINSTON & STRAWN LLP
2   200 Park Avenue
    New York, NY 10166-4193
3   Telephone:    212-294-6700
    Facsimile:    212-294-4700
4   Email: melkin@winston.com

5   Jennifer A. Golinveaux (SBN: 203056)
    Matthew A. Scherb (SBN: 237461)
6   WINSTON & STRAWN LLP
    101 California Street
7   San Francisco, CA  94111-5894
    Telephone:   415-591-1000
8   Facsimile:    415-591-1400
    Email: jgolinveaux@winston.com; mscherb@winston.com

9
    Attorneys for Defendant
10  VEOH NETWORKS, INC.

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN JOSE DIVISION**

14  IO GROUP, INC.                    Case No. C 06-3926 HRL

15              Plaintiff,

16      vs.                           **[PROPOSED] ORDER DENYING
                                      VIACOM INTERNATIONAL, INC.'S AND
                                      NBC UNIVERSAL INC.'S MOTION FOR
17  VEOH NETWORKS, INC.               LEAVE TO APPEAR AND FILE BRIEF AS
                                      *AMICI CURIAE***
18              Defendant.

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Denying Viacom Int'l. Inc.'s  and NBC Universal Inc's Mtn. For
Leave  To Appear And File Brief As *Amici Curiae* - Case No. C 06-3926 HRL

Dockets.Justia.com

*(left vertical margin)* Winston & Strawn LLP  101 California Street  San Francisco, CA 94111-5894

1

## [PROPOSED] ORDER

2    Having considered Defendant Veoh Networks, Inc.'s Opposition to Viacom International,

3  Inc.'s ("Viacom") and NBC Universal, Inc.'s ("NBC") Motion for Administrative Relief for Leave

4  to Appear and File Brief as *Amici Curiae*, and the evidence presented therewith, the Court hereby

5  DENIES the motion.

6    The brief of Viacom and NBC is rejected and shall not be filed or considered. In addition,

7  Viacom and NBC shall not be permitted to present oral argument at the hearing on Veoh's motion

8  for summary judgment

9    **IT IS SO ORDERED.**

10

11  Dated: _____    _____

12                                    HONORABLE HOWARD R. LLOYD
                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894