GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation, ) | **CASE NO. C-06-3926 (HRL)** |
| ) | |
| Plaintiff, ) | **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF IN THE FORM OF AN ORDER TO FILE DOCUMENTS UNDER SEAL** |
| vs. ) | |
| ) | |
| VEOH NETWORKS, Inc., a California Corporation, ) | |
| ) | |
| Defendant. ) | |

I, GILL SPERLEIN, declare:

    1.    I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

    2.    I sought Defendant's stipulation to Plaintiff's Motion to File Documents Under Seal but Defendant refused to so stipulate.

3. Attached hereto as Exhibit A is the e-mail correspondence I had with defense counsel concerning this matter. As of the filing of this declaration and the corresponding motion, Defendant did not reply further.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *August 20, 2007*               */s/ Gill Sperlein*
                                       Gill Sperlein