## Gill Sperlein

**From:** Gill Sperlein
**Sent:** Friday, August 17, 2007 2:44 PM
**To:** 'Golinveaux, Jennifer'; Elkin, Michael
**Subject:** RE: Evidence Issues

Jennifer:

Certainly the Court has broad authority to make such an order and common sense, as well as the California Penal Code provision I sited, would dictate that care should be taken when putting this material in a public environment. If you have some reason for not stipulating, I would certainly consider it, otherwise I will make the motion to the Court without your stipulation. So please let me know why you object to filing the evidence under seal.  Also I please extend the courtesy of letting me know if you intend to file an opposition to my motion.

GILL SPERLEIN
GENERAL COUNSEL, TITAN MEDIA

---

**From:** Golinveaux, Jennifer [mailto:JGolinveaux@winston.com]
**Sent:** Friday, August 17, 2007 2:30 PM
**To:** Gill Sperlein; Elkin, Michael
**Subject:** RE: Evidence Issues

Gill,

We've considered your request, but do not believe that the nature of Io's alleged content is a proper reason to file the material under seal. If you have support to the contrary, we will certainly consider it, but otherwise cannot stipulate.

Sincerely,
Jennifer

---

**From:** Gill Sperlein [mailto:legal@titanmedia.com]
**Sent:** Thursday, August 16, 2007 5:29 PM
**To:** Elkin, Michael; Golinveaux, Jennifer
**Subject:** Evidence Issues

Michael and Jennifer:

In light of issues raised in your Opposition to Plaintiff's Motion for Summary Judgment, Io Group intends to submit to the Court its long play works as well as the corresponding infringing files from www. veoh.com, even though you have had an opportunity to compare the files and have not challenged Io 's claim that the clips did indeed come from those works.

Because the DVDs contain sexually explicit material, it is appropriate to file these documents under seal. Please see the attached stipulation (which I fashioned directly from one you drafted earlier) and the

corresponding declaration of Keith Ruoff.  Let me know as soon as possible if you so stipulate.

GILL SPERLEIN
GENERAL COUNSEL, TITAN MEDIA

**IMPORTANT NOTICE**: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message.  This message is intended only for the individual or individuals to whom it is directed.  If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may violate the legal rights of the sender or others.  No confidentiality or privilege is waived or lost by any misdirection of this message.  If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies and notify the sender by return e-mail or by telephoning 415-487-1211 X32.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

8/20/2007