1  GILL SPERLEIN (172887)
2  THE LAW FIRM OF GILL SPERLEIN
   584 Castro Street, Suite 849
3  San Francisco, California 94114
   Telephone: (415) 487-1211 X32
4  Facsimile: (415) 252-7747
5  legal@titanmedia.com

6  Attorney for Plaintiff
7  IO GROUP, INC.

8
9                           **UNITED STATES DISTRICT COURT**
                           **NORTHERN DISTRICT OF CALIFORNIA**
10                                  **SAN JOSE DIVISION**

11                                                      )
12  IO GROUP, INC., a California corporation,           )  **C-06-03926 (HRL)**
                                                        )
13       Plaintiff,                                     )  **DECLARATION OF GILL SPERLEIN IN**
                                                        )  **SUPPORT REPLY TO DEFENDANT'S**
14                  vs.                                 )  **OPPOSITION TO PLAINTIFF'S**
                                                        )  **MOTION FOR SUMMARY JUDGMENT**
15                                                      )
16  VEOH NETWORKS, Inc., a California                   )
    Corporation,                                        )
17                                                      )  DATE: September 4, 2007
         Defendant.                                     )  TIME:  10:00 a.m.
18                                                      )  COURTROOM: 2
                                                        )
19                                                      )
                                                        )
20                                                      )

21  I, GILL SPERLEIN, declare:
22
23      1.   I am an attorney at law licensed to practice in the State of California and attorney of

24  record for Plaintiff Io Group, Inc.

25      2.   Attached hereto as **Exhibit A** is a true and correct copy of the relevant excerpted

26  pages of the deposition transcript of Defendant Veoh Network's Director of Product Development,

27  Joseph Papa, who testified on behalf of Defendant Veoh Networks, Inc. under F.R.C.P. 30(b)(6).

28  The excerpted deposition pages accurately reflect the questions asked and the answers given

-1-

SPERLEIN DECLARATION
IN SUPPORT OF REPLY
C-06-3926 (HRL)

Dockets.Justia.com

during depositions which I took on May 21 and 22, 2007, in San Diego, California. Defendant's deposition was reported by Nicole R. Harnish, RPR, CSR No. 13101.

3.  Attached hereto as **Exhibit B** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Mr. John Styn ("Styn") a paid consultant of Defendant Veoh Network. The excerpted deposition pages accurately reflect the questions asked and the answers given during the Styn deposition which I took on May 31, in San Diego, California. Mr. Styn's deposition was reported by Regina L. Garrison, RPR, CSR No. 12921.

4.  These pages supplement excerpted pages filed with Plaintiff's Motion for Summary Judgment, and Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

5.  Attached here to as **Exhibit C** is a true and complete copy of the Complaint for declaratory relief filed on August 9, 2007 by Defendant in the Southern District of California against UMG Recordings, Inc. et al. I downloaded this complaint directly from the Southern District's e-filing system.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *August 21, 2007*               */s/ Gill Sperlein*

_____
GILL SPERLEIN,
Attorney for Plaintiff