```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4

 5     _____
                                     )
 6     IO GROUP, INC., a             )
       California Corporation,       )
 7                                   )
                 Plaintiff,          )
 8                                   )
       vs.                           )  CASE NO. C-06-3926(HRL)
 9                                   )
       VEOH NETWORKS, INC., a        )
10     California Corporation,       )
                                     )
11               Defendant.          )
       _____)
12

13

14

15

16                      DEPOSITION OF JOHN STYN

17                       SAN DIEGO, CALIFORNIA

18                           MAY 31, 2007

19

20

21

22     REPORTED BY REGINA L. GARRISON, CSR NO. 12921

23

24

25
                                                                  1
```

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5    _____
                                   )
 6    IO GROUP, INC., a            )
      California Corporation,      )
 7                                 )
              Plaintiff,           )
 8                                 )
      vs.                          )  CASE NO. C-06-3926(HRL)
 9                                 )
      VEOH NETWORKS, INC., a       )
10    California Corporation,      )
                                   )
11            Defendant.           )
      _____)
12

13

14

15

16         DEPOSITION OF JOHN STYN, taken on behalf of

17    the Plaintiff, at 530 B Street, Suite 350, San Diego,

18    California, on Thursday, May 31, 2007, at 9:57 a.m.,

19    before Regina L. Garrison, Certified Shorthand

20    Reporter, in and for the County of San Diego, State of

21    California.

22

23

24

25
```

```
 1                      A P P E A R A N C E S
 2
         FOR THE PLAINTIFF:
 3
             THE LAW OFFICES OF GILL SPERLEIN
 4           BY GILL SPERLEIN
             69 Converse Street
 5           San Francisco, California 94103
             (415) 487-1211, Ext. 32
 6
         FOR THE DEFENDANT:
 7
             WINSTON & STRAWN LLP
 8           BY JENNIFER A. GOLINVEAUX
             101 California Street
 9           San Francisco, California 94111-5894
             (415) 591-1506
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              When you got involved with VEOH, when you
 2      talked about VEOH with Dmitry, were you aware of
 3      whether or not video clips containing sexual explicit
 4      material would be allowed on VEOH.com?
 5           A.   Yes.
 6           Q.   And at the time that you made that
 7      realization, did you think to yourself as to whether or
 8      not there may be issues regarding 2257?
 9           A.   My client that I work with is not US based,
10      so I don't have a good understanding.  But I do
11      remember thinking that it was -- it should be an issue.
12      And -- and, yeah, I remember thinking that that is
13      something that VEOH will have to address.
14           Q.   So after you had those thoughts, did you
15      bring that topic up with Dmitry?
16           A.   Yes.
17           Q.   And do you remember when you had that
18      conversation?
19           A.   Not specifically.  I know it was before there
20      was any 2257 prosecutions or actions.  It was still a
21      theoretical idea, and I remember just mentioning it as,
22      definitely, it was the "sky is falling" hot button of
23      the adult industry.
24           Q.   How did you know that there weren't any
25      prosecutions or actions?
```

```
 1          A.   I'm active on the adult message boards.
 2          Q.   Earlier, I asked if you had any conversations
 3     about 2257.  Did you actively read up on 2257 on the
 4     adult message boards?
 5          A.   No.
 6          Q.   But did you read to some degree?  I mean, you
 7     just said that you learned there were no legal
 8     prosecutions through adult message boards; is that
 9     accurate?
10          A.   Yes.
11               MS. GOLINVEAUX:  I'll object to the form.
12     It's compound.
13     BY MR. SPERLEIN:
14          Q.   Was the part accurate where you said you
15     learned about the lack of prosecutions through message
16     boards?
17          A.   Yes.  I tried to stay informed enough that
18     it -- what degrees is it an issue.
19          Q.   And then at some point, you had at least one
20     conversation with Dmitry about your concerns as far as
21     the applicability of 2257 to VEOH; is that accurate?
22          A.   Yes.
23          Q.   Did you have more than one conversation with
24     Dmitry?
25          A.   No.
```

```
1    STATE OF CALIFORNIA

2    COUNTY OF SAN DIEGO

3

4         I, REGINA L. GARRISON, a Certified Shorthand

5    Reporter for the State of California, CSR No. 12921, do

6    hereby certify: That the proceedings were taken before

7    me at the time and place herein named; that the said

8    proceedings were reported by me in shorthand and

9    transcribed through computer-aided transcription, under

10   my direction; and that the foregoing is a true record

11   of the testimony elicited at proceedings had at said

12   proceedings to the best of my ability.

13        I do further certify that I am a disinterested

14   person and am in no way interested in the outcome of

15   this action or connected with or related to any of the

16   parties in this action or to their respective counsel.

17        In witness whereof, I have hereunto set my hand

18   this 21st day of June, 2007.

19

20

21        _____

22        REGINA L. GARRISON, CSR NO. 12921

23

24

25
```