Michael S. Elkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: 212-294-6700
Facsimile: 212-294-4700
Email: melkin@winston.com

Jennifer A. Golinveaux (SBN: 203056)
Matthew A. Scherb (SBN: 237461)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jgolinveaux@winston.com; mscherb@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>VEOH NETWORKS, INC.<br><br>      Defendant. | Case No. C 06-3926 HRL<br><br>**DEFENDANT VEOH NETWORKS, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF IN THE FORM OF AN ORDER TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff seeks to file material related to the alleged works and alleged infringements in this case under seal because it is sexually explicit. Defendant did not stipulate to Plaintiff's filing this material under seal, because it does not appear to be the type of material that is appropriately sealable. There is of course a strong presumption of public access to court records and sealing orders are typically appropriate for material that is privileged or trade secret, which is not the case here. While Defendant did not stipulate to Plaintiff's request for that reason, Defendant defers to the Court's judgment as to whether the material should be sealed.

///

---

DEF. VEOH NETWORKS, INC.'S RESPONSE TO PL.'S MOT. FOR ADMINISTRATIVE
RELIEF IN THE FORM OF AN ORDER TO FILE DOCUMENTS UNDER SEAL
Case No. C 06-3926 HRL

| | |
|---|---|
| Dated: August 23, 2007 | WINSTON & STRAWN, LLP |
| | By: /s/ |
| | Michael S. Elkin |
| | Jennifer A. Golinveaux |
| | Matthew A. Scherb |
| | Attorneys for Defendant |
| | VEOH NETWORKS, INC. |

2

DEF. VEOH NETWORKS, INC.'S RESPONSE TO PL.'S MOT. FOR ADMINISTRATIVE
RELIEF IN THE FORM OF AN ORDER TO FILE DOCUMENTS UNDER SEAL
Case No. C 06-3926 HRL

SF:181286.3