# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   September 4, 2007                                         Time in Court: 1 hour 5 min

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:** IO Group, Inc. v. Veoh Networks, Inc.
**CASE NUMBER**: C06-03926HRL
Plaintiff Attorney present: Gill Sperlein
Defendant Attorney present: Michael Elkin

**PROCEEDINGS: Cross Motions for Summary Judgment**

Plaintiff's Motion for sealing order is granted.

Counsel present argument.

Matter taken under submission.  Court to issue written ruling.