GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

*E-FILED: 9.5.2007*

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO. C-06-3926 (HRL) |
| Plaintiff, | [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL |
| vs. | |
| VEOH NETWORKS, Inc., a California Corporation, | |
| Defendant. | |

**[PROPOSED] ORDER**

Having read and considered Plaintiff Io Group, Inc.'s Administrative Motion to File Documents Under Seal, and having found good cause, the Court grants the motion and orders that the documents described therein presently lodged with the Clerk shall be filed under seal.

SO ORDERED.

Dated: _September 5, 2007_            _____
                                      HONORABLE HOWARD R. LLOYD
                                      UNITED STATES MAGISTRATE JUDGE

-1-

[PROPOSED] ORDER TO
FILE DOCUMENTS UNDER SEAL
C-06-3926 (HRL)