GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, ) | **C-06-03926 (HRL)** |
| ) | |
| Plaintiff, ) | **SUPPLEMENTAL DECLARATION OF GILL SPERLEIN IN SUPPORT OF** |
| vs. ) | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY** |
| VEOH NETWORKS, Inc., a California Corporation, ) | |
| Defendant. ) | |

I, GILL SPERLEIN, declare:

1.      I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

2.      Io Group previously submitted excerpted pages from various depositions in this matter.

-1-
SUPPLEMENTAL SPERLEIN DECLARATION
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
C-06-3926 (HRL)

Dockets.Justia.com

3.  At the Summary Judgment Motion hearing on September 4, 2007, the Court informed Io Group, Inc. that some deposition pages references in Io's papers were not included in earlier submissions and instructed Io to file this supplemental Declaration with the missing pages.

4.  Attached hereto as **Exhibit A** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Defendant Veoh Network's Director of Product Development, Joseph Papa, who testified on behalf of Defendant Veoh Networks, Inc. under F.R.C.P. 30(b)(6). The excerpted deposition pages accurately reflect the questions asked and the answers given during depositions which I took on May 21 and 22, 2007, in San Diego, California. Defendant's deposition was reported by Nicole R. Harnish, RPR, CSR No. 13101.

5.  Attached hereto as **Exhibit B** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Defendant Veoh Network's Chief Scientific Officer, Dr. Ted Dunning ("Dunning"). The excerpted deposition pages accurately reflect the questions asked and the answers given during the Dunning deposition which I took on March 16, 2007, in San Diego, California. Dr. Dunning's deposition was reported by Rita Burgess, RPR, CSR No. 8374.

6.  Attached hereto as **Exhibit C** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Defendant Veoh Network's Chief Executive Officer, Dmitry Shapiro ("Shapiro") who testified on behalf of Veoh Networks under F.R.C.P. 30(b)(6). The excerpted deposition pages accurately reflect the questions asked and the answers given during the Shapiro deposition which I took on May 21, in San Diego, California. Mr. Shapiro's deposition was reported by Nicole R. Harnish, RPR, CSR No. 13101.

7.  Attached hereto as **Exhibit D** is a true and correct copy of the relevant excerpted pages of the deposition transcript of Mr. John Styn ("Styn") a paid consultant of Defendant Veoh Network. The excerpted deposition pages accurately reflect the questions asked and the answers

1  given during the Styn deposition which I took on May 31, in San Diego, California.  Mr. Styn's

2  deposition was reported by Regina L. Garrison, RPR, CSR No. 12921.

3        8.      Attached hereto as **Exhibit E** is a true and correct copy of the relevant excerpted

4  pages of the deposition transcript of Mr. Arthur Bilger ("Bilger"), who testified on behalf of

5  Shelter Capital Partners, LLC, under F.R.C.P. 30(b)(6).  The excerpted deposition pages

6  accurately reflect the questions asked and the answers given during the Bilger deposition which I

7  took on June 5, 2007, in El Segundo, California.  Mr. Bilger's deposition was reported by Chia

8  Mei Jui, RPR, CSR No. 3287.

9

10        Pursuant to the laws of the United States, I declare under penalty of perjury the

11  foregoing is true and correct.

12

13     Dated:  *September 5, 2007*                         */s/ Gill Sperlein*

14                                                        _____

15                                                        GILL SPERLEIN,
Attorney for Plaintiff