```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4

 5

 6  IO GROUP, INC., a California )
    Corporation,                 )
 7                               )
                     Plaintiff, )
 8                               )
        vs.                      )Case No. C-06-3926(HRL)
 9                               )
    Veoh NETWORKS, Inc., a       )
10  California Corporation,      )
                                 )
11                   Defendant.  )
    _____)
12

13

14                     HIGHLY CONFIDENTIAL

15                 DEPOSITION OF JOSEPH PAPA

16                         VOLUME I

17                   SAN DIEGO, CALIFORNIA

18                       MAY 21, 2007

19

20

21

22  REPORTED BY:   NICOLE R. HARNISH, CSR No. 13101

23

24

25
```

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5

 6  IO GROUP, INC., a California )
    Corporation,                 )
 7                               )
                  Plaintiff,     )
 8                               )
       vs.                       )Case No. C-06-3926(HRL)
 9                               )
    Veoh NETWORKS, Inc., a       )
10  California Corporation,      )
                                 )
11                Defendant.     )
    _____)
12

13

14

15           DEPOSITION OF JOSEPH PAPA,

16  taken by the Plaintiff, commencing at the hour of

17  9:00 a.m., on Monday, May 21, 2007, at

18  530 B Street, Suite 350, San Diego, California,

19  before Nicole R. Harnish, Certified Shorthand

20  Reporter in and for the State of California.

21

22

23

24

25
```

```
 1  APPEARANCES:

 2

 3       For the Plaintiff:

 4            GILL SPERLEIN
              GENERAL COUNSEL
 5            TITAN MEDIA.COM
              BY:  GILL SPERLEIN, ESQ.
 6            584 Castro Street, Suite 849
              San Francisco, California  94114
 7

 8       For the Defendant:

 9            WINSTON & STRAWN
              BY:  JENNIFER A. GOLINVEAUX, ESQ.
10            101 California Street
              San Francisco, California  94111
11

12
         Also Present:  Keith Ruoff
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   expectation.
 2        Q.   Have you ever, when you have been looking
 3   at files on most recently published page -- actually,
 4   strike that.
 5             You said earlier that you cannot see the
 6   description in that view; is that correct, in the
 7   most popular --
 8        A.   On the thumbnails view you do not get the
 9   description.
10        Q.   Okay.  At any other time when you were
11   navigating through the Veoh Web site, have you seen
12   an inaccurately described video file and gone in and
13   changed the information so that it was more accurate?
14        A.   Yes.
15        Q.   And why did you do that?
16        A.   The description contained a variety of
17   sexually explicit terms, but the video itself was not
18   sexually explicit in any way.  And I simply removed
19   all the sexually explicit terms from the discription.
20        Q.   Was that a violation of Veoh's terms of
21   use?
22        A.   I probably could have argued that it was.
23   We don't have an automatic policy for general terms
24   of use violations, only for DMCA issues.  I
25   determined that it was not significant enough for me
```

```
 1  to take action against the user.
 2      Q.   Is that the only time you recall changing
 3  descriptive information in a video file?
 4      A.   There is another -- I have changed in the
 5  same way in other places, which is we found, if a
 6  user copies and pastes from Microsoft Excel into the
 7  description field, you get some very strange
 8  characterers in there.  I have probably half a dozen
 9  times just removed those odd characters from the
10  description.
11      Q.   And why did you make those changes?
12      A.   Aesthetics.
13      Q.   And would those characters affect users'
14  abilities to locate video files with a search
15  function?
16      A.   No, it would not impact that?
17           MS. GOLINVEAUX:  What time is it?
18           MR. SPERLEIN:  It is 12:30.
19           MS. GOLINVEAUX:  Could we take a short
20  break and then talk about how the rest of the day
21  goes?
22           MR. SPERLEIN:  Okay.
23           (Recess.)
24  BY MR. SPERLEIN:
25      Q.   Mr. Papa, are there any written policies
```

1   I, NICOLE R. HARNISH, Certified Shorthand Reporter
2   for the State of California, do hereby certify:
3
4   That the witness in the foregoing deposition was by
5   me first duly sworn to testify to the truth, the
6   whole truth and nothing but the truth in the
7   foregoing cause; that the deposition was taken by me
8   in machine shorthand and later transcribed into
9   typewriting, under my direction, and that the
10  foregoing contains a true record of the testimony of
11  the witness.
12
13  Dated:  This 8th day of June 2007
14  at San Diego, California.
15
16
17
18                              _____NRH._____
19                              NICOLE R. HARNISH
20                              C.S.R. NO. 13101
21
22
23
24
25