```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5

 6  IO GROUP, INC., a California )
    Corporation,                 )
 7                               )
                   Plaintiff,    )
 8                               )
        vs.                      )Case No. C-06-3926(HRL)
 9                               )
    VEOH NETWORKS, Inc., a       )
10  California Corporation,      )
                                 )
11                 Defendant.    )
    _____)
12

13

14                  HIGHLY CONFIDENTIAL

15             DEPOSITION OF DMITRY SHAPIRO

16                 SAN DIEGO, CALIFORNIA

17                      MAY 21, 2007

18

19

20

21

22  REPORTED BY:   NICOLE R. HARNISH, CSR No. 13101

23

24

25
```

```
 1
 2                UNITED STATES DISTRICT COURT
 3              NORTHERN DISTRICT OF CALIFORNIA
 4                     SAN JOSE DIVISION
 5
 6
 7  IO GROUP, INC., a California )
    Corporation,                 )
 8                               )
                 Plaintiff,      )
 9                               )
       vs.                       )Case No. C-06-3926(HRL)
10                               )
    VEOH NETWORKS, Inc., a       )
11  California Corporation,      )
                                 )
12               Defendant.      )
    _____)
13
14
15
16          DEPOSITION OF DMITRY SHAPIRO,
17  taken by the Plaintiff, commencing at the hour of
18  2:00 p.m., on Monday, May 21, 2007, at
19  530 B Street, Suite 350, San Diego, California,
20  before Nicole R. Harnish, Certified Shorthand
21  Reporter in and for the State of California.
22
23
24
25
```

```
 1  APPEARANCES:

 2

 3      For the Plaintiff:

 4          GILL SPERLEIN
            GENERAL COUNSEL
 5          TITAN MEDIA.COM
            BY:  GILL SPERLEIN, ESQ.
 6          584 Castro Street, Suite 849
            San Francisco, California  94114
 7

 8      For the Defendant:

 9          WINSTON & STRAWN
            BY:  JENNIFER A. GOLINVEAUX, ESQ.
10          101 California Street
            San Francisco, California  94111
11

12
       Also Present:  Keith Ruoff
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  of the content group?
 2       A.   I am actually not sure if there were any
 3  other deals.
 4       Q.   After the content group was formed, have
 5  they made deals to put content on the Veoh system?
 6       A.   Yes, they have.
 7       Q.   Can you give me a few examples of some of
 8  the deals that you might consider to be one of the
 9  more important ones?
10       A.   Sure.
11            CBS, Us Magazine, Road and Track Magazine,
12  Car and Driver Magazine, United Talent Agency.
13       Q.   Are all of those deals similar to the
14  Turner deal in that there's no payment by one side or
15  the other for the transaction?
16       A.   Yes, I believe so.
17       Q.   What content did CBS have a deal to --
18       A.   So it is not launched yet.  It is a new
19  deal for us, but it is shows from CBS.
20       Q.   Do you want this portion to be marked?
21            MS. GOLINVEAUX:  I was going to ask should
22  this -- would you like this portion to be designated
23  confidential?  Is this public knowledge?
24            THE WITNESS:  No.  It is public knowledge.
25  It has been announced.
```

1          MR. SPERLEIN:  Thank you.

2  BY MR. SPERLEIN:

3      Q.   Have the shows been selected or will that

4  be determined later?

5      A.   I believe that will be determined later.

6          MS. GOLINVEAUX:  Mr. Sperlein, if I could

7  just clarify for the record that Mr. Shapiro is

8  testifying in response to four of the topics noticed

9  in the 30B6 notice.  Those are 7, 11, 18, and 19,

10 just so that is clear on the record.

11         MR. SPERLEIN:  Okay.

12         MS. GOLINVEAUX:  Thanks.

13 BY MR. SPERLEIN:

14     Q.   In those instances when Veoh was actually

15 uploading the video content on the Veoh system for

16 content that they've obtained from what I will refer

17 to as third-party content providers, does Veoh also

18 have to then enter metadata information such as title

19 and description and those things?

20         MS. GOLINVEAUX:  Object to the form of the

21 question.  I believe it assumes facts not yet in

22 evidence for this deposition.

23         THE WITNESS:  When you upload a video, you

24 have to enter -- yes, metadata, title, description,

25 et cetera.

```
 1  BY MR. SPERLEIN:
 2      Q.   Okay.  So if the content is being uploaded
 3  by Veoh, then Veoh would have to also enter the
 4  Metadata; is that correct?
 5      A.   Yes.  I believe it has to be done at the
 6  time of upload.
 7      Q.   Thank you.
 8           Are -- the deals that we've been discussing
 9  generally require a written agreement?
10           MS. GOLINVEAUX:  Object to the form of the
11  question.
12  BY MR. SPERLEIN:
13      Q.   Do any of these -- do any of the deals that
14  you have specifically mentioned this afternoon, are
15  any of them represented by a written document for
16  that deal?
17      A.   Yes.
18      Q.   And for what purpose does Veoh seek to
19  obtain additional content from third-party providers?
20           MS. GOLINVEAUX:  Object to the form of the
21  question.
22  BY MR. SPERLEIN:
23      Q.   You can go ahead and answer.
24      A.   It is primarily for -- to be associated
25  with just brands.  So PR purposes, brand association.
```

1  I, NICOLE R. HARNISH, Certified Shorthand Reporter

2  for the State of California, do hereby certify:

3

4  That the witness in the foregoing deposition was by

5  me first duly sworn to testify to the truth, the

6  whole truth and nothing but the truth in the

7  foregoing cause; that the deposition was taken by me

8  in machine shorthand and later transcribed into

9  typewriting, under my direction, and that the

10 foregoing contains a true record of the testimony of

11 the witness.

12

13 Dated: This 8th day of June 2007

14 at San Diego, California.

15

16

17

18                           _____NRH._____

19                           NICOLE R. HARNISH

20                           C.S.R. NO. 13101

21

22

23

24

25