**United States District Court**
For the Northern District of California

*E-FILED: 9.18.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., | No. C06-03926 HRL |
| Plaintiff, | |
| v. | **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |
| VEOH NETWORKS, INC., | |
| Defendant. | |

Because the court is not yet prepared to rule on the parties' cross-motions for summary judgment, under submission, the current dates for the pretrial conference (October 16, 2007) and the trial (October 22, 2007) are vacated.

IT IS SO ORDERED.

Dated:　September 18, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-3926 Notice has been electronically mailed to:**

Michael S. Elkin melkin@winston.com, rpagliaro@winston.com

Jennifer A. Golinveaux jgolinveaux@winston.com, docketsf@winston.com, mabutler@winston.com, vebert@winston.com

Matthew Alex Scherb mscherb@winston.com, laegan@winston.com

Dennis Gill Sperlein legal@titanmedia.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.