GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

|  |  |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>     Plaintiff,<br><br>          vs.<br><br>VEOH NETWORKS, Inc, a California Corporation,<br><br>     Defendant. | ) **CASE NO. C-06-3926 (HRL)**<br>)<br>)<br>) **ADMINISTRATIVE MOTION FOR**<br>) **LEAVE TO FILE SUPPLEMENTAL**<br>) **BRIEF EXPLAINING RELEVANCE OF**<br>) **RECENTLY ISSUED AUTHORITY;**<br>) **AND [PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Local Civil Rule 7-11, Plaintiff Io Group, Inc. submits this Motion for Leave to File a Supplemental Brief presenting recent authority to the Court and explaining the relevance of that authority to this matter.

Plaintiff attempted to obtain the stipulation of defense counsel, but was unable to reach them directly and immediately proceeded to file this Administrative Motion since the Court's ruling on the summary judgment motions may be imminent. Sperlein Declaration at ¶2.

On September 4, 2007, having previously been briefed on the Parties' cross motions for summary judgment, the Court heard oral argument and accepted the matters under submission.

-1-

Dockets.Justia.com

On October 16, 2007, the District Court for the Central District of California issued an order granting in part plaintiff's motion for permanent injunction in the case of *Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd,* No. CV 01-8541, CV 01-9923, Doc. No. 1287 (C.D. Cal. October 16, 2007). *Id*. at ¶3.

Because both parties cited *Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd*., 545 U.S. 913 (2005) in their respective moving papers and because the *Grokster* district court order further clarifies the Ninth Circuit's ruling in *A&M Records v. Napster, Inc*. 239 F.3d 1004, another case cited to and relied upon by both parties, plaintiff moves this Court for leave to file the short supplemental brief attached hereto as Exhibit A and along with a copy of the District Court's Order.

Respectfully submitted,

Dated: *October 22, 2007*                         */s/ Gill Sperlein*_____
                                                  Gill Sperlein (CA Bar Number 172887)
                                                  THE LAW FIRM OF GILL SPERLEIN
                                                  Attorneys for Plaintiff, Io Group, Inc.

**[PROPOSED] ORDER**

Having read and considered Plaintiff's Motion for Leave to File Supplemental Brief and any opposition thereto and finding good cause therefore,

IT IS HERBY ORDERED that Plaintiff may file the attached Supplemental Brief.

Dated: _____         _____
                                                  HONORABLE HOWARD R. LLOYD
                                                  UNITED STATES MAGISTRATE JUDGE