GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | ) C-06-03926 (HRL) |
| | ) |
| Plaintiff, | ) **DECLARATION OF GILL SPERLEIN IN** |
| | ) **SUPPORT OF PLAINTIFF'S MOTION** |
| vs. | ) **FOR ADMINISTRATIVE RELIEF TO** |
| | ) **FILE SUPPLEMENTAL BRIEF** |
| VEOH NETWORKS, Inc., a California Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

I, GILL SPERLEIN, declare:

1.     I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

2.     On Monday October 22, 2007, I attempted to contact defense counsel by telephone, leaving messages for Jennifer Golinveaux and Michael Elkin. I also sent a detailed e-mail message to both attorneys. Unable to reach either of them directly, I immediately proceeded with the fining of plaintiff's Motion for Administrative Relief since the Court's ruling on the motions may be imminent.

-1-

Dockets.Justia.com

3.      The order attached to plaintiff's Proposed Supplemental Brief as an exact copy of the order issued by the District Court for the Central District of California in the case of *Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd,* No. CV 01-8541, CV 01-9923, on October 16, 2007 and which appears on the docket for that matter at Doc. No. 1287.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.


Dated: *October 22, 2007*                          */s/ Gill Sperlein*

                                                              _____
                                                              GILL SPERLEIN,
                                                              Attorney for Plaintiff