Michael S. Elkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: 212-294-6700
Facsimile: 212-294-4700
Email: melkin@winston.com

Jennifer A. Golinveaux (SBN: 203056)
Matthew A. Scherb (SBN: 237461)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jgolinveaux@winston.com; mscherb@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>VEOH NETWORKS, INC.<br><br>Defendant. | Case No. C 06-3926 HRL<br><br>DEFENDANT VEOH NETWORKS, INC.'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF; [PROPOSED] ORDER |

The parties' cross-motions for summary judgment have been fully briefed in this case for more than two months. The hearing on those motions was held in early September. Plaintiff now seeks leave to file a supplemental brief regarding a recently issued district court order granting in part a motion for permanent injunction. Further briefing is not warranted, and Defendant respectfully requests that the Court deny Plaintiff's motion.

Local Rule 7-3(d) allows counsel to bring to the Court's attention new supplemental authority, before the noticed hearing date. "[O]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." Local Civ. R. 7-3(d). Even if the hearing date

**DEFENDANT VEOH NETWORKS, INC.'S OPP. TO PLAINTIFF'S ADMIN. MOT. FOR LEAVE TO FILE SUPP. BR. EXPLAINING RELEVANCE OF RECENTLY ISSUED AUTHORITY**
Case No. C 06-3926 HRL

had not yet passed, absent prior Court approval a party is only permitted to file a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion, "without argument." *See* Local Rule 7-3(d). This case has been fully briefed and submitted, the hearing was in the beginning of September, and supplemental briefing at this stage is not warranted.

Moreover, the order to which Plaintiff cites, *MGM Studios, Inc. v. Grokster, Ltd.*, Nos. CV 01-8541, CV 01-9923, Doc. No. 1287 (C.D. Cal. October 16, 2007)(the "*Grokster* Order"), does not call for further briefing in this case. The *Grokster* Order concerns the proper scope of injunctive relief following a grant of summary judgment in Plaintiff's favor on Defendant's liability for *inducement* of copyright infringement,[1] a claim not even asserted by Plaintiff in this case, and certainly not supported by the facts. Here Plaintiff has moved for summary judgment on the issue of liability for direct, vicarious, and contributory copyright infringement, and Defendant has moved for summary judgment concerning its entitlement to DMCA safe harbor. The issue of the proper scope of injunctive relief is not relevant to Plaintiff's motion for summary judgment, and the *Grokster* Order does not even address the issue of DMCA safe harbor, which is the basis for Veoh's motion for summary judgment. Plaintiff has failed to justify its request for supplemental briefing.

For these reasons, the Court should deny Plaintiff's Administrative Motion for Leave to File Supplemental Brief, which is unwarranted, and should disregard Plaintiff's Proposed

//

//

---

[1] The decision granting summary judgment is *MGM Studios, Inc. v. Grokster, Ltd.*, 454 F. Supp. 2d 966 (C.D. Cal. 2006).

2
**DEFENDANT VEOH NETWORKS, INC.'S OPP. TO PLAINTIFF'S ADMIN. MOT. FOR LEAVE TO FILE SUPP. BR. EXPLAINING RELEVANCE OF RECENTLY ISSUED AUTHORITY**
Case No. C 06-3926 HRL

Supplemental Brief. If the Court grants Plaintiff's Motion, Defendant respectfully requests five Court days from the date of any such order to file a substantive response to Plaintiff's brief.

Respectfully submitted,

Dated: October 25, 2007

WINSTON & STRAWN, LLP

By: /s/ Jennifer A. Golinveaux
    Michael S. Elkin
    Jennifer A. Golinveaux
    Matthew A. Scherb
    Attorneys for Defendant
    VEOH NETWORKS, INC.

3

DEFENDANT VEOH NETWORKS, INC.'S OPP. TO PLAINTIFF'S ADMIN. MOT. FOR LEAVE TO FILE SUPP. BR. EXPLAINING RELEVANCE OF RECENTLY ISSUED AUTHORITY
Case No. C 06-3926 HRL

SF:187055.3