Michael S. Elkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:     212-294-6700
Facsimile:     212-294-4700
Email:  melkin@winston.com

Jennifer A. Golinveaux (SBN: 203056)
Matthew A. Scherb (SBN: 237461)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400
Email:  jgolinveaux@winston.com; mscherb@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC. | Case No. C 06-3926 HRL |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF EXPLAINING RELEVANCE OF RECENTLY ISSUED AUTHORITY** |
| vs. | |
| VEOH NETWORKS, INC. | |
| Defendant. | |

        Having considered Plaintiff's *Administrative Motion for Leave to File Supplemental Brief Explaining Relevance of Recently Issued Authority* and Defendant's opposition thereto, the Court DENIES the motion.

        SO ORDERED.

Dated: _____          _____
                                HOWARD R. LLOYD
                                United States Magistrate Judge