United States District Court
For the Northern District of California

**\*E-FILED 11/9/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., | No. C06-03926 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING** |
| v. | |
| VEOH NETWORKS, INC., | **[Docket No. 109]** |
| Defendant. | |

Upon consideration of plaintiff's "Administrative Motion for Leave to File Supplemental Brief Explaining Relevance of Recently Issued Authority," and defendant's opposition to that motion, IT IS ORDERED THAT:

Plaintiff's motion for leave to file supplemental briefing is GRANTED. Defendant shall have until **November 16, 2007** to file a response to plaintiff's supplemental brief, which was filed concurrently with its motion.

Dated: November 9, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-3926 Notice has been electronically mailed to:**

Michael S. Elkin melkin@winston.com, rpagliaro@winston.com

Jennifer A. Golinveaux jgolinveaux@winston.com, docketsf@winston.com, mabutler@winston.com, vebert@winston.com

Matthew Alex Scherb mscherb@winston.com, laegan@winston.com

Dennis Gill Sperlein legal@titanmedia.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.