Michael S. Elkin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:   212-294-6700
Facsimile:   212-294-4700
Email: melkin@winston.com

Jennifer A. Golinveaux (SBN: 203056)
Matthew A. Scherb (SBN: 237461)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: jgolinveaux@winston.com; mscherb@winston.com

Attorneys for Defendant
VEOH NETWORKS, INC.

GILL SPERLEIN (SBN 172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>VEOH NETWORKS, INC.<br><br>Defendant. | Case No. C 06-3926 HRL<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE STATEMENT OF RECENT DECISION PURSUANT TO CIVIL LOCAL RULE 7-3(d)** |

Pursuant to Civil Local Rule 7-11, the parties jointly submit this Motion for Administrative Relief Seeking Leave to File Statement of Recent Decision pursuant to Civil Local Rule 7-3(d). The proposed Statement of Recent Decision is attached hereto as Exhibit A.

Local Rule 7-3(d) allows a party to bring to the Court's attention "a relevant judicial opinion published after the date the opposition or reply was filed by serving and filing a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion - without argument." Local Rule 7-3(d) further states that "[o]therwise, once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval."

The decision that the parties wish to bring to the Court's attention, *Cartoon Network LP v. CSC Holdings, Inc.*, --- F.3d ---, 2008 WL 2952614 (2d Cir. Aug. 4, 2008), issued last week and is relevant to the Parties' Cross Motions for Summary Judgment, which the Court took under submission after a hearing on September 4, 2007. The Parties seek permission to file their Joint Statement of Recent Decision because Local Rule 7-3(d) requires prior Court approval for such statements filed after the noticed hearing date.

Respectfully submitted,

Dated: August 15, 2008

WINSTON & STRAWN, LLP

By: ____/s/____
Michael S. Elkin
Jennifer A. Golinveaux
Matthew A. Scherb
Attorneys for Defendant
VEOH NETWORKS, INC.

Dated: August 15, 2008

LAW OFFICES OF GILL SPERLEIN

By: ____/s/____
Gill Sperlein
Attorneys for Plaintiff
IO GROUP, INC.

**CONCURRENCE IN FILING**

Concurrence in the filing of the above was obtained from Gill Sperlein.

Dated: August 15, 2008

____/s/____
Jennifer A. Golinveaux

**[PROPOSED] ORDER**

The Court GRANTS the Parties' Joint Motion for Administrative Relief Seeking Leave to File Statement of Recent Decision. The Clerk shall file the Statement of Recent Decision attached hereto as Exhibit A.

Dated: _____     _____
                       UNITED STATES MAGISTRATE JUDGE