**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., | No. C06-03926 HRL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VEOH NETWORKS, INC., | |
| Defendant. | |

Defendant's summary judgment motion having been granted, judgment is now entered in favor of Defendant. The Clerk shall close the file.

Dated: August 27, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-3926 Notice electronically mailed to:**

Dennis Gill Sperlein legal@titanmedia.com

Jennifer A. Golinveaux jgolinveaux@winston.com, cfernandez@winston.com, docketsf@winston.com, mabutler@winston.com

Matthew Alex Scherb mscherb@winston.com, laegan@winston.com

Michael S. Elkin melkin@winston.com, rpagliaro@winston.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.