| | |
|---|---|
| 1 | Michael S. Elkin (admitted *pro hac vice*) |
|   | WINSTON & STRAWN LLP |
| 2 | 200 Park Avenue |
|   | New York, NY 10166-4193 |
| 3 | Telephone:   212-294-6700 |
|   | Facsimile:    212-294-4700 |
| 4 | Email: melkin@winston.com |
| 5 | Jennifer A. Golinveaux (SBN: 203056) |
|   | Matthew A. Scherb (SBN: 237461) |
| 6 | WINSTON & STRAWN LLP |
|   | 101 California Street |
| 7 | San Francisco, CA  94111-5894 |
|   | Telephone:   415-591-1000 |
| 8 | Facsimile:    415-591-1400 |
|   | Email: jgolinveaux@winston.com; mscherb@winston.com |

Attorneys for Defendant
VEOH NETWORKS, INC.

GILL SPERLEIN (SBN 172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| IO GROUP, INC. | ) | **Case No. C 06-3926 HRL** |
|                | ) | |
| Plaintiff,     | ) | **STIPULATION REQUESTING THE** |
|                | ) | **COURT TO EXTEND THE TIME FOR** |
| vs.            | ) | **DEFENDANT TO FILE A BILL OF COSTS** |
|                | ) | **AND MOTION FOR FULL COSTS AND** |
| VEOH NETWORKS, INC. | ) | **ATTORNEYS' FEES** |
|                | ) | |
| Defendant.     | ) | **AND ORDER** |
|                | ) | |

1

STIPULATION EXTENDING TIME                                Case No. C 06-3926 HRL

Pursuant to Civil Local Rule 6-2, the parties jointly submit this *Stipulation Requesting the Court to Extend the Time for Defendant to File a Bill of Costs and Motion for Full Costs and Attorneys' Fees*.

The Court entered judgment for Defendant in this case on August 27, 2008. *See* Declaration of Matthew Scherb ¶ 2 (attached hereto).

Defendant's Bill of Costs and any motion for other costs and attorneys' fees are due this Wednesday, September 10, 2008. *Id.* ¶ 3.

The parties are currently in the process of discussing ways to resolve the costs and attorneys' fees issues without the need for the Court's intervention. In order to provide time to attempt to resolve these issues, the parties respectfully request a one week extension of Defendant's deadline to submit a Bill of Costs and any motion for other costs and attorneys' fees, so that Defendant's Bill of Costs and any motion for other costs and attorneys' fees shall be due by September 17, 2008. *Id.* ¶ 4.

Previously in this case, the Court granted, after stipulation, extensions of time for Defendant to answer Plaintiff's Complaint and for Defendant to respond to Plaintiff's Motion to Consolidate. *Id.* ¶ 5.

The parties do not expect the requested extension to impact the progress of this case. *Id.* ¶ 6.

Respectfully submitted,

Dated: September 9, 2008        WINSTON & STRAWN, LLP

By: /s/
Michael S. Elkin
Jennifer A. Golinveaux
Matthew A. Scherb
Attorneys for Defendant
VEOH NETWORKS, INC.

Dated: September 9, 2008        LAW OFFICES OF GILL SPERLEIN

By: /s/
Gill Sperlein
Attorneys for Plaintiff
IO GROUP, INC.

| | |
|---|---|
|1| **CONCURRENCE IN FILING** |
|2| Concurrence in the filing of the above was obtained from Gill Sperlein. |
|3| Dated: September 9, 2008     /s/ |
| | Matthew A. Scherb |
|4| **[PROPOSED] ORDER** |
|5| PURSUANT TO STIPULATION, IT IS SO ORDERED. |
|7| Dated: September 10, 2008 |
| | UNITED STATES MAGISTRATE JUDGE |
| | Howard R. Lloyd |

# DECLARATION OF MATTHEW SCHERB

I, Matthew Scherb, declare:

1. I am an attorney at law, duly licensed to practice law in the State of California. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Defendant Veoh Networks, Inc. in this action, and am authorized to make this declaration in that capacity. I make this declaration of my own personal knowledge and, if called upon to testify, could and would testify competently as stated herein.

2. The Court entered judgment for Defendant in this case on August 27, 2008.

3. Defendant's Bill of Costs and any motion for other costs and attorneys' fees are due this Wednesday, September 10, 2008.

4. The parties are currently in the process of discussing ways to resolve the costs and attorneys' fees issues without the need for the Court's intervention. In order to provide time to attempt to resolve these issues, the parties respectfully request a one week extension of Defendant's deadline to submit a Bill of Costs and any motion for other costs and attorneys' fees, so that Defendant's Bill of Costs and any motion for other costs and attorneys' fees shall be due by September 17, 2008.

5. Previously in this case, the Court granted, after stipulation, extensions of time for Defendant to answer Plaintiff's Complaint and for Defendant to respond to Plaintiff's Motion to Consolidate.

6. The parties do not expect the requested extension to impact the progress of this case.

Dated: September 8, 2008          /s/
                                  Matthew Scherb